Jacob K. Danziger (SBN 278219)
**ARENTFOX SCHIFF LLP**
44 Montgomery Street, 38th Floor
San Francisco, CA 94104 United States
Telephone: (734) 222-1516
Facsimile: (415) 757-5501
jacob.danziger@afslaw.com

Rakesh N. Kilaru (*pro hac vice*)
Cali Cope-Kasten (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone:  (202) 847-4000
Facsimile:  (202) 847-4005
rkilaru@wilkinsonstekloff.com
ccope-kasten@wilkinsonstekloff.com

*Attorneys for Defendant*
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

[Additional Counsel Listed on Signature Page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| CHUBA HUBBARD, *et al.*,<br><br>                    Plaintiff(s),<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.*,<br><br>                    Defendant(s). | Case No. 4:23-cv-01593-CW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE AND SERVE ANSWER OR RULE 12 MOTION AND SUBSEQUENT BRIEFING DEADLINES IF MOTION FILED**<br><br>Judge: Hon. Claudia Wilken |

Pursuant to Civil L.R. 6-1(b), Plaintiffs in the above-captioned action and Defendants National Collegiate Athletic Association, Atlantic Coast Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc., Pac-12 Conference, and Southeastern Conference (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, submit the following Stipulation seeking an order establishing certain case deadlines and extending the date of the Case Management Conference:

WHEREAS, on April 4, 2023, Plaintiffs filed a Complaint in this matter;

WHEREAS, on April 4, 2023, Plaintiffs began serving Defendants with the Complaint;

WHEREAS, on April 12, 2023, this Court ordered that a Case Management Conference be held on July 13, 2023 (ECF 27);

WHEREAS the Parties agree to the proposed filing deadlines set forth below for any Answer or Rule 12 motion that Defendants may file, with proposed briefing intervals for the Rule 12 motion that mirror those ordered in the *House* litigation[1];

WHEREAS, the Parties reserve the right to seek to modify the schedule at a later date;

THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE, SUBJECT TO COURT APPROVAL, THAT:

The Court issue an order modifying the date of the Case Management Conference and establishing proposed additional deadlines as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Defendants' Answer(s) or Motion(s) to Dismiss | n/a | June 9, 2023 |
| Plaintiffs' Opposition to any Motion(s) to Dismiss | n/a | July 7, 2023 |

---

[1] *See* Stipulation and Order Pursuant to Local Rules 6-12 and 7-12 To Extend Response and Reply Deadline Regarding Defendants' Joint Motion to Dismiss, ECF No. 100, *House v. NCAA*, 4:20-cv-03919-CW (N.D. Cal. Aug. 25, 2020).

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Defendants' Reply in Support of any Motion(s) to Dismiss | n/a | July 21, 2023 |
| Joint Case Management Statement Due | July 6, 2023 | August 17, 2023 |
| Case Management Conference and Hearing on any Motion(s) to Dismiss | Thursday, July 13, 2023, at 2:30 p.m. | Thursday, August 24, 2023, at 2:30 p.m. |

| | |
|---|---|
| Dated:  May 9, 2023<br>**WILKINSON STEKLOFF LLP**<br><br>By: */s/ Rakesh N. Kilaru*<br>Rakesh N. Kilaru (*pro hac vice*)<br>Calanthe Cope-Kasten (*pro hac vice*)<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>Telephone:  (202) 847-4000<br>Facsimile:  (202) 847-4005<br>rkilaru@wilkinsonstekloff.com<br>ccope-kasten@wilkinsonstekloff.com<br><br>Jacob K. Danziger (SBN 278219)<br>ARENTFOX SCHIFF LLP<br>44 Montgomery Street, 38th Floor<br>San Francisco, CA 94104<br>Telephone: (734) 222-1516<br>Facsimile: (415) 757-5501<br>jacob.danziger@afslaw.com<br><br>*Attorneys for Defendant*<br>NATIONAL COLLEGIATE<br>ATHLETIC ASSOCIATION | Respectfully Submitted,<br>**COOLEY LLP**<br><br>By: */s/ Whitty Somvichian*<br>Whitty Somvichian (SBN 194463)<br>Kathleen R. Hartnett (SBN 314267)<br>Ashley Kemper Corkery (SBN 301380)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, California 94111-4004<br>Telephone:  (415) 693 2000<br>Facsimile:  (415) 693 2222<br>wsomvichian@cooley.com<br>khartnett@cooley.com<br>acorkery@cooley.com<br><br>Mark Lambert (SBN 197410)<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>Telephone:  (650) 843-5000<br>Facsimile:  (650) 849-7400<br>mlambert@cooley.com<br><br>Dee Bansal (*pro hac vice*)<br>1299 Pennsylvania Ave. NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:  (202) 842 7800<br>Facsimile:  (202) 842 7899<br>dbansal@cooley.com<br><br>*Attorneys for Defendant*<br>PAC-12 CONFERENCE |

| | |
|---|---|
| **MAYER BROWN LLP** | **POLSINELLI PC** |
| By: */s/ Britt M. Miller* | By: */s/ Leane K. Capps* |
| Britt M. Miller (*pro hac vice*) | Leane K. Capps (*pro hac vice*) |
| Daniel T. Fenske (*pro hac vice*) | 2950 N. Harwood Street |
| 71 South Wacker Drive | Suite 2100 |
| Chicago, IL 60606 | Dallas, TX 75201 |
| Telephone:  (312) 782-0600 | Telephone:  (214) 397-0030 |
| Facsimile:  (312) 701-7711 | lcapps@polsinelli.com |
| bmiller@mayerbrown.com | |
| dfenske@mayerbrown.com | Phillip Zeeck (*pro hac vice*) |
| | Amy D. Fitts (*pro hac vice*) |
| Christopher J. Kelly (SBN 276312) | 120 W. 12th Street |
| Two Palo Alto Square, Suite 300 | Kansas City, MO 64105 |
| 3000 El Camino Real | Telephone: (816) 218-1255 |
| Palo Alto, CA 94306 | pzeeck@polsinelli.com |
| Telephone: (650) 331-2000 | afitts@polsinelli.com |
| Facsimile: (650) 331-2060 | |
| cjkelly@mayerbrown.com | Wesley D. Hurst (SBN 127564) |
| | 2049 Century Park East, Suite 2300 |
| *Attorneys for Defendant* | Los Angeles, CA 90067 |
| THE BIG TEN CONFERENCE, INC. | Telephone:  (310) 556-1801 |
| | whurst@polsinelli.com |
| | |
| | *Attorneys for Defendant* |
| | THE BIG 12 CONFERENCE, INC. |

| | |
|---|---|
| **ROBINSON, BRADSHAW & HINSON, P.A.**<br><br>By: */s/ Robert W. Fuller*<br>Robert W. Fuller, III (*pro hac vice*)<br>Lawrence C. Moore, III (*pro hac vice*)<br>Amanda P. Nitto (*pro hac vice*)<br>Travis S. Hinman (*pro hac vice*)<br>Patrick H. Hill (*pro hac vice*)<br>101 N. Tryon St., Suite 1900<br>Charlotte, NC 28246<br>Telephone: (704) 377-2536<br>Facsimile: (704) 378-4000<br>rfuller@robinsonbradshaw.com<br>lmoore@robinsonbradshaw.com<br>anitto@robinsonbradshaw.com<br>thinman@robinsonbradshaw.com<br>phill@robinsonbradshaw.com<br><br>Mark J. Seifert (SBN 217054)<br>SEIFERT ZUROMSKI LLP<br>One Market Street, 36th Floor<br>San Francisco, California 941105<br>Telephone: (415) 999-0901<br>Facsimile: (415) 901-1123<br>mseifert@szllp.com<br><br>*Attorneys for Defendant*<br>SOUTHEASTERN CONFERENCE | **LATHAM & WATKINS LLP**<br><br>By: */s/ Christopher S. Yates*<br>Christopher S. Yates (SBN 161273)<br>Aaron T. Chiu (SBN 287788)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>chris.yates@lw.com<br>aaron.chiu@lw.com<br><br>Anna M. Rathbun (SBN 273787)<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>Telephone: (202) 637-1061<br>Facsimile: (202) 637-2201<br>anna.rathbun@lw.com<br><br>**FOX ROTHSCHILD LLP**<br><br>By: */s/ D. Erik Albright*<br>D. Erik Albright (*pro hac vice*)<br>Jonathan P. Heyl (*pro hac vice*)<br>Gregory G. Holland (*pro hac vice*)<br>230 North Elm Street, Suite 1200<br>Greensboro, NC 27401<br>Telephone: (336) 378-5368<br>Facsimile: (336) 378-5400<br>ealbright@foxrothschild.com<br>jheyl@foxrothschild.com<br>gholland@foxrothschild.com<br><br>*Attorneys for Defendant*<br>THE ATLANTIC COAST CONFERENCE |

| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **WINSTON & STRAWN LLP** |
| By: */s/ Steve W. Berman* | By: */s/ Jeffrey L. Kessler* |
| Steve W. Berman (*pro hac vice*) | Jeffrey L. Kessler (*pro hac vice*) |
| Emilee N. Sisco (*pro hac vice*) | David L. Greenspan (*pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | Adam I. Dale (*pro hac vice*) |
| Seattle, WA 98101 | 200 Park Avenue |
| Telephone: (206) 623-7292 | New York, NY 10166-4193 |
| Facsimile: (206) 623-0594 | Telephone: (212) 294-6700 |
| steve@hbsslaw.com | Facsimile: (212) 294-4700 |
| emilees@hbsslaw.com | jkessler@winston.com |
| | dgreenspan@winston.com |
| Benjamin J. Siegel (SBN 256260) | aidale@winston.com |
| 715 Hearst Avenue, Suite 202 | |
| Berkeley, CA 94710 | Jeanifer E. Parsigian (SBN 289001) |
| Telephone: (510) 725-3000 | 101 California Street |
| Facsimile: (510) 725-3001 | San Francisco, CA 94111 |
| bens@hbsslaw.com | Telephone: (415) 591-1000 |
| | Facsimile: (415) 591-1400 |
| | jparsigian@winston.com |

*Counsel for Plaintiffs and the Proposed Class*

**FILER'S ATTESTATION**

I, Rakesh N. Kilaru, am the ECF user whose identification and password are being used to file the Stipulation Extending Time to File and Serve Motion or Responsive Pleadings. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

/s/ Rakesh N. Kilaru

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
THE HONORABLE CLAUDIA WILKEN
United States District Court Judge