1  Jacob K. Danziger (SBN 278219)
2  **ARENTFOX SCHIFF LLP**
   44 Montgomery Street, 38th Floor
3  San Francisco, CA 94104 United States
   Telephone: (734) 222-1516
4  Facsimile: (415) 757-5501
   jacob.danziger@afslaw.com
5
   Rakesh N. Kilaru (*pro hac vice*)
6  Cali Cope-Kasten (*pro hac vice*)
7  **WILKINSON STEKLOFF LLP**
   2001 M Street NW, 10th Floor
8  Washington, DC 20036
   Telephone:  (202) 847-4000
9  Facsimile:  (202) 847-4005
   rkilaru@wilkinsonstekloff.com
10 ccope-kasten@wilkinsonstekloff.com
11
   *Attorneys for Defendant*
12 NATIONAL COLLEGIATE ATHLETIC
   ASSOCIATION
13
14 [Additional Counsel Listed on Signature Page]

15              **IN THE UNITED STATES DISTRICT COURT**
16            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
17                        **OAKLAND DIVISION**

18 | CHUBA HUBBARD, *et al.*,                    | Case No. 4:23-cv-01593-CW
19 |                          Plaintiff(s),      | **STIPULATION AND [PROPOSED]
   |                                             | ORDER AS MODIFIED EXTENDING
20 | v.                                          | TIME TO FILE AND SERVE ANSWER
   |                                             | OR RULE 12 MOTION AND
21 | NATIONAL COLLEGIATE ATHLETIC                | SUBSEQUENT BRIEFING DEADLINES
   | ASSOCIATION, *et al.*,                      | IF MOTION FILED**
22 |                                             |
   |                          Defendant(s).      | Judge: Hon. Claudia Wilken
23

Pursuant to Civil L.R. 6-1(b), Plaintiffs in the above-captioned action and Defendants National Collegiate Athletic Association, Atlantic Coast Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc., Pac-12 Conference, and Southeastern Conference (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, submit the following Stipulation seeking an order establishing certain case deadlines and extending the date of the Case Management Conference:

WHEREAS, on April 4, 2023, Plaintiffs filed a Complaint in this matter;

WHEREAS, on April 4, 2023, Plaintiffs began serving Defendants with the Complaint;

WHEREAS, on April 12, 2023, this Court ordered that a Case Management Conference be held on July 13, 2023 (ECF 27);

WHEREAS the Parties agree to the proposed filing deadlines set forth below for any Answer or Rule 12 motion that Defendants may file, with proposed briefing intervals for the Rule 12 motion that mirror those ordered in the *House* litigation[1];

WHEREAS, the Parties reserve the right to seek to modify the schedule at a later date;

THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE, SUBJECT TO COURT APPROVAL, THAT:

The Court issue an order modifying the date of the Case Management Conference and establishing proposed additional deadlines as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Defendants' Answer(s) or **Joint** Motion to Dismiss | n/a | June 9, 2023 |
| Plaintiffs' Opposition to any **Joint** Motion to Dismiss | n/a | ~~July 7, 2023~~<br>June 29, 2023 |

---

[1] *See* Stipulation and Order Pursuant to Local Rules 6-12 and 7-12 To Extend Response and Reply Deadline Regarding Defendants' Joint Motion to Dismiss, ECF No. 100, *House v. NCAA*, 4:20-cv-03919-CW (N.D. Cal. Aug. 25, 2020).

Case No. 4:23-cv-01593 CW                    STIPULATION AND [~~PROPOSED~~] ORDER
                                             EXTENDING TIME TO FILE AND SERVE
                                             ANSWER OR MOTION

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Defendants' Reply in Support of any **Joint** Motion to Dismiss | n/a | ~~July 21, 2023~~<br>July 13, 2023 |
| Joint Case Management Statement Due | July 6, 2023 | ~~August 17, 2023~~<br>July 20, 2023 |
| Case Management Conference and Hearing on any **Joint** Motion to Dismiss | Thursday, July 13, 2023, at 2:30 p.m. | Thursday, ~~August 24, 2023~~, July 27, 2023 at 2:30 p.m. |

| | |
|---|---|
| Dated:  May 9, 2023<br>**WILKINSON STEKLOFF LLP**<br><br>By: /s/ *Rakesh N. Kilaru*<br>Rakesh N. Kilaru (*pro hac vice*)<br>Calanthe Cope-Kasten (*pro hac vice*)<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>Telephone:  (202) 847-4000<br>Facsimile:  (202) 847-4005<br>rkilaru@wilkinsonstekloff.com<br>ccope-kasten@wilkinsonstekloff.com<br><br>Jacob K. Danziger (SBN 278219)<br>ARENTFOX SCHIFF LLP<br>44 Montgomery Street, 38th Floor<br>San Francisco, CA 94104<br>Telephone: (734) 222-1516<br>Facsimile: (415) 757-5501<br>jacob.danziger@afslaw.com<br><br>*Attorneys for Defendant*<br>NATIONAL COLLEGIATE<br>ATHLETIC ASSOCIATION | Respectfully Submitted,<br>**COOLEY LLP**<br><br>By: /s/ *Whitty Somvichian*<br>Whitty Somvichian (SBN 194463)<br>Kathleen R. Hartnett (SBN 314267)<br>Ashley Kemper Corkery (SBN 301380)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, California 94111-4004<br>Telephone:  (415) 693 2000<br>Facsimile:  (415) 693 2222<br>wsomvichian@cooley.com<br>khartnett@cooley.com<br>acorkery@cooley.com<br><br>Mark Lambert (SBN 197410)<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>Telephone:  (650) 843-5000<br>Facsimile:  (650) 849-7400<br>mlambert@cooley.com<br><br>Dee Bansal (*pro hac vice*)<br>1299 Pennsylvania Ave. NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:  (202) 842 7800<br>Facsimile:  (202) 842 7899<br>dbansal@cooley.com<br><br>*Attorneys for Defendant*<br>PAC-12 CONFERENCE |

| | |
|---|---|
| **MAYER BROWN LLP** | **POLSINELLI PC** |
| By: */s/ Britt M. Miller* | By: */s/ Leane K. Capps* |
| Britt M. Miller (*pro hac vice*) | Leane K. Capps (*pro hac vice*) |
| Daniel T. Fenske (*pro hac vice*) | 2950 N. Harwood Street |
| 71 South Wacker Drive | Suite 2100 |
| Chicago, IL 60606 | Dallas, TX 75201 |
| Telephone: (312) 782-0600 | Telephone: (214) 397-0030 |
| Facsimile: (312) 701-7711 | lcapps@polsinelli.com |
| bmiller@mayerbrown.com | |
| dfenske@mayerbrown.com | Phillip Zeeck (*pro hac vice*) |
| | Amy D. Fitts (*pro hac vice*) |
| Christopher J. Kelly (SBN 276312) | 120 W. 12th Street |
| Two Palo Alto Square, Suite 300 | Kansas City, MO 64105 |
| 3000 El Camino Real | Telephone: (816) 218-1255 |
| Palo Alto, CA 94306 | pzeeck@polsinelli.com |
| Telephone: (650) 331-2000 | afitts@polsinelli.com |
| Facsimile: (650) 331-2060 | |
| cjkelly@mayerbrown.com | Wesley D. Hurst (SBN 127564) |
| | 2049 Century Park East, Suite 2300 |
| *Attorneys for Defendant* | Los Angeles, CA 90067 |
| THE BIG TEN CONFERENCE, INC. | Telephone: (310) 556-1801 |
| | whurst@polsinelli.com |
| | |
| | *Attorneys for Defendant* |
| | THE BIG 12 CONFERENCE, INC. |

**ROBINSON, BRADSHAW & HINSON, P.A.**

By: /s/ Robert W. Fuller
Robert W. Fuller, III (*pro hac vice*)
Lawrence C. Moore, III (*pro hac vice*)
Amanda P. Nitto (*pro hac vice*)
Travis S. Hinman (*pro hac vice*)
Patrick H. Hill (*pro hac vice*)
101 N. Tryon St., Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
anitto@robinsonbradshaw.com
thinman@robinsonbradshaw.com
phill@robinsonbradshaw.com

Mark J. Seifert (SBN 217054)
SEIFERT ZUROMSKI LLP
One Market Street, 36th Floor
San Francisco, California 941105
Telephone: (415) 999-0901
Facsimile: (415) 901-1123
mseifert@szllp.com

*Attorneys for Defendant*
SOUTHEASTERN CONFERENCE

**LATHAM & WATKINS LLP**

By: /s/ Christopher S. Yates
Christopher S. Yates (SBN 161273)
Aaron T. Chiu (SBN 287788)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
chris.yates@lw.com
aaron.chiu@lw.com

Anna M. Rathbun (SBN 273787)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-1061
Facsimile: (202) 637-2201
anna.rathbun@lw.com

**FOX ROTHSCHILD LLP**

By: /s/ D. Erik Albright
D. Erik Albright (*pro hac vice*)
Jonathan P. Heyl (*pro hac vice*)
Gregory G. Holland (*pro hac vice*)
230 North Elm Street, Suite 1200
Greensboro, NC 27401
Telephone: (336) 378-5368
Facsimile: (336) 378-5400
ealbright@foxrothschild.com
jheyl@foxrothschild.com
gholland@foxrothschild.com

*Attorneys for Defendant*
THE ATLANTIC COAST CONFERENCE

| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **WINSTON & STRAWN LLP** |
| By: */s/ Steve W. Berman* | By: */s/ Jeffrey L. Kessler* |
| Steve W. Berman (*pro hac vice*) | Jeffrey L. Kessler (*pro hac vice*) |
| Emilee N. Sisco (*pro hac vice*) | David L. Greenspan (*pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | Adam I. Dale (*pro hac vice*) |
| Seattle, WA 98101 | 200 Park Avenue |
| Telephone: (206) 623-7292 | New York, NY 10166-4193 |
| Facsimile: (206) 623-0594 | Telephone: (212) 294-6700 |
| steve@hbsslaw.com | Facsimile: (212) 294-4700 |
| emilees@hbsslaw.com | jkessler@winston.com |
| | dgreenspan@winston.com |
| Benjamin J. Siegel (SBN 256260) | aidale@winston.com |
| 715 Hearst Avenue, Suite 202 | |
| Berkeley, CA 94710 | Jeanifer E. Parsigian (SBN 289001) |
| Telephone: (510) 725-3000 | 101 California Street |
| Facsimile: (510) 725-3001 | San Francisco, CA 94111 |
| bens@hbsslaw.com | Telephone: (415) 591-1000 |
| | Facsimile: (415) 591-1400 |
| | jparsigian@winston.com |

*Counsel for Plaintiffs and the Proposed Class*

Case No. 4:23-cv-01593 CW

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE AND SERVE ANSWER OR MOTION

**FILER'S ATTESTATION**

I, Rakesh N. Kilaru, am the ECF user whose identification and password are being used to file the Stipulation Extending Time to File and Serve Motion or Responsive Pleadings. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

*/s/ Rakesh N. Kilaru*

[~~**PROPOSED**~~] **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED **AS MODIFIED**.

_____
THE HONORABLE CLAUDIA WILKEN
United States District Court Judge