*Counsel for Plaintiffs and Defendants Listed on Signature Page*



IT IS SO ORDERED
Judge Claudia Wilken

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| CHUBA HUBBARD and KEIRA MCCARRELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ATLANTIC COAST CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG 12 CONFERENCE, INC.; PAC-12 CONFERENCE; and SOUTHEASTERN CONFERENCE,<br><br>Defendants. | Case No. 4:23-cv-01593-CW<br><br>**STIPULATION AND [PROPOSED] PROTECTIVE ORDER** |

At a Case Management Conference in the above-captioned action held on October 26, 2023, the Court directed, inter alia, the Parties to complete a stipulated protective order. The Court also indicated that all documents produced in the actions captioned *In re College Athlete NIL Litigation* (Case No. 20-CV-03919 CW) (herein "*House*"), would be deemed to have been produced in discovery in this action. The *House* productions also include documents previously produced in discovery in *In re NCAA Athletic Grant-in-Aid Cap Antitrust Litigation* (Case Nos. 4:14-md-2541-CW and 4:14-cv-2758-CW) (herein "*Alston*"), and *In re Student-Athlete Name and Likeness Licensing Litigation* (Case Nos. C 09-1967-CW and C 09-3329-CW) (herein "*O'Bannon*"), which will likewise be deemed to have been produced in discovery in this action.

Certain documents produced in discovery in *House*, are subject to multiple protective orders (collectively, "the *House* Protective Orders"), as follows:

1. Protective Order entered on December 22, 2020 [Dkt. 137], attached herewith as Exhibit A;

2. Order Supplementing and Amending Protective Order entered on February 8, 2021 [Dkt. 148], attached herewith as Exhibit B; and

3. Second Stipulation and Order Supplementing and Amending Protective Order entered on March 29, 2022 [Dkt. 181], attached herewith as Exhibit C.

The *House* Protective Orders included provisions that documents originally produced in *Alston*, retained the protection of four protective orders entered in the *Alston* litigation, with certain modifications.

NOW, THEREFORE, through counsel, the Parties to this action stipulate and move the Court to order that:

1. All documents produced in *House* are deemed to have been produced in discovery in this action. This includes any documents from other actions, including *Alston*, that were deemed to have been produced in *House*.

2. Each of the *House* Protective Orders is deemed to have been and is hereby entered in these actions, including any modifications and exceptions effective in those orders.

3.      If, after the date of this Stipulation, any additional Protective Orders (or supplements or amendments thereto) are entered in *House*, the Parties will meet and confer in good faith regarding the applicability of those subsequent Orders (or supplements or amendments) to productions in the above-captioned action.

4.      To the extent the *House* Protective Orders, by incorporating previous applicable protective orders from the *Alston* litigation, reference or name specific counsel of record in those cases, they are hereby amended to reference and apply to counsel in parallel positions in this action.

5.      By entering into this Stipulation, no Party concedes or agrees, or otherwise compromises its position concerning, whether any documents are (a) discoverable or admissible in evidence; (b) properly deemed to be confidential and/or subject to enhanced confidentiality treatment pursuant to the provisions of any of the *House* Protective Orders; or (c) properly redacted, in light of the issues in this action.

Dated:  November 9, 2023

**WILKINSON STEKLOFF LLP**

By: /s/ Rakesh N. Kilaru
Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Calanthe Arat (SBN 349086)
Tamarra Matthews Johnson (*pro hac vice*)
Matthew R. Skanchy (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone:  (202) 847-4000
Facsimile:  (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com

Jacob K. Danziger (SBN 278219)
ARENTFOX SCHIFF LLP
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
Telephone: (734) 222-1516
Facsimile: (415) 757-5501
jacob.danziger@afslaw.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION

Respectfully Submitted,

**COOLEY LLP**

By: /s/ Whitty Somvichian
Whitty Somvichian (SBN 194463)
Kathleen R. Hartnett (SBN 314267)
Ashley Kemper Corkery (SBN 301380)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:  (415) 693 2000
Facsimile:  (415) 693 2222
wsomvichian@cooley.com
khartnett@cooley.com
acorkery@cooley.com

Mark Lambert (SBN 197410)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:  (650) 843-5000
Facsimile:  (650) 849-7400
mlambert@cooley.com

Dee Bansal (*pro hac vice*)
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004-2400
Telephone:  (202) 842 7800
Facsimile:  (202) 842 7899
dbansal@cooley.com

Attorneys for Defendant
PAC-12 CONFERENCE

| | |
|---|---|
| **MAYER BROWN LLP** | **SIDLEY AUSTIN LLP** |
| By: /s/ Britt M. Miller | By: /s/ Angela C. Zambrano |
| Britt M. Miller (*pro hac vice*) | David L. Anderson (SBN 149604) |
| Daniel T. Fenske (*pro hac vice*) | 555 California Street, Suite 2000 |
| 71 South Wacker Drive | San Francisco, CA 94104 |
| Chicago, IL 60606 | Telephone: (415) 772-1200 |
| Telephone: (312) 782-0600 | Facsimile: (415) 772-7412 |
| Facsimile: (312) 701-7711 | dlanderson@sidley.com |
| bmiller@mayerbrown.com | |
| dfenske@mayerbrown.com | Angela C. Zambrano (*pro hac vice*) |
| | Natali Wyson (*pro hac vice*) |
| Christopher J. Kelly (SBN 276312) | 2021 McKinney Avenue, Suite 2000 |
| Two Palo Alto Square, Suite 300 | Dallas, TX 75201 |
| 3000 El Camino Real | Telephone: (214) 969-3529 |
| Palo Alto, CA 94306 | Facsimile: (214) 969-3558 |
| Telephone: (650) 331-2000 | angela.zambrano@sidley.com |
| Facsimile: (650) 331-2060 | nwyson@sidley.com |
| cjkelly@mayerbrown.com | |
| | Chad Hummel (SBN 139055) |
| Attorneys for Defendant | 1999 Avenue of the Stars, Suite 1700 |
| THE BIG TEN CONFERENCE, INC. | Los Angeles, CA 90067 |
| | Telephone: (310) 595-9505 |
| | Facsimile: (310) 595-9501 |
| | chummel@sidley.com |
| | |
| | Attorneys for Defendant |
| | THE BIG 12 CONFERENCE, INC. |

| | |
|---|---|
| **ROBINSON, BRADSHAW & HINSON, P.A.**<br><br>By: /s/ Robert W. Fuller<br>Robert W. Fuller, III (*pro hac vice*)<br>Lawrence C. Moore, III (*pro hac vice*)<br>Amanda P. Nitto (*pro hac vice*)<br>Travis S. Hinman (*pro hac vice*)<br>Patrick H. Hill (*pro hac vice*)<br>101 N. Tryon St., Suite 1900<br>Charlotte, NC 28246<br>Telephone:  (704) 377-2536<br>Facsimile:  (704) 378-4000<br>rfuller@robinsonbradshaw.com<br>lmoore@robinsonbradshaw.com<br>anitto@robinsonbradshaw.com<br>thinman@robinsonbradshaw.com<br>phill@robinsonbradshaw.com<br><br>Mark J. Seifert (SBN 217054)<br>SEIFERT ZUROMSKI LLP<br>One Market Street, 36th Floor<br>San Francisco, California 941105<br>Telephone:  (415) 999-0901<br>Facsimile:  (415) 901-1123<br>mseifert@szllp.com<br><br>Attorneys for Defendant<br>SOUTHEASTERN CONFERENCE | **LATHAM & WATKINS LLP**<br><br>By: /s/ Christopher S. Yates<br>Christopher S. Yates (SBN 161273)<br>Aaron T. Chiu (SBN 287788)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111<br>Telephone:  (415) 391-0600<br>Facsimile:  (415) 395-8095<br>chris.yates@lw.com<br>aaron.chiu@lw.com<br><br>Anna M. Rathbun (SBN 273787)<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC  20004<br>Telephone:  (202) 637-1061<br>Facsimile:  (202) 637-2201<br>anna.rathbun@lw.com<br><br>**FOX ROTHSCHILD LLP**<br><br>By: /s/ D. Erik Albright<br>D. Erik Albright (*pro hac vice*)<br>Jonathan P. Heyl (*pro hac vice*)<br>Gregory G. Holland (*pro hac vice*)<br>230 North Elm Street, Suite 1200<br>Greensboro, NC 27401<br>Telephone:  (336) 378-5368<br>Facsimile:  (336) 378-5400<br>ealbright@foxrothschild.com<br>jheyl@foxrothschild.com<br>gholland@foxrothschild.com<br><br>Attorneys for Defendant<br>THE ATLANTIC COAST CONFERENCE |

| | |
|---|---|
| **WINSTON & STRAWN LLP** | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| By:     */s/ Jeffrey L. Kessler* <br>         JEFFREY L. KESSLER | By:     */s/ Steve W. Berman* <br>         STEVE W. BERMAN |
| Jeffrey L. Kessler (*pro hac vice*) <br> David L. Greenspan (*pro hac vice*) <br> Adam I. Dale (*pro hac vice*) <br> 200 Park Avenue <br> New York, NY 10166-4193 <br> Telephone: (212) 294-4698 <br> Facsimile: (212) 294-4700 <br> jkessler@winston.com <br> dgreenspan@winston.com <br> aidale@winston.com | Steve W. Berman (*pro hac vice*) <br> Emilee N. Sisco (*pro hac vice*) <br> Stephanie Verdoia (pro hac vice) <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br> Facsimile: (206) 623-0594 <br> steve@hbsslaw.com <br> emilees@hbsslaw.com <br> stephaniev@hbsslaw.com |
| Jeanifer E. Parsigian (SBN 289001) <br> 101 California Street, 34th Floor <br> San Francisco, CA 94111-5840 <br> Telephone: (415) 591-1000 <br> Facsimile: (415) 591-1400 <br> jparsigian@winston.com | Benjamin J. Siegel (SBN 256260) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 715 Hearst Avenue, Suite 202 <br> Berkeley, CA 94710 <br> Telephone: (510) 725-3000 <br> Facsimile: (510) 725-3001 <br> bens@hbsslaw.com |
| | *Attorneys for Plaintiffs and the Proposed Classes* |

6

**STIPULATION AND [PROPOSED] PROTECTIVE ORDER**      Case No. 4:23-cv-01593-CW

## SIGNATURE ATTESTATION

I, Rakesh N. Kilaru, am the CM/ECF user whose ID and password are being used to file this Stipulation and [Proposed] Protective Order.  In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  November 9, 2023

Respectfully submitted,

**WILKINSON STEKLOFF LLP**

By:  /s/ Rakesh N. Kilaru
Rakesh N. Kilaru
Attorney for Defendant
National Collegiate Athletic Association