*Counsel for Plaintiffs and Defendants*
*Listed on Signature Page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

|  |  |
|---|---|
| CHUBA HUBBARD and KEIRA MCCARRELL, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ATLANTIC COAST CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG 12 CONFERENCE, INC.; PAC-12 CONFERENCE; and SOUTHEASTERN CONFERENCE,<br><br>     Defendants. | Case No. 4:23-cv-01593-CW<br><br>**STIPULATION OF PARTIES** |

WHEREAS, Defendants have provided to Plaintiffs certain summaries (the "Summaries") of information gathered from specific NCAA member institutions concerning academic and graduation achievement awards ("Alston awards") including data concerning payments of such awards; and

WHEREAS, Plaintiffs and Defendants have agreed that both Plaintiffs and Defendants may submit the Summaries to the Court and rely on the Summaries during the course of litigation,

including during the class certification and merits stages of the litigation, pursuant to the conditions set forth below;

WHEREAS, the Summaries contain and reflect competitively sensitive information with respect to recruiting newly-enrolled and transferring student-athletes, which information NCAA member institutions do not share with each other, and regard as confidential and secret, and

WHEREAS, such use of the Summaries will avoid unnecessary discovery costs and expenses, and facilitate the efficient progress of this Action;

Now, therefore, the Plaintiffs and Defendants stipulate as follows:

1.      If and as any Defendant gathers or is informed of requested information that is not included in a Summary with respect to a specific NCAA member institution, such Defendant shall (and shall be entitled to) update and revise the relevant Summary to include such information.  If any Defendant learns that information included in a Summary is inaccurate, such Defendant shall (and shall be entitled to) provide a corrected Summary.

2.      Any party may submit any one or more of the Summaries to the Court and rely on information set forth in the Summaries during the litigation, including the class certification and merits stages of the litigation; provided, however, that to the extent a party chooses to submit a Summary or information contained therein to the Court, that party will submit to the Court the latest version of that Summary or the relevant information contained therein, which submission shall reflect any updates or revisions made to the Summary.  If any party files all or any portion of a Summary, or any information derived from a Summary, with the Court, that Summary or information derived therefrom shall be filed under seal, consistent with the applicable Local Rules.

3.      The Summaries and all information contained therein and submitted therewith shall be treated in all respects as "Highly Confidential – Outside Litigation Counsel Only" pursuant to the Protective Order (ECF No. 142) entered in this Action, and (without limitation) shall be filed with the

Court under seal.  In the event that a class is certified in this litigation and Plaintiffs believe that information supplied in a Summary must be disclosed publicly for purposes of providing class notice, Plaintiffs and the party that supplied the Summary in question will meet and confer in good faith concerning the appropriate contents of the notice.

4.     Plaintiffs shall not pursue discovery of any type (including subpoenas and depositions) from third parties (including NCAA member institutions) for the same information provided in a Summary, absent good cause.

Dated:  December 29, 2023                    Respectfully Submitted,


**WILKINSON STEKLOFF LLP**                   **COOLEY LLP**

By: /s/ Rakesh N. Kilaru                     By: /s/ Whitty Somvichian
Beth A. Wilkinson (*pro hac vice*)           Whitty Somvichian (SBN 194463)
Rakesh N. Kilaru (*pro hac vice*)            Kathleen R. Hartnett (SBN 314267)
Kieran Gostin (*pro hac vice*)               Ashley Kemper Corkery (SBN 301380)
Calanthe Arat (SBN 349086)                   3 Embarcadero Center, 20th Floor
Tamarra Matthews Johnson (*pro hac vice*)    San Francisco, California 94111-4004
Matthew R. Skanchy (*pro hac vice*)          Telephone:  (415) 693 2000
2001 M Street NW, 10th Floor                 Facsimile:  (415) 693 2222
Washington, DC 20036                         wsomvichian@cooley.com
Telephone:  (202) 847-4000                   khartnett@cooley.com
Facsimile:  (202) 847-4005                   acorkery@cooley.com
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com                Mark Lambert (SBN 197410)
kgostin@wilkinsonstekloff.com                3175 Hanover Street
carat@wilkinsonstekloff.com                  Palo Alto, CA  94304-1130
tmatthewsjohnson@wilkinsonstekloff.com       Telephone:  (650) 843-5000
mskanchy@wilkinsonstekloff.com               Facsimile:  (650) 849-7400
                                             mlambert@cooley.com
Jacob K. Danziger (SBN 278219)
ARENTFOX SCHIFF LLP                          Dee Bansal (*pro hac vice*)
44 Montgomery Street, 38th Floor             1299 Pennsylvania Ave. NW, Suite 700
San Francisco, CA 94104                      Washington, DC 20004-2400
Telephone: (734) 222-1516                    Telephone:  (202) 842 7800
Facsimile: (415) 757-5501                    Facsimile:  (202) 842 7899
jacob.danziger@afslaw.com                    dbansal@cooley.com

Attorneys for Defendant                      Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC                 PAC-12 CONFERENCE
ASSOCIATION

**STIPULATION**                                        **Case No. 4:20-cv-01593-CW**

**MAYER BROWN LLP**

By: /s/ Britt M. Miller
Britt M. Miller (*pro hac vice*)
Daniel T. Fenske (*pro hac vice*)
71 South Wacker Drive
Chicago, IL 60606
Telephone:  (312) 782-0600
Facsimile:  (312) 701-7711
bmiller@mayerbrown.com
dfenske@mayerbrown.com

Christopher J. Kelly (SBN 276312)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
cjkelly@mayerbrown.com

Attorneys for Defendant
THE BIG TEN CONFERENCE, INC.

**SIDLEY AUSTIN LLP**

By:  /s/ Angela C. Zambrano
David L. Anderson (SBN 149604)
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7412
dlanderson@sidley.com

Angela C. Zambrano (*pro hac vice*)
Natali Wyson (*pro hac vice*)
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: (214) 969-3529
Facsimile: (214) 969-3558
angela.zambrano@sidley.com
nwyson@sidley.com

Chad Hummel (SBN 139055)
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 595-9505
Facsimile: (310) 595-9501
chummel@sidley.com

Attorneys for Defendant
THE BIG 12 CONFERENCE, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ROBINSON, BRADSHAW & HINSON, P.A.**

By: /s/ Robert W. Fuller
Robert W. Fuller, III (*pro hac vice*)
Lawrence C. Moore, III (*pro hac vice*)
Amanda P. Nitto (*pro hac vice*)
Travis S. Hinman (*pro hac vice*)
Patrick H. Hill (*pro hac vice*)
101 N. Tryon St., Suite 1900
Charlotte, NC 28246
Telephone:  (704) 377-2536
Facsimile:  (704) 378-4000
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
anitto@robinsonbradshaw.com
thinman@robinsonbradshaw.com
phill@robinsonbradshaw.com

Mark J. Seifert (SBN 217054)
SEIFERT ZUROMSKI LLP
One Market Street, 36th Floor
San Francisco, California 941105
Telephone:  (415) 999-0901
Facsimile:  (415) 901-1123
mseifert@szllp.com

Attorneys for Defendant
SOUTHEASTERN CONFERENCE

**LATHAM & WATKINS LLP**

By: /s/ Christopher S. Yates
Christopher S. Yates (SBN 161273)
Aaron T. Chiu (SBN 287788)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
chris.yates@lw.com
aaron.chiu@lw.com

Anna M. Rathbun (SBN 273787)
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004
Telephone:  (202) 637-1061
Facsimile:  (202) 637-2201
anna.rathbun@lw.com

**FOX ROTHSCHILD LLP**

By: /s/ D. Erik Albright
D. Erik Albright (*pro hac vice*)
Jonathan P. Heyl (*pro hac vice*)
Gregory G. Holland (*pro hac vice*)
230 North Elm Street, Suite 1200
Greensboro, NC 27401
Telephone:  (336) 378-5368
Facsimile:  (336) 378-5400
ealbright@foxrothschild.com
jheyl@foxrothschild.com
gholland@foxrothschild.com

Attorneys for Defendant
THE ATLANTIC COAST
CONFERENCE

**STIPULATION**                                                    **Case No. 4:20-cv-01593-CW**

| | |
|---|---|
| **WINSTON & STRAWN LLP** | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| By: _____ */s/ Jeffrey L. Kessler* _____<br>JEFFREY L. KESSLER | By: _____ */s/ Steve W. Berman* _____<br>STEVE W. BERMAN |
| Jeffrey L. Kessler (*pro hac vice*)<br>David L. Greenspan (*pro hac vice*)<br>Adam I. Dale (*pro hac vice*)<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-4698<br>Facsimile: (212) 294-4700<br>jkessler@winston.com<br>dgreenspan@winston.com<br>aidale@winston.com | Steve W. Berman (*pro hac vice*)<br>Emilee N. Sisco (*pro hac vice*)<br>Stephanie Verdoia (pro hac vice)<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>emilees@hbsslaw.com<br>stephaniev@hbsslaw.com |
| Jeanifer E. Parsigian (SBN 289001)<br>101 California Street, 34th Floor<br>San Francisco, CA 94111-5840<br>Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400<br>jparsigian@winston.com | Benjamin J. Siegel (SBN 256260)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone:  (510) 725-3000<br>Facsimile:   (510) 725-3001<br>bens@hbsslaw.com |
| | *Attorneys for Plaintiffs and the Proposed Classes* |

**STIPULATION**                                                  **Case No. 4:20-cv-01593-CW**

1

**SIGNATURE ATTESTATION**

2     I, Rakesh N. Kilaru, am the CM/ECF user whose ID and password are being used to file this

3  Stipulation of Parties.  In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the

4  filing of this document has been obtained from each of the other signatories.

5  Dated:  December 29, 2023                              Respectfully submitted,

6
                                                         **WILKINSON STEKLOFF LLP**
7
                                                         By:   /s/ Rakesh N. Kilaru
8                                                               Rakesh N. Kilaru
                                                              Attorney for Defendant
9                                                             National Collegiate Athletic Association

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION**                                                        **Case No. 4:20-cv-01593-CW**