*Counsel for Plaintiffs and Defendants*
*Listed on Signature Page*

IT IS SO ORDERED
Judge Claudia Wilken
1/2/2024

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| CHUBA HUBBARD and KEIRA MCCARRELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ATLANTIC COAST CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG 12 CONFERENCE, INC.; PAC-12 CONFERENCE; and SOUTHEASTERN CONFERENCE,<br><br>Defendants. | Case No. 4:23-cv-01593-CW<br><br>**STIPULATION OF PARTIES** |

WHEREAS, Defendants have provided to Plaintiffs certain summaries (the "Summaries") of information gathered from specific NCAA member institutions concerning academic and graduation achievement awards ("Alston awards") including data concerning payments of such awards; and

WHEREAS, Plaintiffs and Defendants have agreed that both Plaintiffs and Defendants may submit the Summaries to the Court and rely on the Summaries during the course of litigation,

including during the class certification and merits stages of the litigation, pursuant to the conditions set forth below;

WHEREAS, the Summaries contain and reflect competitively sensitive information with respect to recruiting newly-enrolled and transferring student-athletes, which information NCAA member institutions do not share with each other, and regard as confidential and secret, and

WHEREAS, such use of the Summaries will avoid unnecessary discovery costs and expenses, and facilitate the efficient progress of this Action;

Now, therefore, the Plaintiffs and Defendants stipulate as follows:

1. If and as any Defendant gathers or is informed of requested information that is not included in a Summary with respect to a specific NCAA member institution, such Defendant shall (and shall be entitled to) update and revise the relevant Summary to include such information. If any Defendant learns that information included in a Summary is inaccurate, such Defendant shall (and shall be entitled to) provide a corrected Summary.

2. Any party may submit any one or more of the Summaries to the Court and rely on information set forth in the Summaries during the litigation, including the class certification and merits stages of the litigation; provided, however, that to the extent a party chooses to submit a Summary or information contained therein to the Court, that party will submit to the Court the latest version of that Summary or the relevant information contained therein, which submission shall reflect any updates or revisions made to the Summary. If any party files all or any portion of a Summary, or any information derived from a Summary, with the Court, that Summary or information derived therefrom shall be filed under seal, consistent with the applicable Local Rules.

3. The Summaries and all information contained therein and submitted therewith shall be treated in all respects as "Highly Confidential – Outside Litigation Counsel Only" pursuant to the Protective Order (ECF No. 142) entered in this Action, and (without limitation) shall be filed with the

Court under seal.  In the event that a class is certified in this litigation and Plaintiffs believe that information supplied in a Summary must be disclosed publicly for purposes of providing class notice, Plaintiffs and the party that supplied the Summary in question will meet and confer in good faith concerning the appropriate contents of the notice.

    4.    Plaintiffs shall not pursue discovery of any type (including subpoenas and depositions) from third parties (including NCAA member institutions) for the same information provided in a Summary, absent good cause.

| | |
|---|---|
| Dated:  December 29, 2023 | Respectfully Submitted, |

| | |
|---|---|
| **WILKINSON STEKLOFF LLP** | **COOLEY LLP** |
| By: /s/ Rakesh N. Kilaru | By: /s/ Whitty Somvichian |
| Beth A. Wilkinson (*pro hac vice*) | Whitty Somvichian (SBN 194463) |
| Rakesh N. Kilaru (*pro hac vice*) | Kathleen R. Hartnett (SBN 314267) |
| Kieran Gostin (*pro hac vice*) | Ashley Kemper Corkery (SBN 301380) |
| Calanthe Arat (SBN 349086) | 3 Embarcadero Center, 20th Floor |
| Tamarra Matthews Johnson (*pro hac vice*) | San Francisco, California 94111-4004 |
| Matthew R. Skanchy (*pro hac vice*) | Telephone:  (415) 693 2000 |
| 2001 M Street NW, 10th Floor | Facsimile:  (415) 693 2222 |
| Washington, DC 20036 | wsomvichian@cooley.com |
| Telephone:  (202) 847-4000 | khartnett@cooley.com |
| Facsimile:  (202) 847-4005 | acorkery@cooley.com |
| bwilkinson@wilkinsonstekloff.com | |
| rkilaru@wilkinsonstekloff.com | Mark Lambert (SBN 197410) |
| kgostin@wilkinsonstekloff.com | 3175 Hanover Street |
| carat@wilkinsonstekloff.com | Palo Alto, CA  94304-1130 |
| tmatthewsjohnson@wilkinsonstekloff.com | Telephone:  (650) 843-5000 |
| mskanchy@wilkinsonstekloff.com | Facsimile:  (650) 849-7400 |
| | mlambert@cooley.com |
| Jacob K. Danziger (SBN 278219) | |
| ARENTFOX SCHIFF LLP | Dee Bansal (*pro hac vice*) |
| 44 Montgomery Street, 38th Floor | 1299 Pennsylvania Ave. NW, Suite 700 |
| San Francisco, CA 94104 | Washington, DC 20004-2400 |
| Telephone: (734) 222-1516 | Telephone:  (202) 842 7800 |
| Facsimile: (415) 757-5501 | Facsimile:  (202) 842 7899 |
| jacob.danziger@afslaw.com | dbansal@cooley.com |
| | |
| Attorneys for Defendant | Attorneys for Defendant |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION | PAC-12 CONFERENCE |

| | |
|---|---|
| **MAYER BROWN LLP**<br><br>By: /s/ Britt M. Miller<br>Britt M. Miller (*pro hac vice*)<br>Daniel T. Fenske (*pro hac vice*)<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Telephone:  (312) 782-0600<br>Facsimile:  (312) 701-7711<br>bmiller@mayerbrown.com<br>dfenske@mayerbrown.com<br><br>Christopher J. Kelly (SBN 276312)<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Telephone: (650) 331-2000<br>Facsimile: (650) 331-2060<br>cjkelly@mayerbrown.com<br><br>Attorneys for Defendant<br>THE BIG TEN CONFERENCE, INC. | **SIDLEY AUSTIN LLP**<br><br>By:  /s/ Angela C. Zambrano<br>David L. Anderson (SBN 149604)<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7412<br>dlanderson@sidley.com<br><br>Angela C. Zambrano (*pro hac vice*)<br>Natali Wyson (*pro hac vice*)<br>2021 McKinney Avenue, Suite 2000<br>Dallas, TX 75201<br>Telephone: (214) 969-3529<br>Facsimile: (214) 969-3558<br>angela.zambrano@sidley.com<br>nwyson@sidley.com<br><br>Chad Hummel (SBN 139055)<br>1999 Avenue of the Stars, Suite 1700<br>Los Angeles, CA 90067<br>Telephone: (310) 595-9505<br>Facsimile: (310) 595-9501<br>chummel@sidley.com<br><br>Attorneys for Defendant<br>THE BIG 12 CONFERENCE, INC. |

| | |
|---|---|
| **ROBINSON, BRADSHAW & HINSON, P.A.**<br><br>By: /s/ Robert W. Fuller<br>Robert W. Fuller, III (*pro hac vice*)<br>Lawrence C. Moore, III (*pro hac vice*)<br>Amanda P. Nitto (*pro hac vice*)<br>Travis S. Hinman (*pro hac vice*)<br>Patrick H. Hill (*pro hac vice*)<br>101 N. Tryon St., Suite 1900<br>Charlotte, NC 28246<br>Telephone:  (704) 377-2536<br>Facsimile:  (704) 378-4000<br>rfuller@robinsonbradshaw.com<br>lmoore@robinsonbradshaw.com<br>anitto@robinsonbradshaw.com<br>thinman@robinsonbradshaw.com<br>phill@robinsonbradshaw.com<br><br>Mark J. Seifert (SBN 217054)<br>SEIFERT ZUROMSKI LLP<br>One Market Street, 36th Floor<br>San Francisco, California 941105<br>Telephone:  (415) 999-0901<br>Facsimile:  (415) 901-1123<br>mseifert@szllp.com<br><br>Attorneys for Defendant<br>SOUTHEASTERN CONFERENCE | **LATHAM & WATKINS LLP**<br><br>By: /s/ Christopher S. Yates<br>Christopher S. Yates (SBN 161273)<br>Aaron T. Chiu (SBN 287788)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111<br>Telephone:  (415) 391-0600<br>Facsimile:  (415) 395-8095<br>chris.yates@lw.com<br>aaron.chiu@lw.com<br><br>Anna M. Rathbun (SBN 273787)<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC  20004<br>Telephone:  (202) 637-1061<br>Facsimile:  (202) 637-2201<br>anna.rathbun@lw.com<br><br>**FOX ROTHSCHILD LLP**<br><br>By: /s/ D. Erik Albright<br>D. Erik Albright (*pro hac vice*)<br>Jonathan P. Heyl (*pro hac vice*)<br>Gregory G. Holland (*pro hac vice*)<br>230 North Elm Street, Suite 1200<br>Greensboro, NC 27401<br>Telephone:  (336) 378-5368<br>Facsimile:  (336) 378-5400<br>ealbright@foxrothschild.com<br>jheyl@foxrothschild.com<br>gholland@foxrothschild.com<br><br>Attorneys for Defendant<br>THE ATLANTIC COAST CONFERENCE |

| | |
|---|---|
| **WINSTON & STRAWN LLP** | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| By:    */s/ Jeffrey L. Kessler*<br>        JEFFREY L. KESSLER | By:    */s/ Steve W. Berman*<br>        STEVE W. BERMAN |
| Jeffrey L. Kessler (*pro hac vice*)<br>David L. Greenspan (*pro hac vice*)<br>Adam I. Dale (*pro hac vice*)<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-4698<br>Facsimile: (212) 294-4700<br>jkessler@winston.com<br>dgreenspan@winston.com<br>aidale@winston.com | Steve W. Berman (*pro hac vice*)<br>Emilee N. Sisco (*pro hac vice*)<br>Stephanie Verdoia (pro hac vice)<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>emilees@hbsslaw.com<br>stephaniev@hbsslaw.com |
| Jeanifer E. Parsigian (SBN 289001)<br>101 California Street, 34th Floor<br>San Francisco, CA 94111-5840<br>Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400<br>jparsigian@winston.com | Benjamin J. Siegel (SBN 256260)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>bens@hbsslaw.com |
| | *Attorneys for Plaintiffs and the Proposed Classes* |

# SIGNATURE ATTESTATION

I, Rakesh N. Kilaru, am the CM/ECF user whose ID and password are being used to file this Stipulation of Parties.  In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  December 29, 2023                                    Respectfully submitted,

**WILKINSON STEKLOFF LLP**

By:   /s/ Rakesh N. Kilaru
        Rakesh N. Kilaru
        Attorney for Defendant
        National Collegiate Athletic Association