*Counsel for Plaintiffs and Defendants*
*Listed on Signature Pages*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CHUBA HUBBARD and KEIRA MCCARRELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ATLANTIC COAST CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG 12 CONFERENCE, INC.; PAC-12 CONFERENCE; and SOUTHEASTERN CONFERENCE,<br><br>Defendants. | Case No. 4:23-cv-01593-CW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTIONS TO SEAL**<br><br>Hon. Claudia Wilken |

1 Pursuant to Northern District of California Local Rule 7-12, Plaintiffs in the above-captioned action and Defendants National Collegiate Athletic Association, Atlantic Coast Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc., Pac-12 Conference, and Southeastern Conference (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, submit the following Stipulation seeking an order adjusting the sealing procedures for the Parties' class certification briefing papers and related documents as set forth in Local Rule 79-5:

WHEREAS, the Court: (i) entered the Parties' stipulation and protective order that largely incorporated the confidentiality designations in *In re College Athlete NIL Litigation* (Case No. 4:20-cv-03919 CW) (herein "*House*") ("House CSC – Outside Litigation Counsel Only"; "House NSC – Outside Litigation Counsel Only") and *In re NCAA Athletic Grant-in-Aid Cap Antitrust Litigation* (Case Nos. 4:14-md-2541-CW, 4:14-cv-2758-CW) (herein "*Alston*") ("Confidential Information"; "Highly Confidential – Counsel Only"; "Highly Confidential NCAA Member Financial Data"; "Conference Strictly Confidential – Outside Litigation Counsel Only"; "Network Strictly Confidential – Outside Litigation Counsel Only"; "Highly Confidential Billing Records – Outside Counsel Only") (*see* ECF No. 142); and (ii) entered the Parties' stipulation that addressed protections for information belonging to NCAA member schools, colleges, universities or institutions (to be designated "Highly Confidential – Outside Litigation Counsel Only") (*see* ECF No. 146) (collectively, the "Protective Orders");

WHEREAS, in *House*, the Court entered the Parties' Stipulation and Order as Modified Modifying Sealing Procedures Relating to Class Certification Briefing and Related Documents (*see House*, ECF No. 207);

WHEREAS, pursuant to the Court's Scheduling Order as Modified dated November 3, 2023, Plaintiffs will file their class certification motion and supporting expert reports on February 2, 2024; the Defendants will file their class certification opposition and supporting expert reports on March 15, 2024; and Plaintiffs will file their class certification reply and expert rebuttal report on April 5, 2024 (*see* ECF No. 134);

1     WHEREAS, pursuant to the Court's Scheduling Order as Modified, Defendants will file any *Daubert* motions with respect to Plaintiffs' class certification experts by March 15, 2024; Plaintiffs will file their opposition to Defendants' *Daubert* motions and any *Daubert* motions with respect to Defendants' class opposition experts by April 5, 2024; Defendants will file their reply in support of *Daubert* motions as to Plaintiffs' class certification experts and their opposition to Plaintiffs' *Daubert* motions by April 12, 2024; and Plaintiffs will file their reply in support of *Daubert* motions as to Defendants' class opposition experts by April 19, 2024 (*see* ECF No. 134);

    WHEREAS, the Parties have sought and obtained discovery, including substantial discovery of information belonging to non-parties that is subject to protection under the Protective Orders, to facilitate the class certification briefing and anticipate that several administrative motions to seal would be filed if the Parties strictly complied with the procedures set forth in Local Rule 79-5;

    WHEREAS, the Parties anticipate that numerous Party and non-party declarations in support of any forthcoming administrative motions to seal will need to be filed, and that compliance with the procedures and timing set forth in Local Rule 79-5 will impose a substantial burden on non-parties to file multiple declarations to protect the same or similar information, and on the Court to review and evaluate such duplicative filings;

    WHEREAS, the Parties previously stipulated that where information designated "Network Strictly Confidential – Outside Counsel Only" in *Alston* or "House NSC – Outside Litigation Counsel Only Information" is filed, the filing party shall provide written notice to each applicable "Network Intervenor" or "Network" (collectively, "Network Entity") at least five (5) business days in advance of filing an administrative motion to seal the designated material (*see* ECF No.136-2); and

    WHEREAS, the Parties agree that a single combined administrative motion to seal covering all sealing requests ("Omnibus Sealing Motion") would be the most efficient way for the Court to handle all sealing issues arising from the Parties' class certification briefing papers and related documents, and that, upon order of this Court, such Omnibus Sealing Motion shall supersede any interim sealing motions that would ordinarily accompany the Parties' opening brief, opposition brief, reply brief, and any associated documents (including, but not limited to, any *Daubert* motions and

related briefing submitted in connection with Plaintiffs' class certification motion and Defendants' opposition thereto).

THEREFORE, the Parties hereby agree and stipulate that, upon order of this Court:

- The Parties shall file redacted versions of their class certification briefs and related documents (including *Daubert* motions and related briefing) on or before the deadlines set forth in the Court's Scheduling Order as Modified (*see* ECF No. 134), without accompanying interim motions to seal;

- The Parties shall file the sealed versions of their class certification briefs and related documents (including *Daubert* motions and related briefing) on or before the deadlines set forth in the Court's Scheduling Order as Modified (*see* ECF No. 134), using the ECF Event for "Documents e-Filed Under Seal," which will make them electronically available to the Court;

- Within three (3) days of each filing, the filing Party shall identify for each non-filing Party the portions of the filing Party's brief and supporting documents that contain information designated as "Conference Strictly Confidential – Outside Litigation Counsel Only"; "Network Strictly Confidential – Outside Litigation Counsel Only"; "Highly Confidential Billing Records – Outside Counsel Only"; "House CSC – Outside Litigation Counsel Only"; or "House NSC – Outside Litigation Counsel Only";

- No later than five (5) days from the last filing (currently April 24, 2024), each Party shall notify any Network Entity of the inclusion of any information designated "Network Strictly Confidential – Outside Counsel Only" or "House NSC – Outside Litigation Counsel Only Information" in any of that Party's class certification filings;

- No later than fourteen (14) days from the last filing (currently, May 3, 2024), the Parties shall file an Omnibus Sealing Motion, and, consistent with Local Rule 79-5(f)(2), shall serve the Omnibus Sealing Motion on all Non-Party Designating Parties. The Parties shall also notify any applicable Non-Party Designating Parties of the procedures set forth in Local Rule 79-5(f)(3) and as modified herein. The Parties will cooperate in good faith to divide equitably amongst themselves the burden of notifying all

Non-Party Designating Parties of the Omnibus Sealing Motion and Local Rule 79-5(f)(3); and

- No later than fourteen (14) days from the filing of the Omnibus Sealing Motion (currently, May 17, 2024), any Designating Party must file a statement or declaration in support of sealing, as set forth in Local Rule 79-5(f)(3).

| | |
|---|---|
| Dated: January 26, 2024 | Respectfully submitted, |
| HAGENS BERMAN SOBOL SHAPIRO LLP | WINSTON & STRAWN LLP |
| By: */s/ Steve W. Berman* <br> Steve W. Berman (*pro hac vice*) <br> Emilee N. Sisco (*pro hac vice*) <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br> Facsimile: (206) 623-0594 <br> steve@hbsslaw.com <br> emilees@hbsslaw.com <br><br> Benjamin J. Siegel (SBN 256260) <br> 715 Hearst Avenue, Suite 202 <br> Berkeley, CA 94710 <br> Telephone: (510) 725-3000 <br> Facsimile: (510) 725-3001 <br> bens@hbsslaw.com <br><br> *Counsel for Plaintiffs and the Proposed Classes* | By: */s/ Jeffrey L. Kessler* <br> Jeffrey L. Kessler (*pro hac vice*) <br> David L. Greenspan (*pro hac vice*) <br> Adam I. Dale (*pro hac vice*) <br> 200 Park Avenue <br> New York, NY 10166-4193 <br> Telephone: (212) 294-4698 <br> Facsimile: (212) 294-4700 <br> jkessler@winston.com <br> dgreenspan@winston.com <br> aidale@winston.com <br><br> Jeanifer E. Parsigian (SBN 289001) <br> 101 California Street, 34th Floor <br> San Francisco, CA 94111-5840 <br> Telephone: (415) 591-1000 <br> Facsimile: (415) 591-1400 <br> jparsigian@winston.com <br><br> *Counsel for Plaintiffs and the Proposed Classes* |

| | |
|---|---|
| WILKINSON STEKLOFF LLP | LATHAM & WATKINS LLP |
| By: */s/ Rakesh N. Kilaru* | By: */s/ Christopher S. Yates* |
|     Rakesh N. Kilaru (*pro hac vice*) |     Christopher S. Yates (SBN 161273) |
|     Beth A. Wilkinson (*pro hac vice*) |     Aaron T. Chiu (SBN 287788) |
|     Kieran Gostin (*pro hac vice*) |     505 Montgomery Street, Suite 2000 |
|     Cali Arat (SBN 349086) |     San Francisco, CA 94111 |
|     Matthew Skanchy (*pro hac vice*) |     Telephone: (415) 391-0600 |
|     Tamarra Matthews Johnson (*pro hac vice*) |     Facsimile: (415) 395-8095 |
|     2001 M Street NW, 10th Floor |     chris.yates@lw.com |
|     Washington, DC 20036 |     aaron.chiu@lw.com |
|     Telephone: (202) 847-4000 | |
|     Facsimile: (202) 847-4005 | |
|     rkilaru@wilkinsonstekloff.com |     Anna M. Rathbun (SBN 273787) |
|     bwilkinson@wilkinsonstekloff.com |     555 Eleventh Street, NW, Suite 1000 |
|     kgostin@wilkinsonstekloff.com |     Washington, D.C. 20004 |
|     carat@wilkinsonstekloff.com |     Telephone: (202) 637-1061 |
|     mskanchy@wilkinsonstekloff.com |     Facsimile: (202) 637-2201 |
|     tmatthewsjohnson@wilkinsonstekloff.com |     anna.rathbun@lw.com |
| | |
|     Jacob K. Danzinger (SBN 278219) | *Counsel for Defendant Atlantic Coast Conference* |
|     ARENT FOX SCHIFF LLP | |
|     44 Montgomery Street, 38th Floor | |
|     San Francisco, CA 94104 | |
|     Telephone: (734) 222-1516 | |
|     Facsimile: (415) 757-5501 | |
|     jacob.danziger@afslaw.com | |
| | |
| *Counsel for Defendant National Collegiate Athletic Association* | |

| | |
|---|---|
| MAYER BROWN LLP | COOLEY LLP |
| By: */s/ Britt M. Miller* | By: */s/ Whitty Somvichian* |
| Britt M. Miller (*pro hac vice*) | Whitty Somvichian (SBN 194463) |
| Daniel Fenske (*pro hac vice*) | Kathleen R. Hartnett (SBN 314267) |
| 71 South Wacker Drive | Ashley Kemper Corkery (SBN 301380) |
| Chicago, IL 60606 | 3 Embarcadero Center, 20th Floor |
| Telephone: (312) 782-0600 | San Francisco, California 94111-4004 |
| Facsimile: (312) 701-7711 | Telephone: (415) 693-2000 |
| bmiller@mayerbrown.com | Facsimile: (415) 693-2222 |
| dfenske@mayerbrown.com | wsomvichian@cooley.com |
| | khartnett@cooley.com |
| Christopher J. Kelly (SBN 276312) | acorkery@cooley.com |
| Two Palo Alto Square, Suite 300 | |
| 3000 El Camino Real | Dee Bansal (*pro hac vice*) |
| Palo Alto, CA 94306 | 1299 Pennsylvania Ave. NW, Suite 700 |
| Telephone: (650) 331-2000 | Washington, DC 20004-2400 |
| Facsimile: (650) 331-2060 | Telephone: (202) 842-7800 |
| cjkelly@mayerbrown.com | Facsimile: (202) 842-7899 |
| | dbansal@cooley.com |
| *Counsel for Defendant The Big Ten Conference, Inc.* | Mark Lambert (SBN 197410) |
| | 3175 Hanover Street |
| | Palo Alto, CA 94304-1130 |
| | Telephone: (650) 843 5003 |
| | Facsimile:(650) 849 7400 |
| | mlambert@cooley.com |
| | *Counsel for Defendant Pac-12 Conference* |

| | | |
|---|---|---|
| 1 | SIDLEY AUSTIN LLP | ROBINSON BRADSHAW & HINSON, P.A. |
| 2 | | |
| 3 | By: */s/ Angela C. Zambrano*<br>　　Angela C. Zambrano *(pro hac vice)* | By: */s/ Robert W. Fuller, III*<br>　　Robert W. Fuller, III *(pro hac vice)* |
| 4 | 　　Natali Wyson *(pro hac vice)*<br>　　2021 Mckinney Avenue Suite 2000 | 　　Lawrence C. Moore, III *(pro hac vice)*<br>　　Travis S. Hinman *(pro hac vice)* |
| 5 | 　　Dallas, Texas 75201<br>　　angela.zambrano@sidley.com | 　　Amanda P. Nitto *(pro hac vice)*<br>　　Patrick H. Hill *(pro hac vice)* |
| 6 | 　　nwyson@sidley.com | 　　101 N. Tryon St., Suite 1900<br>　　Charlotte, NC 28246 |
| 7 | 　　David L. Anderson *(SBN 149604)*<br>　　555 California Street, Suite 2000 | 　　Telephone: (704) 377-2536<br>　　Facsimile: (704) 378-4000 |
| 8 | 　　San Francisco, California 94104<br>　　dlanderson@sidley.com | 　　rfuller@robinsonbradshaw.com<br>　　lmoore@robinsonbradshaw.com |
| 9 | 　　Chad S. Hummel *(SBN 139055)* | 　　thinman@robinsonbradshaw.com<br>　　anitto@robinsonbradshaw.com |
| 10 | 　　1999 Avenue of the Stars, 17th Floor<br>　　Los Angeles, California 90067 | 　　phill@robinsonbradshaw.com |
| 11 | 　　chummel@sidley.com | Mark J. Seifert (SBN 217054)<br>SEIFERT ZUROMSKI LLP |
| 12 | *Counsel for Defendant The Big 12*<br>*Conference, Inc.* | One Market Street, 36th Floor<br>San Francisco, California 941105 |
| 13 | | Telephone: (415) 999-0901<br>Facsimile: (415) 901-1123 |
| 14 | | mseifert@szllp.com |
| 15 | | *Counsel for Defendant Southeastern*<br>*Conference* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

*/s/ Jeffrey L. Kessler*
JEFFREY L. KESSLER

**[PROPOSED] ORDER**

The Parties must file the sealed versions of the documents at the time they file the documents in redacted form, using the ECF Event for "Documents e-Filed Under Seal," which will make them electronically available to the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/29/2024

*[Signature]*

HON. CLAUDIA WILKEN
UNITED STATES SENIOR DISTRICT JUDGE