<303>

1 | [Parties listed on signature pages]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CHUBA HUBBARD and KEIRA MCCARRELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ATLANTIC COAST CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG 12 CONFERENCE, INC.; PAC-12 CONFERENCE; and SOUTHEASTERN CONFERENCE,<br><br>Defendants. | Case No.: 4:23-cv-01593-CW<br><br>**STIPULATED [PROPOSED] ORDER REGARDING PRIOR DEPOSITION TESTIMONY FROM OTHER ACTIONS**<br><br>Hon. Claudia Wilken |

WHEREAS, the instant case involves factual and legal issues overlapping with issues in the following cases: (1) *In re National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litigation*, Case No. 14-md-2541-CW (N.D. Cal.) (herein "*Alston*"), and (2) *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) (herein "*House*");

WHEREAS, the undersigned parties (the "Parties") wish to use certain depositions that were taken in the above cases (the "Depositions") in this case;

WHEREAS, such use of the Depositions will maximize efficiency and minimize costs for the Parties, and facilitate the efficient progress of this action.

NOW, THEREFORE, through counsel, the Parties stipulate and move the Court to order that:

1.  Any Party may use the transcripts of, and exhibits to, the Depositions as if those Depositions had been noticed and taken in this case. No Party may object to use of the Depositions on the ground that they were taken in another case.

2.  The Parties may rely on objections interposed during the Depositions as if made by a Party. Except as to the form of the question or answer, all other objections, including as to admissibility and/or relevance of the testimony and/or exhibits are preserved and may be raised in this case. Accordingly, this stipulation does not limit the ability of the Parties to raise evidentiary objections (e.g., hearsay, relevance, etc.) regarding the substance of any testimony or exhibits introduced at the Depositions.

3.  To the extent any portion of a Deposition was designated as Confidential or Highly Confidential pursuant to a protective order in *Alston* and/or *House*, the Parties agree to abide by the protective order in *Alston* and/or *House* and also agree to give that portion of the Deposition the equivalent level of confidentiality under the protective order entered in this case.

4.  Nothing herein shall preclude a Party from deposing a witness who was previously deposed in *Alston* or *House*.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: February 28, 2024 | Respectfully submitted, |
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **WINSTON & STRAWN LLP** |
| By: _/s/ Steve W. Berman_<br>     STEVE W. BERMAN | By: _/s/ Jeffrey L. Kessler_<br>     JEFFREY L. KESSLER |
| Steve W. Berman (*pro hac vice*)<br>Emilee N. Sisco (*pro hac vice*)<br>Stephanie Verdoia (*pro hac vice*)<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>emilees@hbsslaw.com<br>stephaniev@hbsslaw.com. | Jeffrey L. Kessler (*pro hac vice*)<br>David L. Greenspan (*pro hac vice*)<br>Adam I. Dale (*pro hac vice*)<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-4698<br>Facsimile: (212) 294-4700<br>jkessler@winston.com<br>dgreenspan@winston.com<br>aidale@winston.com |
| Benjamin J. Siegel (SBN 256260)<br>715 Hearst Avenue, Suite 300<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>bens@hbsslaw.com | Jeanifer E. Parsigian (SBN 289001)<br>101 California Street, 34th Floor<br>San Francisco, CA 94111-5840<br>Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400<br>jparsigian@winston.com |
| *Counsel for Plaintiffs and the Classes* | *Counsel for Plaintiffs and the Classes* |

| | |
|---|---|
| **LATHAM & WATKINS LLP** | **WILKINSON STEKLOFF LLP** |
| By:  */s/ Christopher S. Yates* <br> CHRISTOPHER S. YATES | By:  */s/ Beth A. Wilkinson* <br> BETH A. WILKINSON |
| Christopher S. Yates (SBN 161273) <br> Aaron T. Chiu (SBN 287788) <br> 505 Montgomery Street, Suite 2000 <br> San Francisco, CA 94111 <br> Telephone: (415) 391-0600 <br> Facsimile: (415) 395-8095 <br> Chris.yates@lw.com <br> Aaron.chiu@lw.com <br><br> Anna M. Rathbun (SBN 273787) <br> 555 Eleventh Street, NW, Suite 1000 <br> Washington, DC 20004 <br> Telephone: (202) 637-1061 <br> Facsimile: (202) 637-2201 <br> Anna.rathbun@lw.com <br><br> *Attorneys for Defendant Atlantic Coast Conference* | Beth A. Wilkinson (*pro hac vice*) <br> Rakesh N. Kilaru (*pro hac vice*) <br> Cali Arat (*pro hac vice*) <br> Tamarra M. Johnson (*pro hac vice*) <br> 2001 M Street NW, 10th Floor <br> Washington, D.C. 20036 <br> Telephone: (202) 847-4000 <br> Facsimile: (202) 847-4005 <br> bwilkinson@wilkinsonstekloff.com <br> rkilaru@wilkinsonstekloff.com <br> carat@wilkinsonstekloff.com <br> tmatthewsjohnson@wilkinsonstekloff.com <br><br> Jacob K. Danziger (SBN 278219) <br> ARENT FOX SCHIFF LLP <br> 44 Montgomery Street, 38th Floor <br> San Francisco, CA 94104 <br> Telephone: (734) 222-1516 <br> Facsimile: (415) 757-5501 <br><br> *Attorneys for Defendant National Collegiate Athletic Association* |

| | |
|---|---|
| **COOLEY LLP** | **MAYER BROWN LLP** |
| By: */s/ Whitty Somvichian*<br>WHITTY SOMVICHIAN | By: */s/ Britt M. Miller*<br>BRITT M. MILLER |
| Whitty Somvichian (SBN 194463)<br>Kathleen R. Hartnett (SBN 314267)<br>Ashley K. Corkery (SBN 301380)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br>wsomvichian@cooley.com<br>khartnett@cooley.com<br>acorkery@cooley.com | Britt M. Miller (*pro hac vice*)<br>Daniel Fenske (*pro hac vice*)<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 782-0600<br>Facsimile: (312) 701-7711<br>bmiller@mayerbrown.com<br>dfenske@mayerbrown.com |
| Mark F. Lambert (SBN 197410)<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br>mlambert@cooley.vom | Christopher J. Kelly (SBN 276312)<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Telephone: (650) 331-2000<br>Facsimile: (650) 331-2060<br>cjkelly@mayerbrown.com |
| Deepti Bansal (*pro hac vice*)<br>1299 Pennsylvania Ave., NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone: (202) 842-7800<br>Facsimile: (202) 842-7899<br>dbansal@cooley.com | *Attorneys for Defendant The Big Ten Conference, Inc.* |
| Rebecca Tarneja<br>355 S. Grand Avenue, Suite 900<br>Los Angeles, CA 90071<br>Telephone: (213) 561-3250<br>Facsimile: (213) 561-3244<br>rtarneja@cooley.com | |
| *Attorneys for Defendant Pac-12 Conference* | |

| | |
|---|---|
| **ROBINSON BRADSHAW & HINSON, P.A.** | **SIDLEY AUSTIN LLP** |
| By: */s/ Robert W. Fuller* <br>   ROBERT W. FULLER, III | By: */s/ David L. Anderson* <br>   DAVID L. ANDERSON |
| Robert W. Fuller, III (*pro hac vice*) <br> Lawrence C. Moore, III (*pro hac vice*) <br> Amanda P. Nitto (*pro hac vice*) <br> Travis S. Hinman (*pro hac vice*) <br> Patrick H. Hill (*pro hac vice*) <br> 101 N. Tryon St., Suite 1900 <br> Charlotte, NC 28246 <br> Telephone: (704) 377-2536 <br> Facsimile: (704) 378-4000 <br> rfuller@robinsonbradshaw.com <br> lmoore@robinsonbradshaw.com <br> anitto@robinsonbradshaw.com <br> thinman@robinsonbradshaw.com <br> phill@robinsonbradshaw.com | David L. Anderson (SBN 149604) <br> 555 California Street, Suite 2000 <br> San Francisco, CA 94104 <br> Telephone: (415) 772-1200 <br> Facsimile: (415) 772-7412 <br> dlanderson@sidley.com <br><br> Angela C. Zambrano (*pro hac vice*) <br> Natali Wyson (*pro hac vice*) <br> 2021 McKinney Avenue, Suite 2000 <br> Dallas, TX 75201 <br> Telephone: (214) 969-3529 <br> Facsimile: (214) 969-3558 <br> angela.zambrano@sidley.com <br> nwyson@sidley.com |
| Mark J. Seifert (SBN 217054) <br> SEIFERT ZUROMSKI LLP <br> 100 Pine Street Suite 1250 <br> One Market Street, 36th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 999-0901 <br> Facsimile: (415) 901-1123 <br> mseifert@szllp.com | Chad S. Hummel (SBN 139055) <br> 1999 Avenue of the Stars, Suite 1700 <br> Los Angeles, CA 90067 <br> Telephone: (310) 595-9505 <br> Facsimile: (310) 595-9501 <br> chummel@sidley.com |
| *Attorneys for Defendant Southeastern Conference* | *Attorneys for Defendant Big 12 Conference, Inc.* |

### E-FILING ATTESTATION

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

   */s/ Steve W. Berman*
   STEVE W. BERMAN (*pro hac vice*)

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                         HON. CLAUDIA WILKEN
                                         UNITED STATES SENIOR DISTRICT JUDGE