**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CHUBA HUBBARD and KEIRA MCCARRELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ATLANTIC COAST CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG 12 CONFERENCE, INC.; PAC-12 CONFERENCE; and SOUTHEASTERN CONFERENCE,<br><br>Defendants. | **Case No. 4:23-cv-01593-CW**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR CLASS CERTIFICATION BRIEFING AND CERTAIN CASE DEADLINES**<br><br>Hon. Claudia Wilken |

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR CLASS CERTIFICATION AND CERTAIN CASE DEADLINES
CASE NO. 4:23-cv-01593-CW

762794997.3

Pursuant to Northern District of California Local Rule 7-12, Plaintiffs in the above-captioned action and Defendants National Collegiate Athletic Association, Atlantic Coast Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc., Pac-12 Conference, and Southeastern Conference (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, submit the following Stipulation seeking an order adjusting the page lengths for Defendants' Opposition to Plaintiffs' Motion for Class Certification and Plaintiffs' Reply to Defendants' Opposition (as set forth in the Northern District of California Local Rule 7-3) and extending certain case deadlines:

WHEREAS, Defendants believe that in order to set out fully the factual and legal issues relating to the putative damages class, reasonable adjustments to the page limits set forth in Northern District of California Local Rule 7-3 are required for Defendants' Opposition to Plaintiffs' Motion for Class Certification;

WHEREAS, Plaintiffs agree to accommodate Defendants' request provided that the adjustments to the page limits set forth in Northern District of California Local Rule 7-3 are proportionately adjusted for Plaintiffs' Reply to Defendants' Opposition;

WHEREAS, on November 2, 2023, the Parties filed a Stipulation and Proposed Scheduling Order, which was granted as modified by the Court on November 3, 2023 (ECF Nos. 133, 134);

WHEREAS, on March 7, 2024, the Parties filed a Stipulation and Proposed Scheduling Order, extending certain deadlines, which was granted by the Court on March 8, 2024 (ECF Nos. 155, 158);

WHEREAS, Plaintiffs' class certification expert fell ill and was unable to attend his deposition scheduled for March 8, 2024;

WHEREAS, the Parties worked collaboratively to reschedule the deposition for March 18, 2024;

WHEREAS, under the current schedule, Defendants' Opposition to Plaintiffs' Motion for Class Certification and Supporting Expert Reports and Defendants' *Daubert* motion to Plaintiffs' class expert are due on March 20, 2024;

WHEREAS, the Parties have agreed to relatively minor modifications to the Scheduling Order to accommodate the rescheduled expert deposition;

2

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR CLASS CERTIFICATION AND CERTAIN CASE DEADLINES
CASE NO. 4:23-cv-01593-CW

762794997.3

WHEREAS, the Parties do not propose modifying any dates in the current scheduling orders subsequent to the Hearing on Class Certification and any related *Daubert* Motion(s), including maintaining the same dates for the Merits Discovery Cut Off and Plaintiffs' Merits Expert Disclosures & Reports;

THEREFORE, the Parties hereby agree and respectfully request that the Court issue an order that the following page limits shall apply:

| EVENT | CURRENT PAGE LIMIT | PROPOSED PAGE LIMIT |
|---|---|---|
| Defendants' Class Certification Opposition | 25 pages of text | 35 pages of text |
| Plaintiffs' Class Certification Reply | 15 pages of text | 22 pages of text |

THEREFORE, the Parties agree and respectfully request that the Court issue an order modifying the case deadlines as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Defendants' Class Certification Opposition and Supporting Expert Reports; Defendants' *Daubert* motions as to Plaintiffs' class expert | March 20, 2024 | March 27, 2024 |
| Plaintiffs' Class Certification Reply and Expert Rebuttal Reports; Plaintiffs' opposition to Defendants' *Daubert* motions; Plaintiffs' *Daubert* motions as to Defendants' class opposition experts | April 12, 2024 | April 19, 2024 |
| Defendants' reply in support of *Daubert* motions as to Plaintiffs' class expert; Defendants' opposition to Plaintiffs' *Daubert* motions as to Defendants' class opposition experts | April 19, 2024 | April 26, 2024 |
| Plaintiffs' reply in support of *Daubert* motions as to Defendants' class opposition experts | April 24, 2024 | May 1, 2024 |

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Hearing on Class Certification and any related *Daubert* Motion(s) | May 2, 2024 | May 16, 2024 |
| Merits Discovery Cut Off | May 10, 2024 | Same |
| Plaintiffs' Merits Expert Disclosures & Reports | May 17, 2024 | Same |

| | |
|---|---|
| Dated: March 19, 2024 | Respectfully submitted, |
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **WINSTON & STRAWN LLP** |
| By:  /s/ *Steve W. Berman*       | By:  /s/ *Jeffrey L. Kessler*       |
|         STEVE W. BERMAN |         JEFFREY L. KESSLER |
| Steve W. Berman (*pro hac vice*) | Jeffrey L. Kessler (*pro hac vice*) |
| Emilee N. Sisco (*pro hac vice*) | David L. Greenspan (*pro hac vice*) |
| Stephanie Verdoia (*pro hac vice*) | Adam I. Dale (*pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | 200 Park Avenue |
| Seattle, WA 98101 | New York, NY 10166-4193 |
| Telephone: (206) 623-7292 | Telephone: (212) 294-6700 |
| Facsimile: (206) 623-0594 | Facsimile: (212) 294-4700 |
| steve@hbsslaw.com | jkessler@winston.com |
| emilees@hbsslaw.com | dgreenspan@winston.com |
| stephaniev@hbsslaw.com | aidale@winston.com |
| Benjamin J. Siegel (SBN 256260) | Jeanifer E. Parsigian (SBN 289001) |
| 715 Hearst Avenue, Suite 300 | 101 California Street, 35th Floor |
| Berkeley, CA 94710 | San Francisco, CA 94111-5840 |
| Telephone: (510) 725-3000 | Telephone: (415) 591-1000 |
| Facsimile: (510) 725-3001 | Facsimile: (415) 591-1400 |
| bens@hbsslaw.com | jparsigian@winston.com |
| *Counsel for Plaintiffs and the Proposed Class* | *Counsel for Plaintiffs and the Proposed Class* |

| | |
|---|---|
| **LATHAM & WATKINS LLP** | **WILKINSON STEKLOFF LLP** |
| By: */s/ Christopher S. Yates*<br>    CHRISTOPHER S. YATES | By: */s/ Rakesh N. Kilaru*<br>    RAKESH N. KILARU |
| Christopher S. Yates (SBN 161273)<br>Aaron T. Chiu (SBN 287788)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>chris.yates@lw.com<br>aaron.chiu@lw.com | Beth A. Wilkinson (*pro hac vice*)<br>Rakesh N. Kilaru (*pro hac vice*)<br>Calanthe Arat (SBN 349086)<br>Tamarra M. Johnson (*pro hac vice*)<br>Clayton Wiggins (*pro hac vice*)<br>Julian A. Jiggetts (*pro hac vice*)<br>Kieran G. Gostin (*pro hac vice*)<br>Matthew R. Skanchy (*pro hac vice*)<br>Robert Laird (*pro hac vice*) |
| Anna M. Rathbun (SBN 273787)<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201<br>anna.rathbun@lw.com | 2001 M Street, NW, 10th Floor<br>Washington, D.C. 20036<br>Telephone: (202) 847-4000<br>Facsimile: (202) 847-4005<br>bwilkinson@wilkinsonstekloff.com<br>rkilaru@wilkinsonstekloff.com<br>carat@wilkinsonstekloff.com<br>tmatthewsjohnson@wilkinsonstekloff.com<br>cwiggins@wilkinsonstekloff.com<br>jjiggetts@wilkinsonstekloff.com<br>kgostin@wilkinsonstekloff.com<br>mskanchy@wilkinsonstekloff.com<br>rlaird@wilkinsonstekloff.com |
| *Attorneys for Defendant Atlantic Coast Conference* | Jacob K. Danziger (SBN 278219)<br>ARENT FOX SCHIFF LLP<br>44 Montgomery Street, 38th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 757-5500<br>Facsimile: (415) 757-5501<br>jacob.danziger@afslaw.com<br><br>*Attorneys for Defendant National Collegiate Athletic Association* |

| | |
|---|---|
| **COOLEY LLP** | **MAYER BROWN LLP** |
| By: */s/ Whitty Somvichian*<br>    WHITTY SOMVICHIAN | By: */s/ Britt M. Miller*<br>    BRITT M. MILLER |
| Whitty Somvichian (SBN 194463)<br>Kathleen R. Hartnett (SBN 314267)<br>Ashley K. Corkery (SBN 301380)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br>wsomvichian@cooley.com<br>khartnett@cooley.com<br>acorkery@cooley.com | Britt M. Miller (*pro hac vice*)<br>Daniel Fenske (*pro hac vice*)<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 782-0600<br>Facsimile: (312) 701-7711<br>bmiller@mayerbrown.com<br>dfenske@mayerbrown.com |
| Mark F. Lambert (SBN 197410)<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br>mlambert@cooley.com | Christopher J. Kelly (SBN 276312)<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 300<br>Palo Alto, CA 94306<br>Telephone: (650) 331-2000<br>Facsimile: (650) 331-2060<br>cjkelly@mayerbrown.com |
| Deepti Bansal (*pro hac vice*)<br>1299 Pennsylvania Ave., NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone: (202) 842-7800<br>Facsimile: (202) 842-7899<br>dbansal@cooley.com | *Attorneys for Defendant The Big Ten Conference, Inc.* |
| Rebecca Tarneja (SBN 293461)<br>355 S. Grand Avenue, Suite 900<br>Los Angeles, CA 90071<br>Telephone: (213) 561-3250<br>Facsimile: (213) 561-3244<br>rtarneja@cooley.com | |
| *Attorneys for Defendant Pac-12 Conference* | |

7

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR CLASS CERTIFICATION AND CERTAIN CASE DEADLINES
CASE NO. 4:23-cv-01593-CW

762794997.3

| | |
|---|---|
| **ROBINSON BRADSHAW & HINSON, P.A.** | **SIDLEY AUSTIN LLP** |
| By: */s/ Robert W. Fuller, III* <br>     ROBERT W. FULLER, III | By: */s/ Angela C. Zambrano* <br>     ANGELA C. ZAMBRANO |
| Robert W. Fuller, III (*pro hac vice*) <br> Lawrence C. Moore, III (*pro hac vice*) <br> Amanda P. Nitto (*pro hac vice*) <br> Travis S. Hinman (*pro hac vice*) <br> Patrick H. Hill (*pro hac vice*) <br> 101 N. Tryon St., Suite 1900 <br> Charlotte, NC 28246 <br> Telephone: (704) 377-2536 <br> Facsimile: (704) 378-4000 <br> rfuller@robinsonbradshaw.com <br> lmoore@robinsonbradshaw.com <br> anitto@robinsonbradshaw.com <br> thinman@robinsonbradshaw.com <br> phill@robinsonbradshaw.com | David L. Anderson (SBN 149604) <br> 555 California Street, Suite 2000 <br> San Francisco, CA 94104 <br> Telephone: (415) 772-1200 <br> Facsimile: (415) 772-7400 <br> dlanderson@sidley.com <br><br> Angela C. Zambrano (*pro hac vice*) <br> Natali Wyson (*pro hac vice*) <br> Chelsea Priest (*pro hac vice*) <br> 2021 McKinney Avenue, Suite 2000 <br> Dallas, TX 75201 <br> Telephone: (214) 981-3300 <br> Facsimile: (214) 981-3400 <br> angela.zambrano@sidley.com <br> nwyson@sidley.com <br> cpriest@sidley.com |
| Mark J. Seifert (SBN 217054) <br> SEIFERT ZUROMSKI LLP <br> 100 Pine Street, Suite 1250 <br> San Francisco, CA 94111 <br> Telephone: (415) 869-8837 <br> Facsimile: (415) 901-1123 <br> mseifert@szllp.com | Chad S. Hummel (SBN 139055) <br> 1999 Avenue of the Stars, 17th Floor <br> Los Angeles, CA 90067 <br> Telephone: (310) 595-9505 <br> Facsimile: (310) 595-9501 <br> chummel@sidley.com |
| Kathryn Reilly (*pro hac vice*) <br> Michael T. Williams (*pro hac vice*) <br> WHEELER TRIGG O'DONNELL LLP <br> 370 17th St., Suite 4500 <br> Denver, CO 80202 <br> Telephone: (303) 244-1800 <br> Facsimile: (303) 244-1879 <br> reilly@wtotrial.com <br> williams@wtotrial.com | *Attorneys for Defendant The Big 12 Conference, Inc.* |
| *Attorneys for Defendant Southeastern Conference* | |

8

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXTENDING PAGE LIMITS FOR CLASS CERTIFICATION AND CERTAIN CASE DEADLINES
CASE NO. 4:23-cv-01593-CW

762794997.3

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Daniel Fenske, am the CM/ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order of the Parties.  In compliance with Local Rule 5-1(i)(4), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: March 19, 2024

                                    Respectfully Submitted

**MAYER BROWN LLP**

By:    */s/ Daniel Fenske*
        Daniel Fenske
        Attorney for Defendant
        The Big Ten Conference, Inc.

9

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR CLASS CERTIFICATION AND CERTAIN CASE DEADLINES
CASE NO. 4:23-cv-01593-CW

762794997.3

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

_____
THE HONORABLE CLAUDIA WILKEN
United States District Court Judge

10

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR CLASS CERTIFICATION AND CERTAIN CASE DEADLINES
CASE NO. 4:23-cv-01593-CW

762794997.3