**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CHUBA HUBBARD and KEIRA MCCARRELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ATLANTIC COAST CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG 12 CONFERENCE, INC.; PAC-12 CONFERENCE; and SOUTHEASTERN CONFERENCE,<br><br>Defendants. | **Case No. 4:23-cv-01593-CW**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN CASE DEADLINES**<br><br>Hon. Claudia Wilken |

Pursuant to Northern District of California Local Rule 7-12, Plaintiffs in the above-captioned action and Defendants National Collegiate Athletic Association, Atlantic Coast Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc., Pac-12 Conference, and Southeastern Conference (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, submit the following Stipulation seeking an order extending certain case deadlines:

WHEREAS, on March 27, 2024, Defendants' filed their Opposition to Plaintiffs' Motion for Class Certification, which included the Expert Class Certification Report of Justin McCrary, PhD (ECF Nos. 164, 164-2);

WHEREAS, on March 28, 2024, Plaintiffs proposed to Defendants that Dr. McCrary's deposition be taken on April 8, 2024;

WHEREAS, on April 1, 2024, Defendants notified Plaintiffs that Dr. McCrary is unavailable during the week of April 8, 2024;

WHEREAS, on April 2, 2024, the Parties worked collaboratively to accommodate Dr. McCrary's scheduling conflict and agreed to (i) schedule Dr. McCrary's deposition for April 15, 2024 and (ii) seek small resulting modifications to the March 26, 2024 Scheduling Order (ECF No. 163);

WHEREAS, the Parties do not propose modifying any dates in the March 26, 2024 Scheduling Order subsequent to Plaintiffs' reply in support of *Daubert* motions as to Defendants' class opposition experts, including maintaining the same date for the May 16, 2024 Hearing on Class Certification and any related *Daubert* Motion(s);

THEREFORE, the Parties hereby agree and respectfully request that the Court issue an order modifying the case deadlines as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Plaintiffs' Class Certification Reply and Expert Rebuttal Reports; Plaintiffs' opposition to Defendants' *Daubert* motions; Plaintiffs' *Daubert* motions as to Defendants' class opposition experts | April 19, 2024 | April 22, 2024 |

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Defendants' reply in support of *Daubert* motions as to Plaintiffs' class expert; Defendants' opposition to Plaintiffs' *Daubert* motions as to Defendants' class opposition experts | April 26, 2024 | April 29, 2024 |
| Plaintiffs' reply in support of *Daubert* motions as to Defendants' class opposition experts | May 1, 2024 | May 3, 2024 |
| Merits Discovery Cut Off | May 10, 2024 | Same |
| Hearing on Class Certification and any related *Daubert* Motion(s) | May 16, 2024 | Same |
| Plaintiffs' Merits Expert Disclosures & Reports | May 17, 2024 | Same |
| Defendants' Merits Expert Disclosure & Reports | June 7, 2024 | Same |
| Plaintiffs' Merits Expert Reply Reports | June 28, 2024 | Same |
| Expert Discovery Cut-Off | July 10, 2024 | Same |
| Plaintiffs' dispositive motion / Plaintiffs' Daubert motion(s) as to Defendants' merits experts (single brief of 50 pages or less) | July 12, 2024 | Same |
| Defendants' opposition to Plaintiffs' dispositive motion and Daubert motion(s) as to Defendants' merits experts; Defendants' cross-motion(s); and Defendants' Daubert motion(s) as to Plaintiffs' merits experts (single brief of 70 pages or less) | August 2, 2024 | Same |
| Plaintiffs' reply in support of their dispositive motion and their Daubert motion(s) as to Defendants' merits experts; opposition to Defendants' cross-motion(s); opposition to Defendants' Daubert motion(s) as to Plaintiffs' merits experts (single brief of 80 pages or less) | August 23, 2024 | Same |
| Defendants' reply in support of their cross-motion(s) and Daubert motion(s) re: Plaintiffs' merits experts (single brief of 60 pages or less) | August 30, 2024 | Same |
| Hearing on all dispositive and Daubert motions as to merits experts and further case management conference | September 12, 2024 | Same |
| Motions in Limine (single brief of 25 pages or less) | October 25, 2024 | Same |
| Oppositions to Motions in Limine (single brief of 25 pages or less) | November 1, 2024 | Same |
| Pretrial Conference | November 14, 2024 | Same |

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Trial Date | December 2, 2024 | Same |

| | |
|---|---|
| Dated: April 4, 2024 | Respectfully submitted, |
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **WINSTON & STRAWN LLP** |
| By: */s/ Steve W. Berman* <br>       STEVE W. BERMAN | By: */s/ Jeffrey L. Kessler* <br>       JEFFREY L. KESSLER |

Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

*Counsel for Plaintiffs and
the Class*

Jeffrey L. Kessler (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com
dgreenspan@winston.com
aidale@winston.com

Jeanifer E. Parsigian (SBN 289001)
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

*Counsel for Plaintiffs and
the Class*

| | |
|---|---|
| **LATHAM & WATKINS LLP** | **WILKINSON STEKLOFF LLP** |
| By: */s/ Christopher S. Yates* <br> CHRISTOPHER S. YATES | By: */s/ Rakesh N. Kilaru* <br> RAKESH N. KILARU |
| Christopher S. Yates (SBN 161273)<br>Aaron T. Chiu (SBN 287788)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>chris.yates@lw.com<br>aaron.chiu@lw.com<br><br>Anna M. Rathbun (SBN 273787)<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201<br>anna.rathbun@lw.com<br><br>*Attorneys for Defendant Atlantic Coast Conference* | Beth A. Wilkinson (*pro hac vice*)<br>Rakesh N. Kilaru (*pro hac vice*)<br>Calanthe Arat (SBN 349086)<br>Tamarra M. Johnson (*pro hac vice*)<br>Clayton Wiggins (*pro hac vice*)<br>Julian A. Jiggetts (*pro hac vice*)<br>Kieran G. Gostin (*pro hac vice*)<br>Matthew R. Skanchy (*pro hac vice*)<br>Robert Laird (*pro hac vice*)<br>2001 M Street, NW, 10th Floor<br>Washington, D.C. 20036<br>Telephone: (202) 847-4000<br>Facsimile: (202) 847-4005<br>bwilkinson@wilkinsonstekloff.com<br>rkilaru@wilkinsonstekloff.com<br>carat@wilkinsonstekloff.com<br>tmatthewsjohnson@wilkinsonstekloff.com<br>cwiggins@wilkinsonstekloff.com<br>jjiggetts@wilkinsonstekloff.com<br>kgostin@wilkinsonstekloff.com<br>mskanchy@wilkinsonstekloff.com<br>rlaird@wilkinsonstekloff.com<br><br>Jacob K. Danziger (SBN 278219)<br>ARENT FOX SCHIFF LLP<br>44 Montgomery Street, 38th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 757-5500<br>Facsimile: (415) 757-5501<br>jacob.danziger@afslaw.com<br><br>*Attorneys for Defendant National Collegiate Athletic Association* |

| | |
|---|---|
| **COOLEY LLP** | **MAYER BROWN LLP** |
| By: */s/ Whitty Somvichian*<br>WHITTY SOMVICHIAN | By: */s/ Britt M. Miller*<br>BRITT M. MILLER |
| Whitty Somvichian (SBN 194463)<br>Kathleen R. Hartnett (SBN 314267)<br>Ashley K. Corkery (SBN 301380)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br>wsomvichian@cooley.com<br>khartnett@cooley.com<br>acorkery@cooley.com<br><br>Mark F. Lambert (SBN 197410)<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br>mlambert@cooley.com<br><br>Deepti Bansal (*pro hac vice*)<br>1299 Pennsylvania Ave., NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone: (202) 842-7800<br>Facsimile: (202) 842-7899<br>dbansal@cooley.com<br><br>Rebecca Tarneja (SBN 293461)<br>355 S. Grand Avenue, Suite 900<br>Los Angeles, CA 90071<br>Telephone: (213) 561-3250<br>Facsimile: (213) 561-3244<br>rtarneja@cooley.com<br><br>*Attorneys for Defendant Pac-12 Conference* | Britt M. Miller (*pro hac vice*)<br>Daniel Fenske (*pro hac vice*)<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 782-0600<br>Facsimile: (312) 701-7711<br>bmiller@mayerbrown.com<br>dfenske@mayerbrown.com<br><br>Christopher J. Kelly (SBN 276312)<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 300<br>Palo Alto, CA 94306<br>Telephone: (650) 331-2000<br>Facsimile: (650) 331-2060<br>cjkelly@mayerbrown.com<br><br>*Attorneys for Defendant The Big Ten Conference, Inc.* |

| | |
|---|---|
| **ROBINSON BRADSHAW & HINSON, P.A.** | **SIDLEY AUSTIN LLP** |
| By: */s/ Robert W. Fuller, III* <br>      ROBERT W. FULLER, III | By: */s/ Angela C. Zambrano* <br>       ANGELA C. ZAMBRANO |
| Robert W. Fuller, III (*pro hac vice*) <br> Lawrence C. Moore, III (*pro hac vice*) <br> Amanda P. Nitto (*pro hac vice*) <br> Travis S. Hinman (*pro hac vice*) <br> Patrick H. Hill (*pro hac vice*) <br> 101 N. Tryon St., Suite 1900 <br> Charlotte, NC 28246 <br> Telephone: (704) 377-2536 <br> Facsimile: (704) 378-4000 <br> rfuller@robinsonbradshaw.com <br> lmoore@robinsonbradshaw.com <br> anitto@robinsonbradshaw.com <br> thinman@robinsonbradshaw.com <br> phill@robinsonbradshaw.com <br><br> Mark J. Seifert (SBN 217054) <br> SEIFERT ZUROMSKI LLP <br> 100 Pine Street, Suite 1250 <br> San Francisco, CA 94111 <br> Telephone: (415) 869-8837 <br> Facsimile: (415) 901-1123 <br> mseifert@szllp.com <br><br> Kathryn Reilly (*pro hac vice*) <br> Michael T. Williams (*pro hac vice*) <br> WHEELER TRIGG O'DONNELL LLP <br> 370 17th St., Suite 4500 <br> Denver, CO 80202 <br> Telephone: (303) 244-1800 <br> Facsimile: (303) 244-1879 <br> reilly@wtotrial.com <br> williams@wtotrial.com <br><br> *Attorneys for Defendant Southeastern Conference* | David L. Anderson (SBN 149604) <br> 555 California Street, Suite 2000 <br> San Francisco, CA 94104 <br> Telephone: (415) 772-1200 <br> Facsimile: (415) 772-7400 <br> dlanderson@sidley.com <br><br> Angela C. Zambrano (*pro hac vice*) <br> Natali Wyson (*pro hac vice*) <br> Chelsea Priest (*pro hac vice*) <br> 2021 McKinney Avenue, Suite 2000 <br> Dallas, TX 75201 <br> Telephone: (214) 981-3300 <br> Facsimile: (214) 981-3400 <br> angela.zambrano@sidley.com <br> nwyson@sidley.com <br> cpriest@sidley.com <br><br> Chad S. Hummel (SBN 139055) <br> 1999 Avenue of the Stars, 17th Floor <br> Los Angeles, CA 90067 <br> Telephone: (310) 595-9505 <br> Facsimile: (310) 595-9501 <br> chummel@sidley.com <br><br> *Attorneys for Defendant The Big 12 Conference, Inc.* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

Dated: April 4, 2024

                                              */s/ Jeanifer E. Parsigian*
                                              JEANIFER E. PARSIGIAN

# [PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

_____
THE HONORABLE CLAUDIA WILKEN
United States District Court Judge