1    [All counsel listed on signature page]

2

3

4

5

6

7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                          **OAKLAND DIVISION**

12

13   CHUBA HUBBARD and KEIRA                    Case No.: 4:23-cv-01593-CW
     MCCARRELL, on behalf of themselves and
     all others similarly situated,

14

15              Plaintiffs,                     **JOINT STIPULATION AND
                                                [PROPOSED] ORDER STAYING
16        v.                                    ACTION PENDING SETTLEMENT
                                                APPROVAL**
17   NATIONAL COLLEGIATE ATHLETIC
     ASSOCIATION; ATLANTIC COAST
18   CONFERENCE; THE BIG TEN
     CONFERENCE, INC.; THE BIG 12              Hon. Claudia Wilken
19   CONFERENCE, INC.; PAC-12
     CONFERENCE; and SOUTHEASTERN
20   CONFERENCE,

21              Defendants.

22

23

24

25

26

27

28

Pursuant to Northern District of California Civil Local Rule 7-12, Plaintiffs in the above-captioned action and Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), Big Ten Conference, Inc. ("Big Ten"), Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and Atlantic Coast Conference ("ACC") (collectively, "Defendants") (Plaintiffs and each Defendant is referred to herein as a "Party" and all Defendants together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel of record, submit the following Stipulation and Proposed Order:

WHEREAS, the Parties have agreed to the principal terms on which the Parties will settle *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919 CW (N.D. Cal.), *Hubbard et al. v. National Collegiate Athletic Association et al.*, Case No. 23-cv-01593 (N.D. Cal.), and *Carter et al. v. National Collegiate Athletic Association et al.*, Case No. 3:23-cv-06325-RS (N.D. Cal.);

WHEREAS, the terms of the settlement were jointly agreed to after arms-length negotiations;

WHEREAS, the Parties are working expeditiously and in good faith to finalize the long-form settlement agreement, and anticipate that a motion for preliminary approval of the settlement will be filed on or before thirty (30) days from the date of this stipulation, but in any event no later than forty-five (45) days from the date of this stipulation;

WHEREAS, in furtherance of the settlement, and to conserve judicial and party resources, the Parties agree, and request that the Court stay all deadlines and proceedings pending filing of the settlement and motion for preliminary approval.

THEREFORE, IT IS STIPULATED AND AGREED, SUBJECT TO COURT APPROVAL, THAT:

1.      All deadlines are hereby STAYED pending the Court's ruling on Plaintiffs' motion to preliminarily approve the settlement between Plaintiffs and Defendants pursuant to Rule 23 of the Federal Rules of Civil Procedure.

1

2.  If the Court grants preliminary approval, the case shall remain stayed pending final

2

approval of the settlement.

3

3.  If the Court does not grant preliminary approval, the Parties shall promptly

4

negotiate in good faith regarding a new schedule to be submitted for Court approval.

5

6

7

Dated: May 30, 2024                           Respectfully submitted,

8

9

**HAGENS BERMAN SOBOL SHAPIRO LLP**    **WINSTON & STRAWN LLP**

10

By: */s/ Steve W. Berman*                     By: */s/ Jeffrey L. Kessler*

11

Steve W. Berman (*pro hac vice*)              Jeffrey L. Kessler (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)              David L. Greenspan (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)            Adam I. Dale (*pro hac vice*)

12

1301 Second Avenue, Suite 2000               200 Park Avenue
Seattle, WA 98101                            New York, NY 10166-4193

13

Telephone: (206) 623-7292                    Telephone: (212) 294-4698
Facsimile: (206) 623-0594                    Facsimile: (212) 294-4700

14

steve@hbsslaw.com                            jkessler@winston.com
emilees@hbsslaw.com                          dgreenspan@winston.com

15

stephaniev@hbsslaw.com                       aidale@winston.com

16

Benjamin J. Siegel (SBN 256260)              Jeanifer E. Parsigian (SBN 289001)

17

715 Hearst Avenue, Suite 300                 101 California Street, 34th Floor
Berkeley, CA 94710                           San Francisco, CA 94111

18

Telephone: (510) 725-3000                    Telephone: (415) 591-1000
Facsimile: (510) 725-3001                    Facsimile: (415) 591-1400

19

bens@hbsslaw.com                             jparsigian@winston.com

20

Jeffrey L. Kodroff                           *Counsel for Plaintiffs and the Proposed*

21

SPECTOR ROSEMAN & KODROFF PC                 *Classes*

22

Two Commerce Square
2001 Market Street, Suite 3420

23

Philadelphia, PA 19103
Telephone: (215) 496 0300

24

Facsimile: (215) 496 6611
jkodroff@srkattorneys.com

25

*Counsel for Plaintiffs and the Proposed Classes*

26

**WILKINSON STEKLOFF LLP**                   **LATHAM & WATKINS LLP**

27

By: */s/ Rakesh N. Kilaru*                   By: */s/ Christopher S. Yates*

28

| | |
|---|---|
| Beth A. Wilkinson (*pro hac vice*) | Christopher S. Yates (SBN 161273) |
| Rakesh N. Kilaru (*pro hac vice*) | Aaron T. Chiu (SBN 287788) |
| Calanthe Arat (SBN 349086) | 505 Montgomery Street, Suite 2000 |
| Tamarra M. Johnson (*pro hac vice*) | San Francisco, CA 94111 |
| Matthew R. Skanchy (*pro hac vice*) | Telephone: (415) 391-0600 |
| 2001 M Street NW, 10th Floor | Facsimile: (415) 395-8095 |
| Washington, DC 20036 | chris.yates@lw.com |
| Telephone: (202) 847-4000 | aaron.chiu@lw.com |
| Facsimile: (202) 847-4005 | |
| bwilkinson@wilkinsonstekloff.com | Anna M. Rathbun (SBN 273787) |
| rkilaru@wilkinsonstekloff.com | 555 Eleventh Street, NW, Suite 1000 |
| carat@wilkinsonstekloff.com | Washington, DC 20004 |
| tmatthewsjohnson@wilkinsonstekloff.com | Telephone: (202) 637-1061 |
| mskanchy@wilkinsonstekloff.com | Facsimile: (202) 637-2201 |
| | anna.rathbun@lw.com |
| Jacob K. Danziger (SBN 278219) | |
| **ARENTFOX SCHIFF LLP** | *Counsel for Defendant Atlantic Coast* |
| 44 Montgomery Street, 38th Floor | *Conference* |
| San Francisco, CA 94104 | |
| Telephone: (734) 222-1516 | |
| Facsimile: (415) 757-5501 | |
| jacob.danziger@afslaw.com | |

*Counsel for Defendant National Collegiate*

*Athletic Association*

| | |
|---|---|
| **MAYER BROWN LLP** | **COOLEY LLP** |
| By: */s/ Britt M. Miler* | By: */s/ Whitty Somvichian* |
| Britt M. Miller (*pro hac vice*) | Whitty Somvichian (SBN 194463) |
| Daniel T. Fenske (*pro hac vice*) | Kathleen R. Hartnett (SBN 314267) |
| 71 South Wacker Drive | Ashley Kemper Corkery (SBN 301380) |
| Chicago, IL 60606 | 3 Embarcadero Center, 20th Floor |
| Telephone: (312) 782-0600 | San Francisco, California 94111-4004 |
| Facsimile: (312) 701-7711 | Telephone: (415) 693 2000 |
| bmiller@mayerbrown.com | Facsimile: (415) 693 2222 |
| dfenske@mayerbrown.com | wsomvichian@cooley.com |
| | khartnett@cooley.com |
| Christopher J. Kelly (SBN 276312) | acorkery@cooley.com |
| Two Palo Alto Square, Suite 300 | |
| 3000 El Camino Real | Mark Lambert (SBN 197410) |
| Palo Alto, CA 94306 | 3175 Hanover Street |
| Telephone: (650) 331-2000 | Palo Alto, CA 94304-1130 |
| Facsimile: (650) 331-2060 | Telephone: (650) 843-5000 |
| cjkelly@mayerbrown.com | Facsimile: (650) 849-7400 |
| | mlambert@cooley.com |

*Counsel for Defendant The Big Ten*

1    *Conference, Inc.*

2

3

4

5

6

7

8

9

10   **SIDLEY AUSTIN LLP**

11

     By: */s/ Angela C. Zambrano*

12   Angela C. Zambrano (*pro hac vice*)
     Natali Wyson (*pro hac vice*)

13   Chelsea A. Priest (*pro hac vice*)
     2021 McKinney Avenue, Suite 2000

14   Dallas, TX 75201
     Telephone: (214) 969-3529

15   Facsimile: (214) 969-3558
     angela.zambrano@sidley.com

16   nwyson@sidley.com
     cpriest@sidley.com

17
     David L. Anderson (SBN 149604)

18   555 California Street, Suite 2000

19   San Francisco, CA 94104
     Telephone: (415) 772-1200

20   Facsimile: (415) 772-7412
     dlanderson@sidley.com

21

22   *Counsel for Defendant The Big 12 Conference,*
     *Inc.*

23

24

25

26

27

28

Dee Bansal (*pro hac vice*)
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842 7800
Facsimile: (202) 842 7899
dbansal@cooley.com

Rebecca Tarneja (SBN 293461)
355 S. Grand Avenue, Suite 900
Los Angeles, CA 90071
Telephone: (213) 561-3250
Facsimile: (213) 561-3244
rtarneja@cooley.com

*Counsel for Defendant Pac-12 Conference*

**ROBINSON BRADSHAW & HINSON,**
**P.A.**

By: */s/ Robert W. Fuller*
Robert W. Fuller, III (*pro hac vice*)
Lawrence C. Moore, III (*pro hac vice*)
Amanda P. Nitto (*pro hac vice*)
Travis S. Hinman (*pro hac vice*)
Patrick Hill (*pro hac vice*)
101 N. Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
anitto@robinsonbradshaw.com
thinman@robinsonbradshaw.com
phill@robinsonbradshaw.com

Mark J. Seifert (SBN 217054)
**SEIFERT ZUROMSKI LLP**
One Market Street, 36th Floor
San Francisco, CA 94105
Telephone: (415) 999-0901
Facsimile: (415) 901-1123
mseifert@SZLLP.com

*Counsel for Defendant Southeastern*
*Conference*

1

### **E-FILING ATTESTATION**

2

3        I, Steve W. Berman, am the ECF User whose ID and password are being used to file this

4  document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the

5  signatories identified above has concurred in this filing.

6                                              _____/s/ Steve W. Berman_____

7                                              STEVE W. BERMAN (*pro hac vice*)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____

_____
HON. CLAUDIA WILKEN
UNITED STATES SENIOR DISTRICT JUDGE