1  [All counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CHUBA HUBBARD and KEIRA MCCARRELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ATLANTIC COAST CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG 12 CONFERENCE, INC.; PAC-12 CONFERENCE; and SOUTHEASTERN CONFERENCE,<br><br>Defendants. | Case No.: 4:23-cv-01593-CW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER STAYING ACTION PENDING SETTLEMENT APPROVAL**<br><br>Hon. Claudia Wilken |

Pursuant to Northern District of California Civil Local Rule 7-12, Plaintiffs in the above-captioned action and Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), Big Ten Conference, Inc. ("Big Ten"), Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and Atlantic Coast Conference ("ACC") (collectively, "Defendants") (Plaintiffs and each Defendant is referred to herein as a "Party" and all Defendants together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel of record, submit the following Stipulation and Proposed Order:

WHEREAS, the Parties have agreed to the principal terms on which the Parties will settle *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919 CW (N.D. Cal.), *Hubbard et al. v. National Collegiate Athletic Association et al.*, Case No. 23-cv-01593 (N.D. Cal.), and *Carter et al. v. National Collegiate Athletic Association et al.*, Case No. 3:23-cv-06325-RS (N.D. Cal.);

WHEREAS, the terms of the settlement were jointly agreed to after arms-length negotiations;

WHEREAS, the Parties are working expeditiously and in good faith to finalize the long-form settlement agreement, and anticipate that a motion for preliminary approval of the settlement will be filed on or before thirty (30) days from the date of this stipulation, but in any event no later than forty-five (45) days from the date of this stipulation;

WHEREAS, in furtherance of the settlement, and to conserve judicial and party resources, the Parties agree, and request that the Court stay all deadlines and proceedings pending filing of the settlement and motion for preliminary approval.

THEREFORE, IT IS STIPULATED AND AGREED, SUBJECT TO COURT APPROVAL, THAT:

1. All deadlines are hereby STAYED pending the Court's ruling on Plaintiffs' motion to preliminarily approve the settlement between Plaintiffs and Defendants pursuant to Rule 23 of the Federal Rules of Civil Procedure.

2. If the Court grants preliminary approval, the case shall remain stayed pending final approval of the settlement.

3. If the Court does not grant preliminary approval, the Parties shall promptly negotiate in good faith regarding a new schedule to be submitted for Court approval.

Dated: May 30, 2024                                      Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**         **WINSTON & STRAWN LLP**

By: */s/ Steve W. Berman*
Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

Jeffrey L. Kodroff
SPECTOR ROSEMAN & KODROFF PC
Two Commerce Square
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496 0300
Facsimile: (215) 496 6611
jkodroff@srkattorneys.com

*Counsel for Plaintiffs and the Proposed Classes*

By: */s/ Jeffrey L. Kessler*
Jeffrey L. Kessler (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
dgreenspan@winston.com
aidale@winston.com

Jeanifer E. Parsigian (SBN 289001)
101 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

*Counsel for Plaintiffs and the Proposed Classes*

**WILKINSON STEKLOFF LLP**                   **LATHAM & WATKINS LLP**

By: */s/ Rakesh N. Kilaru*                   By: */s/ Christopher S. Yates*

JOINT STIPULATION AND [~~PROPOSED~~] ORDER STAYING ACTION PENDING SETTLEMENT
APPROVAL
4:23-cv-1593-CW

| | |
|---|---|
| Beth A. Wilkinson (*pro hac vice*) <br> Rakesh N. Kilaru (*pro hac vice*) <br> Calanthe Arat (SBN 349086) <br> Tamarra M. Johnson (*pro hac vice*) <br> Matthew R. Skanchy (*pro hac vice*) <br> 2001 M Street NW, 10th Floor <br> Washington, DC 20036 <br> Telephone: (202) 847-4000 <br> Facsimile: (202) 847-4005 <br> bwilkinson@wilkinsonstekloff.com <br> rkilaru@wilkinsonstekloff.com <br> carat@wilkinsonstekloff.com <br> tmatthewsjohnson@wilkinsonstekloff.com <br> mskanchy@wilkinsonstekloff.com <br><br> Jacob K. Danziger (SBN 278219) <br> **ARENTFOX SCHIFF LLP** <br> 44 Montgomery Street, 38th Floor <br> San Francisco, CA 94104 <br> Telephone: (734) 222-1516 <br> Facsimile: (415) 757-5501 <br> jacob.danziger@afslaw.com <br><br> *Counsel for Defendant National Collegiate Athletic Association* | Christopher S. Yates (SBN 161273) <br> Aaron T. Chiu (SBN 287788) <br> 505 Montgomery Street, Suite 2000 <br> San Francisco, CA 94111 <br> Telephone: (415) 391-0600 <br> Facsimile: (415) 395-8095 <br> chris.yates@lw.com <br> aaron.chiu@lw.com <br><br> Anna M. Rathbun (SBN 273787) <br> 555 Eleventh Street, NW, Suite 1000 <br> Washington, DC 20004 <br> Telephone: (202) 637-1061 <br> Facsimile: (202) 637-2201 <br> anna.rathbun@lw.com <br><br> *Counsel for Defendant Atlantic Coast Conference* |
| **MAYER BROWN LLP** <br><br> By: */s/ Britt M. Miler* <br> Britt M. Miller (*pro hac vice*) <br> Daniel T. Fenske (*pro hac vice*) <br> 71 South Wacker Drive <br> Chicago, IL 60606 <br> Telephone: (312) 782-0600 <br> Facsimile: (312) 701-7711 <br> bmiller@mayerbrown.com <br> dfenske@mayerbrown.com <br><br> Christopher J. Kelly (SBN 276312) <br> Two Palo Alto Square, Suite 300 <br> 3000 El Camino Real <br> Palo Alto, CA 94306 <br> Telephone: (650) 331-2000 <br> Facsimile: (650) 331-2060 <br> cjkelly@mayerbrown.com <br><br> *Counsel for Defendant The Big Ten* | **COOLEY LLP** <br><br> By: */s/ Whitty Somvichian* <br> Whitty Somvichian (SBN 194463) <br> Kathleen R. Hartnett (SBN 314267) <br> Ashley Kemper Corkery (SBN 301380) <br> 3 Embarcadero Center, 20th Floor <br> San Francisco, California 94111-4004 <br> Telephone: (415) 693 2000 <br> Facsimile: (415) 693 2222 <br> wsomvichian@cooley.com <br> khartnett@cooley.com <br> acorkery@cooley.com <br><br> Mark Lambert (SBN 197410) <br> 3175 Hanover Street <br> Palo Alto, CA 94304-1130 <br> Telephone: (650) 843-5000 <br> Facsimile: (650) 849-7400 <br> mlambert@cooley.com |

| | |
|---|---|
| *Conference, Inc.* | Dee Bansal (*pro hac vice*)<br>1299 Pennsylvania Ave. NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone: (202) 842 7800<br>Facsimile: (202) 842 7899<br>dbansal@cooley.com<br><br>Rebecca Tarneja (SBN 293461)<br>355 S. Grand Avenue, Suite 900<br>Los Angeles, CA 90071<br>Telephone: (213) 561-3250<br>Facsimile: (213) 561-3244<br>rtarneja@cooley.com<br><br>*Counsel for Defendant Pac-12 Conference* |
| **SIDLEY AUSTIN LLP**<br><br>By: */s/ Angela C. Zambrano*<br>Angela C. Zambrano (*pro hac vice*)<br>Natali Wyson (*pro hac vice*)<br>Chelsea A. Priest (*pro hac vice*)<br>2021 McKinney Avenue, Suite 2000<br>Dallas, TX 75201<br>Telephone: (214) 969-3529<br>Facsimile: (214) 969-3558<br>angela.zambrano@sidley.com<br>nwyson@sidley.com<br>cpriest@sidley.com<br><br>David L. Anderson (SBN 149604)<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7412<br>dlanderson@sidley.com<br><br>*Counsel for Defendant The Big 12 Conference, Inc.* | **ROBINSON BRADSHAW & HINSON, P.A.**<br><br>By: */s/ Robert W. Fuller*<br>Robert W. Fuller, III (*pro hac vice*)<br>Lawrence C. Moore, III (*pro hac vice*)<br>Amanda P. Nitto (*pro hac vice*)<br>Travis S. Hinman (*pro hac vice*)<br>Patrick Hill (*pro hac vice*)<br>101 N. Tryon Street, Suite 1900<br>Charlotte, NC 28246<br>Telephone: (704) 377-2536<br>Facsimile: (704) 378-4000<br>rfuller@robinsonbradshaw.com<br>lmoore@robinsonbradshaw.com<br>anitto@robinsonbradshaw.com<br>thinman@robinsonbradshaw.com<br>phill@robinsonbradshaw.com<br><br>Mark J. Seifert (SBN 217054)<br>**SEIFERT ZUROMSKI LLP**<br>One Market Street, 36th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 999-0901<br>Facsimile: (415) 901-1123<br>mseifert@SZLLP.com<br><br>*Counsel for Defendant Southeastern Conference* |

JOINT STIPULATION AND [~~PROPOSED~~] ORDER STAYING ACTION PENDING SETTLEMENT
APPROVAL
4:23-cv-1593-CW

**E-FILING ATTESTATION**

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

               */s/ Steve W. Berman*
              STEVE W. BERMAN (*pro hac vice*)

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/30/2024

HON. CLAUDIA WILKEN
UNITED STATES SENIOR DISTRICT JUDGE