STEPHEN M. TILLERY (*pro hac vice forthcoming*)
  stillery@koreintillery.com
GARRETT R. BROSHUIS (Bar No. 329924)
  gbroshuis@koreintillery.com
CAROL O'KEEFE (*pro hac vice forthcoming*)
  cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS (*pro hac vice forthcoming*)
  gzelcs@koreintillery.com
MARC WALLENSTEIN (*pro hac vice forthcoming*)
  mwallenstein@koreintillery.com
PAMELA I. YAACOUB (*pro hac vice forthcoming*)
  pyaacoub@koreintillery.com
**KOREIN TILLERY, LLC**
205 N. Michigan Ave., Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

CHRISTOPHER M. BURKE (Bar No. 214799)
  cburke@koreintillery.com
**KOREIN TILLERY, LLC**
401 West A. Street, Suite 1430
San Diego, CA 92101
Telephone: (619) 625-5620

Attorneys for Interested Parties Alex Fontenot,
Mya Hollingshed, Sarah Fuller, Deontay Anderson, and Tucker Clark
(and the *Fontenot* putative class)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CHUBA HUBBARD and KEIRA MCCARRELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ATLANTIC COAST CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG 12 CONFERENCE, INC.; PAC-12 CONFERENCE; and SOUTHEASTERN CONFERENCE,<br><br>Defendants. | CASE NO. 4:23-cv-01593-CW<br><br>**OPPOSITION TO PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO SHORTEN TIME PURSUANT TO CIVIL LOCAL RULE 6-3 FOR THE HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hon. Claudia Wilken |

Pursuant to Civil Local Rule 6-3(b), Alex Fontenot, Mya Hollingshed, Sarah Fuller, Deontay Anderson, and Tucker Clark (the "Interested Parties"), as interested parties who are likely members of the proposed settlement class in this action, oppose the Plaintiffs' Administrative Motion to Shorten Time for the Hearing of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement. ECF No. 228. The preliminary approval hearing for this important proposed settlement should take place on the normal timeline in accordance with the Court's Local Rules.

As an initial matter, it is crucial that the Interested Parties be able to participate in the hearing on Plaintiffs' motion for preliminary approval of the proposed class action settlement in this case. The Interested Parties are current and former athletes. They are named plaintiffs in another class action against Defendants, and some or all of them are members of the settlement class in this action. *See Fontenot v. National Collegiate Athletic Association*, No. 1:23-cv-03076-CNS-STV (D. Colo. Nov. 20, 2023). Nevertheless, the Interested Parties were ***not*** consulted prior to the filing of this Administrative Motion. Broshuis Decl. ¶3.

Advancing the hearing on Plaintiffs' motion for preliminary approval does not leave adequate time for the Interested Parties—or any other stakeholders—to scrutinize the proposed settlement and related materials. Counsel for the Interested Parties are still analyzing Plaintiffs' filings from Friday, July 26, which contain the proposed settlement and supporting materials, and which total nearly 200 pages and are in addition to the hundreds of pages filed in the other related case with another proposed settlement. *Id.* ¶4. Given the wide-ranging ramifications of the proposed settlement, adequate time is needed to determine whether a response is called for, and if so, to prepare that response. *Id*. ¶5.

Other stakeholders deserve adequate time as well. Counsel for the Interested Parties has heard from other groups representing athletes within the settlement class who are likewise still evaluating Plaintiffs' filings in this and the other proposed settlement, and who may file separate responses to the motion for preliminary approval. *Id.* ¶6.

This process should not be rushed. Indeed, the Interested Parties' ability to meaningfully participate in the hearing on Plaintiffs' motion for preliminary approval of the settlement is essential to "ensur[ing] that unnamed class members are protected from unjust or unfair settlements affecting their rights." *Campbell v. Facebook, Inc.*, 951 F.3d 1106, 1121 (9th Cir. 2020) (cleaned up). In any event, counsel for the Interested Parties was not consulted on the alternative dates proposed by Plaintiffs, and appearing on such short notice would require an attempt to move other commitments—some of which are not moveable. Broshuis Decl. ¶¶3, 7. Finally, the various stakeholders currently reviewing the preliminary approval motion, which states that the hearing will take place on September 5, are expecting a hearing date of September 5 and may not receive notice of an expedited hearing date. Under these circumstances, the hearing on Plaintiffs' motion for preliminary approval should proceed on September 5 as currently scheduled.

For the above-stated reasons, the Interested Parties respectfully request that the Court deny Plaintiffs' Unopposed Administration Motion to Shorten Time Pursuant to Civil Local Rule 6-3 for the Hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, and allow the preliminary approval motion to be heard on the normal track under this Court's Local Rules.

| | |
|---|---|
| DATED: August 5, 2024 | Respectfully submitted, |
| | By: /s/ *Garrett R. Broshuis* |
| | STEPHEN M. TILLERY (*pro hac vice forthcoming*)<br>stillery@koreintillery.com<br>GARRETT R. BROSHUIS (Bar No. 329924)<br>gbroshuis@koreintillery.com<br>CAROL O'KEEFE (*pro hac vice forthcoming*)<br>cokeefe@koreintillery.com<br>**KOREIN TILLERY, LLC**<br>505 North 7th Street, Suite 3600<br>St. Louis, MO 63101<br>Telephone: (314) 241-4844<br>Facsimile: (314) 241-3525 |
| | GEORGE A. ZELCS (*pro hac vice forthcoming*)<br>gzelcs@koreintillery.com<br>MARC A. WALLENSTEIN (*pro hac vice forthcoming*)<br>mwallenstein@koreintillery.com<br>PAMELA I. YAACOUB (*pro hac vice forthcoming*)<br>pyaacoub@koreintillery.com<br>**KOREIN TILLERY, LLC**<br>205 N. Michigan Ave., Suite 1950<br>Chicago, IL 60601<br>Telephone: (312) 641-9750 |
| | CHRISTOPHER M. BURKE (Bar No. 214799)<br>cburke@koreintillery.com<br>**KOREIN TILLERY, LLC**<br>401 West A Street, Suite 1430<br>San Diego, CA 92101<br>Telephone: (619) 625-5620 |
| | *Attorneys for Interested Parties Alex Fontenot, Mya Hollingshed, Sarah Fuller, Deontay Anderson, and Tucker Clark (and the* Fontenot *putative class)* |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

/s/ *Garrett R. Broshuis*
Garrett R. Broshuis