STEPHEN M. TILLERY (*pro hac vice forthcoming*)
  stillery@koreintillery.com
GARRETT R. BROSHUIS (Bar No. 329924)
  gbroshuis@koreintillery.com
CAROL O'KEEFE (*pro hac vice forthcoming*)
  cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS (*pro hac vice forthcoming*)
  gzelcs@koreintillery.com
MARC WALLENSTEIN (*pro hac vice forthcoming*)
  mwallenstein@koreintillery.com
PAMELA I. YAACOUB (*pro hac vice forthcoming*)
  pyaacoub@koreintillery.com
**KOREIN TILLERY, LLC**
205 N. Michigan Ave., Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

CHRISTOPHER M. BURKE (Bar No. 214799)
  cburke@koreintillery.com
**KOREIN TILLERY, LLC**
401 West A. Street, Suite 1430
San Diego, CA 92101
Telephone: (619) 625-5620

Attorneys for Interested Parties Alex Fontenot,
Mya Hollingshed, Sarah Fuller, Deontay Anderson, and Tucker Clark
(and the *Fontenot* putative class)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CHUBA HUBBARD and KEIRA MCCARRELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ATLANTIC COAST CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG 12 CONFERENCE, INC.; PAC-12 CONFERENCE; and SOUTHEASTERN CONFERENCE,<br><br>Defendants. | CASE NO. 4:23-cv-01593-CW<br><br>**DECLARATION OF GARRETT R. BROSHUIS IN SUPPORT OF INTERESTED PARTIES' OPPOSITION TO PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO SHORTEN TIME PURSUANT TO CIVIL LOCAL RULE 6-3 FOR THE HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hon. Claudia Wilken |

No. 4:23-cv-01593-CW
**DECLARATION OF GARRETT R. BROSHUIS**

I, GARRETT R. BROSHUIS, declare as follows:

1. I am an attorney and an active member of the State Bar of California (Bar No. 329924). I am a partner at Korein Tillery, LLC and counsel for Alex Fontenot, Mya Hollingshed, Sarah Fuller, Deontay Anderson, and Tucker Clark (the "Interested Parties"), who are plaintiffs in the case of *Fontenot v. National Collegiate Athletic Association*, No. 1:23-cv-03076-CNS-STV (D. Colo. Nov. 20, 2023), and some or all of whom are members of the proposed settlement class in this action.

2. I submit this declaration in support of the Interested Parties' Opposition to Plaintiffs' Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 for the Hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 228). I am personally familiar with the facts set forth in this declaration and, if called as a witness, I could and would competently testify to the matters stated herein.

3. Counsel for the Interested Parties was not consulted prior to the filing of Plaintiffs' Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 for the Hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

4. Counsel for the Interested Parties is still in the process of analyzing the documents filed in this matter on Friday, July 26, 2024, including the proposed settlement and supporting materials.

5. Counsel for the Interested Parties believes adequate time is necessary to properly evaluate the proposed settlement, determine whether a response is called for, and if so, to prepare that response.

6. Counsel for the Interested Parties has heard from other groups representing athletes within the settlement class that they are similarly still evaluating Plaintiffs' filings in this matter and the other related matter, and that they may file separate responses to the motion for preliminary settlement approval.

7. The alternative dates proposed by Plaintiffs for the hearing on the motion for preliminary settlement approval would require the undersigned counsel to attempt to reschedule other commitments. Some of those commitments are not moveable, including funeral proceedings for a close family member that overlap with some of the dates offered, a previously scheduled hearing on one of the offered dates, and a trial involving key team members that will take place in August and that overlaps with the offered dates. However, undersigned counsel is available to participate in the hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement on September 5, as currently scheduled.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 5, 2024 in St. Louis, Missouri.

_____
Garrett R. Broshuis

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

                                               /s/ *Garrett R. Broshuis*
                                               Garrett R. Broshuis