STEPHEN M. TILLERY (*pro hac vice forthcoming*)
  stillery@koreintillery.com
GARRETT R. BROSHUIS (Bar No. 329924)
  gbroshuis@koreintillery.com
CAROL O'KEEFE (*pro hac vice forthcoming*)
  cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS (*pro hac vice forthcoming*)
  gzelcs@koreintillery.com
MARC WALLENSTEIN (*pro hac vice forthcoming*)
  mwallenstein@koreintillery.com
PAMELA I. YAACOUB
  pyaacoub@koreintillery.com (*pro hac vice forthcoming*)
**KOREIN TILLERY, LLC**
205 N. Michigan Ave., Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

CHRISTOPHER M. BURKE (Bar No. 214799)
  cburke@koreintillery.com
**KOREIN TILLERY, LLC**
401 West A. Street, Suite 1430
San Diego, CA 92101
Telephone: (619) 625-5620

ERIC OLSON (*pro hac vice forthcoming*)
eolson@olsongrimsley.com
SEAN GRIMSLEY (*pro hac vice forthcoming*)
sgrimsley@olsongrimsley.com
JASON MURRAY  (*pro hac vice forthcoming*)
jmurray@olsongrimsley.com
**OLSON GRIMSLEY KAWANABE HINCHCLIFF & MURRAY LLC**
700 17th Street, Suite 1600
Denver, CO 80202
Telephone: (303) 535-9151

*Attorneys for Plaintiffs in the Colorado Cases*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CHUBA HUBBARD and KEIRA MCCARRELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ATLANTIC COAST CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG 12 CONFERENCE, INC.; PAC-12 CONFERENCE; and SOUTHEASTERN CONFERENCE,<br><br>Defendants. | CASE NO. 4:23-cv-01593-CW<br><br>**PLAINTIFFS IN THE COLORADO CASES' RESPONSE TO MOTION FOR PRELIMINARY APPROVAL**<br><br>Hearing date: Sep. 5, 2024<br>Hearing Time: 2:30 p.m.<br>Courtroom: 2, 4th Floor<br>Judge: Hon. Claudia Wilken |

No. 4:23-cv-01593-CW
**RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL**

1    Plaintiffs in the Colorado Cases[1] continue to review the settlement documents and the motion for preliminary approval filed in this case. ECF No. 227. They believe that the release in the proposed settlement in *Hubbard* is narrower than that in the proposed settlement in *In re College Athlete NIL Litigation*, and that the proposed settlement in *Hubbard* would not impact the ability of the Colorado cases to move forward. To the extent the parties to *Hubbard* interpret the proposed settlement in this case in a way that would impact the Colorado Cases, the plaintiffs in the Colorado Cases incorporate by reference the arguments made in their Response in Opposition to Motion for Preliminary Approval filed in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-3919, ECF No. 473, including the subsection on the impropriety of enjoining other litigation in a preliminary approval order.

---

[1] *Fontenot v. N.C.A.A.*, No. 1:23-cv-03076 (D. Colo.) and *Cornelio v. N.C.A.A.*, No. 1:24-cv-02178 (D. Col.)

1                No. 4:23-cv-01593-CW
**RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL**

| | | |
|---|---|---|
| 1 | DATED: August 9, 2024 | Respectfully submitted, |
| 2 | | By: /s/ *Garrett R. Broshuis* |

STEPHEN M. TILLERY (*pro hac vice forthcoming*)
stillery@koreintillery.com
GARRETT R. BROSHUIS (Bar No. 329924)
gbroshuis@koreintillery.com
CAROL O'KEEFE (*pro hac vice forthcoming*)
cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS (*pro hac vice forthcoming*)
gzelcs@koreintillery.com
MARC A. WALLENSTEIN (*pro hac vice forthcoming*)
mwallenstein@koreintillery.com
PAMELA I. YAACOUB (*pro hac vice forthcoming*)
pyaacoub@koreintillery.com
**KOREIN TILLERY, LLC**
205 N. Michigan Ave., Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

CHRISTOPHER M. BURKE (Bar No. 214799)
cburke@koreintillery.com
**KOREIN TILLERY, LLC**
401 West A Street, Suite 1430
San Diego, CA 92101
Telephone: (619) 625-5620

ERIC OLSON (*pro hac vice forthcoming*)
eolson@olsongrimsley.com
SEAN GRIMSLEY (*pro hac vice forthcoming*)
sgrimsley@olsongrimsley.com
JASON MURRAY (*pro hac vice forthcoming*)
jmurray@olsongrimsley.com
**OLSON GRIMSLEY KAWANABE**
**HINCHCLIFF & MURRAY LLC**
700 17th Street, Suite 1600
Denver, CO 80202

*Attorneys for Plaintiffs in the Colorado Cases*

2    No. 4:23-cv-01593-CW
**RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

/s/ *Garrett R. Broshuis*
Garrett R. Broshuis