| | |
|---|---|
| Steve W. Berman (*pro hac vice*) <br> Emilee N. Sisco (*pro hac vice*) <br> Stephanie A. Verdoia (*pro hac vice*) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br> Facsimile: (206) 623-0594 <br> steve@hbsslaw.com <br> emilees@hbsslaw.com <br> stephaniev@hbsslaw.com <br><br> Benjamin J. Siegel (SBN 256260) <br> 715 Hearst Avenue, Suite 300 <br> Berkeley, CA 94710 <br> Telephone: (510) 725-3000 <br> Facsimile: (510) 725-3001 <br> bens@hbsslaw.com <br><br> *Counsel for Plaintiffs and* <br> *the Proposed Class* | Jeffrey L. Kessler (*pro hac vice*) <br> David L. Greenspan (*pro hac vice*) <br> Sofia Arguello (*pro hac vice*) <br> Adam I. Dale (*pro hac vice*) <br> WINSTON & STRAWN LLP <br> 200 Park Avenue <br> New York, NY 10166-4193 <br> Telephone: (212) 294-4698 <br> Facsimile: (212) 294-4700 <br> jkessler@winston.com <br> dgreenspan@winston.com <br> sarguello@winston.com <br> aidale@winston.com <br><br> Jeanifer E. Parsigian (SBN 289001) <br> 101 California Street <br> San Francisco, CA 94111 <br> Telephone: (415) 591-1000 <br> Facsimile: (415) 591-1400 <br> jparsigian@winston.com <br><br> *Counsel for Plaintiffs and* <br> *the Proposed Class* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CHUBA HUBBARD and KEIRA MCCARRELL, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ATLANTIC COAST CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG 12 CONFERENCE, INC.; PAC-12 CONFERENCE; and SOUTHEASTERN CONFERENCE, <br><br> Defendants. | Case No. 4:23-cv-01593-CW <br><br> **PLAINTIFFS' REPLY TO PLAINTIFFS IN THE COLORADO CASES' RESPONSE TO MOTION FOR PRELIMINARY SETTLEMENT APPROVAL (ECF NO. 235)** <br><br><br> Date:         September 5, 2024 <br> Time:        2:30 p.m. <br> Judge:       Hon. Claudia Wilken <br> Courtroom:  1, 4th Floor |

On July 26, 2024, Plaintiffs filed their Unopposed Motion for Preliminary Settlement Approval ("Motion") of their Stipulation and Settlement Agreement ("Settlement Agreement"). ECF No. 227; ECF No. 227-3. Plaintiffs in two putative class actions[1] currently pending in the District of Colorado (the "Colorado plaintiffs") jointly responded, raising no specific concerns about the fairness or adequacy of the proposed settlement, but merely stating that they oppose settlement to the extent it would have an impact on their cases. ECF No. 235. As an initial matter, Plaintiffs note that "impact[ing] the ability of the Colorado cases to move forward" is not a basis for an opposition to preliminary approval, or an objection, and would be resolved through the opt-out procedure at an appropriate future date.

In any event, the proposed settlement in this case does not affect the Colorado plaintiffs' pending claims. The Settlement Agreement provides that each member of the Settlement Class who does not opt out of the settlement releases claims "arising out of, or resulting from the monies and benefits that may be provided to student-athletes by the NCAA, Division I conferences, and/or Division I Member Institutions under NCAA or conference rules pursuant to the permanent injunction entered on March 8, 2019 in the matter captioned *In re: National Collegiate Athletic Association Grant-In-Aid Cap Antitrust Litigation*, Case No. 14-MD-2541 (N.D. Cal.) ('*Alston*')." Settlement Agreement ¶¶ (1)(cc), 17–20; *see also* Mot. at 3–4. As this Court well knows, *Alston* challenged, and ultimately enjoined, NCAA rules prohibiting education-related compensation, including Academic Achievement Awards, graduate scholarships, computers and other education-related benefits. The Colorado plaintiffs' claims concern NCAA rules related to compensation for athletic performance (*Fontenot*),[2] and restrictions on athletic scholarships (*Cornelio*).[3] The release on its face does not

---

[1] *Fontenot v. Nat'l Collegiate Athletic Ass'n*, No. 1:23-cv-03076 (D. Colo.) and *Cornelio v. Nat'l Collegiate Athletic Ass'n*, No. 1:24-cv-02178 (D. Colo.).
[2] *See* Second Am. Compl. at 2, 36, *Fontenot v. Nat'l Collegiate Athletic Ass'n*, No. 1:23-cv-03076 (D. Colo. July 23, 2024), ECF No. 117.
[3] *See* Complaint at 5, 18, *Cornelio v. Nat'l Collegiate Athletic Ass'n*, No. 1:24-cv-02178 (D. Colo.

extend to the claims in *Fontenot* or *Cornelio* and the parties accordingly agree that it does not extend to those claims. Accordingly, the Colorado plaintiffs have offered no basis to oppose the Motion.

As a result, the Motion is wholly unopposed and should be granted for the reasons stated therein.

---

Aug, 6, 2024), ECF No. 1.

2

PLAINTIFFS' REPLY TO PLAINTIFFS IN THE COLORADO CASES' RESPONSE TO MOTION FOR PRELIMINARY SETTLEMENT APPROVAL
No. 4:23-CV-01593-CW

| | | |
|---|---|---|
| 1 | Dated: August 16, 2024 | Respectfully submitted, |

HAGENS BERMAN SOBOL SHAPIRO LLP

By:    */s/ Steve W. Berman*
       Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie A. Verdoia (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

*Counsel for Plaintiffs and the Proposed Class*

WINSTON & STRAWN LLP

By:    */s/ Jeffrey L. Kessler*
       Jeffrey L. Kessler (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Sofia Arguello (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
dgreenspan@winston.com
sarguello@winston.com
aidale@winston.com

Jeanifer E. Parsigian (SBN 289001)
WINSTON & STRAWN LLP
101 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

*Counsel for Plaintiffs and the Proposed Class*

1-28 in left margin

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

              _____/s/ Jeffrey L. Kessler_____
                  JEFFREY L. KESSLER

4

PLAINTIFFS' REPLY TO PLAINTIFFS IN THE COLORADO CASES' RESPONSE TO MOTION FOR PRELIMINARY SETTLEMENT APPROVAL
No. 4:23-CV-01593-CW