1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**OAKLAND DIVISION**

11

| | |
|---|---|
| 12  CHUBA HUBBARD and KEIRA MCCARRELL, on behalf of themselves and all others similarly situated, | Case No. 4:23-cv-01593-CW |
| 13 | |
| 14          Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS FOR CLASS REPRESENTATIVES** |
| 15      v. | |
| 16  NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ATLANTIC COAST CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG 12 CONFERENCE, INC.; PAC-12 CONFERENCE; and SOUTHEASTERN CONFERENCE, | Judge:          Hon. Claudia Wilken |
| 17 | |
| 18 | |
| 19 | |
| 20          Defendants. | |

21

22

23

24

25

26

27

28

010912-11/2861987 V1

This matter comes before the Court on Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Awards for Class Representatives ("Motion"). In this Order, the terms used by the Court shall have the same meaning as those terms are used in the Motion and the Stipulation and Settlement Agreement ("Settlement Agreement"), Ex. 1 to Declaration of Jeffrey L. Kessler in Support of Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 227-3). The Court, having considered the Motion, and all papers filed in support thereof and opposition thereto, and the argument of counsel, and good cause appearing, hereby GRANTS the motion and ORDERS that:

1. Class Counsel are awarded attorneys' fees in the amount of 20% of the Common Settlement Fund (**$200 million**). These fees shall be paid to Class Counsel pursuant to the terms and schedule set forth in the Settlement Agreement, paragraphs 2–5.

2. Class Counsel are awarded reimbursement of their litigation costs and expenses in the amount of **$338,632.44**.

3. Class Representatives Chuba Hubbard and Keira McCarrell shall each receive a service award of **$50,000**.

**IT IS SO ORDERED**.

DATED: _____

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE