Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie A. Verdoia (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

*Class Counsel for Plaintiffs*

Jeffrey L. Kessler (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Sofia Arguello (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
dgreenspan@winston.com
sarguello@winston.com
aidale@winston.com

Jeanifer E. Parsigian (SBN 289001)
101 California Street, 21st Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

*Class Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| CHUBA HUBBARD and KEIRA MCCARRELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ATLANTIC COAST CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG 12 CONFERENCE, INC.; PAC-12 CONFERENCE; and SOUTHEASTERN CONFERENCE,<br><br>Defendants. | Case No. 4:23-cv-01593-CW<br><br><br>**DECLARATION OF JEFFREY L. KESSLER IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS FOR CLASS REPRESENTATIVES**<br><br>Date:        April 7, 2025<br>Time:       10:00 a.m.<br>Judge:      Hon. Judge Claudia Wilken<br>Courtroom:  2, 4th Floor |

1    I, JEFFREY L. KESSLER, declare as follows:

2    1.    I am an attorney licensed before all the courts of the State of New York and am co-

3    executive chairman and a partner of Winston & Strawn LLP ("Winston & Strawn" or "Winston"). I

4    am co-lead Class Counsel for the Class Plaintiffs in this action. Based on personal knowledge or

5    discussions with counsel at my firm about the matters stated herein, I could competently testify to the

6    same if called upon to do so.

7    2.    This Declaration is made in support of Plaintiffs' Motion for Attorneys' Fees,

8    Reimbursement of Litigation Expenses, and Service Awards for Class Representatives ("Fee

9    Motion"), and pursuant to Civil Local Rule 54-5.

10    3.    As detailed more fully below, for the past nearly two years, Winston and co-counsel at

11    Hagens Berman Sobol Shapiro LLP ("Hagens Berman") have been extensively involved in all aspects

12    of the above-captioned litigation. Winston attorneys took or shared the lead on many hearings and

13    motions during pretrial litigation, including: drafting briefs and filings, organizing and completing

14    document review, drafting discovery requests and responses, corresponding with defense counsel,

15    setting agendas and guiding negotiations for meet-and-confer discussions that governed document

16    production, depositions, scheduling, and all other manner of discovery disputes, taking and defending

17    depositions, working with experts, and conducting arduous settlement negotiations with Defendants.

18    **I.    SUMMARY OF WORK PERFORMED**

19    4.    Since late November 2023, Defendants have produced Academic Achievement Award

20    policies for over 100 NCAA member schools as well as copious data on the amounts and number of

21    Awards many schools have provided to college athletes.

22    5.    Winston and Hagens Berman worked with extraordinary speed at the Court's request

23    to aggressively pursue and analyze a massive record of information from all Power Five Conference

24    member schools and many additional Division I schools, including voluminous data on each school's

25    Academic Achievement Award criteria and recipients. Winston attorneys spent over 900 hours

26    reviewing and analyzing this extensive data. Winston and Hagens Berman attorneys also worked

27

28

extensively with Plaintiffs' economic expert to support him in developing a reliable and predictive model of class members' damages.

6.    Winston and Hagens Berman successfully negotiated with Defendants to create a discovery process in which Defendants collected responsive information from third-party member schools and produced that information to Plaintiffs' counsel. When discovery disputes have arisen during this case, Winston and Hagens Berman have worked swiftly to resolve such disputes where possible, including preparing, and on one occasion, serving, subpoenas to compel document productions and depositions from third parties.

7.    Winston and Hagens Berman also successfully negotiated with Defendants to deem all documents produced in *In re College Athlete NIL Litigation*, No. 4:20-cv-03919-CW (N.D. Cal.), *In re NCAA Athletic Grant-in-Aid Cap Antitrust Litigation*, 375 F. Supp. 3d 1058 (N.D. Cal. 2019), *aff'd sub nom. NCAA v. Alston*, 594 U.S. 69 (2021) and *O'Bannon v. NCAA*, 7 F. Supp. 3d 955 (N.D. Cal. 2014), *aff'd in part, vacated in part*, 802 F.3d 1049 (9th Cir. 2015) as produced in the instant litigation. This agreement expanded the number of documents requiring review but also streamlined the discovery process by reducing the fact discovery needed other than the aforementioned data collected by Defendants from their third-party member schools.

8.    Winston and Hagens Berman attorneys also worked tirelessly to meet the Court's fast-paced case schedule, with trial scheduled for December 2024. Full briefing on class certification (and accompanying *Daubert* briefing) was accomplished in less than six months. *See* ECF No. 149, Plaintiffs' Mot. for Class Certification; ECF Nos. 176, 179-2, Plaintiffs' Reply Mem. in Support of Mot. for Class Certification; ECF No. 179-5, Plaintiffs' Mot. to Partially Exclude the Opinions, Report, and Testimony of Dr. Justin McCrary; ECF No. 179-3 Plaintiffs' Opp'n to Defs.' Mot. to Exclude the Opinions, Report and Testimony of Dr. Daniel Rascher; ECF Nos. 187, 188-2, Plaintiffs' Reply Mem. in Support of Motion to Partially Exclude the Opinions, Report and Testimony of Dr. Justin McCrary.

9.    To maximize the recovery to the class and to minimize costs, Winston and Hagens Berman have leanly staffed all projects in this case. Where possible, to limit cost, Winston relied on in-firm "review" attorneys who specialize in e-discovery and bill at substantially lower hourly rates

than what is commonly charged in the marketplace for these services.

10.     Winston and Hagens Berman performed significant legal research on various class certification issues, including class-wide impact and class-wide damages.

11.     At the time of settlement, Winston had undergone substantial preparation to file a summary judgment motion on the issue of Defendants' liability.

12.     Winston and Hagens Berman prepared for and defended the depositions of Class Representatives Chuba Hubbard and Keira McCarrell and Plaintiffs' expert Dr. Rascher. Winston and Hagens Berman also prepared for and took the deposition of Defendants' expert, Professor Justin McCrary, a highly experienced economist. The testimony elicited in each one of these depositions was crucial for Plaintiffs' class certification briefing and ultimate success in pursuing the claims in this case.

13.     I, along with Steve Berman of Hagens Berman and David Greenspan, my partner at Winston, personally handled the hard-fought settlement discussions for this action, which persisted since shortly after this case was initiated. We attended multiple in-person mediation sessions with Professor Eric Green and participated in telephone calls with the mediator as well.

14.     Winston and Hagens Berman also worked with Plaintiffs' expert economist Dr. Rascher in relation to considering settlement strategy and damages for all aspects of the settlement.

15.     During settlement negotiations, the parties were confronted with numerous difficult and time-consuming issues. These negotiations have been arm's-length at all times and broke down on several different occasions before the parties were finally able to reach a settlement.

16.     The settlement establishes a common fund of $200,000,000.00—a settlement that amounts to almost two-thirds of the Settlement Class's single damages claims. The settlement allows eligible collegiate athletes who competed on a Division I athletic team at any time between April 1, 2019 and September 15, 2024 and would have earned Academic Achievement Awards, absent Defendants' rules and agreements prohibiting such compensation, which this Court previously found to be unlawful, to receive payments.

17.     The settlement would not have been possible without the extensive work of both Winston and Hagens Berman in *In re NCAA Athletic Grant-in-Aid Cap Antitrust Litig.*, 375 F. Supp.

-3-

3d 1058 (N.D. Cal. 2019), *aff'd sub nom. NCAA v. Alston*, 594 U.S. 69 (2021). In *Alston*, Winston and Hagens Berman, jointly serving as Class Counsel, secured a decision from this Court that Defendants' rules and agreements prohibiting compensation for academic achievement violated the antitrust law. Defendants appealed this Court's ruling all the way to the Supreme Court which unanimously affirmed this Court's decision. The settlement compensates athletes who would have received compensation for academic achievement but for Defendants' rules and agreements that this Court found unlawful in *Alston*.

18.    Since the settlement was submitted for preliminary approval, Winston has provided detailed and personalized responses to class members' inquiries on this case, and continues to do so.

19.    Winston and Hagens Berman will also perform additional work related to the litigation and settlement for the foreseeable future. The firms anticipate expending significant time drafting final settlement approval papers, litigating potential appeals of the settlement if the Court grants final approval, and monitoring settlement administration for the next ten years (*i.e.*, the duration of the settlement distribution period). The fees and expenses incurred for this work are not reflected in the lodestar, but this additional work will require substantial time and resources from Winston and Hagens Berman attorneys.

## II.    SERVICE AWARDS

20.    As his accompanying declaration explains, Class representative Chuba Hubbard has devoted significant time and resources to, and undertook significant risk in, representing this class from inception to settlement.

21.    Mr. Hubbard worked closely with counsel in preparing the complaint and developing Class Counsel's litigation strategy, and in preparing to respond to Defendants' requests for production and interrogatories. Mr. Hubbard took seriously his obligation to preserve responsive documents and further worked with counsel to collect responsive documents and all information in his possession, often from multiple locations and sources.

22.     Notably, Mr. Hubbard was responsive and available to counsel through the entire duration of this lawsuit, providing additional information as needed and remaining engaged and actively informed on the case.

23.     Mr. Hubbard prepared for, and participated in, a full-day deposition.

24.     Mr. Hubbard's deposition lasted approximately seven hours. Mr. Hubbard also dedicated hours of time and energy preparing for his deposition, with assistance of counsel.

25.     In recognition of his contributions to this litigation, Plaintiffs request a service award for Mr. Hubbard in the amount of $50,000.00.

## III.    SUMMARY OF LODESTAR AND EXPENSES

26.     Winston's lodestar for litigating the claims in the above-captioned action is $3,649,250.00.

27.     Winston's lodestar is calculated based on the current hourly rates of the firm. These hourly rates are based on regular and ongoing monitoring of prevailing market rates in the respective regions for attorneys of comparable skill, experience, and qualifications.

28.     The total lodestar for Winston and Hagens Berman is **$4,793,070.00**.

29.     Winston has expended a total of $57,622.59 in unreimbursed litigation expenses in prosecuting this litigation. They are the type of expenses typically billed by attorneys to paying clients in the marketplace, and include such costs as fees paid or incurred for online document repositories, and travel in connection with this litigation. Winston advanced these necessary expenses, interest-free, without assurance that they would ever be recouped. This action could not have been litigated, much less to a successful resolution, without these critical expenditures.

30.     Winston also contributed $187,500.00 to a Joint Litigation Fund for the payment of costs which are not included in the above-referenced expense total, but are reflected in the concurrently filed Declaration of Steve W. Berman in Support of Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Litigation Expenses and Service Awards for Class Representatives.

1    31.    The litigation expenses incurred in prosecuting this case are reflected in the books and

2    records of this firm. These books and records are prepared from expense vouchers and check records

3    and are an accurate record of the expenses incurred.

4    32.    Winston and Hagens Berman expended a combined total of **$338,632.44** in

5    unreimbursed litigation expenses in prosecuting this litigation, including internal expenses and Joint

6    Litigation Fund expenses. Winston and Hagens Berman expended a combined total of **$62,594.18** in

7    internal expenses (*i.e.*, excluding Joint Litigation Fund Expenses).

8    33.    Attached hereto as **Exhibit A** is a true and correct copy of a report reflecting a summary

9    of Winston's lodestar for the above-captioned case, including the timekeepers who worked on this

10   matter, their total hours, their current hourly billing rates and their total lodestar based on current

11   billing rates.

12   34.    Attached hereto as **Exhibit B** is a true and correct copy of a report reflecting Winston

13   and Hagens Berman's combined lodestar for the above-captioned case.

14   35.    Attached hereto as **Exhibit C** is a true and correct copy of a report reflecting a summary

15   of Winston's expenses for the above-captioned case.

16   36.    Attached hereto as **Exhibit D** is a true and correct copy of a report reflecting a summary

17   of Winston and Hagens Berman's combined expenses for the above-captioned case.

18   37.    Attached hereto as **Exhibit E** is a true and correct copy of a report reflecting a summary

19   of Winston's lodestar by task category for the above-captioned case. The task categories are as follows:

20        a.    **Investigation and Fact Discovery**, which includes investigation of the case,

21        researching publicly available sources, relevant prior litigation against Defendants, and

22        investigating potential fact witnesses.

23        b.    **Written Discovery**, which includes drafting, responding to, and collecting

24        documents regarding written discovery to and from parties and to third parties.

25        c.    **Document Review**, which includes analyzing and reviewing documents

26        produced by parties and third parties, and managing document review efforts.

27        d.    **Motion**, which includes researching, writing, filing, responding to motions,

28        and oral argument concerning motions.

1          e.    **Expert**, which includes facilitating expert reports and data analysis,

2    corresponding and conferencing with experts, and supporting expert conclusions.

3          f.    **Deposition**, which includes analysis and research for, preparing for, and

4    taking and defending depositions.

5          g.    **Client and Class Communications**, which includes corresponding and

6    conferencing with class representatives, and with potential and actual class members.

7          h.    **Settlement**, which includes settlement negotiations, mediation, and work

8    conducted to facilitate the settlement, such as notice and administration tasks.

9          i.    **File Maintenance**, which includes non-attorney work organizing, updating,

10   and maintaining the litigation file.

11       38.    Attached hereto as **Exhibit F** are materials about Winston and its antitrust and sports

12   law practices that provide additional information about the firm's well-recognized expertise and

13   capabilities with respect to antitrust litigations in the world of sports.

14       39.    Attached hereto as **Exhibit G** are select biographies of Winston attorneys that provide

15   additional background about the primary team that litigated this matter.

16

17   Executed this 17th day of December, 2024 at New York, New York.

18

19                         */s/ Jeffrey L. Kessler*

20                         JEFFREY L. KESSLER

21

22

23

24

25

26

27

28

# EXHIBIT A

**EXHIBIT A**

**Winston & Strawn LLP**

**LODESTAR TOTALS AT CURRENT RATES**
Inception through December 9, 2024

| Timekeeper | Position | Current Hourly Rate | Total Hours | Lodestar at Current Rates |
|---|---|---|---|---|
| Abe, Machi | Review Attorney | $75.00 | 69.8 | $5,235.00 |
| Alexander, Zach | Associate | $775.00 | 25.3 | $19,607.50 |
| Arguello, Sofia | Partner | $1,315.00 | 152.2 | $200,143.00 |
| Bernard, Melissa | Review Attorney | $95.00 | 5.7 | $541.50 |
| Blake, Joey | Associate | $980.00 | 28.7 | $28,126.00 |
| Blomquist, Kristin | Review Attorney | $115.00 | 2 | $230.00 |
| Carll, Jonathan | Review Attorney | $75.00 | 68.9 | $5,167.50 |
| Cummings, Quinlan | Associate | $835.00 | 8.5 | $7,097.50 |
| Dale, Adam | Partner | $1,265.00 | 313.4 | $396,451.00 |
| DalSanto, Matthew | Partner | $1,290.00 | 23.3 | $30,057.00 |
| Divino, Nim | Senior Litigation Support Specialist | $205.00 | 3 | $615.00 |
| Dunkley, Hugh | Associate | $835.00 | 20.2 | $16,867.00 |
| Faulkner, Ryan | Associate | $695.00 | 5.5 | $3,822.50 |
| Greenspan, David | Partner | $1,540.00 | 166 | $255,640.00 |
| Kats, Ilya | eDiscovery | $295.00 | 3 | $885.00 |
| Kessler, Jeffrey | Partner | $1,980.00 | 163 | $322,740.00 |
| King, Andrew | Associate | $775.00 | 27.6 | $21,390.00 |
| Knight, Blake | Review Attorney | $75.00 | 70.3 | $5,272.50 |
| Koulikov, Mikhail | Research Analyst | $245.00 | 3 | $735.00 |
| Kyritsopoulos, Corinne | Senior Paralegal | $400.00 | 79.1 | $31,640.00 |
| Lerner, Lane | Docket Attorney | $590.00 | 0.6 | $354.00 |
| Lowe, Jolie | Project Assistant | $240.00 | 20.5 | $4,920.00 |
| Mantel, Matthew | Research Analyst | $245.00 | 2.4 | $588.00 |
| Martinez, Lindsay | Paralegal | $240.00 | 3 | $720.00 |
| Nagel, Scott | Review Attorney | $75.00 | 76.6 | $5,745.00 |
| Neptune, Kharyne | Review Attorney | $85.00 | 96 | $8,160.00 |
| Nguyen, Tessa | Data Analyst | $430.00 | 37 | $15,910.00 |
| Otten, Shane | Economics Advisor | $530.00 | 30.4 | $16,112.00 |
| Pannullo, Robert | Associate | $980.00 | 627.8 | $615,244.00 |
| Parsigian, Jeanifer | Partner | $1,295.00 | 562.5 | $728,437.50 |
| Parsons, Molly | Review Attorney | $75.00 | 79.5 | $5,962.50 |
| Richard, Mark | Review Attorney | $75.00 | 75.7 | $5,677.50 |

| Robinson, Tanya | WLS Manager | $150.00 | 1.5 | $225.00 |
|---|---|---|---|---|
| Rosario, Rick | Senior Paralegal | $400.00 | 0.3 | $120.00 |
| Ross, Matthew | Review Attorney | $75.00 | 61.3 | $4,597.50 |
| Rutledge, Madeline | Associate | $695.00 | 4.8 | $3,336.00 |
| Sherman, Scott | Associate | $1,190.00 | 36.4 | $43,316.00 |
| Sloan, Nick | Associate | $775.00 | 652.7 | $505,842.50 |
| Steeg, Aaron | Associate | $890.00 | 46.6 | $41,474.00 |
| Thompson, Michael | Trial Support Specialist | $225.00 | 0.5 | $112.50 |
| Vaidya, Tushar | eDiscovery | $635.00 | 1.4 | $889.00 |
| Viebrock, Sarah | Associate | $1,220.00 | 4.4 | $5,104.00 |
| Vyas, Neha | Associate | $980.00 | 52.1 | $51,058.00 |
| Wesclitz, Stephen | Senior Research Analyst | $255.00 | 2.8 | $714.00 |
| Williams, Whitney | Associate | $940.00 | 247.2 | $232,368.00 |
| **TOTAL** | | | **3,962.50** | **$3,649,250.00** |

# EXHIBIT B

**EXHIBIT B**

**LODESTAR SUMMARY – ALL FIRMS**

Inception through December 9, 2024

| Firm | Hours | Lodestar at Current Rates |
|---|---|---|
| Winston & Strawn LLP | 3,962.50 | $3,649,250.00 |
| Hagens Berman Sobol Shapiro LLP | 2,015.20 | $1,143,820.00 |
| **TOTAL** | **5,977.70** | **$4,793,070.00** |

# EXHIBIT C

**EXHIBIT C**

**Winston & Strawn LLP**

**EXPENSE REPORT**
Inception through December 9, 2024

| CATEGORY | AMOUNT |
|---|---|
| Travel (Airfare, Hotels, Long-Distance Travel) | $7,033.60 |
| Telecommunication Services | $39.95 |
| Copying Costs | $9,661.92 |
| Computerized Legal Research and ECF/PACER | $35,989.20 |
| Meals | $1,421.64 |
| Service of Process and Messenger/Courier | $117.00 |
| Professional Services | $324.87 |
| Shipping and Mailing | $49.46 |
| Local Transportation | $1,705.95 |
| Court Costs | $1,279.00 |
| **TOTAL** | **$57,622.59** |

# EXHIBIT D

**EXHIBIT D**

**INTERNAL EXPENSES – ALL FIRMS**

Inception through December 9, 2024

| Firm | Expenses |
|---|---|
| Winston & Strawn LLP | $57,622.59 |
| Hagens Berman Sobol Shapiro LLP | $4,971.59 |
| **TOTAL** | **$62,594.18** |

# EXHIBIT E

**EXHIBIT E**

**Winston & Strawn LLP**

**Summary of Attorney Hours by Litigation Activity Type**
Inception through December 9, 2024

| LITIGATION ACTIVITY | ATTORNEY HOURS | LODESTAR |
|---|---|---|
| Investigation and Fact Discovery | 63.2 | $65,898.50 |
| Written Discovery | 297.4 | $334,590.50 |
| Document Review | 926.7 | $327,623.50 |
| Motion | 1,654.6 | $1,845,207.00 |
| Expert | 445.9 | $455,382.00 |
| Deposition | 144.1 | $142,544.00 |
| Client and Class Communications | 18.7 | $22,652.50 |
| Settlement | 326.8 | $424,350.00 |
| File Maintenance | 85.1 | $31,002.00 |
| **TOTAL** | **3962.5** | **$3,649,250.00** |

# EXHIBIT F



WINSTON & STRAWN
LLP

OVERVIEW

# Antitrust/Competition

2024

© 2024 Winston & Strawn LLP

# Antitrust/Competition Snapshot

## ATTORNEYS BY OFFICE



CHICAGO **32**

NEW YORK        **56**
WASHINGTON, D.C. **14**
CHARLOTTE       **1**

LONDON  **6**

MIAMI   **1**

SAN FRANCISCO  **7**
LOS ANGELES    **5**

DALLAS   **6**
HOUSTON  **4**

**120+**
ANTITRUST/COMPETITION
ATTORNEYS

**40+**
GLOBAL CARTEL ATTORNEYS

## PRACTICE GROUP LEADERS



**EVA W. COLE**
PARTNER
New York
+1 (212) 294-4609
ewcole@winston.com



**JAMES HERBISON**
PARTNER
Chicago
+1 (312) 558-5909
jherbiso@winston.com

# Why Winston for Antitrust/Competition?

| | | |
|---|---|---|
| **A TEAM WITH CENTURIES OF COLLECTIVE EXPERIENCE IN ANTITRUST ENFORCEMENT, INVESTIGATIONS, LITIGATION, AND MERGER MATTERS** | **WINSTON "IS A POWERHOUSE IN ANTITRUST"** CHAMBERS USA | **MANY LONG-TIME CLIENTS IN THE CONSUMER GOODS, HEALTH CARE, FINANCIAL SERVICES, HEAVY INDUSTRY SECTORS** |

**2023 ANTITRUST PRACTICE OF THE YEAR**
BEST LAW FIRMS®

**KNOWN FOR CAPABILITIES REPRESENTING:**

▶ DEFENDANTS IN NEARLY 40 GLOBAL CARTEL MATTERS

▶ PARTIES IN HIGH-STAKES ANTITRUST LITIGATION

▶ CLIENTS IN ANTITRUST TRANSACTIONAL MATTERS, INCLUDING MERGER REVIEWS AND CHALLENGES

© 2024 Winston & Strawn LLP

3

# What We Do

## ANTITRUST/COMPETITION TEAM'S EXPERIENCE COVERS

| | | | |
|---|---|---|---|
| ADVISORY & COUNSELING | APPEALS | GLOBAL CARTEL INVESTIGATIONS & ENFORCEMENT | DOJ, FTC, AND STATE AG INVESTIGATIONS & ENFORCEMENT |
| CRIMINAL DEFENSE | INTERNAL INVESTIGATIONS | MERGER FILINGS, REVIEWS & CHALLENGES | MONOPOLY LITIGATION |
| TECHNOLOGY ANTITRUST LITIGATION | TRADE GROUP ADVISORY | UNFAIR COMPETITION LITIGATION | VENDOR AND DISTRIBUTION AGREEMENTS |

# Unique Perspective: Law and Economics Group

Our internal economics and analytics resource is a strategic differentiator among law firms, offering clients enhanced benefits in creating effective defense strategies compared to outside consultants.

| SEAMLESS INTEGRATION | COMPOUNDING BENEFIT OF IN-HOUSE COLLABORATION | REIGN IN EXPERTS FROM "FISHING EXPEDITIONS" |
|---|---|---|
| WE ARE A PART OF THE TEAM | WE SEE WHAT EXTERNAL EXPERTS DON'T | WE BRING A TRIAL LAWYER'S EYE |

| ACCESSIBLE REPORTING FOR COURTROOM CONSUMPTION |
|---|
| WE ARE HIGHLY SKILLED IN BOTH LEGAL AND ECONOMIC SPEAK |

# Unique Perspective: Technology Antitrust Group

Our Technology Antitrust Group ("TAG") assists clients with navigating the complex, dynamic, and increasingly government-scrutinized area where **technology, antitrust, and IP converge**.



© 2024 Winston & Strawn LLP    6

# Select Cartel Experience

Won complete acquittal on criminal cartel antitrust charges for **former DaVita CEO** in high-profile labor-market collusion case, earning Am Law "Litigator of the Week" win

Secured voluntary dismissal of criminal price-fixing charges against **Claxton Poultry Farms** from DOJ and supported the defeat of related criminal indictments against two Claxton executives at trial via complete acquittals

Successfully resolved the indirect-purchaser class claims for **Panasonic Corp.** in *In re CRT* via favorable settlement, which was upheld by the Ninth Circuit and denied Supreme Court review in 2022

Secured a major victory with co-counsel and joint defense counsel for a **global investment bank** and other defendants in dismissal, with prejudice, of a consolidated antitrust class action

Achieved denial of class certification for all defendants, including clients **NTN** and **JTEKT** in *the only ruling on class certification to date* in this sprawling MDL – named by *GCR* as its "Antitrust Litigation of the Year"

# Select Antitrust Litigation Experience

Won landmark trial—affirmed unanimously by Supreme Court—and later negotiated historic settlement of US$2.75B+ in back-damages in four follow-on antitrust litigations challenging compensation and benefit restrictions placed on **college athletes**

Successfully defended **Hawaiian Electric** against Hu Honua Bioenergy's allegations that Hawaiian Electric's 2017 power plant acquisition was part of an anticompetitive scheme to monopolize the firm power generation market in Hawaii. Courts ruled Hu Honua amendments futile due to statute limitations and lack of antitrust injury.

Secured Fifth Circuit affirmation of dismissal win for **Avanci**, against claims that the licensing practices of SEP licensor Avanci and co-defendant SEP owners violated the Sherman Act

Won dismissal, later affirmed on appeal, of a proposed antitrust class action filed against **CPM LLC**, alleging that its 75-year-long, US$1.15B concession agreement to operate Chicago's parking meters violated the Sherman Act and state law

For a **major financial institution**, secured dismissal of two fintech litigations relating to web-app-related technology, alleging monopolization, conspiracy, and other claims

# Key Technology Antitrust Matters

Represented **Microsoft** at trial in connection with the remedy phase of the highly publicized state and federal enforcement actions alleging that **Microsoft abused its monopoly power** on Intel-based personal computers by bundling its flagship Internet Explorer (IE) web-browser software with its Windows operating system

Counseled Panasonic predecessor **Matsushita** and the DVD 6C pool on the implementation and application of its policies, including seeking the original Business Review Letter for the DVD 6C pool—the first DOJ-issued letter on such a pool

Obtained complete dismissals with prejudice on behalf of **Panasonic** in several litigations alleging state and federal antitrust violations relating to a patent pool for SD Card technology that imposed a market "entry fee" on competitor

Successfully represented plaintiff **Metaswitch** in a monopolization litigation relating to the abuse of standard-setting process, false assertions of purported patent rights, sham litigation, and failure to abide by FRAND obligations

Successfully represented **RPX**, a patent risk-mitigation and portfolio-licensing organization, in antitrust litigation and are currently counseling and training RPX employees on antitrust issues and risk mitigation

Advised **Honda Motor Company** and **Sony Group Corporation** on formation of their Sony Honda Mobility JV, including completing successful filings

# Select Merger-Related Experience

Represented **Chart Industries** in connection with its acquisition of UK-based fan manufacturer Howden from KPS Capital Partners, through an HSR filing (avoiding a Second Request) and multiple foreign filings, resulting in clearance without remedy

Secured major win on appeal for **PetIQ** in unanimous Ninth Circuit affirmance of the dismissal with prejudice of merger-related antitrust complaint challenging PetIQ's acquisition of VIP Petcare

Advised **KAR Auction Services, Inc., d/b/a KAR Global**, on the competition aspects of its acquisition of Carwave, including representing it through an FTC review that we resolved without a Second Request

Assisted **NorthShore University HealthSystem** with its successful acquisitions of Swedish Covenant Hospital, Northwest Community Hospital, and Edward-Elmhurst Hospitals

Secured antitrust clearance for **Upstream Rehabilitation** (the third-largest provider of U.S. outpatient PT services) in its acquisition by Revelstoke Single Asset Fund I, L.P.

# Industries We Serve

**ANTITRUST/COMPETITION EXPERIENCE COVERS MULTIPLE SECTORS**

| AUTOMOTIVE/ AUTOPARTS | CONSUMER ELECTRONICS | CONSUMER PRODUCTS & SERVICES | FINANCIAL SERVICES |
|---|---|---|---|
| ENERGY & INFRASTRUCTURE | FOOD, BEVERAGES, & INGREDIENTS | HEALTH CARE & LIFE SCIENCES | LUXURY GOODS |
| MANUFACTURING & INDUSTRY | AGRICULTURE | RETAIL | SPORTS & ENTERTAINMENT |

# Key Antitrust Clients



ACTIVISION BLIZZARD

CANGREJEROS BASEBALL CLUB

CLAXTON POULTRY

DELTA DENTAL INSURANCE PLANS

DISCOVER FINANCIAL SERVICES

ENBRIDGE

HAWAIIAN ELECTRIC INDUSTRIES

HONDA MOTOR CO.

MOTOROLA SOLUTIONS

NUVEEN INVESTMENTS

RAPIDUS CORPORATION

TREEHOUSE FOODS

# Rankings & Recognitions

## BEST LAW FIRMS®

- 2024 Antitrust Law and Antitrust Litigation: Tier 1 Nationally, Chicago, New York, Tier 2 – Dallas, Washington, D.C.
- "Lawyer of the Year" – James Herbison, Antitrust Law (2024);  Dan Webb, Litigation – Antitrust (2025)
- 2023 Antitrust Practice of the Year

## BENCHMARK LITIGATION US

- 2024 Tier 2 – Antitrust Nationwide
- 2022 National Impact Case of the Year – *Alston v. NCAA*
- 2022 Antitrust Litigator of the Year: East Coast Awards – Jeffrey Kessler
- 2020 Antitrust Firm of the Year

## GLOBAL COMPETITION REVIEW

- 2023 Highly Recommended (NY, IL), Recommended (CA)
- Litigation of the Year: Cartel Prosecution (2021) – *Alston v. NCAA;* Cartel Defense (2019) – *Auto Parts Antitrust Litigation*

## CHAMBERS USA 2024

- Firm ranked in Antitrust – New York, Illinois, Nationwide, Antitrust: Cartel – Nationwide
- Five partners ranked in Antirust areas

## LEGAL 500

- **US 2024** - Firm ranked in Antitrust: Merger Control, Antitrust: Cartel, Antitrust: Civil Litigation Defense
- **UK 2025** – Firm ranked in EU and Competition

# What They Say

"I would recommend them to anyone going through a merger or acquisition who needs a **top-notch, smart and well-versed** law firm." "The Winston team is a collaborative and skillful **value-add bonus** to our business."

**CHAMBERS USA 2022**

"Relentless in their efforts, and peerless industry knowledge and experience; **superior trial advocacy** and experience."

**LEGAL 500 US 2022**

"**Very responsible.** Good coordination of HSR professionals and experienced litigators."

**LEGAL 500 US 2024**

© 2024 Winston & Strawn LLP

# What They Say

"Winston's **antitrust bench is deep and experienced**; rather than simply offer theoretical, ivory tower antitrust insights, **their advice is practically offered**."

**LEGAL 500 US 2024**

"Because of Winston's **outstanding trial practice**, their antitrust team is an integrated one with **tremendous antitrust experience combined with outstanding trial and appellate expertise**."

**LEGAL 500 US 2024**

"Always bringing **creative solutions to our legal/competition issues in the EU and UK**."

**LEGAL 500 UK 2024**

# Key Attorneys



**EVA COLE**
CO-CHAIR, ANTITRUST/
COMPETITION
New York
+1 (212) 294-4609
ewcole@winston.com



**JAMES HERBISON**
CO-CHAIR, ANTITRUST/
COMPETITION
Chicago
+1 (312) 558-5909
jherbiso@winston.com



**JEFFREY AMATO**
PARTNER
New York
+1 (212) 294-4685
jamato@winston.com



**JONATHAN AMOONA**
PARTNER
New York
+1 (212) 294-4745
jamoona@winston.com



**SOFIA ARGUELLO**
PARTNER
New York
+1 (212) 294-5304
sarguello@winston.com



**ALDO BADINI**
PARTNER
New York
+1 (212) 294-4601
abadini@winston.com



**DANA COOK-MILLIGAN**
PARTNER
San Francisco
+1 (415) 591-1583
dlcook@winston.com



**PETER CROWTHER**
PARTNER
London
+44 20 7011 8750
pcrowther@winston.com



**ADAM DALE**
PARTNER
New York
1 212-294-5329
adale@winston.com



**MATTHEW DALSANTO**
PARTNER
Chicago
+1 (312) 558-6211
mdalsanto@winston.com



**RICHARD FALEK**
PARTNER
New York
+1 (212) 294-3314
rfalek@winston.com



**DAVID FEHER**
PARTNER
New York
+1 (212) 294-4613
dfeher@winston.com

# Key Attorneys


**KEVIN GOLDSTEIN**
PARTNER
Chicago
+1 (312) 558-5869
kbgoldstein@winston.com


**DAVID GREENSPAN**
PARTNER
New York
+1 (212) 294-4616
dgreenspan@winston.com


**JOHANNA RAE HUDGENS**
PARTNER
New York
+1 (212) 294-6734
jhudgens@winston.com


**JEFFREY KESSLER**
PARTNER
New York
+1 (212) 294-4698
jkessler@winston.com


**GEORGE MASTORIS**
PARTNER
New York
+1 (212) 294-4623
gmastoris@winston.com


**MIKE MAYER**
PARTNER
Chicago
+1 (312) 558-7883
mmayer@winston.com


**THOMAS MELSHEIMER**
PARTNER
Dallas
+1 (214) 453-6401
tmelsheimer@winston.com


**JEANIFER PARSIGIAN**
PARTNER
San Francisco
+1 (415) 591-1469
jparsigian@winston.com


**CONOR REIDY**
PARTNER
Chicago
+1 (312) 558-7542
creidy@winston.com


**SUSANNAH TORPEY**
PARTNER
New York
+1 (212) 294-4690
storpey@winston.com


**DAN WEBB**
PARTNER
Chicago
+1 (312) 558-5856
dwebb@winston.com


**LAUREN DUXSTAD**
OF COUNSEL
Miami
+1 (305) 910-0568
lduxstad@winston.com



VISIT WINSTON.COM



WINSTON
& STRAWN
LLP

OVERVIEW

# Sports Law Practice

2024

© 2024 Winston & Strawn LLP

# Sports Law Snapshot

## ATTORNEYS BY OFFICE



CHICAGO **17**

NEW YORK **39**
WASHINGTON, D.C. **5**

LONDON **5**
PARIS **3**

SAN FRANCISCO **2**
LOS ANGELES **5**

DALLAS **7**
HOUSTON **3**

80+ | SPORTS LAW ATTORNEYS

## PRACTICE GROUP LEADERS



**DAVID FEHER**
CO-CHAIR, SPORTS
PRACTICE
New York
+1 (212) 294-4613
sfeher@winston.com



**DAVID GREENSPAN**
CO-CHAIR, SPORTS
PRACTICE
New York
+1 (212) 294-4616
dgreenspan@winston.com



**JEFFREY KESSLER**
PRACTICE CHAIR
EMERITUS
New York
+1 (212) 294-4698
jkessler@winston.com

© 2024 Winston & Strawn LLP    2

# Why Winston for Sports Law?

SKILLED IN ADVISING ON THE **LARGEST AND HIGHEST-PROFILE SPORTS FACILITY AND STADIUM DEALS** IN THE MARKET

**"WINSTON'S SPORTS LAW GROUP IS ONE OF THE BEST IN THE BUSINESS."**
CHAMBERS USA 2024

KNOWN FOR OBTAINING **HISTORIC, GROUNDBREAKING** TRIAL RESULTS

**SPORTS & BETTING PRACTICE GROUP OF THE YEAR (2021–2024)**
LAW360

EXPERIENCE LITIGATING, ARBITRATING, NEGOTIATING, AND STRUCTURING **THE MOST IMPORTANT LEGAL ISSUES IN THE SPORTS SECTOR**

# What We Do

## SPORTS LAW TEAM'S EXPERIENCE SPANS KEY SECTOR ISSUES

| | | | |
|---|---|---|---|
| ANTITRUST LITIGATION | PLAYER/TEAM/LEAGUE CONTRACT NEGOTIATIONS | EQUAL-PAY AND WORKING CONDITIONS LITIGATION | SUSPENSION/ TERMINATION ARBITRATIONS |
| NIL AND OTHER IP LITIGATION | ELIGIBILITY ARBITRATIONS | COLLEGE SPORTS AND BROADCAST RIGHTS LITIGATION | STADIUM PROJECT FINANCINGS AND SPORTS FACILITY DEVELOPMENT |
| AGENCY REPRESENTATION IN VARIOUS DISPUTES | DISCRIMINATION LITIGATION | COLLECTIVE BARGAINING AGREEMENT (CBA) NEGOTIATIONS | TEAM/LEAGUE ACQUISITIONS |

© 2024 Winston & Strawn LLP    4

# Recent Key Sports Litigation Cases

Secured an **historic settlement** that will pay more than **US$2.75B** in back-damages to **classes of college football and basketball players**, and billions more to current and future college athletes, in their antitrust challenge to the NCAA and its power conferences' compensation restraints

For **members of the U.S. Women's National Team (USWNT),** secured a landmark settlement and an agreement to provide equal pay moving forward

Won a unanimous 2nd Circuit victory for **Relevent Sports, LLC** that revived its antitrust suit challenging a FIFA rule prohibiting official season professional soccer league games from being played outside of a team/league's FIFA-designated country

Representing **Cangrejeros Baseball Club, LLC and its owner** in their antitrust, civil-rights, and tort action against Puerto Rico's professional-baseball league and team operators for group boycott

Representing the **North American Soccer League (NASL)** against the United States Soccer Federation (USSF) and Major League Soccer (MLS) to assert its antitrust rights against being blocked from a Division I or II sanction

# Key Sports Arbitrations

Represented the **NFLPA** and **then Patriots Quarterback Tom Brady** in arbitration and court proceedings challenging his four-game suspension for his alleged role in the so-called "Deflategate" scandal

As co-counsel, represented **Guggenheim Baseball Mgmt.** and **Magic Johnson** in multiple arbitration and mediation sessions relating to the **US$2.15B** acquisition of the LA Dodgers

Represented 400m double-amputee runner **Oscar Pistorius** in the historic CAS arbitration establishing Pistorius's eligibility to compete in the Olympics and Int'l Amateur Athletic Federation (IAAF) sanctioned events

Advised each of the **NFL, NBA, and MLB players' unions** in unprecedented engagements on each union's complex and unique legal and economic issues presented by the return to play in each sport in the midst of the COVID-19 pandemic, including issues under their collective-bargaining agreements (CBAs), force majeure, and employee rights

Represented professional football club **CSKA-Sofia JSC** in a Court of Arbitration for Sport (CAS) appeal against the Union of European Football Associations

# Key Sports Negotiations and Deals

Represented **WTA player board members** in matters involving the WTA Tour's structure and operation

Represented **Olympic athlete and world-champion sprinter Caster Semenya** in her successful negotiation for Olympic eligibility

Advised **three major NFL agents** in negotiating their new agency contracts, collectively valued at **US$50M+** in guaranteed compensation

For 20+ years, have represented the **NFLPA** and **NBPA** in negotiating every CBA for their respective sports

Represented private equity firm **General American Capital Partners** in its acquisition of League 1 professional soccer (football) club Les Girondins de Bordeaux

© 2024 Winston & Strawn LLP

# Key Stadium Finance Projects

Represented **institutional investors** and **lenders** in connection with the **multi-billion-dollar** construction and permanent financings for SoFi Stadium—a 70,000-seat stadium that serves as home to both the Los Angeles Rams and Los Angeles Chargers professional football teams

Represented a **group of institutional investors** in a **CND\$524M** issuance by Oilers Entertainment Group Canada Corp., the owner of the Edmonton Oilers' home arena

Represented a **group of institutional investors** in connection with the development and financing of a renovation of Bankers Life Fieldhouse in Indianapolis, home of the Indiana Pacers

Represented **institutional investors** and **lenders** in connection with a private placement and bank loan to finance Q2 Stadium in Austin, Texas, a soccer-specific facility that serves as home to Austin FC, an MLS Franchise and the city's first professional sports team

Represented a **group of institutional investors** in connection with the issuance of fixed and floating rate notes, the proceeds from which were used to fund the completion of Globe Life Field, the home of the Texas Rangers

Represented a **group of institutional investors** in connection with the **€575M** private placement of notes to renovate Real Madrid's 81,000-seat Santiago Bernabéu Stadium

# Who We Serve

## WE REPRESENT CLIENTS ACROSS THE SPORTS SECTOR

| | | | |
|---|---|---|---|
| MAJOR U.S. PLAYERS ASSOCIATIONS | SPORTS FRANCHISES AND LEAGUES | PROFESSIONAL, COLLEGIATE, AND AMATEUR ATHLETES | STADIUM PROJECT LENDERS, SPONSORS, AND DEVELOPERS |
| INTELLECTUAL PROPERTY LICENSEES/LICENSORS | MEDIA COMPANIES | SPORTS AGENCIES AND AGENTS | GOVERNMENT ENTITIES |
| COACHES AND TEAMS | SPONSORS | GAMING COMPANIES | ESPORTS COMPANIES AND LEAGUES |

# Key Sports Law Clients

| | | |
|---|---|---|
| ACTIVISION BLIZZARD | KLUTCH SPORTS | RELEVENT SPORTS |
| CANGREJEROS BASEBALL CLUB | NORTH AMERICAN SOCCER LEAGUE (NASL) | TENNESSEE UNIVERSITY |
| GOLTV | OAK VIEW GROUP | UNITED TALENT AGENCY |
| JPMORGAN CHASE BANK | PLAYERS ASSOCIATIONS (MLBPA, NFLPA, NBPA, WNTPA) | WILLIAM MORRIS ENDEAVOR |

# Rankings & Recognitions

## LAW360 – SPORTS & BETTING

- Practice Group of the Year (2021–2023)
- Jeanifer Parsigian – Rising Stars List (2022)
- Jeffrey Kessler – MVP List (2020, 2022)

## BEST LAW FIRMS® 2024

- "Law Firm of the Year" – Sports Law Practice (2018–2022, 2024)
- Tier 1 – Project Finance, Sports Law Nationwide, New York (2024)

## CHAMBERS USA 2024

- Band 1 (2024), Band 2 (2014–2023) Nationwide
- Five lawyers recognized in Bands 1, 2 3, and Up & Coming

## SPORTS BUSINESS JOURNAL

- New Voices Under 30 – Drew Washington (2022), Robert Pannullo (2023)

## LEGAL 500 2024

- U.S. Rankings
    - Sport (Tier 1), Project Finance: Advice to Lenders, Advice to Sponsors (Tier 3)
    - Five U.S. lawyers recognized (Hall of Fame, Leading Lawyer, Next Generation Partner, and Rising Star)
- U.K. Rankings
    - Sport (Tier 6)

# What They Say

"[Winston's] **encyclopedic expertise, redoubtable record and reputation, and its singular practitioners are nonpareil.**"

**LEGAL 500 UNITED STATES 2022**

"The group tackles **complex and sophisticated** matters through research and **brilliant strategy**."

**CHAMBERS USA 2023**

"They have the **best knowledge of the U.S. sports legal market**... You feel like you are in **the best possible hands**"

**LEGAL 500 UNITED STATES 2023**

# What They Say

"Ability to advise on developer, equity, lender and construction matters for projects. **Good holistic perspective.**"

**LEGAL 500 UNITED STATES 2022**

"Every team member is **extremely bright** and a **fantastic attorney**."

**CHAMBERS USA 2023**

"The individuals on the team are **very thorough** in their approach. They have brilliant legal minds and can **conceptualize thoughtful strategies**. They **work hard and are always responsive and available.**"

**LEGAL 500 UNITED STATES 2023**

© 2024 Winston & Strawn LLP

# Key Attorneys


**DAVID FEHER**
CO-CHAIR, SPORTS PRACTICE
New York
+1 (212) 294-4613
sfeher@winston.com


**DAVID GREENSPAN**
CO-CHAIR, SPORTS PRACTICE
New York
+1 (212) 294-4616
dgreenspan@winston.com


**JEFFREY KESSLER**
PARTNER
New York
+1 (212) 294-4698
jkessler@winston.com


**SETH FARBER**
PARTNER
New York
+1 (212) 294-4611
sfarber@winston.com


**JONATHAN AMOONA**
PARTNER
New York
+1 (212) 294-4745
jamoona@winston.com


**SOFIA ARGUELLO**
PARTNER
New York
+1 (212) 294-5304
sarguello@winston.com


**MATHILDE LEFRANC BARTHE**
ASSOCIATE
London
+1 33 1 53 64 82 63
mlefranc@winston.com


**PETER CROWTHER**
PARTNER
London
+44 20 7011 8750
pcrowther@winston.com


**ADAM DALE**
PARTNER
New York
+1 (212) 294-5329
aidale@winston.com


**JASON GOLDSTEIN**
PARTNER
New York
+1 (212) 294-2662
jgoldstein@winston.com


**JASON HELLWIG**
PARTNER
New York
+1 (212) 294-6676
jhellwig@winston.com


**ALAN HOFFMAN**
PARTNER
New York
+1 (212) 294-2643
ahoffman@winston.com

# Key Attorneys


**DIANA LEIDEN**
PARTNER
Los Angeles
+1 (213) 615-1924
dhleiden@winston.com


**TALBERT NAVIA**
PARTNER
New York
+1 (212) 294-4728
tnavia@winston.com


**ULRIKA PALSSON**
OF COUNSEL
New York
+1 (212) 294-6811
upalsson@winston.com


**JEANIFER PARSIGIAN**
PARTNER
San Francisco
+1 (415) 591-1469
jparsigian@winston.com


**CARDELLE SPANGLER**
PARTNER
Chicago
+1 (312) 558-7541
cspangler@winston.com


**JOSEPH BLAKE**
ASSOCIATE
Houston
+1 (713) 651-2674
jblake@winston.com


**MARGARET BROWN**
ASSOCIATE
New York
+1 (212) 294-4707
mcbrown@winston.com


**ROBERT PANNULLO**
ASSOCIATE
New York
+1 (212) 294-2646
pcrowther@winston.com


**SCOTT SHERMAN**
ASSOCIATE
New York
+1 (212) 294-9551
ssherman@winston.com


**SARAH VIEBROCK**
ASSOCIATE
New York
+1 (212) 294-6718
sviebrock@winston.com


**NEHA VYAS**
ASSOCIATE
New York
+1 (212) 294-2658
nvyas@winston.com


**DREW WASHINGTON**
ASSOCIATE
San Francisco
+1 (415) 591-1475
dwashington@winston.com



VISIT WINSTON.COM

# EXHIBIT G





# Jeffrey Kessler

**PARTNER**

**CO-EXECUTIVE CHAIRMAN**

New York
+1 212-294-4698

jkessler@winston.com

Co-Executive Chairman of Winston & Strawn, Jeffrey is one of the world's leading antitrust, sports law, and trial lawyers. He has served as lead counsel in some of the most complex antitrust, sports, and intellectual property litigations in the country, including major jury trials, and has represented a number of U.S. and international companies in criminal and civil investigations in the antitrust, sports law, trade, and Foreign Corrupt Practices Act (FCPA) areas.

Jeffrey formerly served as the co-chair of Winston's global Antitrust/Competition Practice and as the co-chair of the firm's Sports Law Practice. Law360 recently named both practices as a "Practice Group of the Year" for their respective categories. He focuses his practice on all aspects of antitrust/competition, sports law, complex commercial litigation, intellectual property (IP), and government criminal and civil investigations. He has served as lead counsel in some of the most complex antitrust, sports law, and IP law cases in the country, including major jury trials, and has represented many U.S. and international companies in criminal and civil investigations in the antitrust, trade, and Foreign Corrupt Practices Act (FCPA) areas. He successfully defended Matsushita and JVC against claims of a worldwide conspiracy in the landmark U.S. Supreme Court case *Zenith v. Matsushita* and is regarded universally as a leading commentator on international antitrust law. He has also been the lead counsel for important cases involving frontier issues of IP law and lead counsel in numerous government criminal and civil investigations. He is a member of the firm's Videogame, Gaming, and Esports Group, which provides comprehensive legal solutions to companies in the sector.

Jeffrey is also one of the United States' most prominent lawyers regularly engaged in high-profile sports litigation. He has litigated some of the most famous sports-antitrust cases in history, including the landmark college players-brought *Alston v. NCAA* case, in which, following Jeffrey's oral argument, the U.S. Supreme Court unanimously affirmed his and co-counsel's earlier "groundbreaking and disruptive" trial victory against the NCAA in this antitrust challenge to its no-compensation rules; *McNeil v. The NFL*, the watershed antitrust jury trial that led to the establishment of free agency in the National Football League (NFL); and *Brady v. NFL*, which led to the end of the 2011 NFL lockout. Jeffrey's sports sector clients have included the NFL Players Association (NFLPA), the National Basketball Players Association (NBPA), the Arena Football League Players Association, the National Hockey League Players Association, the Major League Baseball Players Association, the National Invitation Tournament (NIT), Wasserman Media Group, SCP Worldwide, MVP Sports, the U.S. Women's National [Soccer] Team (USWNT), the NFL Coaches Association, the Women's Tennis Benefit Association, Endeavor,

Super Slam Ltd., Activision Blizzard, Adidas, Klutch Sports, and Players, Inc. Jeffrey has represented various classes of Division 1 college basketball and football players; other college athletes; elite swimmers; NBA, NFL, AFL, and MLS players; the North American Soccer League (NASL); the U.S. Football League; the Overwatch and Call of Duty Esports leagues; the Professional Bull Riders; Relevent Sports Agency, and the Cities of San Diego and Oakland, as well as Alameda County, in various sports law disputes. He negotiated the current free agency/salary cap systems in the NFL and NBA, and successfully represented Latrell Sprewell in his controversial suspension arbitration. In the area of NFL discipline, he represented the NFLPA on behalf of Ray Rice, Tom Brady (in "Deflategate"), Ezekiel Elliott, Adrian Peterson, and the "Bountygate" players. He represented pro bono Oscar Pistorius, the double-amputee athlete, in his successful arbitration to obtain the right to compete against non-disabled athletes around the world. Recently, he achieved a landmark equal pay class action settlement for the members of the USWNT.

This impressive experience has led Law360 to name Jeffrey as an MVP for Sports and Betting (2015; 2018–2022; and 2024). In March 2022 at the *Benchmark Litigation* East Coast Awards, Jeffrey was honored as the Antitrust Litigator of the Year, and the firm was recognized for its work on *NCAA v. Alston*, one of the National Impact Cases of the Year. Jeffrey is also part of the group recognized with *GCR*'s 2022 "Litigation of the Year: Cartel Prosecution" award.

## KEY MATTERS

- *Jenkins v. NCAA* and *Alston v. NCAA, et al.* – Successfully represented classes of Division 1 college football and basketball players in a landmark antitrust case and successful trial, culminating in a verdict that struck down anticompetitive NCAA rules barring player compensation. Both the Ninth Circuit and Supreme Court later affirmed the trial win, with the Supreme Court issuing a heralded, unanimous decision, after Jeffrey presented oral argument to the Court on the players' behalf. *The American Lawyer* (*Am Law*) recognized both the trial and Supreme Court wins with its highly coveted "Litigator of the Week" (LOTW) honor. Jeffrey is currently representing college players in the *House* litigation against the NCAA, asserting antitrust claims against NCAA restrictions on athlete compensation for rights to their names, images, and likenesses.
- *Zenith v. Matsushita Electric Industrial Co., Ltd.* – Successfully defended Matsushita in a landmark antitrust conspiracy case, in which the Supreme Court established new summary judgment standards
- *McNeil v. NFL* – Won jury verdict for NFL players striking down free agency restrictions under the antitrust laws, a victory which led to the *Reggie White* class action that resulted in a settlement establishing the free agency/salary cap system in the NFL
- *Thales Avionics, Inc. v. Matsushita Avionics Systems Corp.* – Won summary judgment for Matsushita against monopolization charges in the avionics industry
- *U.S. Women's National Team Equal Pay Litigation* – Achieved a groundbreaking, widely reported, and globally acclaimed equal pay class action settlement for the USWNT players in their equal pay and working conditions litigation against the United States Soccer Federation (USSF)
- *Panasonic Corp. of North America* class action defense – Represented Panasonic in its defense of various nationwide consumer class actions in New Jersey and California courts
- *NFL Discipline Cases* – Represented the NFLPA for Tom Brady (in "Deflategate"), Ray Rice, the "Bountygate" players, Ezekiel Elliott, Adrian Peterson, and others in challenging NFL discipline
- *JVC Americas Corp.* class action defense – Represented JVC in national consumer class action defense
- *MDL proceedings* – Has represented and continues to represent Panasonic, Sanyo, NTN, Nippon Seiki, Corning, and other major companies in complex MDL class actions

- *Axcess Global v. Matsushita Electric Industrial Co., Ltd.* – Successfully defended Matsushita in a nine-week jury trial involving claims of breach of contract and fraud, in which the plaintiffs sought US$750 million and the jury awarded a complete defense verdict
- *NBA Player Class Actions* – Successfully represented various classes of NBA players in different antitrust actions, leading to the current free agency/salary cap system in the NBA and the end of the 2011 NBA lockout
- *DVD Copy Control Association v. Bunner* – Successfully obtained preliminary injunction for DVD Copy Control Association in watershed case challenging theft and distribution of DVD trade secrets over the internet
- *Brady v. NFL* – Successfully represented a class of NFL players in an antitrust action that led to the end of the 2011 NFL lockout
- *Players Inc. v. Gridiron* and *Athletes First* – Successfully prosecuted two frontier IP litigations challenging the group use of NFL player images on websites
- *J.F. Feesers v. Serv-A-Portion* – Successfully represented plaintiff in major Robinson-Patman Act litigation
- *City of Oakland and Alameda County v. Oakland Raiders* – Obtained summary judgment on behalf of the City of Oakland and Alameda County requiring Raiders to honor the team's stadium lease and remain in Oakland
- *Minolta and Matsushita State Attorneys General Antitrust Litigation* – Successfully settled separate multi-state antitrust actions alleging resale price maintenance
- *Samsung v. Panasonic* – Represented Panasonic and the SD-3C patent pool against antitrust claims challenging industry standard-setting and patent pool licensing provisions
- *Sprewell v. NBA* – Successfully represented Latrell Sprewell and the NBPA in arbitration reducing controversial suspension and reversing guaranteed contract termination
- *Rowe v. Creative Artists Agency* – Obtained summary judgment for CAA in defense of alleged conspiracy case
- *Metropolitan Intercollegiate Basketball Association v. NCAA* –Successfully represented the NIT in antitrust litigation and jury trial against the NCAA, leading to settlement that protected the future of the NIT
- *Telesat Cablevision, Inc. v. The Nashville Network* – Successfully defended the Nashville Network and Westinghouse Broadcasting against antitrust claims by cable company
- *NBA and NFL arbitrations* – Represented the players associations in numerous arbitrations involving player free agency rights, circumvention claims, collusion claims, salary caps, and various other collective bargaining agreement issues
- *North America Soccer League v. NFL*– Successfully represented original NASL in an antitrust case striking down NFL ownership rules
- *Matsushita Electronics Corp. v. Loral Corp.* – Successfully represented Matsushita in obtaining summary judgment to establish a license defense against patent infringement claims
- *Guidry v. AFL* – Successfully represented class of AFL players in an antitrust case that established free agency in the AFL
- *Belichick v. NFL* – Represented NFL Head Coach Bill Belichick in litigation relating to changing teams from the Jets to the Patriots
- *Matsushita v. Mediatek* – Lead Counsel for Matsushita in major patent litigation
- *Hygrade Milk and Cream Co. v. DiGiorgio* – Successfully defended company in Robinson-Patman Act litigation

- *City of Oakland v. Oakland A's* – Successfully represented the city in franchise valuation arbitration with the Oakland A's baseball team
- *Honeywell v. Victor Company of Japan Ltd.* – Successfully defended JVC against claims of willful patent infringement
- *NFLPA v. NFL* – Successfully represented NFLPA in challenge to provisions of the NFL TV contracts used to fund the NFL 2011 Lockout
- *Ovalar Makine Ticaret Ve Sanayi, A.S. v. Applied Industrial Materials Corp.* – Successfully vacated arbitration award in landmark Second Circuit decision on the standards for determining arbitrator bias
- *Cinram v. Matsushita*– Obtained summary judgment in defense of antitrust claim against the DVD6C patent pool
- *Global Cartel Defense*– Represented major international companies in more than a dozen global cartel investigations, including in the United States, Canada, the EU, Brazil, Mexico, Korea, Japan, Australia, New Zealand, UK, and China
- *Oscar Pistorius v. IAAF* – Won landmark arbitration for Oscar Pistorius, the double-amputee runner, enabling him to compete against non-disabled athletes and to realize his dream of competing in the Olympics
- *North American Soccer League v. USSF* – Represented the new NASL in antitrust litigation against the USSF
- *Successfully represented college athletes at Stanford University and Robert Morris University to restore their varsity sports teams*
- *Continental vs. Avanci* – Successfully defended Avanci in antitrust litigation against its patent licensing platform, and preserved the win on appeal to the Fifth Circuit
- *William Morris Endeavor v. Writers Guild of America* – Represented WME in major antitrust litigation against WGA
- Representing class of elite swimmers in antitrust litigation against Fédération Internationale De Natation (FINA)
- Representing MLBPA in various litigations and grievances
- Representing Relevent Sports Agency in antitrust litigation against the USSF and FIFA
- Representing leading sports agencies, including Endeavor, MVP Sports, Wasserman, and Klutch in litigations and arbitrations over agent movement

## EDUCATION

Jeffrey received a J.D. from Columbia Law School in 1977, where he was a Kent Scholar and on the board of editors for the *Columbia Law Review*. He received a B.A., *summa cum laude*, from Columbia University in 1975.

## ADMISSIONS

- New York

## RECOGNITIONS

Jeffrey has been recognized by *Am Law* as its "Litigator of the Week" (LOTW) in October 2024 and in March 2019, and by *The National Law Journal* as a "Litigation Trailblazer" for his historic trial victory on behalf of classes of college football and basketball players in antitrust litigation against the NCAA, striking down the NCAA's anticompetitive compensation restraints and, again, as its LOTW in June 2021 after he argued the appeal before the Supreme Court and secured a unanimous affirmation of the trial win. Jeffrey also was

© 2024 Winston & Strawn LLP

honored with the LOTW recognition in March 2018 when he defeated plaintiffs' second attempt to obtain class certification in a major antitrust action against Panasonic and in September 2015 for his team's victory on behalf of Tom Brady and the NFLPA in the so-called "Deflategate" matter. Jeffrey led the team of lawyers named in February 2022 as LOTW runners-up for their representation of current and former members of the USWNT (soccer) in their landmark settlement of the equal pay portion of their lawsuit seeking to equalize pay and working conditions between the men's and women's U.S. national soccer teams as well as the team honored with LOTW recognition in March 2022 for their important Fifth Circuit antitrust win for client Avanci—a joint licensing platform for standard essential patents for the 2G, 3G, and 4G wireless standards.

In December 2021, *Sports Business Journal* (*SBJ*) named Jeffrey to its 2021 list of "The Most Influential People in Sports Business." Earlier, in October 2021 and on its 75th anniversary, *SBJ* recognized Jeffrey as an individual who helped grow the NBA into the global powerhouse it is today, placing him on its list of "Power Players: Outside Counsel."

In September 2024, Jeffrey was featured in *Sports Illustrated* on their 2024 list of The 50 Most Influential Figures in Sports. The list features leaders, athletes, executives, dealmakers, and influencers in the sports industry who push limits, redefine success and have an outsized impact between and outside the lines. Among the ranks of icons such as Tom Brady and Simone Biles, Jeffrey was highlighted for his work on behalf of college athletes in *House v. NCAA*, that forced a US$2.8B damages settlement (plus a 10-year agreement for future payments) and allows revenue sharing directly with college athletes.

Jeffrey's honors include being named an "Acritas Star," a recognition for lawyers who have been independently nominated for exceptional work in private practice, named as a "2020 Trailblazer" by *New York Law Journal*, and named as a December 2015 "Litigation Trailblazer" by *The National Law Journal* as one of 50 attorneys who have helped make a difference in the fight for justice. Jeffrey received the John Jay Award from Columbia College for distinguished professional achievement in 2016.

Jeffrey received the Legal Aid Society New York's 2019 Pro Bono Publico Award, honoring his outstanding and sustained achievements in pro bono services. And he received the Servant of Justice Award from the Legal Aid Society in 2019.

Jeffrey has been recognized by numerous publications, including *The Legal 500 US*, *Chambers Global*, *Chambers USA*, *Best Lawyers in America* (the Top 100 Lawyers in New York), and *Elite Trial Lawyers* for his antitrust, commercial litigation and sports law practices. *The Legal 500 US* has recognized him in Antitrust Civil Litigation/Class Actions: Defense; Antitrust: Cartel; International Litigation; and as a "Leading Trial Lawyer." *The Legal 500 US* also honored Jeffrey in its Hall of Fame (2020–2024) for Industry Focus: Sport ("Jeffrey Kessler is the most knowledgeable and effective lawyer in America when it comes to antitrust law in sports. He is also extremely responsive and communicative. He goes above and beyond when he takes a case."). *The Best Lawyers in America*® has recognized him for Antitrust Law (2006–2025), Sports Law (2007–2025), Litigation-Antitrust (2011–2025) and Commercial Litigation (2021–2025). *Best Lawyers*® also named him "Lawyer of the Year" for Sports Law in 2021 and 2017 and "Lawyer of the Year" for Antitrust Litigation in 2020. *Chambers Global* 2024 ranked him among the nation's leading lawyers in Antitrust: Cartel. *Chambers USA* 2018–2024 ranked him among the nation's leading lawyers in Antitrust, Antitrust: Cartel, and Sports Law. In 2024, *Chambers USA* ranked him as a "Star Individual" for Sports Law. *Benchmark Litigation US* has placed him on its "Top 100 Trial Lawyers" list (2017–2025), honored him as the "Antitrust Litigator of the Year" at the 2022 Litigation East Coast Awards, and identified him repeatedly as a "National General Commercial Litigation Star" and "New York Litigation Star" and as one of America's Top 100 High Stakes Litigators (2017). Jeffrey has been

recognized by *Guide to the World's Leading Antitrust Lawyers,* Law360 (2015; 2018-2022; 2024 "Sports MVP"), *The National Law Journal*'s "Elite Lawyers and Winning Litigators," *Who's Who Legal* (Sports, Competition, and Commercial Litigation numerous times), *Lawdragon 500*'s "Leading Lawyers in America" (2020 "500 Hall of Fame" inductee), *Lawdragon 500s* "Leading Litigators in America," and the 2019 "*Lawdragon 500*: The Legends." He has been repeatedly listed in *Super Lawyers*, including as the "Top Rated Antitrust Litigation Attorney" and one of the "Top 100 Lawyers in New York." Jeffrey has been named as one of "The 50 Most Influential People in the Sports Business" by *Sports Business Journal.* In 2024, *Forbes* ranked Jeffrey among the "Top 200 Lawyers in America."

Jeffrey has also been recognized as one of "The CFB Hot 25 Rankings: The Most Influential (behind-the-scenes) People in the Sport*"* for his work in NCAA v. Alston (2023).

In addition to his practices being named by Law360 as a Practice Group of the Year for Antitrust/Competition (2021) and Sports Law (2017, 2020-2023), the firm's Sports Law Practice has been recognized by *U.S. News – Best Law Firms* as "Law Firm of the Year" for Sports Law (2012, 2013,  2018–2022, 2024) and the firm's Antitrust/Competition Practice was named "2015 Team of the Year" in cartel defense by *The Legal 500 US.*

In December 2024, Jeffrey was named among *Crain's New York Business*' 2024 Notable Leaders in Accounting, Consulting & Law.

Jeffrey was honored by the Auschwitz Jewish Center Foundation (AJCF) at their annual Gala in New York on June 1, 2023, and awarded the AJCF Advocacy Award for his profound, impactful work to effect meaningful change for all. Jeffrey's outstanding contributions serve as the paradigmatic example of fighting hatred, for everyone, especially given his remarkable efforts to stand up for those who aren't able to stand up for themselves.


## INSIGHTS & NEWS

- Featured, *The Closer Podcast*, Brazen, June 16, 2023
- Speaker, "The Supreme Court in 2022," NYSBA Antitrust Law Section Annual Meeting, January 18, 2023
- Speaker, "Baseball Antitrust Exemption," ABA Antitrust Law Section Webinar, October 14, 2022
- Speaker, "Navigating Per Se and Rule of Reason," 2022 ABA Antitrust Law Spring Meeting, April 6, 2022
- Speaker, "Discussion of NCAA Antitrust Case and Transgender Athletes' Rights," Sport Resolutions, December 7, 2021
- Speaker, 2021 Golden State Antitrust and Unfair Competition Law Institute, November 18, 2021
- Speaker, "A Conversation with Jeffrey Kessler," Seton Hall University, November 3, 2021
- Speaker, "*Alston v. NCAA*: A Reckoning for the Big Business of College Sports," Celesq® webinar, September 14, 2021
- Featured, CNN Films and HBO Max special broadcast of LFG, a documentary about the U.S. Women's National Team (USWNT) for soccer and their fight for equal pay, September 6, 2021
- Speaker, "College Athletics in the Supreme Court Spotlight: *Alston v. NCAA*," Association of Business Trial Lawyers, July 14, 2021
- Moderator, "Mitigating Risks in U.S. Transactions: CFIUS and Merger Review Tips for Japanese Companies," Winston & Strawn Webinar, June 28, 2021

- Featured, "Litigator of the Week: Jeffrey Kessler Takes the Fight to Get NCAA Athletes Compensated from the Trial Court to the High Court," *The American Lawyer*, June 25, 2021
- Featured, "Vice Versa: College $ports, Inc.," Vice TV documentary, June 9, 2021
- Pocket Part Update to "Parties" Chapter of Commercial Litigation in New York State Courts Treatise, 5th edition (2021)
- Co-author, "Compliance Challenges for Foreign Investment in the U.S.," *Asia Business Law Journal's Japan Outbound Investment Guide,* 2021 and 2022
- Co-author, "*The NIL in Amateurism's Coffin: How the NCAA's Policy Reversal Shows Once Again That Compensating Student-Athletes Won't Hurt College* Sports,"*Journal of Sports and Entertainment Law* (August 2020)
- Featured, *Balance of Power Podcast*, Bloomberg Radio, June 29, 2020
- Featured, "Brown University Athletes Who Lost Their Sports May Have Their Day in Court," *Sports Illustrated*, June 22, 2020
- Featured, "NCAA Athlete Case Part of Social Justice Push, Atty Says," Law360, June 2, 2020
- Featured, "Litigator of the Week: Winston's Jeffrey Kessler Scores for College Athletes," *The American Lawyer*, March 15, 2019
- Co-author, *International Trade and U.S. Antitrust Law*, 2nd Edition, 2006 (updates through 2019)
- Speaker, "Antitrust Litigation Against the Compensation Restrictions of the NCAA for Division I Football and Basketball Players," 21st Annual Fordham Sports Law Symposium, March 24, 2017
- Speaker, "Designing Antitrust Compliance in a Silicon Valley Culture," 28th Annual All Hands Meeting Hub, November 17, 2016
- Speaker, "NCAA Change and Challenges: A Landscape in Flux," 2015 Jeffrey S. Moorad Sports Law Journal Symposium, April 20, 2015
- Speaker, "Antitrust Theories in Sports Law Cases," Mecklenburg County Bar High-Profile Sports Litigation CLE Program, January 21, 2015
- Co-Chair, IBC Legal's 2013 Advanced U.S. Antitrust Conference, November 7, 2013
- Speaker, "At the Table with the Player's Union," Bloomberg Sports Business Summit, September 10, 2013
- "After Further Review: How the Eighth Circuit's Misinterpretation of the Norris-LaGuardia Act Fumbled the District Court's Ruling in *Brady v. NFL*," *1 Berkeley J. Ent. & Sports L.*,2012
- "The Supreme Court's Decision in *Dagher:* Canary in a Coal Mine or Antitrust Business as Usual?" *Antitrust*, 2006
- *Inside the Minds: AntitrustLaws*, 2005
- "Strategies for Litigation," *The Litigation LeadershipRoundtable*, 2005
- *The Corporate Counselor and Antitrust/The Corporate Counselor's Deskbook*, 2003
- Editorial Board, *Competition Laws Outside the United States*, 2001–2003
- "Protecting DVD Trade Secrets in an Internet World,"2002
- "Understanding Business and Legal Aspects of Sports Industry," Practising Law Institute, Co-Chair, 1999–2000
- "What Justice Breyer Could Not Know at His Mother's Knee: The Adverse Effects of *Brown v. Pro Football*on Labor Relations in Professional Sports," 2000
- Co-Editor-In-Chief, *State Antitrust Practice and Statutes*, 2nd Edition, 1999
- "Consents and Settlement Agreements," *Antitrust Law in New York State,* 1995
- "The New Wave of Antitrust CIDs: What to Do When the Department of Justice Comes Knocking on Your Door," *The Metropolitan Corporate Counsel,*1995

- "New International Antitrust Guidelines," *ANTITRUST*, Summer 1989
- "The Antitrust Legacy of the Reagan Administration," *The Antitrust Bulletin*, 1988
- "Litigating International Antitrust Cases," *The Practitioner's Viewpoint*, 1987
- "S. 1300-H.R. 4831 – An Overdue Antitrust Reform," *The Antitrust Bulletin*, 1986
- "Integrated Reform Suggested for Antitrust Remedies," 1983

## ACTIVITIES

Jeffrey is a Lecturer-in-Law at Columbia Law School, where he has taught a course on complex litigation. He has written and lectured extensively on a wide variety of antitrust, sports law, and related topics. Jeffrey has published multiple editions of *International Trade and U.S Antitrust Law*, a treatise on antitrust and trade law issues in a global economy. He also was co-editor-in-chief of *State Antitrust Practice and Statutes*, published by the ABA Antitrust Law Section. He was a member of the Council and was formerly co-chairman of the Publications Committee and chairman of the International Antitrust Law Committee of the Antitrust Section of the American Bar Association (ABA). He was also a member of the ABA's NAFTA Tri-National Committee and an Adjunct Professor of Law at Fordham Law School. He was a founding member of the Board of Advisors of the Georgetown University Study of Private Antitrust Litigation. Jeffrey is a member of the Board of the Center for Family Representation, chair of the Board of Advisors of the Legal Aid Society, a member of the Board of Visitors at Columbia Law School, and a fellow of the International Academy of Trial Lawyers.

## EXPERIENCE

Agreement Between 119 Institutional Investors and the Company Vivendi SE

Won Important Dismissal of Sherman Act Claims Against Actors' Equity on Statutory Labor Exemption Grounds

Secured New CBA Deal for NBA Players Following Round-the-Clock Negotiating Sessions with NBA

Triumphed for Relevent Sports Before Second Circuit, Reviving Antitrust Suit Against FIFA, USSF

Secured Landmark Equal-Pay Settlement for Current and Former USWNT Members

Successful Resolution of Cleveland Browns Quarterback DeShaun Watson Arbitration Contesting NFL's Unprecedented Disciplinary Recommendation

Secured High-Profile Fifth Circuit Dismissal for Avanci of Closely Watched Technology-Antitrust Case





# Dave Greenspan

**PARTNER**

**CO-CHAIR, SPORTS PRACTICE**

New York
+1 212-294-4616

dgreenspan@winston.com

**An accomplished antitrust, sports, and complex-commercial litigator, Dave counsels clients on wide-ranging matters and represents them both at trial and on appeal.**

Dave Co-Chairs Winston's top-ranked Sports Law Practice. One of the nation's leading sports law litigators, Dave has litigated sports-industry cases involving antitrust law, labor law, licensing, agent regulation, active and retired player rights, and collegiate athlete rights. Dave has represented all four major U.S. professional sports players associations, myriad professional athletes and agents, and on occasion teams and owners in disputes with their respective leagues. He was trial and appellate counsel in the landmark *Alston v. NCAA* antitrust litigation, wherein the team prevailed at trial and that culminated in a widely reported unanimous Supreme Court victory.

In the antitrust arena, Dave has litigated cases involving alleged cartels, monopoly and monopsony conduct, predatory pricing, price fixing, group boycotts, bid rigging, and other restraints of trade. His practice is balanced between litigation defense, litigation prosecution, and counseling. Representative defense work includes defending alleged cartel activities in multidistrict class actions, defending alleged monopolization under various federal and state antitrust laws, and defending companies in criminal and administrative proceedings brought by the U.S. Department of Justice (DOJ) and international competition authorities. On the plaintiff's side, Dave has prosecuted group boycotts and other restraints of trade in the sports and entertainment industries, among others. Dave regularly counsels clients on antitrust matters, including implementing antitrust compliance policies, conducting antitrust trainings, and advising on day-to-day business issues.

Dave is part of the group recognized with *GCR*'s 2022 "Litigation of the Year: Cartel Prosecution" award for Winston's historic unanimous Supreme Court victory for college athletes in *Alston v. NCAA.*

## KEY MATTERS

- *Alston v. NCAA* — Trial, appellate, and Supreme Court counsel for classes of collegiate players in their landmark antitrust victory against the NCAA concerning its restraints on athlete compensation.
- *NFLMC v. NFLPA (Tom Brady)* — Represented the NFLPA and Mr. Brady in arbitration and litigation challenges to discipline imposed on Mr. Brady in connection with so-called "Deflategate."
- *Johnson v. NFLPA* — Argued Second Circuit appeal affirming summary judgment for the NFLPA.

- *Job Creators Network v. MLB, MLBPA* — Represented the MLB Players Association (MLBPA) in litigation challenging MLB's decision to move the All-Star Game.
- *WME v. WGA* — Represented William Morris Endeavor Entertainment in antitrust litigation against the Writers Guild of America.
- *House v. NCAA* — Represents classes of collegiate players in antitrust litigation against the NCAA concerning its restraints on name, image and likeness compensation.
- *In re Automotive Brake Hoses Antitrust Litig.* — Represented Hitachi Metals, Ltd. in defense of bid-rigging claims.
- *Drabinsky v. Actor's Equity Association* – Represents Actor's Equity in antitrust litigation with a producer.
- *Kaepernick v. NFL* — Represented the NFLPA in connection with Colin Kaepernick's collusion claim against the NFL.
- *NFLPA v. NFL (Saints "Bounty" Discipline)* — Represented the NFLPA and certain NFL players in litigation and multiple arbitrations that resulted in all discipline being vacated.
- *In re Optical Disc Drives Antitrust Litig.* — Represented Panasonic in defense of price fixing claims.
- *NBPA/NBA Player Litigations* and *Brady v. NFL* — Represented NBA players and NFL players in their respective antitrust lawsuits challenging lockouts imposed by the NBA and NFL.
- *In re Refrigerant Compressors Antitrust Litig.* — Represented Panasonic in defense of price fixing claims.
- *Thales v. Panasonic Avionics Corp.* — Represented Panasonic Avionics Corp. in a matter in which Panasonic achieved summary judgment against claims of unlawful monopolization and predatory pricing.
- *Ferguson v. WPT Enterprises, Inc.* — Represented seven of the world's top poker players in an antitrust lawsuit against the World Poker Tour.
- *In re Dewey Ranch Holdings* — Represented PSE Sports & Entertainment in James Balsillie's bid to purchase and relocate the Phoenix Coyotes hockey franchise out of bankruptcy.

## EDUCATION

Dave received a J.D. from the University of Pennsylvania Law School in 2001, and a B.A., *cum laude*, from the University of Pennsylvania in 1998.

## ADMISSIONS

- New York

## RECOGNITIONS

Dave has been recognized for his legal acumen by a number of publications:

- *Chambers* USA—Ranked as one of the nation's leading attorneys in Sports Law (2018–2024) and as "Leaders in Their Field" and "Up & Coming" for Sports Law (2015)
- *The Best Lawyers in* America®—Selected by his peers for Sports Law (2019–2025)
- *Benchmark Litigation US*—Recognized as a "Litigation Star" (2023–2025) and on it's "Under 40 Hot List" (2016)
- *The Legal 500* US—Recognized as a "Leading Lawyer" for Sports Law (2010, 2018, 2021–2024) and as a "Key Lawyer" in for Antitrust: Civil Litigation/Class Actions: Defense (2022–2023)
- *Lawdragon* "500 Leading Litigators in America"—Recognized for Antitrust, Sports, Complex Commercial Litigation and Appeals (2023–2025)
- *Super Lawyers*—Recognized (2023–2024) and listed as a "Rising Star" (2014–2015)

- AAI—"Antitrust Enforcement Award" for Private Litigation (2019, 2021)
- Law360—Recognized as a "Rising Star" in its list of four "Sports Lawyers Under 40 to Watch" (2016)
- *Sports Business Journal*—Recognized on the "40 Under 40" list as one of the top young executives in the sports industry (2014, 2016)
- *New York Law Journal*—Recognized as a "Rising Star" and a top contributor to the practice of law and the community (2014)
- Law360—Recognized as a "Rising Star" in its list of four "Media & Entertainment Lawyers under 40 to Watch" (2013)
- Legal Aid Society—"Rights of Workers Pro Bono Award" for achieving summary judgment in a matter of first impression on behalf of  a low-income childcare worker (2004)

## INSIGHTS & NEWS

- Speaker, 25th Annual Fordham Sports Law Symposium, March 11, 2022
- Panelist, University of Pennsylvania Law School, Sports Law Symposium, February 2021
- Co-author, "*The NIL in Amateurism's Coffin: How the NCAA's Policy Reversal Shows Once Again That Compensating Student-Athletes Won't Hurt College* Sports," Journal of Sports and Entertainment Law (August 2020)
- Panelist, ABA Section of Antitrust Law Committee, *Collusion in Sports* (May 30, 2019)
- Panelist, Update on Labor Relations, Sports Lawyers Ass'n (May 2019)
- Panelist, ABA Trade, Sports, and Professional Associations Committee, "Hot Topics in Sports and Antitrust" (March 9, 2018)
- Panelist, Fifth Annual Penn Law Sports Law Symposium, Sponsored by Penn Law, COP, and the Entertainment and Sports Law Society (February 9, 2018)
- Panelist, Association of Business Trial Lawyers, Tackling NFL Player Litigation: From Bountygate to Deflategate (February 6, 2018)
- ABA International Committee Monthly Corporate Counsel Update (November 2017)
- Panelist, NYU Law School Sports Law Colloquium (March 2016)
- NYU School of Professional Studies, "Labor Relations in Sports," Guest Lecturer, February 2016
- University of New Hampshire, Professor Michael McCann's Deflategate Course, Guest Lecturer, October 2015
- William B. Bryant Inn of Court, "Deflategate Goes to Federal Court," Guest Lecturer, October 2015
- Panelist, NY State Bar Association Antitrust Law Section Annual Meeting, "Amateur in Name Only?  The Intersection Between Antitrust Law and College Athletics," January 2015
- NYU School of Professional Studies, "Labor Relations in Sports," Guest Lecturer, December 2014
- Panelist, CSE Sports Marketing Symposium, "College Sports: The Changing Relationship with Athletes and the Implications on Sports and Sports Marketing," October 2014
- Panelist, Federal Bar Council, "The Role of Federal Litigation in Governing Sports in the 21st Century," September 2014
- Panelist, University of Pennsylvania Law School, Sports Law Symposium, February 2014
- CPI Antitrust Chronicle, *Litigating Change in CollegeSports*, Author, January 2014
- Bloomberg TV, Market Makers, Discussing Alex Rodriguez lawsuit, October 2013
- ABA Section of Antitrust Law: Cartel and Criminal Practice and Economics Committee, "The Economics of Collusion," Moderator, July 2013

## ACTIVITIES

- Dave serves on Winston's Racial Equity Task Force
- Dave has served as chair of Winston's Associate Evaluation Committee since 2016
- 2016, 2018, and 2019 Law360 Sports Editorial Advisory Board Member
- Dave formerly served as the chair of the New York City Bar Association's Sports Law Committee

## EXPERIENCE

Won Important Dismissal of Sherman Act Claims Against Actors' Equity on Statutory Labor Exemption Grounds

Successful Resolution of Cleveland Browns Quarterback DeShaun Watson Arbitration Contesting NFL's Unprecedented Disciplinary Recommendation





# Jeanifer Parsigian

**PARTNER**

San Francisco
+1 415-591-1469
jparsigian@winston.com

An accomplished antitrust, sports, and commercial litigator, Jeanifer concentrates her practice on civil antitrust litigation with a particular focus in mixed issues of antitrust and intellectual property law, and class actions. She represents clients in some of the most complex antitrust, sports, and intellectual property disputes in the country at the trial and appellate levels. She has represented clients in high-profile matters such as the landmark Supreme Court decision against the NCAA on behalf of classes of D-I college athletes and Women's National Soccer Team's gender discrimination litigation. Jeanifer has been recognized by top ranking publications including *Chambers USA*, *Legal 500 US*, *SuperLawyers*, and Law360. Most recently, she was named in *Global Competition Review*'s 2024 "40 Under 40" honor roll.

Jeanifer's practice focuses on all aspects of antitrust/competition, sports law, intellectual property, and complex litigation. She regularly represents major U.S. and multinational corporations in connection with a wide array of federal and state antitrust and competition issues, including monopolization, price fixing, wage fixing, merger enforcement, group boycotts, exclusive dealing, tying, price discrimination, unfair competition, and mixed issues of antitrust and intellectual property law relating to Fair, Reasonable, and Non-Discriminatory (FRAND) obligations, standard-setting, patent licensing, and patent misuse. Jeanifer represents clients across multiple industries, including sports and entertainment, financial services, technology, food and beverage, and retail.

In addition to Jeanifer's antitrust experience, she has also represented clients facing patent infringement, employment discrimination claims, and consumer fraud and other business tort and breach of contract claims. She also has experience in alternative dispute resolution, including commercial arbitration and mediation.

She has been recognized for obtaining critical wins for her clients whether at trial, on appeal, or by obtaining complete dismissals. Recently, she successfully defended PetIQ in a private merger challenge, where she argued an appeal to the Ninth Circuit and successfully secured a dismissal of the complaint. Jeanifer also has a major role in Winston's renowned sports practice, successfully trying antitrust claims to a landmark win for college athletes against the NCAA upheld by the Supreme Court, and in a high-stakes, high-profile gender discrimination lawsuit on behalf of the Women's National Soccer Team in their pursuit of equal pay.

In February 2022, Jeanifer was among the team of lawyers named as runners-up for "Litigator of the Week" by *The American Lawyer* for their representation of current and former members of the U.S. Women's National Team in their landmark settlement of the equal pay portion of their lawsuit seeking to equalize pay and working conditions between the men's and women's U.S. national soccer teams. Jeanifer was also named one of Law360's Sports & Betting "Rising Stars" of 2022 and named as a "Lawyer on the Fast Track" by *The Recorder* for 2022.

## KEY MATTERS

**Federal Litigation Matters:**

- *House v. NCAA*: On behalf of putative classes of student-athletes, the firm is fighting the NCAA for antitrust violations seeking prior damages for restraints on the use of student-athlete names, images, and likenesses. The Winston team beat a motion to dismiss in July 2021.
- *Guden v. Stanford University*: Serving as co-lead plaintiff counsel, filed an action seeking a preliminary injunction to stop Stanford University from terminating eight of its varsity sports teams. As a result of the lawsuit and pending preliminary injunction motion, Stanford announced the reinstatement of all eight eliminated teams. The action was withdrawn as the reinstatement of the teams by Stanford was a complete and total victory in May 2021.
- *Jenkins v. NCAA and Alston v. NCAA et al.:* Representation of classes of college athletes in antitrust in antitrust trial striking down anticompetitive NCAA rules.
- *Morgan vs. USSF:* Representation of a class of Women's National Team soccer players in gender discrimination litigation against the U.S. Soccer Federation.
- *Preston Hollow Capital LLC v. Nuveen LLC*: Representation of global investment manager accused of group boycott claims under the Sherman Act and New York Donnelly Act and tortious interference with prospective business in claims.
- *B&R Supermarket v. Visa et al.*: Representation of defendant Discover Financial Services in a putative class action alleging violation of federal and state antitrust laws in connection with chip card technology.
- *Med Vets Inc. et al. v. VIP Petcare Holdings Inc. et al.:* Representation of PetIQ, a leading company in the pet medicine industry, in a private antitrust merger suit, and successfully obtained full dismissal with prejudice and affirmance at the 9th Circuit.
- *Continental vs. Avanci et al.:* Representation of a wireless connectivity patent portfolio company defending against high-profile monopolization, conspiracy, unfair competition, and breach of contract claims relating to purported FRAND obligations and joint licensing conduct.
- *Super Slam, Ltd. v. ATP Tour, Inc.*: Representation of Owner/organizer of Madrid Open tennis tournament in dispute with Association of Tennis Professionals.
- *Ohio v. American Express*: Representation of Discover Financial Services in Second Circuit and Supreme Court appeals with major industry implications.
- *MegaFon v. HPE*: Representation of MegaFon, a major telecom operator in the Russian federation, in fraud claims relating to failure of key systems upgrade.
- *Global Cartel Defense*: Representation of a major electronics manufacturer in multidistrict, putative class actions alleging conspiracies to fix prices of optical disk drives, lithium ion batteries, and capacitors.

- *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litigation*: Representation of TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. in their antitrust lawsuit against Keurig Green Mountain, Inc. alleging anticompetitive exclusive dealing, conspiracy, monopolization, unfair competition, tying, anticompetitive product redesign, patent misuse, and sham litigation claims.

**Other Relevant Experience:**

- Representation of a former pharmaceutical executive in an investigation of alleged violations of Food, Drug, and Cosmetics Act
- Representation of defendant in an arbitration matter alleging breach of contract and antitrust monopolization claims based on alleged abuse of intellectual property rights
- Representation of plaintiff SunLink Corporation in a contract dispute over solar construction development
- Representation of defendant Kenwood Investments No. 2, LLC in California court in a motion to compel arbitration in complex contract dispute over development of tribal gaming casino

**Pro Bono:**

- <u>Equal Rights Amendment:</u> Involved in the firm's efforts to assist and support the ratification of the Equal Rights Amendment.
- 1983 Civil Rights litigation: Representation of a California inmate in civil rights claim against Richmond Police Department for assault during arrest. Conducted depositions of six police officers involved and leveraged effective discovery to five-figure settlement for client.
- Board of Immigration Appeals matter: Representation of a Cameroonian immigrant in a successful appeal of an order denying withholding of removal based on threat of persecution based on sexual orientation.

## EDUCATION

Jenifer received her B.A. from the University of Michigan in 2006. She received her J.D. from Harvard Law School in 2012.

## ADMISSIONS

- California

## RECOGNITIONS

- *Global Competition Review*—Named in "40 Under 40" honor roll (2024)
- *Chambers USA*—Recognized as an "Up and Coming Practitioner" for Sports Law (2023–2024)
- *The Legal 500 US*—Recognized as a "Key Lawyer" for Sports Law (2022–2024)
- *Best Lawyers: Ones to Watch® in America*—Recognized for Antitrust Law and Litigation-Antitrust (2021–2023)
- *Lawdragon*—
  - "500 Leading Litigators in America"—Recognized for Complex Litigation, especially Antitrust, Sports and IP, and Appeals (2022–2025)
  - "500 X – The Next Generation"—Recognized for Antitrust & Competition (2024)
- *The Recorder*—Named as a "Lawyer on the Fast Track" (2022)
- Law360—Recognized as a "Sports & Betting Rising Star" (2022)
- *Benchmark Litigation US*—"National Impact Case of the Year," *Alston v. NCAA* (2022)

- *Super Lawyers*—Named a "Rising Star" (2020–2024)
- *Bloomberg Law*—"They've Got Next: Antitrust Fresh Face" (2021)
- AAI—Antitrust Award for Private Litigation for the work on the NCAA case (2019)
- Winston & Strawn recognized with *GCR*'s 2022 "Litigation of the Year: Cartel Prosecution" award and "Matter of the Year" for Winston's Supreme Court win in the NCAA Grant-In-Aid Cap antitrust litigation
- Winston "Pro Bono Commitment to Service Award"

## INSIGHTS & NEWS

- ""Cartels: Can Software Programs Be a Hub for Collusion?," GCR Live: Women in Antitrust, Panelist, Nov. 12, 2024
- "Women's Soccer: Equal Pay, Coaching Misconduct, Age Restrictions, Expansion, and the Lawyer's Role in it All," The Sports Lawyers Association, Panelist, May 12, 2023
- "Changing Landscape of NCAA Student-Athlete Compensation," Notre Dame Law School, Speaker, Oct. 22, 2021
- "Because We're Worth It: Powerful Progress on Pay Equity," National Association of Women Lawyers Annual Meeting, July 22, 2021
- "Alston in the Supreme Court," ABA Antitrust Section, Speaker, Dec. 4, 2020
- Berkeley Law Symposium on Employment Law & Sports, Speaker, March 6, 2020
- "Equal Pay, Equal Play and the Equal Rights Amendment," National Association of Women Lawyers Annual Meeting, Speaker, Nov. 7, 2019
- Berkley Law Sports & Entertainment Law Conference, Speaker, April 5, 2019
- Regular contributor to Winston & Strawn's Competition Corner blog posts and podcast, featuring insights on recent legal developments in the antitrust arena as well as user-friendly guidance and practical tips for compliance.

## ACTIVITIES

Jeanifer served on Law360's 2022 Sports & Betting Editorial Advisory Board. Jeanifer is an active member of the California Lawyers' Association Antitrust & UCL Section and previously served as a California Young Lawyers Association Liaison to the Antitrust & UCL Section.

## EXPERIENCE

Secured Landmark Equal-Pay Settlement for Current and Former USWNT Members





# Sofia Arguello

**PARTNER**

New York
+1 212-294-5304

sarguello@winston.com

Sofia focuses her practice on antitrust, sports, white collar criminal defense, and corporate internal investigations. She regularly represents professional sports unions and players in negotiations, arbitrations, and litigations involving contract, sponsorship, intellectual property, and antitrust issues. She also has particular experience advising clients on cross-border issues, and dealing with disputes and investigations in Latin America.

In connection with antitrust matters, Sofia has acted as plaintiff and defense counsel in cases involving monopolization, price-fixing, price discrimination, group boycotts, and other restraints of trade. She has also defended clients in criminal investigations brought by the U.S. Department of Justice (DOJ) and international competition authorities.

With respect to white collar and investigations, Sofia specializes in white collar and regulatory defense, with a particular focus on FCPA and global investigations. She has extensive experience representing companies and individuals in white collar investigations by the Securities and Exchange Commission (SEC) and the DOJ. She has also conducted internal investigations responding to government or other allegations of FCPA, money laundering, securities, and other law violations, and regularly provides compliance counseling and performs due diligence regarding potential transactions, focusing on FCPA, anti-corruption, antitrust, and other potential regulatory violations.

## KEY MATTERS

- *Hubbard v. NCAA & Carter v. NCAA*: Representing classes of collegiate players in antitrust litigations against the NCAA concerning its restraints on athlete compensation.
- Represented Activision Blizzard in DOJ civil antitrust case, resulting in a favorable, no-civil-penalty settlement.
- Represented William Morris Endeavor Entertainment in antitrust litigation against the Writers Guild of America.
- Represented Zillow Group, Inc. and Zillow, Inc. in a litigation involving antitrust, consumer protection, and common law claims.

© 2024 Winston & Strawn LLP

- *In re Cathode Ray Tube (CRT) Antitrust Litigation* — Represents Panasonic Corporation and Panasonic Corporation of North America in the multidistrict, putative class action involving the Cathode Ray Tube industry, currently consolidated in the Northern District of California.
- *In re Capacitors Antitrust Litigation* — Represents Panasonic Corporation and Panasonic Corporation of North America in the multidistrict putative class action involving the Capacitors industry, currently consolidated in the Northern District of California.
- Represented Nucor Corporation in an antitrust litigation concerning alleged conspiracy, price discrimination, and trade secret misappropriation.
- Represented Panasonic Avionics Corporation in an antitrust litigation concerning alleged monopolization, group boycott, and trade libel.
- Represented clients in connection with drafting and instituting compliance programs and providing training to employees.

## EDUCATION

Sofia received a B.A., *cum laude*, in Political Science, Mathematics, and International Relations from the University of Florida in 2008, where she received the Anderson Scholar of Highest Distinction. She earned a J.D. from the University of Chicago Law School in 2011.

## ADMISSIONS

- New York

## RECOGNITIONS

Sofia was recognized on *Benchmark Litigation US*'s "40 & Under List" for White Collar Crime (2023–2024). She was listed in *Best Lawyers: Ones to Watch in America* in 2021 and 2022 in the areas of Antitrust Law and Litigation–Antitrust. She was recognized in the 2023 edition for Criminal Defense: White Collar. She was recognized by *Legal 500 Latin America* 2022 for her work in International Arbitration and *The Legal 500 US* as a "Key Lawyer" in the area of Industry Focus: Sport. She was recognized in the 2021 "Women in the Law" edition of *Best Lawyers*. She has also been recognized by *Super Lawyers* as a "New York Metro Rising Star" for Antitrust Litigation (2017–2022). Winston & Strawn's Sports Law group has been recognized by *Best Law Firms®* as "Law Firm of the Year" in the Sports Law Practice from 2018–2022 and in 2024.

## INSIGHTS & NEWS

- "Football world cup: a blessing or a curse for clubs?," IBA 2024 Annual Conference, Moderator, Sept. 16, 2024
- "General Antitrust Update," TexasBarCLE's 23rd Annual Course – Advanced In-House Counsel, Speaker, Aug. 30, 2024
- Panoramic: Competition Compliance 2024, Lexology, Co-author, May 1, 2024
- "Early Assessment of the Digital Markets Act," Winston & Strawn Competition Corner, Co-author, March 25, 2024
- "Antitrust Enforcement in Action: Insights from the Regulators," Winston & Strawn Competition Corner, Co-author, Dec. 15, 2023
- Global Legal Insights – Cartels, USA Chapter, *The GLI Cartels 2023*, 11th ed., Co-author, May 12, 2023

- "Department of Commerce Calls for Change to Mobile App Stores," Winston & Strawn Competition Corner, Co-author, Feb. 10, 2023
- "Federal Court Closes the Book on Publishers' Attempted Merger," Winston & Strawn Competition Corner, Co-author, Jan. 20, 2023
- "New Kids on the Blockchain: Antitrust Trends in Web3.0 and FashionTech," *Women in Antitrust* series, Winston & Strawn Competition Corner: Podcast, Co-host, Oct. 6, 2022
- "Another Step Towards Increased Antitrust Enforcement in Labor Markets," Winston & Strawn Competition Corner, Co-author, July 27, 2022
- Global Legal Insights – Cartels, USA Chapter, *The GLI Cartels 2022*, 10th ed., Co-author, May 19, 2022
- "Boosting Immunity: DOJ Injects Additional Burden and Uncertainty to Antitrust Leniency Process," Winston & Strawn Competition Corner, Co-author, April 6, 2022
- "Antitrust 101: A Quick Spin Through Hub-and-Spoke Conspiracies," Winston & Strawn Competition Corner, Co-author, Feb. 9, 2022
- Global Legal Insights Cartels Laws and Regulations, Cartels 2021 USA, Co-author, April 23, 2021
- "Pleading and Defending Coordinated Conduct Claims," ABA Joint Conduct Committee, Speaker, Feb. 26, 2021
- "New Frontiers in ANA Section of Litigation, Speaker, May 1, 2019

## ACTIVITIES

- Current Events/Conference Officer, International Bar Association's North American Regional Forum (NARF)
- Current Member, Antitrust Cartel and Criminal Enforcement Subcommittee for the NYSBA
- Current Member, Hispanic National Bar Association
- Current Member, Committee on Character and Fitness for the New York State Supreme Court, Appellate Division, First Department

## EXPERIENCE

Secured New CBA Deal for NBA Players Following Round-the-Clock Negotiating Sessions with NBA

Secured High-Profile Acquittal at Trial for Matthew Grimes on Charges He Acted as an Unregistered Foreign Agent





# Adam I. Dale

**PARTNER**

New York
+1 212-294-5329
aidale@winston.com

Recognized as a "Rising Star" and "One to Watch," Adam focuses his practice on sports, antitrust, and labor law. He regularly counsels and represents athletes, agencies, Players Associations, and other high-profile sports industry clients.

Adam counsels and represents a variety sports industry clients including Klutch Sports Group, MVP Sports Group, Relevent Sports, WME | IMG (Endeavor), the Major League Baseball Players Association, the NBA Players Association, the NFL Players Association, and several professional athletes, agents and agencies.

Additionally, he has negotiated nearly US$200M in guaranteed compensation for several top sports agents. Adam is a strategic advisor for numerous other agents and agencies in the baseball, basketball, football, hockey, and soccer industries on a variety of topics, including acquisitions and new business lines, employment matters, athlete-agent laws, and name, image, and likeness (NIL) laws and regulations.

He was a key member of the *Alston v. NCAA* trial and appellate team that secured a landmark 9-0 victory in the Supreme Court, striking down scores of NCAA rules that limited the education-related compensation and benefits that colleges and universities may provide to FBS football and Division I Men's and Women's basketball players. The team was honored with *GCR*'s 2022 "Litigation of the Year: Cartel Prosecution" award for their unanimous Supreme Court victory.

## KEY MATTERS

- *House v. NCAA*: secured landmark $2.75 billion dollar back-pay damages settlement for hundreds of thousands of current and former college athletes that resolved three pending lawsuits challenging the NCAA's limits on compensation and benefits that athletes can receive and opened the door for billions more in revenue sharing payments that will be shared with athletes going forward.
- *Alston v. NCAA:* successfully represented a class of college football and basketball players in a landmark antitrust suit at trial, appeal and before the Supreme Court against the NCAA and ten member-conferences that struck down unlawful compensation restraints imposed by the NCAA on Division I Men's and Woman's basketball and FBS Football programs.

- *Relevent Sports v. United States Soccer Federation and Fédération Internationale De Football Association (FIFA):*  represents soccer promoter Relevent Sports in a federal antitrust lawsuit seeking to enjoin the United States Soccer Federation from continuing to block official season international soccer matches from being played in the U.S.
- *Guden et al. v. Stanford University: secured a settlement reinstating eleven varsity sports at Stanford University that were scheduled to be discontinued following the 2020-21 school year.*
- *USA National Sled (Paralympic) Hockey Team*: served as lead negotiator on behalf of the members of the USA Paralympic Hockey Team to secure substantial increases in the players' compensation and benefits from USA Hockey and the United States Olympic Committee.
- *Elliott v. NFL:*  served as counsel for Dallas Cowboys Running Back Ezekiel Elliott and the NFL Players Association in arbitration and federal court proceedings challenging the six-game suspension imposed on Elliott by the NFL for an alleged violation of the League's Personal Conduct Policy.
- *Green Bay Packers v. Bennett:*  successfully represented NFL Tight End Martellus Bennett in an arbitration brought against him by his former Club, the Green Bay Packers, for alleged breach of the NFL Collective Bargaining Agreement.
- *Kerley v. San Francisco 49ers:* Adam achieved complete victory for NFL Wide Receiver Jeremy Kerley in an arbitration against the San Francisco 49ers.
- *Major League Baseball Player Agent Arbitrations:* Adam frequently represents high-profile Major League Baseball Player Agents and agencies in arbitrations before the MLBPA arbitration tribunal.

Adam maintains an active pro bono practice. He represented two clients serving life sentences for drug-related crimes in their successful petitions to the President of the United States for sentence commutations. Adam also successfully filed and argued a *Habeas* petition on behalf of a client to correct the Bureau of Prisons' miscalculation of his client's sentence. He negotiated a five-figure settlement for a state prison inmate in a civil rights action and secured asylum for a transgender torture victim from Honduras.

In recognition of Adam's commitment to pro bono he has received multiple Empire State Counsel Awards and the Legal Aid Society Pro Bono Publico Award.

He received his J.D. from New York University School of Law in May 2015, where he was Senior Editor of the *Journal of Intellectual Property and Entertainment Law* and the Chair of the NYU Sports Law Society. He received a B.A. in Political Communication, *cum laude*, in May 2012 from The George Washington University.

## EDUCATION

Adam received his J.D. from New York University School of Law in May 2015, where he was Senior Editor of the *Journal of Intellectual Property and Entertainment Law*, the Chair of the NYU Sports Law Society, and Advocate-in-Chief of the Suspension Representation Project. He received a B.A. in Political Communication, *cum laude*, in May 2012 from The George Washington University.

## ADMISSIONS

- New York

## RECOGNITIONS

Adam has been recognized as a "Rising Star" in Sports Law by *The Legal 500 U.S.* in 2020-2024. He was also named as one of the *Best Lawyers: Ones to Watch® in America* in Entertainment and Sports Law from 2022-2025. In 2023, Adam was named to the inaugural *Conduct Detrimental* "10 Under 10" List, which honors ten "next generation" sports law attorneys within ten years of law school graduation.

He is a core member of the firm's Sports Law Group, which has been named among *Law360*'s Sports & Betting Groups Of The Year in 2017 and 2020-2023 and in Best Law Firms® "Law Firm of the Year" in Sports Law in 2024.

Adam is part of the group recognized with *GCR*'s 2022 "Litigation of the Year: Cartel Prosecution" award for their unanimous Supreme Court victory in *Alston v. NCAA*.

His other recognitions include:

- Legal Aid Society New York—"Pro Bono Publico" award
- Multiple Empire State Counsel Awards in recognition of Adam's commitment to pro bono

## ACTIVITIES

Adam is the alumni advisor to the Sports Law Association at NYU, a member, and former Secretary, of New York City Bar Committee on Sports Law and a member of the Sports Lawyers Association. He served as the Young Lawyer Representative to the Trade, Sports & Professional Associations Committee of the American Bar Association's Antitrust Law Section.

Adam is a frequent speaker and guest lecturer on Sports Law, including at several law schools, podcasts, and bar associations.

## EXPERIENCE

Triumphed for Relevent Sports Before Second Circuit, Reviving Antitrust Suit Against FIFA, USSF





# Robert Pannullo

**ASSOCIATE**

New York
+1 212-294-2646
rpannullo@winston.com

Recognized as a rising "New Voice" by *Sports Business Journal*, Robert focuses his practice on sports, antitrust, and labor law. He regularly represents athletes, agencies, Players Associations, and other high-profile sports industry clients in litigation and arbitration.

Robert counsels and represents a variety of sports industry clients, including the NFL Players Association, OneTeam Partners, WME | IMG (Endeavor), Klutch Sports Group, MVP Sports Group, individual player athletes, and a global eSports League.

Robert also regularly represents the Major League Baseball Players Association (MLBPA) in litigation and arbitration matters. In this capacity, Robert has advised in the contract valuation and negotiation for hundreds of millions of dollars of MLB player contracts and has successfully argued numerous winner-take-all salary arbitration cases on behalf of players.

Before joining Winston, Robert worked at the MLB Players Association, where he advised agents in contract negotiations and argued salary arbitration cases on behalf of players. Robert also served as a judicial intern for the Honorable Madeline Cox Arleo at the United States District Court for the District of New Jersey.

## KEY MATTERS

- *NFLPA Commercial and Labor Arbitration*: Robert has represented the NFLPA in commercial disputes governed by the American Arbitration Association as well as labor disputes under the NFL-NFLPA Collective Bargaining Agreement.
- *Job Creators Network v. Major League Baseball, et. al.:* Robert successfully represented the MLBPA in litigation that challenged Major League Baseball's decision to relocate the 2021 All-Star Game from Atlanta to Denver in response to Georgia's laws imposing voting restrictions.
- *Major League Baseball Player Salary Arbitrations*: Robert actively represents the MLBPA on salary arbitration matters where he advises player agents in salary negotiations and presents arbitration cases on behalf of MLB players.
- *Major League Baseball Player Agent Arbitrations*: Robert has represented several high-profile baseball agents and agencies in arbitrations and investigations under the MLBPA's Regulations Governing Player Agents.

- *MLB-MLBPA Grievance Arbitration*: Robert has represented the MLBPA in grievances under the MLB-MLBPA Basic Agreement.
- *MLB Players Inc. v. DraftKings et al & MLB Players Inc. v. Underdog Sports et al*: Robert represents MLB Players Inc. in litigation against numerous sports gambling companies related to the misappropriation of MLB players' rights of publicity.
- *Porter v. National Football League Players Association*: Robert successfully represented the NFLPA in litigation challenging conduct arising under the Union's Regulations Governing Contract Advisors.
- *Hubbard et al. v. National Collegiate Athletic Association, et al.*: Robert represents a putative class of current and former college athletes in antitrust litigation against the NCAA related to restraints on compensation for academic achievements.
- *Olympic Athlete Counseling*: Robert counseled a gold-medal Olympic skier in her return to competition pursuant to governing domestic and international regulations.
- *Labor and Employment Counseling*: Robert has counseled numerous companies in employment litigations, arbitrations, and mediations.

Robert also maintains an active pro bono practice, where he has represented a non-profit organization advocating for the rights of Minor League Baseball Players, a client seeking asylum in the United States, and a client in a New York State criminal defense action.

## EDUCATION

Robert received his J.D., *cum laude*, from Fordham University School of Law, where he was the Managing Editor of the Fordham Sports Law Forum and a member of the *Urban Law Journal*. He received his B.S., in Industrial and Labor Relations from Cornell University, where he was a member of the Varsity Baseball and Varsity Sprint Football teams.

## ADMISSIONS

- New York

## RECOGNITIONS

- In 2023, Robert was selected as one of *Sports Business Journal*'s 30 "New Voices Under 30," which honors "the rising generation of sports business leaders, dealmakers and influencers across the industry."
- Robert is a key member of the Winston team recognized as Law360's Sports "Practice Group of the Year" in (2021, 2022, 2023) and Best Law Firms® "Law Firm of the Year" in Sports Law (2024).
- While at Fordham Law School, Robert earned the Addison M. Metcalf Labor Law Prize and the Donald J. Feerick Prize in Labor Law.  He also received the Archibald R. Murray Public Service Award for his work as a mediator in Fordham's Mediation Clinic.

## INSIGHTS & NEWS

*Publications*

- *Facilitating Change: Addressing the Underutilization of Mediation in Professional Sports*, Harvard Negotiation Law Review, Fall 2019

- *The Struggle for Labor Equality in Minor League Baseball: Exploring Unionization*, American Bar Association Journal of Labor & Employment Law, Fall 2020

*Speaking Engagements*

- "Practicing In-House at a Players Association," New York City Bar Association, Sports Law Labor Subcommittee, Moderator, May, 2024
- "The MLB Antitrust Exemption," 27th Annual Fordham Sports Law Symposium, Panelist, Mar., 2024
- "MLB Salary Arbitration with Practitioners in the Industry," New York City Bar Association, Sports Law Labor Subcommittee, Panelist, Mar., 2023

## ACTIVITIES

Robert is a member of the Sports Lawyers Association and the New York City Bar Sports Law Committee. He also serves on the Board of Advisors for Fordham Law School's Sports Law Forum. Rob regularly speaks on panels and judges law school competitions, including Fordham Law School's National Basketball Negotiation Competition.





# Whitney Williams

**ASSOCIATE**

**SHE/HER/HERS**

Los Angeles
+1 213-615-1339
whwilliams@winston.com

## Whitney is an associate who has experience in employment, labor, and sports law.

Whitney has extensive litigation and case management experience that includes developing offensive and defensive discovery strategies, preparing witnesses to provide key testimony, negotiating settlements, and drafting and arguing dispositive motions. She also has experience representing talent in arbitration hearings regarding contractual disputes, interpretation and enforcement of collective bargaining agreements, and intellectual property concerns.

Prior to joining Winston, Whitney was an associate at a global boutique labor and employment law firm. During and after law school, Whitney served as a judicial extern for the Honorable André Birotte Jr. of the United States District Court for the Central District of California.

## EDUCATION

Whitney received her J.D. from Pepperdine University School of Law in 2020, where she was a member of Black Law Students' Association and OUTLaw. She was also an associate editor of the *Pepperdine Law Review* and a member of the Phi Delta Phi Legal Honor Society. She received her B.A. in political science from Pepperdine University in 2017.

## ADMISSIONS

- California

## ACTIVITIES

- Sports Lawyers Association
- Black Entertainment and Sports Lawyers Association
- Black Women Lawyers Association of Los Angeles
- Langston Bar Association
- National LGBTQ+ Bar Association
- LGBT Bar Association of Los Angeles
- U.S. Bank Spotlight on Talent Program





# Nick Sloan

**ASSOCIATE**

New York
+1 212-294-8287
nsloan@winston.com

## Nick is a litigator who focuses his practice on antitrust, labor and employment, and sports matters.

Nick is a former Winston summer associate with a background in sports law. Prior to law school, Nick worked as a Manager, Special Projects for the National Basketball Players Association (NBPA) where he helped develop and implement player assistance programs, advocated for players in disciplinary appeals and grievances, and conducted strategic planning for the NBPA's Business Development and Grassroots Basketball Department.

### EDUCATION

Nick earned his J.D. from New York University School of Law in 2023. While in law school, he was a staff editor for the *Journal of Intellectual Property and Entertainment Law*, co-president of the Sports Law Association, member of the Intellectual Property and Entertainment Law Society, and legal intern for the National Basketball Players Association. Nick also served as the student member secretary for the Transactional Subcommittee of the New York City Bar Association Sports Law Committee. Nick received his B.A., *cum laude*, in government and psychology from Georgetown University in 2016.

### ADMISSIONS

*   New York

### ACTIVITIES

*   New York City Bar Association Sports Law Committee