Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

*Counsel for Plaintiffs and the Proposed Class*

Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Sofia Arguello (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
sarguello@winston.com
aidale@winston.com

Jeanifer E. Parsigian (SBN 289001)
101 California Street, 21st Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

*Counsel for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| CHUBA HUBBARD and KEIRA MCCARRELL, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>     v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ATLANTIC COAST CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG 12 CONFERENCE, INC.; PAC-12 CONFERENCE; and SOUTHEASTERN CONFERENCE,<br><br>        Defendants. | Case No. 4:23-cv-01593-CW<br><br>**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS FOR CLASS REPRESENTATIVES**<br><br>Date:      April 7, 2025<br>Time:     10:00 a.m.<br>Judge:    Hon. Judge Claudia Wilken<br>Courtroom: 2, 4th Floor |

1

I, STEVE W. BERMAN, declare as follows:

2

1.    I am an attorney duly licensed to practice law before this Court. I am a member of the

3

Washington Bar, and I have been admitted to this Court *pro hac vice*. I am the managing partner of

4

Hagens Berman Sobol Shapiro LLP ("Hagens Berman") and counsel for Plaintiffs ("Plaintiffs") in

5

this matter. Hagens Berman, alongside Winston & Strawn, are counsel of record for the Plaintiffs in

6

this matter.

7

2.    In addition to this declaration, Jeffrey Kessler submitted an individual declaration on

8

behalf of his respective firm, Winston & Strawn. Mr. Kessler's declaration is submitted concurrently

9

herewith, and it is referred to as the "Kessler Decl."

10

3.    I submit this declaration in support of the Plaintiffs' Motion for Attorneys' Fees,

11

Reimbursement of Litigation Expenses, and Service Awards for Class Representatives in *Hubbard*.

12

The purpose of this declaration is to summarize and provide detailed documentation of: (a) the time

13

and fees incurred by Hagens Berman in prosecuting this action; (b) the costs and expenses for which

14

Hagens Berman seek reimbursement, including the costs and expenses from the Litigation Fund,

15

which Hagens Berman and Winston & Strawn funded; (c) the steps Hagens Berman employed to

16

ensure effective management of this complex litigation; and (d) the work performed by the class

17

representatives in support of this action. A summary of the work performed by Hagens Berman and

18

Winston & Strawn throughout this litigation is provided in Jeffrey Kessler's declaration submitted

19

concurrently herewith. Kessler Decl. ¶¶ 4-19.

20

4.    Hagens Berman has prosecuted this case solely on a contingent-fee basis, without the

21

use of outside funders, with no upfront retainer fees or allowance for expenses, and has been at risk

22

of not receiving compensation for prosecuting the claims against the Defendants. These attorneys and

23

their firms devoted substantial time and resources to this matter and have foregone other legal work

24

for which they otherwise would have been compensated.

25

## I.    SUMMARY OF HAGENS BERMAN'S LODESTAR AND EXPENSES FOR *HUBBARD*

26

27

5.    Hagens Berman's total lodestar for professional and attorney time billed to the

28

*Hubbard* case, up to and including December 9, 2024, is $1,143,820.00. Professionals at Hagens

BERMAN DECL. IN SUPP. OF MOT.
FOR ATTYS FEES, REIMBURSEMENT OF LITIG.
EXPENSES, AND SERVICE AWARDS FOR CLASS REPS
Case No. 4:23-cv-01593-CW
011138-11/2881705 V1

- 1 -

Berman devoted 2,015.20 hours in total to this litigation. Hagens Berman's lodestar for attorney and professional time billed is calculated based on the current hourly rates of the firm.

6. Hagens Berman's hourly rates are based on regular and ongoing monitoring of prevailing market rates in the San Francisco Bay Area for attorneys of comparable skill, experience, and qualifications. Hagens Berman's hourly rates and rate structure have been approved by numerous courts, including in the Northern District of California. *See In re Google Play Developer Antitrust Litig.*, 2024 WL 150585, at *3 (N.D. Cal. Jan. 11, 2024); *see also In re Nat'l Collegiate Athletic Ass'n Athletic Grant-in-Aid Cap Antitrust Litig.*, 2017 WL 6040065, at *8-*9 (N.D. Cal. Dec. 6, 2017), *aff'd*, 768 F. App'x 651 (9th Cir. 2019).

7. A summary of the timekeepers who worked on *Hubbard*, the number of hours dedicated to particular tasks in this litigation, their total hours, their current hourly billing rates, and their total lodestar based on current billing rates, is attached as **<u>Exhibit A</u>**.

8. Attached as **<u>Exhibit B</u>** is a summary of lodestar by task category. The task categories are as follows:

    a. **Investigation and Fact Discovery**, which includes investigation of the case, researching publicly available sources, relevant prior litigation against Defendants, investigating potential fact witnesses, and drafting the initial complaint.

    b. **Analysis/Strategy**, which includes internal communications with co-counsel and non-motion written submissions to the Court, including stipulations and case management plans.

    c. **Written Discovery**, which includes drafting, responding to, and collecting documents regarding written discovery to and from parties and to third parties.

    d. **Document Review**, which includes analyzing and reviewing documents produced by parties and third parties, and managing document review efforts.

    e. **Motions**, which includes researching, writing, filing, responding to motions, and oral argument concerning motions.

    f. **Experts/Consultants**, which includes facilitating expert reports and data analysis, corresponding and conferencing with experts, and supporting expert conclusions.

g.  **Depositions**, which includes analysis and research for, preparing for, and taking and defending depositions.

h.  **Client and Class Communications**, which includes corresponding and conferencing with class representatives, and with potential and actual class members.

i.  **Settlement**, which includes settlement negotiations, mediation, and work conducted to facilitate the settlement, such as notice and administration tasks.

j.  **File Maintenance**, which includes non-attorney work organizing, updating, and maintaining the litigation file.

9.      A summary of the costs and expenses that Hagens Berman has paid to date in *Hubbard* is attached as **Exhibit C**. Apart from contribution to the Litigation Fund, the separate expenses incurred total of $4,971.59. These costs and expenses are based on the books and records of my firm. The expenses reflected in **Exhibit C** are prepared from expense vouchers, receipts, and bank records, and thus represent an accurate recordation of the expenses incurred. Hagens Berman can produce a copy of these expense vouchers, receipts, and bank records upon request of the Court.

10.     I have reviewed the time and expenses reported by Hagens Berman in this case which are included in this declaration and its exhibits, and I affirm that they are true and accurate.

11.     As with all expenses for which Hagens Berman seeks reimbursement, no outside litigation funders have contributed to, or have an interest in, this Litigation Fund. The Hagens Berman firm has been tasked with the responsibility for administering the Litigation Fund in connection with the prosecution of this case. The expenses incurred by the Litigation Fund are reflected in the books and records of Hagens Berman. These books and records are prepared from invoices, checks, and other source materials which are regularly kept and maintained by Hagens Berman and accurately reflect the expenses incurred.

12.     The litigation costs and expenses paid from the Litigation Fund total $276, 038.26 **Exhibit  D**.

13.     Attached hereto as **Exhibit D** is a summary of the expenses paid from the Litigation Fund. The expenses from the Litigation Fund include the following:

a.      <u>Experts and Analysis</u>: Hagens Berman and Winston & Strawn retained well-

respected economic and other experts to provide critical support for the damages methodology at class certification to calculate settlement allocations, and to do other expert work critical to this case. In total, Plaintiffs incurred $262, 445.00 in this category of expenses paid from the Litigation Fund, which is equivalent to 95.07% percent of the total expenditures in this case.

    b. <u>Deposition Transcripts and Videographers</u>: Payments to deposition transcription and videography services. In total, Plaintiffs incurred $5,182.67 in this category of expenses paid from the Litigation Fund.

    c. <u>Document Collection, Review, and Synthesis</u>: Payments made to document review platform hosting vendors, including Everlaw. In total, Plaintiffs incurred $77.25 in costs for these services paid from the Litigation Fund.

## II. SUMMARY OF HAGENS BERMAN'S ATTORNEYS' FEES IN *HUBBARD*

  14. In Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Awards for Class Representatives in *Hubbard*, Plaintiffs respectfully request an award of $40,000,000 in attorney's fees.

  15. Hagens Berman has provided its total lodestar in *Hubbard* at current hourly rates. **Exhibit A**. Similarly, in Mr. Kessler's declaration, he has provided Winston & Strawn's total lodestar at current hourly rates. Kessler Decl. ¶ 26.

  16. As shown in the exhibits to the declaration of Mr. Kessler, Hagens Berman and Winston & Strawn's combined total lodestar at current rates in *Hubbard* is $4,793,070.00. The total lodestar is based on the 5,977.70 hours that they have invested in prosecuting this action. *See Kessler Decl.,* Ex. B.

  17. Hagens Berman has foregone other work while litigating this case, and some attorneys worked nearly exclusively on this case.

  18. For an antitrust case of this size and complexity, Hagens Berman has worked hard to keep the team relatively small, relying on attorneys from only two firms for the vast majority of the worked completed to avoid unnecessary inefficiency. Our team knows the case well and understands the complexity and nuances of the litigation.

19.     To avoid duplication, Hagens Berman and Winston & Strawn has worked together to split assignments wherever possible, including at the document review stage. Our document reviewers have years of experience reviewing and assessing large volumes of documents in similar antitrust class action cases.

20.     The attorneys working for both firms applied their extensive experience litigating other antitrust class actions to this case, resulting in additional efficiencies.

## III.     CLASS REPRESENTATIVE SERVICE AWARDS IN *HUBBARD*

21.     Class representative Keira McCarrell has devoted noteworthy time and resources to representing this class from inception to settlement and has remained actively involved during the course of this case.

22.     Ms. McCarrell worked closely with counsel to respond to requests for production and interrogatories from Defendants. She took seriously her obligation to preserve responsive documents and further worked with counsel to collect and produce each and every responsive document and all information in her possession, often from multiple locations and sources. She searched her files for any correspondence, forms, contracts, financial and athletics records, and any other potentially relevant documents that spanned her collegiate athletic career from high school to after her NCAA eligibility was exhausted.

23.     Ms. McCarrell was responsive and available to counsel through the entire duration of this lawsuit, providing additional information as needed and remaining engaged and actively informed on the case.

24.     Ms. McCarrell prepared for, traveled to and from, and participated in an in-person deposition.

25.     Ms. McCarrell's deposition lasted approximately four hours and she dedicated hours of time and energy preparing for her deposition, with assistance of counsel.

26.     In recognition of her significant contributions to this litigation Plaintiffs request a service award for Ms. McCarrell in the amount of $50,000.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## IV.    EXPERTISE AND EXPERIENCE OF CORE HAGENS BERMAN TEAM MEMBERS WORKING ON *HUBBARD*

27.    The expertise and experience of Hagens Berman is another important factor in setting a fair fee. As demonstrated by the Hagens Berman firm résumé, attached hereto as **Exhibit   E  **, Hagens Berman is among the most experienced and skilled practitioners in the complex litigation field, and has a long and successful track record in such cases. Hagens Berman is a nationally recognized law firm, with offices in Berkeley, Seattle, Boston, Chicago, Los Angeles, Washington D.C., Phoenix, London and Paris. The firm has been consistently rated by the National Law Journal in the top ten of plaintiffs' firms in the country. Hagens Berman has extensive experience litigating complex class actions asserting claims of securities, investment fraud, product liability, tort, antitrust, consumer fraud, employment, environmental, and ERISA cases. The fact that Hagens Berman has demonstrated a willingness and ability to prosecute complex cases such as this was undoubtedly a factor that encouraged the Bank Defendants to engage in settlement discussions, and added valuable leverage in the negotiations, ultimately resulting in the recovery for the Class. The Hagens Berman team paid attention to ensuring that each attorney on the file had specific areas of focus; that there was not duplication of efforts, especially among higher billers; and that projects were assigned to experienced lawyers with depth in the field who could effectively and efficiently execute the amount of work this case demanded.

28.    In addition to biographies included in the attached firm résumé, below is a summary of the experience of some of the core team members:

29.    *Steve Berman*, one of the founding partners of Hagens Berman, is widely regarded as one of the most effective class action attorneys in the country. In *In re NCAA Grant-in-Aid Cap Antitrust Litigation*, Mr. Berman led Hagens Berman's trial team in a 10-day trial in September 2019 before former Chief Judge Claudia Wilken of the Northern District of California, successfully obtaining an injunction against the NCAA relating to caps on compensation available to college student-athletes. Mr. Berman questioned numerous witnesses and gave the closing argument at trial. The decision and injunction was upheld, unanimously, by the Supreme Court. *See NCAA v. Alston*, 141 U.S. 1241 (2021). Prior to trial, Mr. Berman recovered a $208 million settlement for the class,

BERMAN DECL. IN SUPP. OF MOT.
FOR ATTYS FEES, REIMBURSEMENT OF LITIG.
EXPENSES, AND SERVICE AWARDS FOR CLASS REPS
Case No. 4:23-cv-01593-CW
011138-11/2881705 V1

- 6 -

but continued to litigate on behalf of the class for the injunction affirmed by the Supreme Court. He served as lead counsel for 13 states in the tobacco litigation, leading to a settlement of $206 billion—the largest in history. He, along with Marc Seltzer, was appointed *sua sponte* by Judge James V. Selna of the Central District of California to serve as co-lead counsel in *In re Toyota Motor Corp. Unintended Acceleration*. The $1.6 billion settlement was then the largest auto settlement, both in terms of class members and recovery, in U.S. history. Mr. Berman was sole lead class counsel in *In re: Stericycle, Inc., Steri-Safe Contract Litigation*, Case No. 13 C 5795, MDL No. 2455 (N.D. Ill.), where the class obtained $295 million in settlements and injunctive relief. Judge Shadur stated in his preliminary approval order that the settlement demonstrated the "type of high quality work product that this Court anticipated when it designated Hagens Berman and its lead partner Steve Berman as class counsel." Memo. & Order at 3, *In re: Stericycle, Inc.*, MDL No. 2455 (N.D. Ill. Oct. 26, 2017), ECF No. 310. He has served as lead or co-lead counsel in antitrust, securities, consumer, and products liability litigation, as well as other complex litigation, including MDL actions, throughout the country. In addition, Mr. Berman was appointed to the plaintiffs' steering committee by Judge Breyer in the *In re Volkswagen "Clean Diesel" Mktg., Sales Practices, & Prods. Liability Litig.*, No. 15-md-02672-CRB (N.D. Cal.), and lead counsel for the franchise VW dealers, who settled for $1.2 billion. Mr. Berman has received countless awards and recognition for his work, including the National Law Journal's 2021 recognition of him as a Sports & Entertainment Law Trailblazer, the American Antitrust Institute recognizing him in 2021, 2019, and 2018 as an Honoree for Outstanding Antitrust Litigation Achievement, and being named as a Class Action MVP of the Year for 2016 through 2020 by Law360. Mr. Berman was also recently named to the Lawdragon Hall of Fame for his career achievements.

30.    *Benjamin Siegel* is Of Counsel in Hagens Berman's Berkeley office with significant experience in antitrust class actions. He is a 2007 graduate of The University of Texas School of Law, where he was an Articles Editor of the Texas Law Review, and the University of Texas Lyndon B. Johnson School of Public Affairs, graduating first in his class. After law school, Mr. Siegel was a judicial law clerk to the Honorable Thomas M. Reavley of the United States Court of Appeals for the Fifth Circuit. He was admitted to the State Bar of California in 2008 and has been admitted to

practice before the courts of the State of California, the Northern District of California, the Eastern District of California, and the Ninth Circuit Court of Appeals. Since joining the firm, Mr. Siegel has had a practice focused on antitrust class actions and is a member of the Hagens Berman teams in *In re Resistors Antitrust Litigation*, No. 15-cv-03820 (N.D. Cal.); *In re Optical Disk Drive Antitrust Litigation,* No. 10-md-02143 (N.D. Cal.); *Mackmin v. Visa Inc.*, No. 11-cv-1831 (D.D.C.); *In re College Athlete NIL Litigation*, No. 20-cv-03919 (N.D. Cal.); and *In re NCAA Grant-In-Aid Cap Antitrust Litig*ation, No. 14-md-02541 (N.D. Cal.). In the latter case, Mr. Siegel was part of the team that successfully defended its trial win before the Supreme Court and received the American Law Institute's award for Outstanding Antitrust Litigation Achievement in Private Law Practice. In 2018, he was named one of Super Lawyers' "Rising Stars."

31.    *Emilee Sisco* is an associate in Hagens Berman's Seattle office with substantial experience in sports litigation and antitrust class actions. Ms. Sisco graduated from Seattle University School of Law in 2015. During law school, Ms. Sisco was a law clerk for the Washington State Office of the Attorney General Antitrust Division. She has worked on numerous cases on behalf of professional and college athletes since joining Hagens Berman in 2015, including as a member of the team in *In re NCAA Grant-In-Aid Cap Antitrust Litigation*, No. 14-md-02541 (N.D. Cal.) that successfully defended its trial win before the Supreme Court and received the American Law Institute's award for Outstanding Antitrust Litigation Achievement in Private Law Practice in 2019 and 2021. She has served as a significant part of the team in this action.

32.    *Stephanie Verdoia* is an associate in Hagens Berman's Seattle office and works on antitrust class actions. Mrs. Verdoia has worked on numerous large antitrust class actions since she joined Hagens Berman in 2021. She focuses predominantly on price-fixing antitrust class actions including: *Duffy v. Yardi Systems Inc.*, et al., 2:23-cv-01391-RSL (W.D. Wash.), *Gibson v. Cendyn Group, LLC*, et al., 2:23-cv-00140-MMD-DJA (D. Nev.), and State of Arizona, et al., v, RealPage Inc., et al., cv-2024-003889 (Sup. Ct. Az.). As well as large MDL consumer class actions such as: *In re: Evenflo Company, Inc., Marketing, Sales Practices and Products Liability Litigation*, 1:20-md-02938-DJC (D. Mass.). She has served as a major part of the team in this action, including playing a major role in third-party discovery, class certification, and settlement administration.

1    I declare under penalty of perjury under the laws of the United States that the foregoing is

2  true and correct.

3    Executed this 17th day of December, 2024 at Seattle, Washington.

4

5                                                      _/s/ Steve W. Berman_
                                                        STEVE W. BERMAN

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

**EXHIBIT 1**

| Hagens Berman Sobol Shapiro LLP HUBBARD LODESTAR TOTALS INCEPTION THROUGH DECEMBER 9, 2024 | | | | |
|---|---|---|---|---|
| **ATTORNEY** | **TITLE** | **TOTAL HOURS** | **HOURLY RATE** | **LODESTAR AT CURRENT RATES** |
| Steve Berman | Partner | 126.80 | $1,350.00 | $ 171,180.00 |
| Ben Siegel | Of Counsel | 401.10 | $850.00 | $ 340,935.00 |
| Meredith Simons | Associate | 40.60 | $550.00 | $ 22,330.00 |
| Emilee Sisco | Associate | 499.30 | $450.00 | $ 224,685.00 |
| Stephanie Verdoia | Associate | 457.70 | $400.00 | $ 183,080.00 |
| Sophia Chao | Staff Attorney | 59.30 | $500.00 | $ 29,650.00 |
| Jessica Liang | Staff Attorney | 77.40 | $425.00 | $ 32,895.00 |
| Jason Stowe | Staff Attorney | 95.00 | $425.00 | $ 40,375.00 |
| Georgia Beake | Contract Attorney | 96.20 | $375.00 | $ 36,075.00 |
| | **ATTORNEY TOTAL** | **1,853.40** | | **$ 1,081,205.00** |
| **NON-ATTORNEYS** | **TITLE** | **TOTAL HOURS** | **HOURLY RATE** | **LODESTAR AT CURRENT RATES** |
| Brian Miller | Paralegal | 115.30 | $400.00 | $ 46,120.00 |
| Joseph Salonga | Paralegal | 4.70 | $400.00 | $ 1,880.00 |
| Shelby Taylor | Paralegal | 35.20 | $350.00 | $ 12,320.00 |
| Radha Kerzan | Paralegal | 6.30 | $350.00 | $ 2,205.00 |
| Chan Lovell | Paralegal Assistant | 0.30 | $300.00 | $ 90.00 |
| | **NON-ATTORNEY TOTAL** | **161.80** | | **$ 62,615.00** |
| | | | | |
| | **GRAND TOTAL** | **2,015.20** | | **$ 1,143,820.00** |

# EXHIBIT B

**EXHIBIT 2**

| Hagens Berman Sobol Shapiro LLP<br>HUBBARD SUMMARY OF ATTORNEY HOURS BY LITIGATION ACTIVITY TYPE<br>INCEPTION THROUGH DECEMBER 9, 2024 | | |
|---|---|---|
| **LITIGATION ACTIVITY** | **ATTORNEY HOURS** | **LODESTAR** |
| Investigation and Fact Discovery | 168.10 | $ 100,825.00 |
| Analysis/Strategy | 47.20 | $ 34,100.00 |
| Written Discovery | 83.80 | $ 46,200.00 |
| Document Review | 408.80 | $ 179,820.00 |
| Motions | 664.90 | $ 401,060.00 |
| Experts/Consultants | 105.90 | $ 81,250.00 |
| Depositions | 184.20 | $ 118,955.00 |
| Client and Class Communications | 32.70 | $ 14,235.00 |
| Settlement | 164.10 | $ 106,965.00 |
| File Maintenance | 155.50 | $ 60,410.00 |
| | **2,015.20** | **$ 1,143,820.00** |

# EXHIBIT C

**EXHIBIT 3**

| Hagens Berman Sobol Shapiro LLP HUBBARD EXPENSE REPORT INCEPTION THROUGH DECEMBER 9, 2024 | |
|---|---|
| **CATEGORY OF EXPENSES** | **AMOUNT** |
| Airfare | $ 1,044.16 |
| Court Reporters/Deposition Transcripts | $ 34.80 |
| Overnight Shipping | $ 228.27 |
| Filing Fees | $ 1,358.00 |
| Internal Prints/Copies/Scans at $0.25 per page | $ 521.25 |
| Hotel | $ 683.77 |
| Meals | $ 124.80 |
| Online Research (LexisNexis/Westlaw/PACER) | $ 666.39 |
| Ground Transportation | $ 236.15 |
| Parking | $ 74.00 |
| **TOTAL** | **$ 4,971.59** |

# EXHIBIT D

**EXHIBIT 4**

| HUBBARD LITIGATION FUND EXPENDITURE SUMMARY | |
|---|---:|
| **Experts & Analysis** | **$ 270,778.34** |
| Brian Fitzpatrick | $ 8,333.34 |
| OSKR, LLC | $ 262,445.00 |
| | |
| **Document Collection, Review, & Synthesis** | **$ 77.25** |
| | |
| Everlaw, Inc. | $ 77.25 |
| | |
| **Deposition, Transcription & Videography** | **$ 5,182.67** |
| | |
| Esquire Deposition Solutions | $ 5,182.67 |
| | |
| **TOTAL** | **$ 276,038.26** |

# EXHIBIT E




# HAGENS BERMAN






# Table of Contents

## RELEVANT EXPERIENCE
Litigation Against NCAA ............................................................. 3
Antitrust Leadership Positions .................................................... 8
Antitrust Litigation Experience ................................................. 11

## TEAM
Steve W. Berman ...................................................................... 16
Benjamin J. Siegel .................................................................... 26
Emilee Sisco ............................................................................. 28
Stephanie A. Verdoia ............................................................... 29

## ABOUT THE FIRM
Notable Firm Success ............................................................... 31
Record-Breaking Achievements ................................................ 34
Awards ..................................................................................... 37
Accolades ................................................................................. 38
Locations .................................................................................. 40

RELEVANT EXPERIENCE

# Litigation Against NCAA

## 20 YEARS OF LEVELING THE PLAYING FIELD FOR COLLEGE ATHLETES

### ACTIVE NCAA LITIGATION

| CASE | STATUS | POSITION | RESULT |
|------|--------|----------|--------|
| *In re: National Collegiate Athletic Association Athletic Grant-In-Aid Cap Antitrust Litigation* | Settled | Co-Lead Counsel | $208 Million |
| *In re: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation* | Settled | Lead Counsel | $75 Million |
| *Keller et al v. Electronic Arts and National Collegiate Athletic Association* | Settled | Co-Lead Counsel | $60 Million |
| *In re College Athlete NIL Litigation* | Settled, Preliminary Approval Granted | Co-Lead Counsel | *$2.78 Billion Pending Final Approval* |

College athletes have long been an integral part of one of the largest media conglomerates in U.S. history, college sports. The most necessary and skilled component of the NCAA's moneymaking venture, they historically have also been the least compensated, mercilessly denied fair compensation for their talent, their image use and rights, their injuries and their rights to college transfers. Our legal team is on their team.

No other law firm has stood against the NCAA as comprehensively as Hagens Berman, which has successfully brought class-action litigation against the NCAA concerning concussions; name, image and likeness (NIL) rights; and caps on grants-in-aid payments made to college athletes by schools and conferences.

**NCAA Grants-in-Aid Scholarships Litigation (aka "Alston case," in the press)**
**$208 Million Settlement, Permanent Injunction Upheld by the U.S. Supreme Court**
Hagens Berman's antitrust class action, claiming the NCAA had violated the law when it kept the class from being able to receive compensation other than cash by schools or conferences for athletic services, culminated in a $208 million settlement. The Supreme Court upheld the favorable opinion of the Ninth Circuit in a 9-0 ruling. Justice Kavanaugh's opinion further underscored the massive win for plaintiffs and the ruling's ongoing effects.

**NCAA Name, Image and Likeness (NIL) Litigation**
**$2.78 Billion Settlement, Pending Final Approval**
Using the Alston precedent, Hagens Berman's NIL lawsuit accuses the NCAA and conferences of illegally limiting the compensation that Division I college athletes may receive for the use of their names, images, likenesses and athletic reputations. Thousands of college athletes have taken advantage of the NIL opportunities opened by the Alston case to the tune of multimillion-dollar deals now available to them since the NCAA loosened its restrictions on July 1, 2021. In 2023, three classes of college athletes were certified regarding damages in the case, meaning, the NCAA faces monetary loss in the lawsuit, not just court action restraining its antitrust behavior. Damages were based on payments college athletes would have received if not for the NCAA's restraints. These revenues include those from three areas: television broadcasts, video games and other revenue sources and led to the historic $2.78 billion settlement reached in October 2024.

**NCAA Concussions**
**$75 Million Settlement, 50-year Medical Monitoring Fund**
The firm's lawsuit against the NCAA concerning concussions culminated in a proposed settlement that will provide a 50-year medical-monitoring program for student-athletes to screen for and track head injuries; make sweeping changes to the NCAA's approach to concussion treatment and prevention; and establish a $5 million fund for concussion research,  approved by the court.

**NCAA Video Game Likeness**
**$60 Million in Combined Settlements**
Hagens Berman brought this groundbreaking case that marked the first time in the history of the NCAA that the organization is paying student-athletes for rights related to their play on the field, compensating them for their contribution to the profit-making nature of college sports. The settlements were reached in 2014, and more than 24,000 student-athletes were found eligible to receive payment under the settlements. Checks were issued to approximately 15,000 players, some for up to $7,600, with a median amount of $1,100.

## PRIOR FOUNDATIONAL CASES

**2004 | NCAA Walk-On Players Andy Carroll v. NCAA**
Hagens Berman began its representation of NCAA college athletes seeking to represent a proposed class of thousands of walk-on players claiming the NCAA's cost-cutting scholarship restrictions exploited them. The lawsuit accused the NCAA of illegal restraint while "stadiums gain glitz and coaches get rich." According to the lawsuit, prior to 1977, schools were permitted to offer as many scholarships as they deemed appropriate, but today the NCAA limits the number to 85.

**2008 | NCAA Consumer Ticket Prices George et al. v. NCAA and Ticketmaster**
In this proposed class action, Hagens Berman accused the NCAA and Ticketmaster of operating illegal lotteries to sell and distribute tickets to certain NCAA Division 1 championship tournaments. The lawsuit sought to represent consumers who attempted to buy tournament tickets by participating in lotteries set up by the NCAA.

**2009 | Video Game NIL Samuel Keller et al v. Electronic Arts Inc and National Collegiate Athletic Association**
Hagens Berman filed a class-action lawsuit against the NCAA and Electronic Arts, Inc. claiming the companies illegally use college football and basketball players' names and likenesses in video games without permission or consent from the player. The Keller case established college athletes' right to recover the value of their NIL if it was used without their consent, and Alston went on to show that not permitting those rights to be managed by the student-athletes themselves was improper.

**2009 | Video Game NIL O'Bannon v. NCAA**
In a separate lawsuit, the firm represented former UCLA basketball player Ed O'Bannon in a case challenging the NCAA's use of college athlete publicity rights in television broadcasts. The O'Bannon case was denied class certification, and a federal judge's favorable ruling on the case's claims was partially reversed by an appeals court in 2015. It was denied review by the Supreme Court in 2016.

**2010 | NCAA Financial Aid & Compensation Agnew v. NCAA**
In Agnew v. NCAA, the firm filed a proposed national class-action lawsuit claiming the authority governing most aspects of collegiate sports has conspired with colleges and universities to impose artificial limits on sports scholarships, actions the suit claims violate federal antitrust laws. The lead plaintiff in the lawsuit,

former Rice University football player Joseph Agnew, had been heavily recruited by several top-tier Division I schools. Agnew accepted a full scholarship to Rice and played football starting in 2006 as a freshman. During his sophomore year, the coach who recruited Agnew left Rice to coach at another Division I school, and Agnew saw his playing time significantly reduced under the new coaching regime, according to the lawsuit.

### 2011 | NCAA Concussions Owens et al. v NCAA
In this proposed class action, the firm represented Andre Owens, a former Howard University football player, against the NCAA and the university, claiming "…up until 2010, Defendants NCAA and Howard kept players and the public in the dark about an epidemic that was slowly killing former college athletes." In a single football season, the complaint reads, athletes absorb more than 1,000 impacts greater than 10 Gs (gravitational forces), with the majority of them exceeding 20 Gs, and some approaching 100 Gs or force.

### 2012 | NCAA Concussions Arrington et al. v NCAA
This class action merged the Owens case with claims from various plaintiffs – Derek Owens, Mark Turner and Angela Palacio. to bring further pressure on the NCAA, urging swift action to minimize impacts of the NCAA's alleged ongoing negligence and oversight concerning concussions, protocols and return-to-play guidelines.

### 2012 | NCAA Financial Aid & Compensation Rock v. NCAA
A highly recruited college quarterback whose scholarship was revoked after a coaching change challenged the NCAA in court, claiming that the organization's limits on scholarships violate federal antitrust laws. Rock was recruited by a number of Division I schools, and ultimately decided to attend Gardner-Webb University in North Carolina after the school offered a football scholarship. The coach at Gardner-Webb allegedly promised Rock that as long as he remained eligible for competition and kept his grades up, he would get to keep his scholarship. However, shortly after Rock agreed to take an internship, Wardner-Webb replaced its football coach. The new coach questioned Rock's commitment to the team and expressed dissatisfaction with his choice to accept the internship, which would necessitate missing some practice sessions, the complaint states. Ultimately, Rock's scholarship was revoked.

### 2013 | NCAA Concussions Silk v. Bowling Green University
In the continued fight for college athletes' health and wellness, Hagens Berman filed a lawsuit against Bowling Green State University and its football staff members on behalf of a former college athlete, Cody Silk, alleging that they failed to protect the player from multiple concussions and residual head trauma.

### 2014 | NCAA Concussions Walen v. Portland State University et al.
Hagens Berman filed a lawsuit on behalf of player Zach Walen against Portland State University, Oregon Health Sciences University and the NCAA for failing to provide appropriate post-concussion medical care and negligently clearing him to return to football. Walen, whose father Mark Walen is a former NFL (Dallas Cowboys) player and former NCAA college football athlete, was recruited to play football for the PSU Vikings but suffered a severe concussion after receiving a direct blow to his head during his first game on Sept. 1, 2012.

### 2014 | NCAA Financial Aid & Compensation Alston v. NCAA et al
Hagens Berman filed the first-of-its-kind lawsuit alleging that the NCAA and these five Power Conferences have systematically colluded to disrupt the free market and deprive FBS football and Division I men's and women's basketball players of the full economic benefits of their labor. According to the complaint, NCAA rules artificially depress the value of athletic scholarships — known as Grants-in-Aid or GIAs — to typically several thousand dollars less per year, per player, than the actual cost to attend an NCAA school.
In late 2017, U.S. District Judge Claudia Wilken granted final approval of a $208 million settlement on behalf of the tens of thousands of current and former college-athletes impacted by the prior NCAA cap on grant-in-aid scholarships. On Sept. 23, 2021, the NCAA's Southeastern Conference (SEC) became the first conference

to formally allow college-athletes to begin receiving the education-based benefits resulting from the Supreme Court's 9-0 ruling in Hagens Berman's Alston case. Schools are now allowed to provide benefits tethered to education up to $6,000 per year.

### 2014 | NCAA Financial Aid & Compensation Kindler v. NCAA et al

On behalf of a former college football player, Hagens Berman filed an antitrust class-action lawsuit against the NCAA and its most powerful conference members claiming they agreed in violation of national antitrust laws to unlawfully cap the value of athletic scholarships. The plaintiff, former West Virginia University offensive lineman Nick Kindler, contended that the NCAA's valuation of athletic scholarships is far below the actual cost of attending school, and far below what the free market would bear. The firm planned that the Alston and Kindler cases be combined so that the players could fight together for the rights of all football players in the major conferences.

### 2015 | NCAA Insurance & Medical Bills

The firm investigated the rights to reimbursement for out-of-pocket medical expenses from athletic-related injuries for those harmed by limited health insurance coverage for college athletes.

### 2015 | Transfer Rights Pugh v. NCAA

Former Weber State cornerback Devin Pugh filed this class-action lawsuit challenging the NCAA's transfer rules, alleging hypocrisy when coaches change jobs. Pugh was promised a four-year scholarship at Weber State which was pulled when Wildcats coach Ron McBride retired in 2011. A year later, his grant-in-aid was no longer promised by McBride's successor.

### 2016 | Transfer Rights Deppe v. NCAA

The firm filed an antitrust class-action lawsuit on behalf of a Division I college-athlete at Northern Illinois University against the NCAA, calling its transfer rules "unlawful" and anticompetitive. The lawsuit sought to represent any NCAA Division I football player who, since November 2011, sought to transfer from one NCAA Division I football school to another, but was athletically ineligible to participate in NCAA Division I football for any period under the NCAA's transfer rules.

### 2016 | Transfer Rights Vassar v. NCAA

In this proposed class action, the plaintiff, John "Johnnie" Vassar, was a men's basketball player who joined Northwestern during the 2014-2015 academic year. The suit states that the transfer rules established by the NCAA and carried out by Northwestern, "restrict the freedom of student athletes in violation of antitrust law." After accepting an athletic scholarship to Northwestern, Johnnie was subjected to a variety of efforts from the university to transfer and to take away his athletic scholarship, including verbal harassment, falsified records of misconduct and more.

### 2020 | Name, Image and Likeness Rights House v. NCAA

Hagens Berman represents Grant House, a current member of ASU men's swimming and diving team, and Sedona Prince, a current member of the University of Oregon women's basketball team, in a class-action lawsuit against the NCAA. The lawsuit seeks to hold the NCAA accountable to college athletes via injunction and damages for the NCAA's alleged antitrust violations regulating the profits gained from the use of college athletes' names, images and likenesses.

### 2023 | Post-Alston Scholarship Payments | Hubbard v. NCAA

Hagens Berman filed this follow up lawsuit to Alston alleging that certain NCAA member schools have failed to comply with the Alston ruling establishing that member schools may pay college athletes up to $5,980 in funds as part of their recruiting, allegedly preventing college athletes from receiving the payments they deserve.

**2023 | NCAA Pay-for-Play | Carter v. NCAA et al.**

Hagens Berman filed a new lawsuit against the NCAA alleging it has violated antitrust laws via its rules preventing student athletes from receiving a portion of television broadcast and other revenue produced by their labor. The Power Five Conferences alone hold contracts that will generate $20 billion in TV broadcast revenue, of which student athletes will not see a dime, and Hagens Berman believes this is a clear example of illegal wage-fixing.

**2023 | Rights to Fair Play: Title IX**

Hagens Berman is investigating reports that a number of intercollegiate athletics programs may have violated Title IX, a federal law that prohibits gender discrimination at publicly funded universities. For example, reports found that, in the 2018-19 and 2019-20 seasons, for every dollar Division I schools spent on travel, equipment and recruitment for male athletes, they spent only 71 cents on female athletes. Additionally, some universities may have artificially inflated the number of women on their athletics rosters to make it appear that they are in compliance with Title IX when they actually are not.

HAGENS BERMAN SOBOL SHAPIRO LLP

RELEVANT EXPERIENCE

# Antitrust Leadership Positions

Hagens Berman's work in antitrust class-actions led to tremendous recoveries for consumers and monumental victories in this complex area of law. Our antitrust legal team takes an innovative, efficient approach to antitrust law and tries each case with unmatched determination and skill. This dedication has led to historic recoveries, including the largest antitrust settlement in history at its time (*In Re: Elec. Books Antitrust Litig.*), one of the largest U.S. classes every certified (*In re Broiler Chicken Antitrust Litigation*) and one of the largest certified indirect purchaser cases at the time (*Keller et al v. Electronic Arts Inc and National Collegiate Athletic Association*). The firm also championed the two largest U.S. antitrust recoveries in 2022, totaling nearly $800 million (*In re: Ranbaxy Generic Drug Application Antitrust Litigation* and *In re Glumetza Antitrust Litigation*). Hagens Berman's antitrust lawyers also recently culminated a legal blitz on the NCAA, "leaving the NCAA more vulnerable than ever" (Associated Press) and "delivered a heavy blow" (Washington Post) in *NCAA Grants-in-Aid Scholarships Litigation* and *NCAA Name, Image and Likeness (NIL) Litigation*. The firm's antitrust attorneys have been awarded as Elite Trial Lawyers by The National Law Journal, a Practice Group of the Year by Law360 and have been highlighted for multiple Outstanding Antitrust Litigation achievements by the American Antitrust Institute.

In a firm where sizable settlements and impactful victories are routinely achieved and awarded, our successes have only spurred a greater dedication to our capabilities. We remain hungry for opportunities to make the world a fairer place for consumers and to ensure the world's largest corporations play by the rules.

*Note: Cases may appear in more than one practice to give full picture of work in any one practice area.*

## SPORTS ANTITRUST LITIGATION

| CASE NAME | CASE NAME | CASE NAME | CASE NAME |
|---|---|---|---|
| NCAA Athletic Grant-in-Aid Cap Antitrust | Co-Lead Counsel | Damages Claims Settled; Injunction Granted After Trial | $208 Million |
| NCAA/EA Video Games Likeness | Co-Lead Counsel | Settled | $60 Million |
| NCAA Student-Athlete Name, Image and Likeness | Co-Lead Counsel | *Settlement Submitted for Preliminary Approval* | *Multibillion* |

## BIG TECH ANTITRUST LITIGATION

| CASE NAME | POSITION | CASE STATUS | SETTLEMENT |
|---|---|---|---|
| Apple E-Books Antitrust Litigation | Co-Lead Counsel | Settled | $616 Million |
| Apple iOS App Developers Antitrust | Class Counsel | Settled | $100 Million |
| Google Play Store App Developers Antitrust | Co-Lead Counsel | Settled | $90 Million |
| Amazon Buy Box Antitrust (U.K.) | Co-Lead Counsel | Active | |
| Amazon E-Books Price-Fixing Antitrust | Co-Lead Counsel | Active | |
| Amazon.com Antitrust (De Coster) | Co-Lead Counsel | Active | |
| Amazon Online Retailer Consumer Antitrust (Frame-Wilson) | Interim Co-Lead Counsel | Active | |
| Facebook Antitrust | Interim Co-Lead Counsel | Active | |

HAGENS BERMAN SOBOL SHAPIRO LLP

## AGRICULTURAL ANTITRUST LITIGATION

| CASE NAME | POSITION | CASE STATUS | SETTLEMENT |
|---|---|---|---|
| Dairy Price-Fixing Litigation | Class Counsel | Settled | $52 Million |
| Poultry Processing Wage-Fixing Antitrust | Interim Co-Lead Counsel | *Settlements Reached, Litigation Ongoing with Remaining Defendants* | *$217.2 Million Reached* |
| Broiler Chicken Antitrust | Co-Lead Counsel | *Settlements Reached* | *$181 Million* |
| Pork Antitrust | Co-Lead Counsel | *Settlements Reached* | *$95 Million* |
| Turkey Antitrust | Interim Co-Lead Counsel | *Settlements Reached* | *$4.62 Million* |
| Beef Antitrust | Interim Co-Lead Counsel | Active | |

## CONSUMER PROTECTION ANTITRUST LITIGATION

| CASE NAME | POSITION | CASE STATUS | SETTLEMENT |
|---|---|---|---|
| EA Madden NFL Antitrust | Class Counsel | Settled | $27 Million |
| Real Estate Commissions Antitrust | Co-Lead Counsel | *Settlements Reached* | *$730 Million* |
| Yardi Rent Price-Fixing Antitrust | Interim Class Counsel | Active | |

## EMPLOYMENT ANTITRUST LITIGATION

| CASE NAME | CASE NAME | CASE NAME | CASE NAME |
|---|---|---|---|
| Animation Workers Antitrust | Co-Lead Counsel | Settled | $168.95 Million |
| Poultry Processing Wage-Fixing Antitrust | Interim Co-Lead Counsel | *Settlements Reached, Litigation Ongoing with Remaining Defendants* | *$217.2 Million Reached* |

## FEE OVERPRICING ANTITRUST LITIGATION

| CASE NAME | POSITION | CASE STATUS | SETTLEMENT |
|---|---|---|---|
| Visa Check/MasterMoney Antitrust | Co-Lead Counsel | Settled | $25 Billion |
| Visa MasterCard ATM | Co-Lead Counsel | *Settlements in Progress* | $66.7 Million Approved, *$197.5 Preliminarily Approved* |

## PHARMACEUTICAL FRAUD ANTITRUST LITIGATION

| CASE NAME | CASE NAME | CASE NAME | CASE NAME |
|---|---|---|---|
| Glumetza  Antitrust | Co-Lead Counsel | Settled | $453.85 Million |
| Suboxone Antitrust | Co-Lead Counsel | Settled | $385 Million |
| Ranbaxy Inc. Antitrust | Co-Lead Counsel | Settled | $340 Million |
| Flonase Antitrust | Co-Lead Counsel | Settled | $150 Million |
| Prograf Antitrust | Co-Lead Counsel | Settled | $98 Million |
| Celebrex Antitrust | Interim Lead Counsel | Settled | $94 Million |
| Lipitor Antitrust | Co-Lead Counsel | Settled | $93 Million |
| Skelaxin Antitrust | Lead Counsel | Settled | $73 Million |
| Tricor Antitrust | Co-Lead Counsel | Settled | $65.7 Million |
| Allergan Restasis Antitrust | Interim Lead Counsel | Settled | $51.25 Million |

HAGENS BERMAN SOBOL SHAPIRO LLP

| | | | |
|---|---|---|---|
| Toprol XL Antitrust | Co-Lead Counsel | Settled | $20 Million |
| Zetia Antitrust | Lead Counsel & Interim Class Counsel | Settled | Confidential |
| Generic Pharmaceuticals Pricing Antitrust | PSC | *Settlement in Progress* | *$86 Million* |
| Intuniv Antitrust | Lead Counsel | *Settlements Reached* | |
| Effexor XR Antitrust | Interim Class Counsel | Active | |
| Gilead HIV Antiretroviral Antitrust | Co-Lead Counsel | Active | |
| Nexium Antitrust | Co-Lead Counsel | Active | |
| Sensipar Antitrust Litigation | Co-Lead Counsel | Active | |
| Tracleer Antitrust | Co-Lead Counsel | Active | |
| Niaspan Antitrust | Co-Lead Counsel | Active | |
| Actos Antitrust | Interim Co-Lead Counsel | Active | |
| Vascepa Antitrust | Interim Co-Lead Counsel | Active | |
| Xyrem Antitrust Litigation | PSC | Active | |

HAGENS BERMAN SOBOL SHAPIRO LLP

RELEVANT EXPERIENCE

# Antitrust Litigation Experience

## SPORTS ANTITRUST LITIGATION

No other law firm has stood against the NCAA as comprehensively as Hagens Berman, which has successfully brought antitrust class-action litigation against the NCAA concerning concussions; name, image and likeness (NIL) rights; and caps on grants-in-aid payments made to college athletes by schools and conferences. Hagens Berman has pioneered the area of sports litigation, fighting for the rights of student-athletes across the nation, and our firm continues to expand this area of practice through our novel applications of the law.

| CASE | STATUS | POSITION | RESULT |
|---|---|---|---|
| NCAA Athletic Grant-in-Aid Cap Antitrust | **Damages Claims Settled; Injunction Granted After Trial** | Co-Lead Counsel | $208 Million |
| NCAA/EA Video Games Likeness Antitrust | **Settled** | Co-Lead Counsel | $60 Million |
| NCAA Student-Athlete Name, Image and Likeness Antitrust | Active ✓ MTD Denied ✓ Class Certified | Co-Lead Counsel | *$2.78 Billion Settlement Preliminarily Approved* |
| NCAA Transfer Antitrust | Active ✓ MTD Denied | | |
| NCAA College Athlete Scholarship Payments | Active | | |
| NCAA Student-Athlete Pay to Play | Active | | |

## AGRICULTURAL ANTITRUST LITIGATION

The firm's total settlements in this area of litigation are valued at more than $636.32 million and have affected the lives of U.S. consumers and employees in the meat-processing industry. As inflation continues to rise, combatting anticompetitive schemes raising the cost of food is an issue pertinent to families across the nation.

| CASE | STATUS | POSITION | RESULT |
|---|---|---|---|
| Dairy Price-Fixing Litigation | **Settled** | Class Counsel | $52 Million |
| Pork Antitrust | Active ✓ Class Certified | Co-Lead Counsel | $95 Million, Litigation *Ongoing* |
| Broiler Chicken Antitrust | Active ✓ MTD Denied ✓ Class Certified | Co-Lead Counsel | *$181 Million Preliminarily Approved* |
| Beef Antitrust | Active ✓ MTD Denied | Interim Co-Lead Counsel | |
| Turkey Antitrust | Active ✓ MTD Denied | Interim Co-Lead Counsel | |
| Southwest Dairy Farmer Antitrust | Active | | |

HAGENS BERMAN SOBOL SHAPIRO LLP

## CONSUMER PROTECTION ANTITRUST LITIGATION

Hagens Berman's consumer-focused approach has led to historic verdicts and achievements, making real change happen. Our cases have affected millions of consumers and continue to impact everyday lives each year.

| CASE | STATUS | POSITION | RESULT |
|------|--------|----------|--------|
| EA Madden NFL Antitrust | **Settled** | Class Counsel | $27 Million |
| Hotel Room Overpricing | **Settled** | | Confidential Settlement |
| Real Estate Commissions Antitrust | Active<br>✓ MTD Denied<br>✓ Class Certified | Co-Lead Counsel | $418 Million Approved, *Additional $229.8 Million at Various Stages* |
| SmileDirectClub Aligners Price-Fixing Antitrust | Active | | *$27.5 Million Settlement Reached* |
| Las Vegas Hotels Price-Fixing Antitrust | Active<br>✓ MTD Denied | | |
| Yardi Rent Price-Fixing Antitrust – Nationwide | Active | Interim Class Counsel | |
| PayPal Fees Antitrust | Active | | |

## EMPLOYMENT ANTITRUST LITIGATION

Hagens Berman's antitrust legal team focuses on improving the lives of everyday people, including investigating and litigating instances of wage-fixing. The firm has secured settlements in various areas of employment, often in those whose employers hire veterans and other marginalized communities.

| CASE | STATUS | POSITION | RESULT |
|------|--------|----------|--------|
| Animation Workers Antitrust | **Settled** | Co-Lead Counsel | $169 Million |
| Poultry Processing Wage-Fixing Antitrust | Active<br>✓ MTD Denied | Interim Co-Lead Counsel | *$217.2 Million at Various Stages* |
| Red Meat Processing Wage-Fixing Antitrust | Active<br>✓ MTD Denied | | *$200.2 Million at Various Stages* |
| Aerospace Employee Wage-Fixing Antitrust | Active | | |
| Naval Architects and Marine Engineers Wage-Fixing Antitrust | Active | | |

## FEES ANTITRUST LITIGATION

One of our firm's key strengths is its eye for detail. Hagens Berman's legal team includes attorneys versed in forensic accounting, and between our legal team and hired experts, we leave no stone unturned, uncovering fraud in the area of fees and unlawful antitrust schemes.

999999-07/2889572 V1

HAGENS BERMAN SOBOL SHAPIRO LLP

| CASE | STATUS | POSITION | RESULT |
|------|--------|----------|--------|
| Visa Check/MasterMoney Antitrust | **Settled** | Co-Lead Counsel | $25 Billion |
| Visa MasterCard ATM Antitrust | Active | Co-Lead Counsel | $66.7 Million, *$197.5 Million Pending* |
| PayPal Fees Antitrust | Active | | |

## ANTITRUST LITIGATION AGAINST HIGH TECH COMPANIES

Hagens Berman brings cutting edge cases against major tech companies. We leverage our resources, breadth of knowledge and expert litigation strategies against harmful anticompetitive practices, price-fixing and other instances of antitrust schemes perpetrated by Big Tech. While some of these companies believe they are too big to fail, our firm is well-practiced in uncovering wrongdoing and holding responsible parties accountable for widespread anticompetitive practices that can harm millions.

| CASE | PRIMARY PRACTICE AREA | STATUS | POSITION | RESULT |
|------|----------------------|--------|----------|--------|
| Apple E-Books Antitrust Litigation | Antitrust | **Settled** | Co-Lead Counsel | $616 Million |
| Apple iOS App Developers US | Antitrust | **Settled** | Class Counsel | $100 Million |
| Google Play Store App Developers | Antitrust | **Settled** | Co-Lead Counsel | $90 Million |
| Amazon Online Retailer Consumer Antitrust (Frame-Wilson) | Antitrust | Active ✓ MTD Denied | Interim Co-Lead Counsel | |
| Amazon Buy Box U.K. | Antitrust | Active ✓ Permission to Appeal Refused | Co-Lead Counsel | |
| Amazon E-Books Price-Fixing | Antitrust | Active ✓ MTD Denied | Co-Lead Counsel | |
| Amazon.com Antitrust (De Coster) | Antitrust | Active ✓ MTD Denied | Co-Lead Counsel | |
| Facebook Antitrust | Antitrust | Active ✓ MTD Denied | Interim Co-Lead Counsel | |
| Amazon.com Consumer Fraud | Antitrust | Active ✓ MTD Denied | | |
| Apple & Amazon.com iPhone & iPad Overpricing Antitrust | Antitrust | Active ✓ MTD Denied | | |
| Apple Pay Payment Card Issuer Antitrust | Antitrust | Active ✓ MTD Denied | | |
| Amazon Buy Box U.S. | Antitrust | Active | | |
| Apple iCloud Antitrust | Antitrust | Active | | |
| Apple iPhone Overpricing Antitrust | Antitrust | Active | | |

HAGENS BERMAN SOBOL SHAPIRO LLP

## MANUFACTURER PRICE-FIXING ANTITRUST LITIGATION

In antitrust law, price-fixing schemes are cloistered within heavily shrouded groups of major market kingpins. Therein, they seek to protect and hide their behavior. Manufacturing is a common landscape for this behavior, and our antitrust team is well-versed in investigating antitrust fraud in this space.

| CASE | STATUS | POSITION | RESULT |
|------|--------|----------|--------|
| Batteries Antitrust | Settled | Co-Lead Counsel | $113 Million |
| DRAM Manufacturers | Settled | Class Counsel | $406 Million |
| LG Philips and Toshiba LCD | Settled | | $470 Million |
| Optical Disc Drives (ODD) | Settled | Lead Counsel | $205 Million |
| Panasonic Resistors Antitrust | Settled | Co-Lead Counsel | $50 Million |

## PHARMACEUTICAL FRAUD ANTITRUST LITIGATION

In the pharmaceutical arena, Hagens Berman represents purchasers of all types in lawsuits alleging that drug companies illegally blocked or delayed generic drugs from coming to market. By keeping generics out of the market, drug companies force purchasers to continue buying their expensive brand-name drugs, lining drug companies' pockets at the expense of those who pay for drugs. Our firm's pharmaceutical antitrust recoveries have returned many hundreds of millions of dollars to purchasers.

| CASE | STATUS | POSITION | RESULT |
|------|--------|----------|--------|
| Glumetza Antitrust | Settled | Co-Lead Counsel | $453 Million |
| Suboxone Antitrust | Settled | Co-Lead Counsel, Direct Purchaser Class | $385 Million |
| Ranbaxy Inc. Antitrust | Settled | Co-Lead Counsel | $340 Million |
| Flonase Antitrust | Settled | Co-Lead Counsel | $150 Million |
| Prograf Antitrust | Settled | Co-Lead Counsel | $98 Million |
| Celebrex Antitrust | Settled | Interim Lead Counsel | $94 Million |
| Lipitor Antitrust | Settled | Co-Lead Counsel | $93 Million |
| Relafen Antitrust | Settled | | $75 Million |
| Skelaxin Antitrust | Settled | Lead Counsel | $73 Million |
| Tricor Antitrust | Settled | Co-Lead Counsel | $65 Million |
| Allergan Restasis Antitrust | Settled | Interim Lead Counsel | $51 Million |
| Toprol XL Antitrust | Settled | Co-Lead Counsel | $20 Million |
| Zetia Antitrust | Settled | Lead Counsel & Interim Class Counsel | Confidential Terms |
| Generic Pharmaceuticals Pricing Antitrust | Active | Plaintiffs' Steering Committee | *$86 Million Preliminarily Approved* |
| Actos Antitrust | Active | Interim Co-Lead Counsel | |
| Effexor XR Antitrust | Active | Interim Class Counsel | |
| Gilead HIV Antiretroviral Antitrust | Active | Co-Lead Counsel | |

HAGENS BERMAN SOBOL SHAPIRO LLP

| | | |
|---|---|---|
| Intuniv Antitrust | Active | Lead Counsel |
| Niaspan Antitrust | Active | Co-Lead Counsel, Direct Purchaser Class |
| Sensipar Antitrust Litigation | Active | Co-Lead Counsel |
| Tracleer Antitrust | Active | Co-Lead Counsel |
| Vascepa Antitrust | Active | Interim Co-Lead Counsel |
| Xyrem Antitrust Litigation | Active | Plaintiffs' Steering Committee |
| Amitiza Antitrust | Active | |
| Copaxone Antitrust | Active | |
| Eylea Antitrust | Active | |
| Lantus (Insulin Glargine) Antitrust | Active | |
| Pomalyst (Pomalidomide) Antitrust | Active | |
| Revlimid Antitrust | Active | |
| Stelara Antitrust | Active | |

HAGENS BERMAN SOBOL SHAPIRO LLP

TEAM



steve@hbsslaw.com

T 206-623-7292
F 206-623-0594

1301 Second Avenue
Suite 2000
Seattle, WA 98101

**YEARS OF EXPERIENCE**

44

**PRACTICE AREAS**

Anti-Terrorism
Automotive Litigation
Civil & Human Rights
Class Action
Consumer Rights
Emissions Litigation
Environmental Litigation
Governmental Representation
High Tech Litigation
Intellectual Property
Investor Fraud
Patent Litigation
Qui Tam
Securities
Sexual Abuse & Harassment
Sports Litigation
Whistleblower

**BAR ADMISSIONS**

- Illinois
- Washington
- Foreign Registered Attorney in
  England and Wales

**COURT ADMISSIONS**

- Supreme Court of the United
  States

MANAGING PARTNER

# Steve W. Berman

Served as co-lead counsel against Big Tobacco, resulting in the largest settlement in world history, and at the time the largest automotive, antitrust, ERISA and securities settlements in U.S. history

## INTRODUCTION

Steve Berman has dedicated this career as a class-action plaintiffs' lawyer to improving the lives of those most in need. He represents large classes of consumers, investors and employees in large-scale, complex litigation held in state and federal courts. Steve's trial experience has earned him significant recognition and led The National Law Journal to name him one of the 100 most powerful lawyers in the nation, and to repeatedly name Hagens Berman one of the top 10 plaintiffs' firms in the country. Steve's class-action lawsuits have led to record-breaking settlements, historic changes to industries and made real change possible for millions of individuals.

Steve co-founded Hagens Berman in 1993 after his prior firm refused to represent several young children who consumed fast food contaminated with E. coli — Steve knew he had to help. In that case, Steve alleged that the poisoning was the result of Jack in the Box's cost cutting measures and negligence. He was further inspired to build a firm that vociferously fought for the rights of those most in need. Berman's innovative approach, tenacious conviction and impeccable track record have earned him an excellent reputation and numerous historic legal victories. He is considered one of the nation's most successful class-action attorneys and has been praised for securing tangible benefits for class members, as well as outstanding monetary relief. Steve is particularly known for his tenacity in forging settlements that return a high percentage of recovery or meaningful industry change to class members.

Print & Online Feature Interviews »

## CURRENT ROLE

- Managing Partner of Hagens Berman Sobol Shapiro LLP and Hagens Berman EMEA
  LLP (U.K.), U.S. Managing Member of HBSS France

## CURRENT CASES

Steve leads the firm's efforts in the areas of antitrust, consumer protection and more, maintaining a leading edge amid shifting trends and technology. His active cases concern billions of dollars in damages and affect hundreds of millions of individuals. Steve's caseload spans several industries, including technology, college sports, agriculture and wages and include the following highlights.

## ANTITRUST LITIGATION

HAGENS BERMAN SOBOL SHAPIRO LLP

- U.S. Court of Appeals for the First Circuit
- U.S. Court of Appeals for the Second Circuit
- U.S. Court of Appeals for the Third Circuit
- U.S. Court of Appeals for the Fifth Circuit
- U.S. Court of Appeals for the Sixth Circuit
- U.S. Court of Appeals for the Seventh Circuit
- U.S. Court of Appeals for the Eighth Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Court of Appeals for the Tenth Circuit
- U.S. Court of Appeals for the Eleventh Circuit
- U.S. Court of Appeals for the D.C. Circuit
- U.S. Court of Appeals for the Federal Circuit
- U.S. Court of Federal Claims
- U.S. District Court for the District of Colorado
- U.S. District Court for the Northern District of Illinois
- U.S. District Court for the Central District of Illinois
- U.S. District Court for the Eastern District of Michigan
- U.S. District Court for the Eastern District of Washington
- U.S. District Court for the Western District of Washington
- Supreme Court of Illinois
- Supreme Court of Washington

**EDUCATION**



University of Chicago Law School, J.D., 1980



University of Michigan, B.A., 1976

The antitrust lawsuits that Steve Berman has led have secured settlements valued at more than $27 billion, spotlighting anticompetitive practices that have harmed consumers across various industries. Steve's outstanding work in this field has earned the firm accolades and awards, and his current caseload speaks to the breadth of the firm's impact.

| CASE | DESCRIPTION |
|------|-------------|
| Amazon Buy Box | Class action against Amazon for violating state consumer protection laws through the alleged use of a biased algorithm<br>**Status:** Complaint filed |
| Amazon E-Books Price-Fixing<br>Co-Lead Counsel | Class action accusing Amazon of establishing an illegal monopoly of the e-books market and charging artificially inflated prices<br>**Status:** Court denies Amazon's motion to dismiss monopoly claims |
| Amazon Online Retailer Consumer Antitrust (Frame-Wilson)<br>Interim Co-Lead Counsel | Class action accusing Amazon of increasing prices for online purchases made via other retailers<br>**Status:** Amazon's motion to dismiss claims denied |
| Amazon.com Antitrust (De Coster)<br>Co-Lead Counsel | Class action accusing Amazon of violating federal antitrust laws, causing customers to pay artificially high prices for products purchased via Amazon<br>**Status:** Motion to dismiss denied |
| Apple iCloud Antitrust | Class action accusing Apple of violating antitrust laws and establishing a monopoly through its iOS cloud-based storage policies<br>**Status:** Complaint filed |
| Apple Pay Payment Card Issuer Antitrust | Class action accusing Apple of intentionally monopolizing the billion-dollar mobile wallet market on iOS platforms, forcing payment card issuers to pay supracompetitive fees and stifling innovation<br>**Status:** Motion to dismiss denied in part |
| NCAA Student-Athlete Name, Image and Likeness<br>Co-Lead Counsel | Class action representing current and former NCAA college athletes accusing the NCAA and its conferences of illegally limiting the compensation athletes may receive for the use of their names, images and likenesses<br>**Status:** Preliminary approval of $2.78 billion settlement granted |
| Real Estate Commissions Antitrust<br>Co-Lead Counsel | Class action against four national broker franchises alleging parties illegally inflated commissions associated with home sales<br>**Status:** Settlements reached totaling $693.2 million |
| Visa Mastercard ATM<br>Co-Lead Counsel | Class action alleging that Visa and MasterCard, with BofA, JP Morgan Chase and Wells Fargo, established uniform agreements with U.S. banks, preventing ATM operators from setting access fees below the level of fees charged on Visa's and MasterCard's networks<br>$197.5 million settlement with Visa and Mastercard receives preliminary approval, bringing total settlements to $264.2 million if approved |

## AGRICULTURE ANTITRUST LITIGATION

The firm's total settlements in this area of litigation is valued at more than $636.32 million and have affected the lives of U.S. consumers and employees in the meat-processing industry. As inflation continues to rise, combatting anticompetitive schemes raising the cost of food is an issue pertinent to families across the nation.

HAGENS BERMAN SOBOL SHAPIRO LLP

**AWARDS**



THE NATIONAL
LAW JOURNAL
ELITE TRIAL
LAWYERS

THE NATIONAL
LAW JOURNAL
PLAINTIFFS' HOT LIST

100 MOST INFLUENTIAL
LAWYERS IN AMERICA
| A SPECIAL REPORT |

MOST POWERFUL
ATTORNEY
STATE OF WASHINGTON
THE NATIONAL LAW JOURNAL



| CASE | DESCRIPTION |
|---|---|
| Poultry Processing Wage-Fixing Antitrust<br>Interim Co-Lead Counsel | Class action alleging wage-fixing agreement between the nation's biggest poultry companies<br>**Status:** Settlements reached totaling $217.2 million |
| Red Meat Processing Wage-Fixing Antitrust | Class action against the nation's largest meat processing companies alleging a yearslong wage-fixing agreement, causing employees to receive far less than legally owed<br>**Status:** : Settlements pending before the court total $200.2 million |
| Beef Antitrust<br>Interim Co-Lead Counsel | Class action alleging major food corporations engaged in illegal conduct regarding the marketing and sales of beef products<br>**Status:** Motion to dismiss denied |
| Broiler Chicken Antitrust<br>Co-Lead Counsel | Class action accusing major food corporations of increasing the price of chicken in violation of antitrust laws<br>**Status:** Settlements totaling $181 million are pending court approval, class certification granted |
| Pork Antitrust<br>Co-Lead Counsel | Class action alleging pork producers colluded to reduce pork production to artificially inflate prices<br>**Status:** Settlements reached totaling $95 million |
| Turkey Antitrust<br>Interim Co-Lead Counsel | Class action alleging antitrust scheme by food corporations<br>**Status:** Settlement reached with Tyson for $4.62 million, seven remaining defendants |

**AUTO DEFECT & EMISSIONS LITIGATION**

Hagens Berman's settlements in automotive defect and emissions lawsuits are collectively valued at more than $21.4 billion and have led to significant safety protocols and changes in the auto industry. Steve's expertise leading complex litigation has led him to be hand-selected to champion the rights of vehicle owners. He remains dedicated to unearthing new instances of defect coverups, emissions cheating and safety concerns, utilizing the firm's resources to lead the charge against negligence.

| CASE | DESCRIPTION |
|---|---|
| Hyundai/Kia Car Theft Defect<br>Co-Lead Counsel | Class action stemming from Hyundai and Kia's failure to equip nearly nine million vehicles with an immobilizer antitheft device<br>**Status:** Settlement granted final approval |
| Daimler Mercedes BlueTEC Emissions – Australia<br>Advisory Role | Following Hagens Berman's $700 million settlement with Mercedes for alleged emissions cheating in the U.S., the firm has taken an advisory role in comparable litigation against Daimler filed in Australia.<br>**Status:** Pending and active |
| FCA Dodge RAM 2500/3500 Emissions – 2007-2012 & 2013-2023 | Class action alleging Fiat Chrysler/Stellantis and Cummins placed emissions-cheating defeat devices in affected RAM trucks<br>**Status:** 2007-2012 models: motion to dismiss denied in part; 2013-2023 models: complaint filed |
| FCA Chrysler Pacifica Hybrid Minivan Fire Hazard<br>Co-lead Counsel | Class action against Fiat Chrysler/Stellantis alleging a defect in the design of Chrysler Pacifica hybrid minivans results in spontaneous fires while vehicle is parked and off<br>**Status:** Motion to dismiss denied |

HAGENS BERMAN SOBOL SHAPIRO LLP

| General Motors CP4 Fuel Pump Defect<br>Class Counsel | Class action alleging Chevy Silverado and GMC Sierra trucks with a Duramax diesel 6.6 V8 engine are equipped with a defective high-pressure fuel injection pump.<br>**Status:** Class certification granted |
|---|---|
| VW Atlas Wiring Harness Defect<br>Co-Class Counsel | Class action accusing VW of a manufacturing defect in the door wiring harness of VW Atlas vehicles, allegedly causing vehicles' systems to malfunction<br>**Status:** Settlement granted preliminary approval |

## SECURITIES LITIGATION

Hagens Berman's total settlements in securities litigation valued at more than $2.9 billion, and Steve's efforts in this area have helped to recover losses for millions of individuals who have been blindsided by instances of fraud and disinformation orchestrated by publicly traded companies.

| CASE | DESCRIPTION |
|---|---|
| Plantronics, Inc. (NYSE: PLT)<br>Co-Lead Counsel | Class action representing Plantronics investors seeking to recover damages caused by violations of the Securities Exchange Act of 1934<br>**Status:** Motion to dismiss denied |
| Vaxart, Inc. (NASDAQ: VXRT)<br>Lead Counsel | Class action against Vaxart and controlling shareholder, Armistice, alleging claims under federal securities laws<br>**Status:**$12.015 million partial settlement reached |
| Zillow Group, Inc. (NASDAQ: Z, ZG)<br>Lead Counsel | Class action alleging defendants falsely touted the durability and acceleration of Zillow Offers and improvements to pricing models<br>**Status:** Motion to dismiss denied |

## RECENT SUCCESS

Steve Berman has achieved monumental settlements within the last two years, bringing hundreds of millions of dollars of relief to classes of everyday individuals affected by pricing schemes, automotive defects and other instances of wrongdoing. Through his recent case work, Steve maintains Hagens Berman's edge and excellence in class-action litigation.

| CASE NAME | DATE | RECENT SUCCESS |
|---|---|---|
| NCAA Student-Athlete Name, Image and Likeness<br>Co-Lead Counsel | 10/10/24 | $2.78 billion settlement receives preliminary approval |
| Hyundai / Kia Car Theft Defect<br>Co-Lead Counsel | 10/01/24 | Settlement receives final approval |
| Ford Super Duty Roof Crush | 09/30/24 | Court denies in part motion to dismiss |
| BMW X and 335d Diesel Emissions | 09/25/24 | Settlement receives final approval |
| USAA Bank Interest & Fees<br>Class Counsel | 09/06/24 | Settlement granted preliminary approval |
| General Motors Duramax Emissions | 08/22/24 | Dismissal reversed by U.S. Court of Appeals |

HAGENS BERMAN SOBOL SHAPIRO LLP

| | | |
|---|---|---|
| Amazon.com COVID-19 Price Gouging Consumer Litigation | 08/08/24 | Washington Supreme Court allows proposed class-action alleging price-gouging to move forward |
| Visa MasterCard ATM Co-Lead Counsel | 07/26/23 | $197.5 million settlement with Visa and Mastercard receives preliminary approval |
| Seattle Children's Hospital Discrimination & Personal Injury Counsel | 05/16/24 | Motion to dismiss WLAD claim denied |
| Payback Class Counsel | 05/13/24 | Settlement receives final approval |
| Real Estate Commissions Antitrust Co-lead Counsel | 04/23/24 | $418 million settlement with NAR receives preliminary approval |
| Hyundai / Kia Engine Fire Hazard Co-lead Counsel | 04/09/24 | Settlement receives final approval |
| NCAA/EA Video Games Likeness Co-lead Counsel | 03/04/24 | 10,000 athletes revive EA College Football Videogame following NIL litigation |
| University of Washington College Tuition Payback | 06/29/23 | Class certification granted |
| Hyundai / Kia Hydraulic Electronic Control Unit (HECU) Fire Hazard | 05/05/23 | Settlement receives final approval |
| CP4 Fuel Pump Defect – GM/Ford/FCA | 03/31/23 | Motion to dismiss denied |
| Pork Antitrust Co-Lead Counsel | 09/27/22 | Settlement agreements reached |
| Amazon.com Consumer Fraud | 09/14/22 | California AG files similar case, echoing Hagens Berman's claims |
| Poultry Processing Wage-Fixing Antitrust Interim Co-Lead Counsel | 07/19/22 | Motions to dismiss denied |

## CAREER HIGHLIGHTS

Steve's career highlights encompass the top cases in world history both in their historical significance and in their monetary relief. Steve's total settlements are valued at more than $316 billion, including the infamous Big Tobacco litigation of the 90s, and have had major national impact. Steve's career highlights include Enron pension protection, justice for victims of Harvey Weinstein, restitution for those affected by Volkswagen's Dieselgate scandal, the complete remaking of college sports compensation and more.

HAGENS BERMAN SOBOL SHAPIRO LLP

His career focus remains clear: steadfast representation for those most in need across the nation. Steve's cases have brought widespread benefit to classes of individuals spanning industries and decades. Lawsuits he has settled have reunited Hungarian Holocaust survivors with priceless family heirlooms, and also enacted major changes in youth soccer and NCAA sports to promote safety and minimize the risk of concussions. Below are Steve's outstanding career highlights.

| CASE/ROLE | SETTLEMENT VALUE | NATIONAL IMPACT |
|---|---|---|
| State Tobacco Litigation <br> Special Assistant Attorney General Representing 13 States | $260 billion | **Largest civil settlement in history** <br> The multi-state agreement required tobacco companies to pay the states $260 billion and submit to broad advertising and marketing restrictions, leaving a lasting and widespread impact. |
| Visa Check/MasterMoney Antitrust Litigation <br> Co-lead Counsel | $25 billion | **Largest antitrust settlement in U.S. history at the time** <br> Agreements with Visa and Mastercard secured relief valued at as much as $25-87 billion, and injunctive relief reducing interchange rates, among other benefits. |
| Volkswagen/Porsche/Audi Emissions Scandal <br> Plaintiffs' Steering Committee and Settlement Negotiating Team | $14.7 billion | **Largest ever brought against any automaker** <br> Hagens Berman's automotive legal team was the first to file in this historic lawsuit against Volkswagen for its emissions cheating and masking of harmful pollutants, culminating in a historic settlement. |
| Volkswagen Franchise Dealerships <br> Lead Counsel | $1.67 billion | The firm achieved a monumental settlement on behalf of Volkswagen dealerships across the U.S. blindsided by the automaker's emissions cheating, returning an average payment to each Dealer Settlement Class Member of approximately $1.85 million. |
| Toyota Sudden, Unintended Acceleration <br> Co-lead Counsel | $1.6 billion | **Largest automotive settlement in history at the time** <br> The firm did not initially seek to lead this litigation but was sought out by the judge for its wealth of experience in managing very complex class-action MDLs. |
| Hyundai / Kia Theta II GDI Engine Fire Hazard Settlement <br> Co-lead Counsel | $1.3 billion | The firm achieved a settlement in response to a defect in 4.1 million Hyundai and Kia vehicles equipped with Theta II GDI engines putting owners at risk for spontaneous, non-collision engine fires or premature engine failure. |
| Mercedes BlueTEC <br> Co-lead Counsel | $700 million | Spurred by the firm's success in the Volkswagen Dieselgate case, Steve independently tested diesel vehicles across manufacturers, uncovering additional instances of emissions-cheating, masked via illegal defeat devices. |

HAGENS BERMAN SOBOL SHAPIRO LLP

| | | |
|---|---|---|
| Apple E-Books Antitrust<br>Co-lead Counsel | $568 million | This antitrust lawsuit alleged Apple and five of the nation's top publishers colluded to raise the price of e-books for U.S. consumers. Steve's litigation resulted in an unheard of recovery equal to twice consumers' actual damages. Apple took the case to the U.S. Supreme Court, where it denied Apple's request to review the case. |
| McKesson Drug Class Litigation<br>Co-lead Counsel | $350 million | Steve was named co-lead counsel in this action that led to a rollback of benchmark prices of hundreds of brand name drugs, and relief for third-party payers and insurers. His discovery of the McKesson scheme led to follow up lawsuits by governmental entities and recovery in total of over $600 million. |
| Average Wholesale Price Litigation | $338 million | Drug prices charged to consumers and payers across the nation are significantly more than the cost to produce them. In many cases, Big Pharma conspires with other companies to create these false profits. Hagens Berman has helped several classes of plaintiffs obtain multimillion-dollar judgments. |
| Enron Pension Protection Litigation<br>Co-lead Counsel | $250 million | Attorneys represented 24,000 Enron employees claiming the company recklessly endangered retirement funds, causing some employees to lose hundreds of thousands of dollars almost overnight, in a major economic milestone in U.S. history. |
| BoA Homeloans | $250 million | Following the historic market crash in 2008, Hagens Berman filed this class action against Bank of America, Countrywide and LandSafe, alleging their collusion was in direct violation of the RICO Act and other laws. |
| McKesson Governmental Entity Class Litigation<br>Lead Counsel | $82 million | Steve was lead counsel for a nationwide class of local governments that resulted in a settlement for drug price-fixing claims. |
| JPMorgan Madoff Lawsuit | $218 million | This historic settlement against JPMorgan involved three simultaneous, separately negotiated settlements totaling more than $2.2 billion, in which Hagens Berman returned hundreds of millions of dollars on behalf of Bernard L. Madoff investors. |
| NCAA Athletic Grant-in-Aid Cap Antitrust<br>Co-lead Counsel | $208 million | Steve pioneered this historic case which forever changed NCAA sports and the lives of 53,748 class members. The case culminated in a $208 million settlement regarding damages and injunctive relief secured through a unanimous U.S. Supreme Court decision in favor of plaintiffs. According to the Court, the NCAA "permanently restrained and enjoined from agreeing to fix or limit compensation or benefits related to education" that conferences or schools may make available. Schools are now allowed to provide benefits tethered to education up to $6,000 annually |

HAGENS BERMAN SOBOL SHAPIRO LLP

| | | |
|---|---|---|
| Apple iOS App Developers<br>Class Counsel | $100 million | Hagens Berman represented developers of iOS apps sold via Apple's App Store or featuring in-app sales, alleging the tech giant engaged in anticompetitive practices that harmed developers. The settlement brings important changes to App Store policies and practices. U.S. iOS app developers with less than $1 million per year in proceeds from App Store sales through all associated developer accounts across the nation can receive hundreds to tens of thousands of dollars from the fund. |
| Google Play Store App Developers<br>Co-lead Counsel | $90 million | This antitrust class action accused Google of monopolizing its Play Store through anticompetitive policies, affecting small businesses across the nation. Attorneys for the class of roughly 43,000 Android app developers say some class members will likely see payments in the hundreds of thousands of dollar |
| Zuora Investor Fraud<br>Lead Counsel | $75.5 million | In a showcase of Steve's securities litigation expertise, this settlement achieved in 2023 provides significant relief to purchasers of the securities of Zuora across the U.S. |
| NCAA Concussions<br>Lead Counsel | $75 million | Hagens Berman served as lead counsel in this multidistrict litigation against the NCAA, achieving medical monitoring and injunctive relief in the form of changes to concussion management and return-to-play guidelines. The lawsuit alleged the institutions neglected to protect college athletes from concussions and their aftermath at schools across the country. |
| NCAA/Electronic Arts Name and Likeness<br>Co-lead Counsel | $60 million | This first-of-its-kind lawsuit ushered in the first time that hardworking college athletes saw some of the profits from the use of their likeness in video games. More than 24,000 individuals were eligible to receive payment, and checks were issued for up to $7,600, with a median around $1,100. |
| Harvey Weinstein Sexual Harassment | $17.1 million | As the #MeToo movement hit a fever pitch moment, Hagens Berman's Steve Berman represented a class of those harmed by Harvey Weinstein, a kingpin of sexual harassment in Hollywood. The firm litigated the case through to bankruptcy proceedings in 2020. |
| Youth Soccer Concussions | | Steve pioneered this first-of-its-kind lawsuit that ended heading for US Soccer's youngest players to diminish risk of concussions and traumatic brain injuries, changing the game for youth players across the U.S. |

## ACTIVITIES

- In April of 2021, the University of Michigan School for Environment and Sustainability (SEAS) launched the Kathy and Steve Berman Western Forest and Fire Initiative with a philanthropic gift from Steve (BS '76) and his wife, Kathy. The program will improve

HAGENS BERMAN SOBOL SHAPIRO LLP

society's ability to manage western forests to mitigate the risks of large wildfires, revitalize human communities and adapt to climate change. Steve studied at the School of Natural Resources (now SEAS) and volunteered as a firefighter due to his focus on environmental stewardship. *Read more »*

- In 2003, the University of Washington announced the establishment of the Kathy and Steve Berman Environmental Law Clinic. The Berman Environmental Law Clinic draws on UW's environmental law faculty and extensive cross-campus expertise in fields such as Zoology, Aquatic and Fishery Sciences, Forest Resources, Environmental Health and more. In addition to representing clients in court, the clinic has become a definitive information resource on contemporary environmental law and policy, with special focus on the Pacific Northwest.

## RECOGNITION

- Antitrust Enforcement Award Honoree, American Antitrust Institute, 2018, 2019, 2021, 2024

- 500 Global Plaintiff Lawyers, Lawdragon, 2024

- 500 Leading Lawyers in America, Plaintiff Financial Lawyers, Lawdragon, 2023-2024

- 500 Leading Lawyers in America, Plaintiff Consumer Lawyers, Lawdragon, 2024

- Lawyer of the Year, Litigation, Securities Litigation, Best Lawyers, 2024

- The Best Lawyers in America, Antitrust Litigation, Best Lawyers, 2024

- The Best Lawyers in America, Securities Litigation, Best Lawyers, 2024

- The Best Lawyers in America, Plaintiffs Mass Tort Litigation/Class Actions, Best Lawyers, 2024

- The Best Lawyers in America, Plaintiffs Product Liability Litigation, Best Lawyers, 2024

- Legal Lion of the Week as part of the litigation team that achieved class certification in NCAA Student-Athlete Name, Image and Likeness, Law360, 2023

- Best Lawyers in America in Litigation, Securities and Product Liability Litigation, Plaintiffs and Other Areas of Note, 2023

- Washington Super Lawyers, 1999-2023

- Titan of the Plaintiffs Bar, Law360, 2018, 2020, 2022

- Leading Commercial Litigators, The Daily Journal, 2022

- Hall of Fame, Lawdragon, 2022

- Plaintiffs' Attorneys Trailblazer, The National Law Journal, 2017, 2022

- Sports & Entertainment Law Trailblazer, The National Law Journal, 2021

- Class Action MVP of the Year, Law360, 2016-2020

- Elite Trial Lawyers, The National Law Journal, 2014-2016, 2018-2019

- 500 Leading Lawyers in America, Lawdragon, 2014-2019

- State Executive Committee member, The National Trial Lawyers, 2018

- Class Actions (Plaintiff) Law Firm of the Year in California, Global Law Experts, 2017

HAGENS BERMAN SOBOL SHAPIRO LLP

- Finalist for Trial Lawyer of the Year, Public Justice, 2014

- One of the 100 most influential attorneys in America, The National Law Journal, 2013

- Most powerful lawyer in the state of Washington, The National Law Journal, 2000

- One of the top 10 plaintiffs' firms in the country, The National Law Journal

## PRESENTATIONS

- Steve is a frequent public speaker and has been a guest lecturer at Stanford University, University of Washington, University of Michigan and Seattle University Law School.

## PERSONAL INSIGHT

Steve was a high school and college soccer player and coach. Now that his daughter's soccer skills exceed his, he is relegated to being a certified soccer referee and spends weekends being yelled at by parents, players and coaches (as opposed to being yelled at by judges during the week). Steve is also an avid cyclist and is heavily involved in working with young riders on the international Hagens Berman Axeon cycling team.

HAGENS BERMAN SOBOL SHAPIRO LLP



bens@hbsslaw.com

T 510-725-3000
F 510-725-3001

715 Hearst Avenue
Suite 300
Berkeley, CA 94710

**YEARS OF EXPERIENCE**

16

**PRACTICE AREAS**

Antitrust Litigation
Class Action
High Tech Litigation
Sports Litigation

**BAR ADMISSIONS**

▪ California

**COURT ADMISSIONS**

▪ U.S. Court of Appeals for the
  Ninth Circuit
▪ U.S. District Court for the
  Northern District of California
▪ U.S. District Court for the
  Eastern District of California

**CLERKSHIPS**

▪ Honorable Thomas M. Reavley,
  Fifth Circuit Court of Appeals

**EDUCATION**

**TEXAS LAW**

The University of Texas School of
Law, The University of Texas LBJ
School of Public Affairs, J.D.,
M.P.A., Order of the Coif, High
Honors, 2007 Articles Editor,
Texas Law Review; Texas Law
Review Best Litigation Note,
Volume 85; Texas Law Public
Interest Fellowship; LBJ
Foundation Award, First in Class

**OF COUNSEL**

# Benjamin J. Siegel

Mr. Siegel is an experienced litigator with a focus on antitrust law who has represented clients in state and federal courts, on appeals, as well as before arbitrators and governmental agencies, and has achieved significant settlements for clients.

**CURRENT ROLE**

- Of Counsel, Hagens Berman Sobol Shapiro LLP

**RECENT CASES**

- *In re College Athlete NIL Litigation*, No. 4:20-cv-03919 (N.D. Cal.)

- *Carter v. NCAA et al.*, No. 3:23-cv-06325 (N.D. Cal.)

- *In re Optical Disk Drive Prods. Antitrust Litigation*, No. 3:10-md-2143-RS (N.D. Cal.)

- *Bartron et al. v. Visa Inc. et al.*, 1:11-cv-01831 (D.D.C.)

- *In re NCAA Grant-In-Aid Antitrust Litigation*, 4:14-md-02541-CW (N.D. Cal.)

- *In re Resistors Antitrust Litigation*, 5:15-cv-03820-JD (N.D. Cal.)

**EXPERIENCE**

- Following his work at Boies, Schiller & Flexner LLP in 2008-2009, Mr. Siegel has litigated cases on behalf of plaintiffs for the past 14 years.

**LEGAL ACTIVITIES**

- Alameda County Bar Association

**RECOGNITION**

- Northern California Super Lawyers, 2024

- Legal Lion of the Week as part of the litigation team that achieved class certification in NCAA Student-Athlete Name, Image and Likeness, Law360, 2023

- Honoree for Outstanding Antitrust Litigation Achievement in Private Law Practice, American Antitrust Institute, 2021

- Rising Stars, Super Lawyers, 2018

**PUBLICATIONS**

- Constitutional Rights and the Counter-Majoritarian Dilemma, May 15, 2007 (unpublished Master's thesis, University of Texas at Austin)

- Benjamin Siegel, Note, "Applying a 'Maturity Factor' Without Compromising the Goals of the Class Action," 85 Texas Law Review 74, 2007

## Yale University

Yale University, B.A. Political Science, cum laude, Phi Beta Kappa, 2000

**AWARDS**



RISING STARS

- Benjamin Siegel et al., "Beyond the Numbers: Improving Postsecondary Success through a Central Texas High School Data Center," LBJ School of Public Affairs, Policy Research Report No. 148, 2005

- Benjamin Siegel, "California Must Protect Health Care for Medi-Cal Children," 15 Youth Law News 1, 2004

- Jenny Brodsky, Jack Habib and Benjamin Siegel, "Lessons for Long-Term Care Policy, World Health Organization," Publication No. WHO/NMH7CCL/02.1, 2002

- Jenny Brodsky, Jack Habib, Miriam Hirschfeld and Benjamin Siegel, "Care of the Frail Elderly in Developed and Developing Countries: the Experience and the Challenges," 14 Aging Clinical & Experimental Research 279, 2002

### PERSONAL INSIGHT

When not working to enforce the nation's antitrust laws, Mr. Siegel enjoys spending time with his wife and three young children in his hometown of Oakland, California. He also likes playing softball and pick-up basketball with his friends.

HAGENS BERMAN SOBOL SHAPIRO LLP



emilees@hbsslaw.com

T 206-623-7292
F 206-623-0594

1301 Second Avenue
Suite 2000
Seattle, WA 98101

**YEARS OF EXPERIENCE**
9

**PRACTICE AREAS**
Antitrust Litigation
Class Action
Consumer Rights
Sports Litigation

**BAR ADMISSIONS**
▪ Washington

**COURT ADMISSIONS**
▪ U.S. District Court for the
   Western District of Washington

**EDUCATION**



Seattle University School of Law,
J.D.



University of Oregon, B.A.

**ASSOCIATE**

# Emilee Sisco

Ms. Sisco is an associate at Hagens Berman and practices in the areas of sports litigation, antitrust and consumer protection. As a former Division I athlete, she has worked on the firm's cases against the NCAA, furthering the rights of college-athletes across the nation.

**CURRENT ROLE**
- Associate, Hagens Berman Sobol Shapiro LLP

**RECENT SUCCESS**
- *Namoff v. Fleishman & Shapiro, P.C. et al.*

- *In re National Prescription Opiate Litigation*

- *In re NCAA Athletic Grant-In-Aid Cap Antitrust Litigation*

- *In re General Motors LLC Ignition Switch Litigation*

**EXPERIENCE**
- Law Clerk for Washington State Office of the Attorney General – Antitrust Division

**LEGAL ACTIVITIES**
- During 2L and 3L years in law school, Ms. Sisco was a fulltime volunteer intern for the WSBA Moderate Means Program. She volunteered more than 250 hours of pro bono service during law school.

**RECOGNITION**
- Legal Lion of the Week as part of the litigation team that achieved class certification in *NCAA Student-Athlete Name, Image and Likeness*, Law360, 2023

- 2021, 2019 Honoree for Outstanding Antitrust Litigation Achievement in Private Law Practice, American Antitrust Institute

**LANGUAGES**
- Latin

**PERSONAL INSIGHT**
Ms. Sisco was a Division I volleyball athlete for the University of Oregon and University of Colorado. She was a member of the U.S. Women's Volleyball A3 team and was also a three-sport varsity athlete throughout high school, earning top 10 state finishes in two events at the WIAA Track & Field Championship.

HAGENS BERMAN SOBOL SHAPIRO LLP



stephaniev@hbsslaw.com

T 206-623-7292
F 206-623-0594

1301 Second Avenue
Suite 2000
Seattle, WA 98101

**PRACTICE AREAS**

Sports Litigation

**INDUSTRY EXPERIENCE**

- Sports Governance
- Sports Policy and Protocols

**COURT ADMISSIONS**

- U.S. District Court for the Western District of Washington

**EDUCATION**

SCHOOL OF LAW

UNIVERSITY of WASHINGTON

University of Washington School of Law, J.D., 2021, Order of Barristers



Seattle University, B.A. Political Science and Legal Studies, summa cum laude, 2015

ASSOCIATE
# Stephanie A. Verdoia

Stephanie brings to the firm a deep knowledge of professional sports policies, protocols and governance to enrich Hagens Berman's robust sports law practice.

## CURRENT ROLE

- Associate, Hagens Berman Sobol Shapiro LLP

- Ms. Verdoia's practice at the firm's Seattle office focuses primarily on sports litigation, where she applies her deep knowledge of sports governance, policies and protocols to bolster the firm's expansive work in this area of law.

## EXPERIENCE

- Prior to joining Hagens Berman, Ms. Verdoia interned at Seattle's Legal Voice, where she researched legal issues regarding gender equality by analyzing the interplay between constitutional principles, recently enacted state statutes and prevailing precedent.

- Ms. Verdoia also interned with the legal department at Seattle Sounders FC, where she provided legal research and solutions responding to the evolving developments of the COVID-19 pandemic.

## RECOGNITION

- Legal Lion of the Week as part of the litigation team that achieved class certification in NCAA Student-Athlete Name, Image and Likeness, Law360, 2023

## ACTIVITIES

- Her additional experience in professional sports lends itself to the firm's sports litigation practice area. Ms. Verdoia has years of experience in the realm of professional soccer as a midfielder in Norway's Toppserien top division soccer and with the National Women's Soccer League (NWSL) both for the Boston Breakers and most recently the OL Reign (formerly known as Seattle Reign FC).

- During her time in these roles, she trained with the top NWSL team to enhance squad development with the Reign; led Norway's Vålerenga Fotbal Damer to the national championship game; and was one of only 36 women nationally drafted into the professional female league when she began her professional sports career in 2015 with the Boston Breakers.

- Ms. Verdoia has also served as a league representative, helping to take a leadership role in the sport by conducting conversation with key league figures to further players' interests and advance gender equity in sport. She also implemented working standards to create a safer environment and established a framework for a future players association.

HAGENS BERMAN SOBOL SHAPIRO LLP

### PERSONAL INSIGHT

As a lifelong soccer player, Stephanie spends her free time coaching youth soccer teams at the OL Reign Academy. She also enjoys camping anywhere in the Pacific Northwest with her fiancé, Shane, and her dog, Stevie.

ABOUT THE FIRM

# Notable Firm Success

## TOTAL FIRM SETTLEMENTS VALUED AT $320 BILLION

While many of our firm's cases harnessed litigation's power of pinpointed problem solving, Hagens Berman's track record of victories spans national issues and brings widespread relief to some of the largest classes ever certified in U.S. history. Our attorneys' career highlights encompass the top cases in world history, both in their historical significance and in their monetary relief, and include the infamous Big Tobacco litigation of the 90s, Enron pension protection, justice for victims of Harvey Weinstein, restitution for those affected by Volkswagen's Dieselgate scandal and more. Since our founding, our firm has made a difference in some of the most momentous and important moments in history.

### $260 Billion
### State Tobacco Litigation
Hagens Berman represented 13 states prosecuting major actions against Big Tobacco. The settlement led to a multistate settlement requiring the tobacco companies to pay the states and submit to advertising and marketing restrictions. It was the largest civil settlement in history.

### $25 Billion
### Visa Check/MasterMoney Antitrust Litigation
The firm served as co-lead counsel in what was then the largest antitrust settlement in history. The lawsuit alleged that Visa and MasterCard engaged in an anticompetitive scheme to monopolize the debit card services market and charge merchants artificially inflated interchange fees. Settlements relief that court decisions valued at as much as $25-87 billion.

### $14.7 Billion
### Volkswagen Emissions Litigation
Hagens Berman was named a member of the plaintiffs' steering committee and part of the settlement negotiating team in this monumental case that culminated in the largest automotive settlement in history. The firm was the first law firm to file against Volkswagen regarding its Dieselgate emissions-cheating scandal.

### $1.6 Billion
### Toyota Unintended Acceleration Litigation
Hagens Berman served as co-lead counsel and secured what was then the largest automotive settlement in history in this class action that recovered $1.6 billion for vehicle owners.

### $1.6 Billion
### Volkswagen Franchise Dealers Emissions
The firm served as lead counsel representing VW franchise dealers in this lawsuit related to VW's Dieselgate scandal. The settlement recovered nearly full damages for the class.

### $1.45 Billion
### Meracord Consumer Litigation
The firm secured a default judgment on behalf of consumers, following years of plaintiff victories in the case. Hagens Berman filed its lawsuit on behalf of consumers nationwide, claiming the company violated the federal Racketeer Influenced and Corrupt Organizations Act.

### $1.3 Billion
### Hyundai Kia Theta II GDI Fire Hazard Litigation I
Hagens Berman is co-lead counsel in this case accusing automakers of selling vehicles with failure-prone engines that could sometimes catch fire. The case is still pending litigation pertaining to other affected models.

### $700 Million
### Mercedes BlueTEC Emissions Litigation
A monumental settlement was reached on behalf of owners of Mercedes vehicles affected by Daimler's emissions cheating. The case was initially filed and researched by Hagens Berman, based on the firm's independent vehicle testing, and the firm served as co-lead counsel. The consumer settlement followed a $1.5 billion settlement between Mercedes and the U.S. Justice Department and California Air Resources Board. The settlement includes an $875 million civil penalty for violating the Clean Air Act.

### $700 Million
### Washington Public Power Supply System Securities Litigation
Hagens Berman represented bondholders and the trustee in a class action stemming from the failure of two nuclear projects. Plaintiffs were awarded a $700 million settlement.

### $616 Million
### Apple E-Books Antitrust Litigation
Hagens Berman served as co-lead counsel against Apple and five of the nation's largest publishing companies and secured a combined $616 million settlement, returning class members nearly twice their losses in recovery, following the firm's victory over Apple after it appealed the case to the U.S. Supreme Court.

### $453 Million
### Glumetza Antitrust Litigation
The court denied summary judgment and paved the way for trial in this litigation against brand and generic manufacturers of the diabetes drug Glumetza. Hagens Berman served as co-lead counsel for the direct purchaser class. U.S. District Judge William Alsup approved $453.85 million in settlements resolving direct purchasers' allegations. The result was the largest antitrust recovery to receive final approval in 2022.

### $383.5 Million
### DaVita Healthcare Personal Injury Litigation
A Denver jury awarded a monumental $383.5 million verdict to families of three patients who died after receiving dialysis treatments at DaVita clinics.

### $385 Million
### Suboxone Antitrust
Hagens Berman was co-lead counsel in this pharmaceutical antitrust class action alleging defendants violated federal antitrust laws by delaying generic competition for its blockbuster opioid addiction medicine, Suboxone.

### $340 Million
### Ranbaxy Inc. Antitrust
Hagens Berman served as co-lead counsel representing Meijer Inc. and Meijer Distribution Inc. in a class-action lawsuit against drugmaker Ranbaxy. The lawsuit alleged it recklessly stuffed the generic drug approval queues with grossly inadequate applications and deceiving the FDA into granting tentative approvals to lock in statutory exclusivities to which Ranbaxy was not entitled. Ranbaxy then excluded competition at the expense of U.S. drug purchasers. The settlement was part of a $485 million settlement for all plaintiffs. The result was the second largest antitrust recovery to receive final approval in 2022.

### $338 Million
### Average Wholesale Price Drug Litigation
Hagens Berman was lead counsel in this ground-breaking drug pricing case against the world's largest pharmaceutical companies, resulting in a victory at trial. The court approved a total of $338 million in settlements.

### $218 Million
### JP Morgan Madoff Investor Fraud Litigation
Hagens Berman settled this case on behalf of Bernard L. Madoff investors in a suit filed against JPMorgan Chase Bank, its parents, subsidiaries and affiliates. The settlement against JPMorgan involved three simultaneous, separately negotiated settlements totaling more than $2.2 billion.

### $215 Million
### USC, DR. George Tyndall Sexual Abuse & Harassment
The firm served as co-lead counsel and secured a $215 million settlement on behalf of a class of thousands of survivors of sexual assault against the University of Southern California and its Dr.

George Tyndall, the full-time gynecologist at USC's student health clinic.

## $208 Million
## NCAA Scholarship Cap Antitrust Litigation

Hagens Berman was co-lead counsel in the damages portion of this historic antitrust class action claiming the NCAA unlawfully capped the value of athletic scholarships. In a historic ruling, the U.S. Supreme Court unanimously upheld a trial victory regarding the injunctive portion of the case securing monumental improvements for college athletes, and forever changing college sports. Steve Berman served as trial counsel.

## $205 Million
## Optical Disc Drives (ODD) Antitrust Litigation

Hagens Berman served as lead counsel on behalf of consumers in a lawsuit filed against Philips, Pioneer and others for artificially inflating the price of ODDs.

## $200 Million
## New England Compounding Pharmacy Meningitis Outbreak Litigation

Hagens Berman attorneys served as lead counsel for the plaintiffs' steering committee on behalf of plaintiff-victims of the 2012 fungal meningitis outbreak that led to more than 64 deaths and hundreds of joint infection cases.

## $181 Million
## Broiler Chicken Antitrust Litigation

Hagens Berman serves as interim class counsel in a case against Tyson, Purdue and 16 other chicken producers for allegedly conspiring to stabilize chicken prices by reducing production. The firm continues to litigate the case against remaining defendants.

## $169 Million
## Animation Workers Antitrust Litigation

Hagens Berman was co-lead counsel for a class of approximately 10,000 animators and other artistic workers in an antitrust class action against Pixar, DreamWorks, The Walt Disney Company, Sony and others for allegedly conspiring to restrain competition and suppress industry wages. A $169

million settlement resulted in a payment of more than $13,000 per class member.

## $125 Million
## Pharmaceutical AWP Litigation

Hagens Berman was lead counsel against 11 pharmaceutical companies, including Abbott Laboratories and Watson Pharmaceuticals, resulting in multiple settlements between 2006 and 2012. Defendants agreed to pay $125 million in a nationwide settlement for intentionally inflating reports of the average wholesale prices (AWP) on certain prescription medications.

## $100 Million
## Apple iOS App Store Antitrust Litigation

In this lawsuit against Apple, the firm served as interim lead counsel in this matter and represented U.S. iOS developers against the tech giant. The suit accused Apple of monopolizing distribution services for iOS apps and in-app digital products, allegedly resulting in commission overcharges. Apple agreed to pay $100 million and make developer-friendly changes to its App Store policy.

## $95 Million
## AppleCare Consumer Litigation

This class action secured compensation for iPhone, iPad and iPod owners who bought AppleCare or AppleCare+ coverage. The suit accused Apple of using inferior, refurbished or used parts in device replacements, despite promising to provide consumers with a device "equivalent to new in performance and reliability," and Hagens Berman reached a settlement with the tech giant in April 2022, resolving these claims.

## $90 Million
## Google Play Store App Developers Antitrust Litigation

The firm filed a class action on behalf of Android app developers for violating antitrust laws by allegedly illegally monopolizing markets for Android app distribution and in-app payment processing. A $90 million settlement has been preliminarily approved.

HAGENS BERMAN SOBOL SHAPIRO LLP

ABOUT THE FIRM

# Record-Breaking Achievements

Hagens Berman's caseload is home to many superlatives, including the largest settlement in world history, and at the time the largest automotive, antitrust, ERISA and securities settlements in U.S. history, as well the record-breaking recoveries and class certifications, spanning across the country. The firm's attorneys have brought many cases that have pioneered case law, securing first-of-its-kind successes.

| CASE NAME | SETTLEMENT AMOUNT | RECORD-BREAKING ACHIEVEMENT |
|---|---|---|
| **State Tobacco Litigation** <br> *Special Assistant Attorney General* | $260 Billion | **The largest civil settlement in history.** |
| **Visa Check/MasterMoney Antitrust Litigation** <br> *Co-Lead Counsel* | $25 Billion | **The largest antitrust settlement in history at the time.** |
| **VW/Porsche/Audi Emissions** <br> *Plaintiffs' Steering Committee* | $14.7 Billion | **Hagens Berman was the first firm to file, and it is the largest automotive settlement in history.** |
| **VW Franchise Dealerships** <br> *Lead Counsel* | $1.6 Billion | **The settlement recovered nearly full damages.** |
| **Toyota Sudden, Unintended Acceleration (SUA)** <br> *Co-Lead Counsel* | $1.6 Billion | The Toyota SUA settlement was **the largest automotive settlement in history at the time**, only to be surpassed by the firm's later $14.7 billion settlement with Volkswagen for its Dieselgate scandal. |
| **Washington Public Power Supply System** | $700 Million | **The case was one of the most complex and lengthy securities fraud cases ever filed. The default was one of the largest municipal bond defaults in history.** After years of litigation, plaintiffs were awarded a settlement agreement brought against more than 200 defendants. |

HAGENS BERMAN SOBOL SHAPIRO LLP

| | | |
|---|---|---|
| **Daimler Mercedes BlueTEC Emissions**<br>*Co-Lead Counsel* | $700 Million | This case was largely the result of managing partner Steve Berman's foresight. When news of the Volkswagen emissions-cheating scandal broke, **the firm purchased a Mercedes and an emissions testing machine and hired a team of experts to conduct independent testing.** |
| **Apple E-Books Antitrust Litigation**<br>*Co-Lead Counsel* | $616 Million | **This settlement returned nearly twice their losses to class members.** |
| **Glumetza**<br>*Co-Lead Counsel* | $453 Million | **The largest antitrust recovery to receive final approval in 2022.** |
| **DaVita Healthcare Partners Personal Injury**<br>*Counsel* | $383 Million | **The largest verdict in medical malpractice litigation of 2018.** |
| **First Databank** | $350 Million | **The settlement created a 4 percent price reduction in all retail drugs, among other benefits.** |
| **Ranbaxy Inc. Antitrust**<br>*Co-Lead Counsel* | $340 Million | **The second largest antitrust recovery to receive final approval in 2022.** |
| **Enron ERISA**<br>*Co-Lead Counsel* | $250 Million | **The largest ERISA settlement in history at the time.** |
| **Aequitas Capital Management**<br>*Co-Lead Counsel* | $234 Million | **Believed to be the largest securities settlement in Oregon history.** |
| **NCAA Athletic Grant-in-Aid Cap Antitrust**<br>*Co-Lead Counsel* | $208 Million | **In a historic ruling, the U.S. Supreme Court unanimously upheld a trial victory regarding the injunctive portion of the case securing monumental improvements for college athletes, and forever changing college sports.** |
| **Expedia Hotel Taxes & Fees Litigation** | $123 Million | **The largest consumer class-action settlement in the state of Washington at the time.** |
| **Apple iOS App Developers**<br>*Class Counsel* | $100 Million | In addition to a $100 million settlement in the case, **Apple agreed to make pro-developer changes to its app store policies and reduce the commission it charged small developers by 50%** for a period of three years. |

HAGENS BERMAN SOBOL SHAPIRO LLP

| | | |
|---|---|---|
| **Boeing** | $92 Million | **The second largest settlement in the Northwest at the time.** |
| **City of Sycamore Water Contamination** | | The litigation revealed problems with the city's infrastructure (that were leading to nonexistent chlorine levels in parts of the city), and **the lawsuit led the city to replace most lead service lines throughout town, and the infrastructure improvements should benefit residents for decades to come**. |
| **Broilers Chicken Antitrust** <br> *Co-Lead Counsel* | *$181 million preliminarily approved, class certification granted* | This litigation alleges that the nation's largest broiler chicken producers conspired to fix the price of chicken for consumers by up to 50 percent. **The firm estimates that the recent class certification, comprising every American who purchased chicken from a grocery store, may represent the largest class certification in U.S. history**. |

HAGENS BERMAN SOBOL SHAPIRO LLP

ABOUT THE FIRM

# Awards

## Outstanding Antitrust Litigation Achievement Honoree
### AMERICAN ANTITRUST INSTITUTE

*Cameron et al v. Apple*    *In re NCAA Athletic Grant-in-Aid Cap*    *Edwards v. National Milk Producers Federation*

| | |
|---|---|
| **Top Verdict of the Year**<br>*EA/Madden NFL Video Game Development*<br>**THE DAILY JOURNAL** | **Antitrust Practice Group of the Year**<br>**LAW360** |
| **Most Feared Plaintiffs Firms**<br>**LAW360** | **Class Action Practice Group of the Year**<br>**LAW360** |
| **Elite Trial Lawyer Litigation Firm of the Year**<br>**THE NATIONAL LAW JOURNAL** | **Top 10 Plaintiffs' Firms in the Country**<br>**THE NATIONAL LAW JOURNAL** |
| **The Best Law Firms in America**<br>**BEST LAWYERS** | **Leading Plaintiff Consumer Lawyers in America**<br>**LAWDRAGON** |
| **MVP of the Year Award Class Action**<br>**LAW360** | **500 Global Plaintiff Lawyers**<br>**LAWDRAGON** |

ABOUT THE FIRM

# Accolades

## "[A] clear choice emerges. That choice is the Hagens Berman firm."

*— U.S. District Court for the Northern District of California, In re Optical Disk Drive Products Antitrust Litigation*
*Appointing the firm lead counsel in the case which would later usher in $205 million in settlements.*

## "Landmark consumer cases are business as usual for Steve Berman."

*— The National Law Journal, naming Steve Berman one of the 100 most influential attorneys in the nation for the third time in a row*

## "Berman is considered one of the nation's top class action lawyers."

*— Associated Press*

## "unprecedented success in the antitrust field"

*— California Magistrate Judge Nathanael M. Cousins*
*A July 2015 order awarding attorneys' fees in student-athlete name and likeness litigation*

## "All right, I think I can conclude on the basis with my five years with you all, watching this litigation progress and seeing it wind to a conclusion, that the results are exceptional…You did an exceptionally good job at organizing and managing the case…"

*— U.S. District Court for the Northern District of California, In re Dynamic Random Access Memory Antitrust Litigation*
*Hagens Berman was co-lead counsel and helped achieve the $406 million class settlement.*

## "aggressive and independent advocacy"

*— Hon. Thomas M. Durkin in an order appointing Hagens Berman as interim class counsel in In re Broiler Chicken Antitrust Litigation*

## "Class counsel has consistently demonstrated extraordinary skill and effort."

*— Hon. James Selna, Central District of California, In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, And Products Liability Litigation*
*The firm was appointed co-lead counsel without submitting to lead the case, and later achieved what was then the largest settlement in history brought against an automaker – $1.6 billion.*

## "…I have never worked with such professional, decent counsel."

*— Hon. Dennis M. Cavanaugh, United States District Judge (Retired), Transcript Of Proceedings Fairness Hearing for In Re Mercedes-Benz Emissions Litigation*
*Hagens Berman helped secure a $700 million settlement for class members and served as co-lead counsel.*

"...This result...puts significant money into the pockets of all of the class members, is an excellent result. ...I've also looked at the skill and quality of counsel and the quality of the work... and find that to have been at a high level."

— *Hon. Beth Labson Freeman, United States District Judge, Final Approval of Settlement Hearing for Dean Sheikh et al v. Tesla, Inc.*

"...respective clients certainly got their money's worth with these attorneys and the work that they did on their behalf. …Plaintiffs did an excellent job on behalf of their clients in this case."

— *Hon. Dennis M. Cavanaugh, United States District Judge (Retired)
Proceedings Fairness Hearing for In Re Mercedes-Benz Emissions Litigation*

"Class Member reaction to the Mercedes Settlement is overwhelmingly positive."

— *Hon. Dennis M. Cavanaugh (Ret.) Special Master, In Re Mercedes-Benz Emissions Litigation*

"I will reiterate that class counsel has demonstrated over many years, superior experience and capability in handling class actions of this sort."

— *Hon. Beth Labson Freeman, United States District Judge, Final Approval of Settlement Hearing for Dean Sheikh et al v. Tesla, Inc.*

"Plaintiffs have zealously litigated this case on behalf of the class over the course of eight years...the reaction of the class members has been overwhelmingly positive."

— *Hon. Jeffrey S. White
Order finalizing $28 million settlement in a class action against Schneider National Carriers Inc.*

HAGENS BERMAN SOBOL SHAPIRO LLP

ABOUT THE FIRM

# Locations

**SEATTLE**

1301 Second Avenue, Suite 2000
Seattle, WA 98101
T 206-623-7292
F 206-623-0594

**CHICAGO**

455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
T 708-628-4949
F 708-628-4950

**PHOENIX**

11 West Jefferson Street, Suite 1000
Phoenix, AZ 85003
T 602-840-5900
F 602-840-3012

**BERKELEY**

715 Hearst Avenue, Suite 300
Berkeley, CA 94710
T 510-725-3000
F 510-725-3001

**LOS ANGELES**

301 North Lake Avenue, Suite 920
Pasadena, CA 91101
T 213-330-7150
F 213-330-7152

**SAN DIEGO**

533 F Street
Suite 207
San Diego, CA 92101
T 619-929-3340

**BOSTON**

1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
T 617-482-3700
F 617-482-3003

**NEW YORK**

68 Third Street
Suite 249
Brooklyn, NY 11231
T 212-752-5455
F 917-210-3980

**LONDON**

Hagens Berman UK LLP
80 Strand
London, WC2R 0DT
T 0203 150 1445

**PARIS**

HBSS France
106 rue de l'Université
75007 Paris
T +1 83 64 15 08