Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie A. Verdoia (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

*Counsel for Plaintiffs*

Jeffrey L. Kessler (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Sofia Arguello (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
dgreenspan@winston.com
sarguello@winston.com
aidale@winston.com

Jeanifer E. Parsigian (SBN 289001)
101 California Street, 21st Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| CHUBA HUBBARD and KEIRA MCCARRELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ATLANTIC COAST CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG 12 CONFERENCE, INC.; PAC-12 CONFERENCE; and SOUTHEASTERN CONFERENCE,<br><br>Defendants. | Case No. 4:23-cv-01593-CW<br><br>**DECLARATION OF KEIRA MCCARRELL IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS FOR CLASS REPRESENTATIVES**<br><br>Hrg. Date:    April 7, 2025<br>Time:            10:00 a.m.<br>Judge:          Hon. Claudia Wilken<br>Courtroom:  2, 4th Floor |

I, KEIRA MCCARRELL, declare as follows:

1. I am one of the named plaintiffs in the above-entitled action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them. I submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Awards for Class Representatives.

2. I became involved in this litigation before the complaint in this case was filed on April 4, 2023. I joined this litigation because I felt it was the right thing to do. What I could receive personally from the case has never been my motivation for serving as a class representative and pursuing claims on behalf of current and former college athletes. Although my own losses in this case are small when compared to the overall settlement, I believe in this case and have been dedicated in putting my time and energy to benefit the classes and all college athletes.

3. I understood from the outset that participating in this lawsuit as a class representative would not necessarily provide a significant financial benefit to me. I also knew that there was no guarantee I would personally receive any more from my involvement beyond what other class members may receive, and that I could receive nothing if my attorneys and I were unsuccessful in this litigation, in which case the time and energy that I devoted to the case would not result in any financial recovery whatsoever.

4. From the inception of this case, I have actively and diligently performed my duty to assist counsel in developing, prosecuting, and settling this case, investing significant time and effort to fulfill my role as a class representative. Among other things, I have devoted significant time to:

- Working with Class Counsel in the investigation of my claims and Plaintiffs' claims generally;
- Reviewing the complaint;
- Regularly communicating with my attorneys regarding the status and progress of the case;
- Ensuring that any relevant documents in my possession were preserved;
- Reviewing important litigation briefs and Court orders;

- Preparing and sitting for my in-person deposition by Defendants' lawyers which lasted approximately 4.5 hours. Prior to the deposition, I met with Class Counsel 5 times and spent approximately 10 hours in total preparing for the deposition. Following the deposition I reviewed the deposition transcript for errors;

- Working with counsel regarding discovery, including searching for responsive documents and data in response to Defendants' requests for production;

- Communicating with Class Counsel regarding the prospects of settlement;

- Consulting with my attorneys throughout the settlement process to ensure the class will achieve a fair outcome; and

- Reviewing the settlement before it was submitted for preliminary approval, and the amendments to the settlement before the revised settlement was submitted for preliminary approval.

5. Throughout this litigation, I have had numerous conversations with counsel both by video and over the phone, and have exchanged many emails and text messages about relevant facts, strategy, and case progress. On many occasions, I proactively sought status updates from, and asked questions to, Class Counsel.

6. With the proposed settlement pending, and the substantial media attention that this litigation has attracted, my name has been mentioned in news articles and commentaries about the settlement and I have been contacted about the case by members of the media, class members, and others in and around college sports.

7. Finally, I support final approval of the proposed settlement in this matter. I understand that the Court granted preliminary approval of it, and that the Court will hold a final approval hearing on April 7, 2025, per the current schedule. I am proud to have been a named plaintiff and played a meaningful role in this litigation that has achieved a significant recovery for the classes and will greatly benefit former, current, and future college athletes.

1    I declare under penalty of perjury under the laws of the United States that the foregoing is

2  true and correct.

3  Executed this \_\_12.00\_\_th day of December, 2024 at \_\_Portland, Oregon_____.

Signed by:

*keira McCarrell*

69EADACE502A4F9...

KEIRA MCCARRELL

- 3 -
MCCARRELL DECL. ISO PLS.' MOT. FOR ATTYS' FEES, REIMBURSEMENT OF LITIG. EXPENSES, AND SERVICE AWARDS FOR CLASS REPS Case No. 4:23-cv-01593-CW