| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Jeffrey L. Kessler (*pro hac vice*) |
| Emilee N. Sisco (*pro hac vice*) | David L. Greenspan (*pro hac vice*) |
| Stephanie Verdoia (*pro hac vice*) | Sofia Arguello (*pro hac vice*) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Adam I. Dale (*pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | WINSTON & STRAWN LLP |
| Seattle, WA 98101 | 200 Park Avenue |
| Telephone: (206) 623-7292 | New York, NY 10166-4193 |
| steve@hbsslaw.com | Telephone: (212) 294-6700 |
| emilees@hbsslaw.com | jkessler@winston.com |
| stephaniev@hbsslaw.com | dgreenspan@winston.com |
| | sarguello@winston.com |
| | aidale@winston.com |
| Benjamin J. Siegel (SBN 256260) | |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Jeanifer E. Parsigian (SBN 289001) |
| 715 Hearst Avenue, Suite 300 | WINSTON & STRAWN LLP |
| Berkeley, CA 94710 | 101 California Street, 21st Floor |
| Telephone: (510) 725-3000 | San Francisco, CA 94111 |
| bens@hbsslaw.com | Telephone: (415) 591-1000 |
| | jparsigian@winston.com |
| *Class Counsel for Plaintiffs* | |
| | *Class Counsel for Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CHUBA HUBBARD and KEIRA MCCARRELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ATLANTIC COAST CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG 12 CONFERENCE, INC.; PAC-12 CONFERENCE; and SOUTHEASTERN CONFERENCE,<br><br>Defendants. | Case No. 4:23-cv-01593-CW<br><br>**DECLARATION OF JEFFREY L. KESSLER IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL SETTLEMENT APPROVAL AND OMNIBUS RESPONSE TO OBJECTIONS TO FINAL APPROVAL**<br><br>Hrg. Date:   April 7, 2025<br>Time:         10:00 a.m.<br>Judge:        Hon. Claudia Wilken<br>Courtroom: TBD |

I, Jeffrey L. Kessler, hereby declare under penalty of perjury under the laws of the State of New York that the following is true and accurate:

1. I am an attorney licensed before all the courts of the State of New York and am co-executive chairman and a partner of Winston & Strawn LLP ("Winston & Strawn"). I am co-lead Class Counsel for the Class Plaintiffs in this action. Based on personal knowledge or discussions with counsel at my firm about the matters stated herein, I could competently testify to the same if called upon to do so.

2. I make this declaration in support of Plaintiffs' Motion for Final Settlement Approval and Omnibus Response to Objections to Final Approval (the "Motion").

3. The notice plan previously approved by this Court requested that objections to the proposed settlement be filed electronically or in person with the Court by January 31, 2025 or, if mailed to the Court, be postmarked by January 31, 2025. *See* ECF No. 244. The objection had to include a full name, address, NCAA EC ID if available, the case name and number, reasons for objecting, a request to speak at the Final Approval Hearing if desired, and a signature.

4. Plaintiffs have reviewed the dockets in the above-captioned action and *In re College Athlete NIL Litigation*, No. 4:20-cv-03919-CW (N.D. Cal.) carefully and determined that there are five (5) valid objections to the *Hubbard* settlement.

5. Class members filed three (3) objections on this docket. *See* ECF Nos. 254, 255, 256. However, of these three objections, only one (1) addressed the *Hubbard* settlement. *See* ECF No. 256. The other two objections were objections to the settlement in *In re College Athlete NIL Litigation*, No. 4:20-cv-03919-CW (N.D. Cal.). *See* ECF Nos. 254, 255. Class Counsel thus did not include those objections in the overall count of objections to this settlement nor respond to those objections in the Motion.

6. Four class members filed objections to the *Hubbard* settlement on the *In re College Athlete NIL Litigation* docket. *See* Objection at 8, *In re College Athlete NIL Litig.*, No. 4:20-cv-03919-CW (N.D. Cal., Jan. 31, 2025), ECF No. 638; Objection at 2, *In re College Athlete NIL Litig.*, No. 4:20-cv-03919-CW (N.D. Cal., Jan. 31, 2025), ECF No. 665-1; Objection at 8, *In re College Athlete NIL Litig.*, No. 4:20-cv-03919-CW (N.D. Cal., Feb. 3, 2025), ECF No. 670; Objection at 9, *In re College Athlete NIL Litig.*,

- 1 -

No. 4:20-cv-03919-CW (N.D. Cal., Feb. 3, 2025), ECF No. 671. Plaintiffs have included these four (4) objections in the overall count of objections to this settlement and responded to the objections in the Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of March, 2025 at New York, New York.

*/s/ Jeffrey L. Kessler*
JEFFREY L. KESSLER