**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CHUBA HUBBARD and KEIRA MCCARRELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ATLANTIC COAST CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG 12 CONFERENCE, INC.; PAC-12 CONFERENCE; and SOUTHEASTERN CONFERENCE,<br><br>Defendants. | Case No. 4:23-cv-01593-CW<br><br>**[PROPOSED] FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, ATLANTIC COAST CONFERENCE, THE BIG TEN CONFERENCE, INC., THE BIG 12 CONFERENCE, INC., PAC-12 CONFERENCE AND SOUTHEASTERN CONFERENCE**<br><br>Hon. Claudia Wilken |

[PROPOSED] FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE                                         Case No. 4:23-cv-01593-CW

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment is **ENTERED** in accordance with the terms of the Stipulation and Settlement Agreement (ECF No. 227-3) (the "Settlement Agreement") and the Order Granting Plaintiffs' Motion for Final Settlement Approval. Terms and phrases in this Judgment will have the same meaning as in the Settlement Agreement.

The Court has personal jurisdiction over Plaintiffs and the Settlement Class and subject matter jurisdiction to approve the Settlement Agreement. Final approval of the Settlement Agreement was granted.

The Court dismisses on the merits and with prejudice this Action against Defendants National Collegiate Athletic Association ("NCAA"), Atlantic Coast Conference ("ACC"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Pac-12 Conference ("Pac-12") and Southeastern Conference ("SEC") (collectively, the "Defendants"), including the claims of Plaintiffs and the claims of the Settlement Class, with each party to bear its own costs and attorneys' fees, except as provided in the Settlement Agreement.

Those persons and entities identified in the list attached hereto as **Exhibit A** are excluded from the Settlement Class. Such persons and entities are not included in or bound by this Judgment. Such persons and entities are not entitled to any recovery of the settlement proceeds obtained in connection with the Settlement Agreement.

Upon the Effective Date, the Releasees shall be discharged and released from the Released Claims pursuant to the terms of the Settlement Agreement. The Settlement Agreement is binding on, and will have res judicata and preclusive effect in all pending and future lawsuits or other proceedings maintained by or on behalf of Plaintiffs and the Releasors with respect to the claims released by the Settlement Agreement. As of the Effective Date, Plaintiffs and Members of the Settlement Class shall be permanently barred and enjoined from instituting, commencing, prosecuting, or asserting any claim released pursuant to the terms of the Settlement Agreement.

This document will constitute a final judgment (and a separate document constituting the judgment) for purposes of Rule 58 of the Federal Rules of Civil Procedure. Without affecting the finality of the Judgment in any way, this Court hereby retains jurisdiction on all matters relating to

-2-

administration, consummation, implementation, enforcement, and interpretation of the Settlement Agreement and this Judgment, and for any other necessary purpose.

**IT IS SO ORDERED.**

DATED: _____

                                          HONORABLE CLAUDIA WILKEN
                                          UNITED STATES SENIOR DISTRICT JUDGE

# EXHIBIT A



**College Athlete Compensation Settlement**

**Opt Outs - Hubbard**

Count: 95

| # | ClaimID | First1 | Last1 |
|---|---|---|---|
| 1 | 10575357901 | AARON JOSHUA | NESMITH |
| 2 | 10327506001 | ALEX JEFFREY | HORNIBROOK |
| 3 | 10072300701 | ALEXANDER CARL | SHAW |
| 4 | 10301716101 | ALEXANDER JORDAN | PERRY |
| 5 | 10059430001 | AL-MALIK | HAUSMAN |
| 6 | 20000646501 | AMARI | CATCHINGS |
| 7 | 9000045201 | AMARVEER | SINGH |
| 8 | 20001783101 | ANTHONY | GILL |
| 9 | 10174446801 | ANTHONY | GOULD |
| 10 | 10145128301 | AVERY DEAN | HENKE |
| 11 | 10122106001 | BELLA SARA KRISTIANA | FISCO |
| 12 | 10264679001 | BREVIN | JORDAN |
| 13 | 10672726601 | BRYCE RAYMOND | NZE |
| 14 | 10289394901 | CADE P | CUNNINGHAM |
| 15 | 10138853601 | CALEB | WILLIAMS |
| 16 | 10074765601 | CAMERON | ECHOLS-LUPER |
| 17 | 10456522601 | CARSON | STRONG |
| 18 | 50004102401 | CARTER | CUNNINGHAM |
| 19 | 10107554601 | CHAD | KELLY |
| 20 | 10138719201 | CHARLESTON | RAMBO |
| 21 | 10147798301 | CHLOE LEE | KITTS |
| 22 | 10264461501 | DAMUZHEA | BOLDEN |
| 23 | 10535880001 | DEMETRIS | HARRIS |
| 24 | 10292998101 | DERRICK | WHITE |
| 25 | 9000039001 | DIXIE | WOOTEN III |
| 26 | 9000041101 | DONELL | PASTER |
| 27 | 10461244701 | DONOVAN JOHN | CLINGAN |
| 28 | 10174134001 | DREW | EUBANKS |

| | | | |
|---|---|---|---|
| 29 | 10577020601 | EDGAR | BURROLA |
| 30 | 10022943801 | ELIJAH | BLADES |
| 31 | 10682167201 | ELIZA | EKSTRAND |
| 32 | 10265601001 | ELLE | MEZZIO |
| 33 | 10669726201 | EMMALINE M | EKSTRAND |
| 34 | 10427953901 | ERICK BERNARD | NEAL |
| 35 | 10301568101 | GREGORY MICHEAL | FRANCIS |
| 36 | 9000040901 | HANNAH | CROFUT |
| 37 | 10228253501 | HASAHN | FRENCH |
| 38 | 10059357401 | HUNTER ALEXANDER | ECHOLS |
| 39 | 10641051901 | IKEM | OKEKE |
| 40 | 50004112101 | ISHMAEL | HYMAN |
| 41 | 10561625401 | JACOB THOMAS-MICHAEL | COX |
| 42 | 10071952101 | JAWON CORTEZ | JOHNSON |
| 43 | 10107952701 | JAYLON | ROBINSON |
| 44 | 10072511901 | JIMMY | BELL |
| 45 | 10271615801 | JOHN | COLLINS |
| 46 | 10132213601 | JONAH | TRINNAMAN |
| 47 | 10267680001 | JORDAN LEWIS | TUCKER |
| 48 | 10168551801 | JORDYN | LIBLER |
| 49 | 10160109801 | JOSHUA ANDREAS | PIERRE-LOUIS |
| 50 | 10064645101 | JOSHUA NOAH | GRAY |
| 51 | 20000008901 | JUSTIN | RAGIN |
| 52 | 9000042401 | KAHLIL | JOHNSON |
| 53 | 10182876701 | KATHRYN | MEYER |
| 54 | 10419992101 | KELLAN | GRADY |
| 55 | 10266791301 | KEVIN | MARFO |
| 56 | 9000035901 | KHYRI | THOMAS |
| 57 | 10071888701 | KYLIN JATAVIAN | HILL |
| 58 | 10228833101 | LAMONT | EVANS |
| 59 | 20000538201 | LOPINI | KATOA |
| 60 | 10168388101 | MADISON | REED |
| 61 | 10661535001 | MALIQUE | JACOBS |
| 62 | 10060945401 | MARCEL MIKAL | DANCY |
| 63 | 9000038701 | MARCUS | WALLACE II |

|    |             |                 |              |
|----|-------------|-----------------|--------------|
| 64 | 10280054601 | MARCUS ANDREW   | ZEGAROWSKI   |
| 65 | 10168446001 | MATTHEW         | ADANIN       |
| 66 | 10607526301 | MAURICE         | ODUM         |
| 67 | 10535918001 | MEKHI           | LAPOINTE     |
| 68 | 60004611701 | MICAH           | PARTEN       |
| 69 | 50004265901 | MICHAEL         | HARLEY       |
| 70 | 10168421601 | MICHAEL LOGAN   | MENNING      |
| 71 | 10282996201 | MONTELL H       | COZART       |
| 72 | 10225092301 | NATHANIEL       | PIERRE-LOUIS |
| 73 | 10064572001 | NAZREON NYRU    | REID         |
| 74 | 10551039701 | NKOSI           | PERRY        |
| 75 | 10119745701 | PALAIE TOFAU    | GAOTEOTE     |
| 76 | 10596118801 | PAUL            | STAMM        |
| 77 | 10228421001 | RASHAD          | WILLIAMS     |
| 78 | 9000043701  | RASHARD         | DAVIS        |
| 79 | 10353654101 | SADDIQ          | BEY          |
| 80 | 10441953201 | STANLEY         | DYE          |
| 81 | 10393308601 | STEPHEN DEON    | CARR         |
| 82 | 10119887501 | TATHAN FRANCIS  | MARTELL      |
| 83 | 60004591901 | TEVIN           | BROYLES      |
| 84 | 10174492401 | TIMMY           | HERNANDEZ    |
| 85 | 10174410901 | TREVON          | BRADFORD     |
| 86 | 10393269001 | TREVON          | SIDNEY       |
| 87 | 10095948901 | TRISTAN         | NICKELSON    |
| 88 | 10126474401 | TRU             | THOMPSON     |
| 89 | 10088826401 | TYJON           | LINDSEY      |
| 90 | 10115387901 | TYLER           | HERRO        |
| 91 | 10278788801 | VANCE           | JACKSON      |
| 92 | 20001203001 | VINCENT         | SAMPSON      |
| 93 | 10071816401 | WESTIN BRANNING | GRAVES       |
| 94 | 10132297501 | ZACHARY         | KATOA        |
| 95 | 10234469301 | ZION            | BETHEA       |