| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Jeffrey L. Kessler (*pro hac vice*) |
| Emilee N. Sisco (*pro hac vice*) | David L. Greenspan (*pro hac vice*) |
| Stephanie Verdoia (*pro hac vice*) | Sofia Arguello (*pro hac vice*) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Adam I. Dale (*pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | WINSTON & STRAWN LLP |
| Seattle, WA 98101 | 200 Park Avenue |
| Telephone: (206) 623-7292 | New York, NY 10166-4193 |
| steve@hbsslaw.com | Telephone: (212) 294-4698 |
| emilees@hbsslaw.com | Facsimile: (212) 294-4700 |
| stephaniev@hbsslaw.com | jkessler@winston.com |
| | dgreenspan@winston.com |
| Benjamin J. Siegel (SBN 256260) | sarguello@winston.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | aidale@winston.com |
| 715 Hearst Avenue, Suite 300 | |
| Berkeley, CA 94710 | Jeanifer E. Parsigian (SBN 289001) |
| Telephone: (510) 725-3000 | 101 California Street |
| bens@hbsslaw.com | San Francisco, CA 94111 |
| | Telephone: (415) 591-1000 |
| *Class Counsel* | Facsimile: (415) 591-1400 |
| | jparsigian@winston.com |
| | |
| | *Class Counsel* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CHUBA HUBBARD and KEIRA MCCARRELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ATLANTIC COAST CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG 12 CONFERENCE, INC.; PAC-12 CONFERENCE; and SOUTHEASTERN CONFERENCE,<br><br>Defendants. | Case No. 4:23-cv-01593-CW<br><br>**PLAINTIFFS' NOTICE OF ERRATA REGARDING PLAINTIFFS' MOTION FOR FINAL SETTLEMENT APPROVAL**<br><br>Judge:  Hon. Claudia Wilken |

-1-

1      Plaintiffs in the above-referenced action hereby submit notice of an Errata to Plaintiffs'
2 Notice of Motion and Plaintiffs' Motion for Final Settlement Approval and Omnibus Response to
3 Objections to Final Approval, filed March 3, 2025 at ECF No. 258.
4      The Declaration of Carla A. Peak Re: Notice Procedures was inadvertently omitted from
5 the filing, and is attached hereto as **Exhibit 1**.

| | |
|---|---|
| DATED: April 4, 2025<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br><br>By:   __/s/ Steve W. Berman_____<br>       Steve W. Berman (*pro hac vice*)<br>Emilee N. Sisco (*pro hac vice*)<br>Stephanie A. Verdoia (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile:  (206) 623-0594<br>steve@hbsslaw.com<br>emilees@hbsslaw.com<br>stephaniev@hbsslaw.com<br><br>Benjamin J. Siegel (SBN 256260)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 300<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: ( 510) 725-3001<br>bens@hbsslaw.com<br><br>*Class Counsel* | Respectfully submitted,<br>WINSTON & STRAWN LLP<br><br>By:   __/s/ Jeffrey L. Kessler__<br>       Jeffrey L. Kessler (*pro hac vice*)<br>David L. Greenspan (*pro hac vice*)<br>Sofia Arguello (*pro hac vice*)<br>Adam I. Dale (*pro hac vice*)<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-4698<br>Facsimile:  (212) 294-4700<br>jkessler@winston.com<br>dgreenspan@winston.com<br>sarguello@winston.com<br>aidale@winston.com<br><br>Jeanifer E. Parsigian (SBN 289001)<br>WINSTON & STRAWN LLP<br>101 California Street, 34th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-1000<br>Facsimile:  (415) 591-1400<br>jparsigian@winston.com<br><br>*Class Counsel* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By: */s/ Steve W. Berman*
    STEVE W. BERMAN