# EXHIBIT 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CHUBA HUBBARD AND KEIRA MCCARRELL, on behalf of themselves and all others similarly situated, | Case No. 4:23-cv-01593-CW |
| Plaintiffs, | **DECLARATION OF CARLA A. PEAK RE: NOTICE PROCEDURES** |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ATLANTIC COAST CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG 12 CONFERENCE, INC.; PAC-12 CONFERENCE; AND SOUTHEASTERN CONFERENCE, | Hrg. Date:    April 7, 2025<br>Time:    10:00 a.m.<br>Judge:    Hon. Claudia Wilken<br>Courtroom:    2, 4th Floor |
| Defendants. | |

I, Carla A. Peak, declare and state as follows:

1.    I have personal knowledge of the matters set forth herein and if called as a witness I could and would testify competently to them.

2.    I am a nationally recognized expert in the field of legal notification, and I have served as an expert in countless federal and state cases involving class action notice plans.

3.    I am a Vice President of Legal Notification Services for Verita Global, LLC ("Verita"), formerly known as KCC Class Action Services, LLC ("KCC"). Pursuant to the Revised Order Granting Plaintiffs' Motion for Preliminary Settlement Approval as Modified (the "Preliminary Approval Order") dated October 7, 2024, the Court appointed Verita as the Claims Administrator in connection with the proposed Settlement of the above-captioned Action.[1]

4.    Verita administered the notice plan, as ordered by the Court, in coordination with notice to the settlement class in *In re College Athlete NIL Litigation*, 4:20-cv-03919-CW (N.D. Cal.) ("*House*"). The substantial overlap in class membership between the two settlements provided for increased participation and therefore many processes identified below encompass both settlements.

## CLASS LIST

5.    On or around June 3, 2024, Verita understands that Defendants notified their Division I member institutions ("schools") to provide Verita with data to effectuate notice in the above captioned action. Schools were directed to a website, https://www.kccconnect.com/NCCOUpload, where schools can download data templates, instructions, and upload their athlete roster data through an online portal. The two data templates that were posted on the website are 1) Power5 template and 2) non-Power5 template. Class Counsel and Verita additionally created a Yearly template to assist different schools' data storage systems, but this template had to be specifically requested. The templates asked for NCAA EC IDs, names, addresses, email addresses, sport played, years played, GIA status (if Power5), and redshirt years. True and correct copies of the templates and instructions are attached hereto as Exhibit A, B, and C.

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Settlement Agreement, dated September 26, 2024 (the "Stipulation") and/or the Preliminary Approval Order.

DECLARATION OF CARLA A. PEAK RE: NOTICE PROCEDURES
CASE NO. 4:23-cv-01593-CW

6. Beginning August 8, 2024, through January 31, 2025, Verita received at least 534 separate data file submissions from 325 Division 1 (D1) schools. In some submissions, there were multiple data files uploaded or in each data file there would be multiple tabs of data. As Verita processed incoming data files, it was found that some schools needed to provide additional information, or provide the information in a different format, i.e., sports, years played, NCAA EC IDs, or GIA statuses were missing or incorrect. As a result, some schools were asked to provide new and/or supplemental data.

7. As data files arrived, Verita formatted the lists for mailing purposes and removed duplicate records. Duplicates were removed per data file and not across the entire data population. As a result, some college athletes received multiple notices either because their school provided data on multiple occasions or because the athlete attended multiple schools. On average, athletes were sent direct notice 2.5 times.

8. Verita also processed the names and addresses through the National Change of Address Database ("NCOA") to update any addresses on file with the United States Postal Service ("USPS"). A total of 43,203 addresses were found and updated via NCOA. Verita updated its proprietary database with the Class List. A list of schools who provided data is attached hereto as Exhibit D.

9. Due to multiple data submissions from schools, Verita deduped claims and records based on athlete and school. This means an athlete may be listed in Verita's records multiple times for having attended multiple schools.

10. In summary, Verita received approximately 328,983 unique student records based on athlete and school. Verita estimates the total class size to be 344,157. This includes an estimated population of 15,174 students from 37 schools that did not provide data. Based on analysis of claim data which showed, on average, athletes attended 1.2 schools, Verita estimates the unique athlete count across all schools is approximately 286,797 students. Of the class population, 91,586 are Power 5 member school athletes and Big East member school basketball players that do not need to submit claim forms in order to be eligible for damages payments.

## NOTICE PLAN

### *Overview*

11.     Verita designed and implemented a notice plan (the "Notice Plan") to provide notice to the Settlement Classes. The Notice Plan consisted of direct, individual notice to all known class members and publication notice comprised of digital media, press releases, and an organic media effort.

12.     Verita estimates that approximately 98.1% of the Hubbard Settlement Class received notice, considering the combined direct notice and digital media notice efforts alone. Although not measurable, the reminder email notice, press releases and extensive organic media effort served to further extend reach and frequency of exposure among the Settlement Classes.

### *Mailing of the Notice*

13.     Verita identified 362 D1 schools as being eligible to participate in the Settlement. Of the 362 D1 schools, 81 were Power5 and Big East schools. From August 8, 2024 through October 17, 2024, Verita received data submissions from 127 D1 schools. On October 18, 2024, Verita printed and mailed the first round of the Hubbard Postcard Notice (collectively, the "Notice") to 19,203 names and mailing addresses from 51 D1 schools who provided data. A true and correct copy of the Hubbard Postcard Notice is attached hereto as Exhibit E.

14.     Verita continued to mail notices on a rolling basis. From October 21, 2024, through January 31, 2025, Verita mailed notices to the remaining 274 schools who provided data. Verita did not receive data from 37 D1 schools.[2]

15.     From October 18, 2024, through January 27, 2025, Verita completed 17 rounds of postcard noticing and sent a total of 91,084 Notices.

16.     Since mailing the Notices to the class members, Verita has received 1,071 Notices returned by the USPS with forwarding addresses.  These 1,071 Notices were associated with 618 unique Claim IDs. Verita immediately caused Notices to be re-mailed to the 513 forwarding addresses supplied by the USPS. Verita did not remail Notices to those who submitted a claim form or payment information.

---

[2] As described in the text below, Verita also engaged in a robust publication notice campaign, to maximize the likelihood that all class members received notice of the settlement, including a second press release publication one week prior to the claims deadline.

DECLARATION OF CARLA A. PEAK RE: NOTICE PROCEDURES
CASE NO. 4:23-cv-01593-CW

17.    Since mailing the Notices to the class members, Verita has received 23,619 Notices returned by the USPS with undeliverable addresses.  These 23,619 undeliverable Notices were associated with 13,448 unique Claim IDs. Through credit bureau and/or other public source databases, Verita performed address searches for these undeliverable Notices and was able to find updated addresses for 867 class members. Verita promptly re-mailed Notices to the newly found addresses.

### *Emailing of the Notice*

18.    Verita also processed 455,202 email addresses through an email cleanse. The email cleanse process fixes common typographical errors in domain names, corrects insufficient domain suffixes (e.g., gmal.com to gmail.com, etc.), and removes known bad email addresses. Email addresses not designated as a known bad address were then verified by contacting Internet Service Providers to determine if the email address exists. Of the 455,202 email addresses, 82,364 were found to be invalid email addresses. Starting October 18, 2024, through January 27, 2025, Verita caused the Hubbard Email Notice to be sent to the valid email addresses. A true and correct copy of the Email Notices is attached hereto as Exhibit F.

19.    On a rolling basis, Verita mailed the Postcard Notices to athletes whose email notice was not successfully delivered and who had a complete mailing address on file. In total, approximately 22,366 Postcard Notices were sent to mailing addresses of athletes whose email notice was not successfully delivered.

20.    From October 18, 2024, through January 27, 2025, Verita performed 17 rounds of email campaigns, sending a total of 372,838 email notices.  .

21.    Verita sent a total of 463,922 postcard and email notices. Verita has been able to identify 53,068 exact duplicate records based on athlete's name and school. These duplicates derived from schools resubmitting corrected/updated data files. As a result, some athletes received multiple notices.

22.    With the combined Postcard and Email notifications, approximately 90.2% of Hubbard class members received direct notice. Even when just considering direct notice, this is alone above the estimated reach at preliminary approval and is considered reasonable by The Federal Judicial Center's

*Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* (the "FJC Checklist").[3]

### Reminder Summary Notice

23.    On January 24, 2025, Verita sent an Email Reminder to 252,990 college athletes who, at the time, had not yet submitted a claim and whose initial email notice was successfully delivered. A true and correct copy of the Email Reminder Notice is attached hereto as Exhibit G.

### Publication Notice

24.    Verita purchased approximately 72,800,000 impressions[4] to be distributed programmatically across a variety of websites and mobile apps, as well as on Facebook, Instagram, Tik Tok, YouTube, and Reddit from October 18, 2024, through December 16, 2024. The impressions were delivered via display banner, image, and video ads consisting of text and imagery designed to catch the attention of likely student athletes and were directly linked to the settlement website. The impressions were demographically targeted to adults 18-34 years of age. Where available, additional targeting was layered to include demographics, including self-stated college students or college graduates, to users indicating membership in NCAA or student/college athletics; and/or contextual targeting alongside content related to news and/or college sports; and/or behaviors, for example to those whose online behavior indicates interest in college sports, NCAA sports, NCAA accounts, etc. This targeted digital media campaign alone was designed to reach more than 80% of the classes in this settlement. Additional impressions were delivered via paid search campaigns serving text ads alongside Google, Yahoo, and Bing search engine results when keywords related to the litigation were triggered. A total of 75,363,111 impressions were delivered, resulting in an additional 2,563,111 impressions at no extra charge.

---

[3] The *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* states: "The lynchpin in an objective determination of the adequacy of a proposed notice effort is whether all the notice efforts together will reach a high percentage of the class. It is reasonable to reach between 70-95%."

[4] An impression is a count of the number of times a digital notice is displayed to a user. Impressions are used as a metric to measure the reach and exposure of an advertisement. Over 75 million paid digital media impressions were delivered to the target audience meaning likely class members had over 75 million opportunities to be exposed to a Notice via the paid digital media notice alone. Additional opportunities to learn about the settlement via the direct notice effort, press release, and organic earned media.

Confirmation of the digital notices as they appeared on a variety of websites and on Facebook, Instagram, TikTok, YouTube, Reddit, Google, and Bing/Yahoo search is attached hereto as Exhibit H.

25.    Verita also caused a press release to be distributed nationally via PR Newswire on October 18, 2024. The press release was distributed via PR Newswire's national newsline as well as a General College Media Influencer List and included syndicated distribution via AP News. According to PR Newswire, the press release was viewed 9,859 times and picked up by over 910 news outlets[5] including CBS News Radio, Fox News, New York Times, WKRN Nashville, Tennessee, WGN9 in Chicago, Illinois, KDVR Fox31 in Denver, Colorado, KRON4 in San Francisco, California, KXAN-TV NBC-3 in Austin, Texas,  and KSWB-TV Fox-5 in San Diego, California. A true and correct copy of the press release is attached hereto as Exhibit I.

26.    As part of the notice program, Verita commenced an outreach effort the week of October 21, 2024. This organic outreach effort was performed via social media,[6] email, mail, and other methods to contact a variety of relevant influencers, current and former college athletes, student-athletes based on school athletic team rosters during the relevant class periods, player associations, conferences, sports groups, collegiate alumni associations, sports agents and sports marketers to solicit their assistance in sharing the settlement information and encourage claims filing.

27.    On January 21, 2025, a second press release was distributed nationally via PR Newswire's national newsline as well as a General College Media Influencer List and a syndicated distribution via AP News. According to PR Newswire, the press release was viewed 3,663 times and picked up by over 525 news outlets[7] including WFLA in Tampa, Florida, KTLA Los Angeles, California, WJW-TV Fox-8 in Cleveland, Ohio, and WXIN-TV Fox-59 in Indianapolis, Indiana. A true and correct copy of the press release is attached hereto as Exhibit J.

---

[5] The total potential audience of the news outlets reporting the story directly from PR Newswire is 160,985,946.

[6] In certain instances, athletes received a personal outreach via LinkedIn.

[7] The total potential audience of the news outlets reporting the story directly from PR Newswire is 157,131,477.

## SETTLEMENT WEBSITE

28.    Verita established a website, www.collegeathletecompensation.com, dedicated to this matter and the *House* settlement, to provide information to the class members and to answer frequently asked questions. The website URL was set forth in the Notice, Publication Notices, Long Form Notice, and the Claim Form. Visitors of the website can download copies of the Notice, Claim Form, and other case-related documents. Visitors can also submit claims online, and upload supporting documentation. As of February 20, 2025, there have been 838,271 users, 1,390,401 sessions/hits (active visits to the website) and 4,801,982 page views of the Settlement Website.

29.    From October 18, 2024, through January 31, 2025, Verita received on average 539 claims per day. Throughout this claim period, the settlement website did not experience any mass outage or downtime. While Verita did receive notifications of isolated users having issues accessing the website, in each of those instances, the user self-reported that the issue was resolved on their end or Verita was able to troubleshoot the issues individual users were having through Verita's call center agents. Since the activation of the website, there was not a single day that Verita received less than 60 web submissions. As noted above, there were some issues with school data reports—including incorrect eligibility center identification numbers—but these issues were predominantly resolved and over 35,757 athletes were able to file claims using their eligibility center identification or their Claim ID and PIN.

30.    On December 17, 2024, Verita publicized on the settlement website individual allocation estimates for 392,298 college athletes for whom Verita received school data. Of the 392,298 individual allocations, 182,953 had an estimated Hubbard allocation. The allocation estimates were updated if Verita received corrected, updated data from schools.

## TELEPHONE HOTLINE

31.    Verita established and continues to maintain a toll-free telephone number, 1-877-514-1777, for athletes to call and obtain information about the Settlement, and/or request a Notice Packet. The telephone hotline became operational on October 18, 2024, and is accessible 24 hours a day, 7 days a week. As of February 20, 2025, Verita has received a total of 5,069 calls to the telephone hotline.

**EMAIL BOX**

32.     Verita established and continues to maintain an email box, admin@collegeathletecompensation.com, for athletes to email and obtain information about the Settlement. As of February 10, 2025, there have been a total number of 33,543 emails answered for the Settlement. In addition, Verita has responded to a total of 2,914 voicemails. Based upon the above, the total number of inquiries answered for the case to-date is 36,457. Verita implemented a live call center team to handle emails and voicemails. The total number of hours worked on emails and voicemail call backs is 2,018. On average, all emails were responded to within 1.5 days.

**CLAIM FORMS**

33.     The postmark deadline for class members to file claims in this matter was January 31, 2025. To date, Verita has received 21,393 payment updates and 61,959 claim forms totaling 83,352 , web submissions. Of the 83,352 web submissions, 81,301 were timely-filed and 2,051 were filed late.

34.     Of the 21,393 payment updates, 20,371 were considered unique. Of the 61,959 claim form submissions, 59,542 were considered unique.

35.     Verita received a total of 79,913 unique claim forms or payment updates. With that said, approximately 27.9% of Hubbard settlement class members participated in the Hubbard settlement. Of the 27.9% participation, 19% are P5 students.

36.     The average recovery payment for all Hubbard athletes is $1,240.55. The average recovery payment for a P5 athlete is $1,648.90, and the average recovery payment for a non-P5 athlete is $862.56. These payments may change depending on how many late claims, if any, are accepted. The online portal is still active and 2,051 athletes have submitted claims post the claims filing deadline and are continuing to file claims.

**REPORT ON EXCLUSION REQUESTS RECEIVED TO DATE**

37.     The Notice informs class members that requests for exclusion from the Class must be postmarked no later than January 31, 2025. As of the date of this declaration, Verita has received 188 requests for exclusion. Of the 188 requests for exclusions, 85 were considered duplicates leaving a total of 103 unique requests for exclusion. Of the 102 unique requests, 4 were postmarked late, and 4 were

from athletes whose name was not found in Verita's records. It is Verita's understanding, after reviewing public sources, that these athletes competed outside the class period and therefore are not class members. A list of the 95 valid class members requesting to be excluded is attached hereto as Exhibit K.

## OBJECTIONS TO THE SETTLEMENT

38.     The postmark deadline for class members to object to the settlement was January 31, 2025. As of the date of this declaration, Verita has not received any objections to the settlement.

## ADMINISTRATION COSTS

39.     As of February 26, 2025 through the first distribution, Verita estimates its cost of administration to be $1,558,737.15. Verita's expected total administration costs through final distribution to be $2,750,000 - $2,950,000.

40.     Verita's estimated fees and charges are based on certain information provided to Verita by the parties as well as significant assumptions. Accordingly, the estimate is not intended to limit Verita's actual fees and charges, which may be less or more than estimated due to the scope of actual services or changes to the underlying facts or assumptions.

## CONCLUSION

41.     The direct notice effort alone is estimated to have reached more than 90% of class members for whom Verita was provided with contact information. When combined with the targeted digital media campaign, the total reach of the notice program is estimated to have reached over 98% of likely settlement class members. The reach and frequency of exposure among the various Settlement Classes was further supplemented by the press release and extensive outreach effort.

42.     It is Verita's opinion, based on my individual expertise and experience and that of my Verita colleagues, that the notice plan was the best practicable under the circumstances. The plan was implemented as directed by the Court at preliminary approval and successfully delivered notice to the settlement class members. It comported with the requirements of due process and of Fed. R. Civ. P. 23. It provided for direct notice to all individuals whose contact information was reasonably available. The notice plan as implemented is consistent with other effective settlement notice programs and meets the "reasonably certain to inform" due process communications standard of *Mullane v. Cent. Hanover Bank & Trust Co.*, 339 U.S. 306, 315 (1950). The notice program is consistent with the guidelines set forth in

Rule 23, the *Manual for Complex Litigation, Fourth*, and the FJC Checklist, which considers 70% reach among class members to be a "high percentage" and reasonable.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed on this 3rd day of March 2025, at Ocean City, New Jersey.


_____
                CARLA A. PEAK

DECLARATION OF CARLA A. PEAK RE: NOTICE PROCEDURES
CASE NO. 4:23-cv-01593-CW

Exhibit A

### Instructions to Submit Student-Athlete Census

Go to https://www.kccconnect.com/NCCOUpload to download the Census Template file in Microsoft Excel format.

Once Census is complete, go to https://www.kccconnect.com/NCCOUpload and click the "**HERE**" button to Log In.  To log in, you will be prompted to enter your School ID Code and PIN.  **Please use the following Login Information**: **School ID Code: NCCO PIN Code: 0683**.

a. Please provide the Name of the Institution and your Contact Information as requested on the Upload Census page.

b. Once you've provided the Name of the Institution and Contact Information, please upload your file by clicking the "**Choose File**" button. If you need to add or remove files, simply click the plus or minus sign. Once you have your files selected, click "**Submit**." to securely upload the student-athlete list(s) to the Notice Administrator. If you have any difficulties, please contact the Notice Administrator by email at SchoolAdmin@collegeathletecompensation.com.

You will receive an email confirmation after you have successfully submitted the student-athlete Census.

### Instructions to Complete Student-Athlete Census

Please review the instructions and complete the Census before returning to the site to upload your data.

Completing a Census means providing the first, middle (if available) and last name, NCAA EC ID Number, last known email address or last known street address, city, state, ZIP code, semester started and ended, and sport played, for **all** athletes participating in sports at your institution from Fall 2019 to September 15, 2024.

**For football and basketball athletes**, it means providing additional information and for a longer time period.   It means providing the following for all student-athletes participating in football and basketball at your institution from Fall 2016 to September 15, 2024: first, middle (if available) and last name, NCAA EC ID, last known email address or last known street address, city, state, ZIP code, semester started and ended, sport played, the annual GIA level received or the highest GIA level received (by decimal amount), semesters of ineligibility, transfer year, and (for football players only) position.

While Excel is a common format for most institutions, and the default Census form is an Excel file, you may already have this data in another tabular format, such as a tab-delimited text file. For security and consistency purposes, please transfer your data to the default Census form provided, being sure to adhere to the below Data Submission Guidelines.

### Data Submission Guidelines

**Types of Data Files**

Data is most efficiently and accurately transmitted within the census template provided. Excel is typically the most convenient method for small to moderate volumes of data. If transferring large volumes of data (hundreds of thousands or millions of records), please upload within multiple files of the provided census template.

**Excel**

The file should contain one sheet per dataset. If the number of records exceeds the capacity of the Excel sheet (too many records) such that the records would need to be split among two or more sheets, an additional copy of the provided census template should be utilized.

Numeric values should be actual values and not formula or calculation results.

**Note: Please include the heading row with the exact names listed below.**

### Appendix A: General Data Structure

Regardless of the type of file for transfer, the data should contain a single record or line for each student-athlete with separate data elements (field or column) for each of the following pieces of information:

Athlete First Name *

Athlete Middle Name or Initial

Athlete Last Name *

Athlete Street Address *

Athlete City *

Athlete State *

Athlete ZIP Code *

Athlete Foreign Province

Athlete Foreign Postal Code

Athlete Foreign Country

Athlete Phone Number

Athlete Email

Athlete NCCA EC ID Number*

Semester Start*

Semester End*

Division I Sport*

Additional Division I Sport

For FB and BB athletes only  (GIA decimal amount)*

For FB and BB athletes only (Redshirt semester(s) / semester(s) of ineligibility)*

For FB and BB athletes only (Transfer_Year)*

For FB Athletes only (Position)*

For FB and BB athletes only (Student Athlete Date of Birth(DOB))

*Those elements marked with an asterisk are generally required for all uploads.*

If you have reached out to the Notice Administrator to provide data structured by year rather than athlete, please confirm you have received a separate template for this data upload.

Thank you for your time and attention. Should you have any questions, please contact the Notice Administrator by email at SchoolAdmin@collegeathletecompensation.com.

Litigation Notice Administrator

Please provide contact information for each student below. Required fields are marked with an asterisk (*).
Please provide email or mailing address. Required fields are marked with an asterisk (**).
For Power 5 including ND.
Years 2015-16 to 2024-25.

If athlete participated in multiple sports, then please include separate rows for each sport.

| NCAA EC ID Number* | Student Athlete Institution* | Student Athlete First Name* | Student Athlete Middle Name or Initial | Student Athlete Last Name* | Student Athlete Email Address** | Student Athlete Street Address** | Student Athlete City** | Student Athlete State** | Student Athlete Zip** | Semester Start_Year* | Semester End_Year* | Division I Sport played* | For FB and BB athletes only (GIA decimal amount)* | For FB and BB athletes only (Redshirt semester(s) / semester(s) of ineligibility)* | For FB and BB athletes only (Transfer_Year)* | For FB Athletes only (Position)* | For FB and BB athletes only (Student Athlete Date of Birth(DOB)) | Student Athlete Foreign Province | Student Athlete Foreign Postal Code | Student Athlete Foreign Country |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |

# Exhibit B

## Instructions to Submit Student-Athlete Census

Go to https://www.kccconnect.com/NCCOUpload to download the Census Template file in Microsoft Excel format.

Once Census is complete, go to https://www.kccconnect.com/NCCOUpload and click the "**HERE**" button to Log In.  To log in, you will be prompted to enter your School ID Code and PIN.  **Please use the following Login Information**: **School ID Code:** NCCO **PIN Code:** 0683

a. Please provide the Name of the Institution and your Contact Information as requested on the Upload Census page.

b. Once you've provided the Name of the Institution and Contact Information, please upload your file by clicking the "**Choose File**" button. If you need to add or remove files, simply click the plus or minus sign. Once you have your files selected, click "**Submit**." to securely upload the student-athlete list(s) to the Notice Administrator. If you have any difficulties, please contact the Notice Administrator by email at SchoolAdmin@collegeathletecompensation.com.

You will receive an email confirmation after you have successfully submitted the student-athlete Census.

## Instructions to Complete Student-Athlete Census

Please review the instructions and complete the Census before returning to the site to upload your data.

Completing a Census means providing the first, middle (if available) and last name, last known email address, last known street address, city, state, ZIP code, and NCAA EC ID Number for all student-athletes participating in sports at your institution from Fall 2019 to September 15, 2024.

## Data Submission Guidelines

### Types of Data Files

Data is most efficiently and accurately transmitted within the census template provided. Excel is typically the most convenient method for small to moderate volumes of data. If transferring large volumes of data (hundreds of thousands or millions of records), please upload within multiple files of the provided census template.

### Excel

The file should contain one sheet per dataset. If the number of records exceeds the capacity of the Excel sheet (too many records) such that the records would need to be split among two or more sheets, an additional copy of the provided census template should be utilized.

Numeric values should be actual values and not formula or calculation results.

**Note: Please include the heading row with the exact names listed below.**

## Appendix A: General Data Structure

Regardless of the type of file for transfer, the data should contain a single record or line for each student-athlete with separate data elements (field or column) for each of the following pieces of information:

Athlete First Name *                                                    Athlete Middle Name or Initial

1

Athlete Last Name *                         Athlete Foreign Country

Athlete Street Address *                     Athlete Email*

Athlete City *                               Athlete NCCA EC ID Number*

Athlete State *                              Year_Start Year

Athlete ZIP Code *                           Year_End

Athlete Foreign Province                     Division I Sport Played_Year

Athlete Foreign Postal Code


*Those elements marked with an asterisk are generally required for all uploads.*

If you have reached out to the Notice Administrator to provide data structured by year rather than athlete, please confirm you have received a separate template for this data upload.

Thank you for your time and attention. Should you have any questions, please contact the Notice Administrator by email at SchoolAdmin@collegeathletecompensation.com.

Litigation Notice Administrator

**Please provide contact information for each student below. Required fields are marked with an asterisk (*).**
**Please provide email or mailing address. Required fields are marked with an asterisk (**).**
**For all non-Power Five schools**
**Years 2019 to September 15, 2024.**

| NCAA EC ID Number* | Student Athlete Institution* | Student Athlete First Name* | Student Athlete Middle Name or Initial | Student Athlete Last Name* | Student Athlete Email Address** | Student Athlete Street Address** | Student Athlete City** | Student Athlete State** | Student Athlete Zip** | Division I Sport Played_Year | Year_Start Year | Year_End Year | Student Athlete Foreign Province | Student Athlete Foreign Postal Code | Student Athlete Foreign Country |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

# Exhibit C

| For each academic year, please provide athletic information for each student below. Required fields are marked with an asterisk (*). | | | | | | | |
|---|---|---|---|---|---|---|---|
| For Power 5 including ND. Years 2015-16 to 2024-25. | | | | If athlete participated in multiple sports, then please include separate rows for each sport. | | | |
| Academic Year* | Student Athlete First Name* | Student Athlete Middle Name or Initial | Student Athlete Last Name* | Division I Sport played* | For FB and BB athletes only (GIA decimal amount)* | For FB and BB athletes only (Redshirt semester(s) / semester(s) of ineligibility)* | For FB Athletes only (Position)* |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

Exhibit D



**Weekly Data Report**

**All Schools**

Arizona State University

Auburn University

Baylor University

Boston College

Brigham Young University

Butler University

Clemson University

Creighton University

DePaul University

Duke University

Florida State University

Georgetown University

Georgia Tech

Indiana University

Iowa State University

Kansas State University

Louisiana State University

Marquette University

Michigan State University

Mississippi State University

North Carolina State University

Northwestern University

Ohio State University

Oklahoma State University

Oregon State University

Penn State University

Providence College

Purdue University

Rutgers University

Saint John's University

Seton Hall University

Southern Methodist University

Stanford University

Syracuse University

Texas A&M University

Texas Christian University

Texas Tech University

University of Alabama

University of Arizona

University of Arkansas

University of California – Berkeley

University of California – Los Angeles

University of Central Florida

University of Cincinnati

University of Colorado – Boulder

University of Connecticut

University of Florida

University of Georgia

University of Houston

University of Illinois

University of Iowa

University of Kansas

University of Kentucky

University of Louisville

University of Maryland

University of Miami

University of Michigan

University of Minnesota

University of Mississippi

University of Missouri

University of Nebraska

University of North Carolina at Chapel Hill

University of Notre Dame

University of Oklahoma

University of Oregon

University of Pittsburgh

University of South Carolina

University of Southern California

University of Tennessee

University of Texas – Austin

University of Utah

University of Virginia

University of Washington

University of Wisconsin

Vanderbilt University

Villanova University

Virginia Tech

Wake Forest University

Washington State University

West Virginia University

Xavier University

# Exhibit E

**Court-Approved Legal Notice**

*Hubbard v. NCAA*
Settlement Administrator
P.O. Box 301134
Los Angeles, CA 90030-1134

This is an important notice about a class action settlement.

«Barcode»
Postal Service: Please do not mark barcode

ClaimID: <<ClaimID>>
PIN Code: <<PIN>>

NCCO: ClaimID: «ClaimID»
PIN: «PIN»
«First1» «Last1»
«CO»
«Addr2»
«Addr1»
«City», «St» «Zip»
«Country»



VISIT THE
SETTLEMENT
WEBSITE BY
SCANNING
THE PROVIDED
QR CODE

**NCCO**



United States District Court
*Hubbard v. National Collegiate Athletic Association*
Case No. 4:23-cv-01593

**Class Action Notice**
**Authorized by the U.S. District Court**



Did you compete as a Division I athlete anytime between 2019 and 2024?





There is a $200,000,000 settlement of a lawsuit.

You may be entitled to money.

To be a part of this settlement, you should:

Update your information or fill out a Claim Form at www.collegeathletecompensation.com

Scan the QR code to learn about your rights and options.

Respond by January 31, 2025.

**Key Things to Know:**

- This is an important legal document.

- If you take no action, any ruling from the Court will apply to you, and you will not be able to sue the NCAA, any of the Power Five Conferences, or their member institutions about the same issues.

- You can learn more at www.collegeathletecompensation.com, or by scanning the QR code.

Exhibit F

ClaimID: <<ClaimID>>
PIN: <<PIN>>

Dear <<First1>> <<Last1>>,

*Hubbard v. National Collegiate Athletic Association, et al.*, Case No. 4:23-cv-01593-CW

# If You Competed as a Division I College Athlete Anytime Between 2019 and 2024 You Could Get Money from a Class Action Settlement.

### CLICK HERE TO FILE YOUR CLAIM FORM

*A federal court authorized this notice.*

| | |
|---|---|
| **YOUR CLAIM ID** | **<<ClaimID>>** |
| **YOUR PIN** | **<<PIN>>** |
| **USE THESE UNIQUE NUMBERS WHEN FILING YOUR CLAIM FORM TO RECEIVE A CLASS PAYMENT.** ||

You are receiving this notice because school records indicate you are included in this class action settlement and are eligible for a payment. To see how much money you could recover, and ensure you receive your payment, update your contact information and preferred payment method and submit a claim form (if one is required) at www.collegeathletecompensation.com.

### What is this lawsuit about?

This lawsuit, *Hubbard v. National Collegiate Athletic Association, et al.*, Case No. 4:23-cv-01593-CW, claims that the NCAA and Power Five Conferences (ACC, Big Ten, Big 12, Pac-12, and SEC) agreed not to pay college athletes for academic achievement awards deemed lawful by the Supreme Court decision in *In re NCAA Grant-in-Aid Cap Antitrust Litigation*. Defendants have agreed to the settlement to end the lawsuit against them.

### Who is a part of the lawsuit?

You are part of the class if you competed on a Division I athletic team any time between April 1, 2019 and September 15, 2024, and would have met the requirements set by your school for receiving an Academic Achievement Award.

### What do I get?

Defendants have agreed to pay $200,000,000 to resolve this lawsuit. You may be eligible to receive some of this money. The amount of money you get will depend on how many academic terms you met the eligibility requirements during the academic years 2019-2020 through 2021-2022, how many people file claims, and how much money the Court approves for administration costs, attorneys' fees, and class representative awards. Only class members who met the requirements for an academic achievement award of their school during the academic years 2019-2020 through 2021-2022 will be eligible to receive payments under the Settlement. These payments, as well as attorneys' fees, will be paid out yearly over a ten-year period, with equal amounts paid each year.

You are not eligible for payment if you released your claims in the *In re NCAA Grant-in-Aid Cap Antitrust Litigation* settlement. To find out if you did, please go to www.collegeathletecompensation.com.

### How do I get money?

- If you competed between 2019-2022 on a Division I team in a Power Five Conference (ACC, Big Ten, Big 12, Pac-12, SEC), or on a Division I Basketball team in the Big East Conference, then you are automatically eligible for a payment under the Settlement and must go to www.collegeathletecompensation.com to update your contact information and preferred payment method to receive payment.

- If you competed on any other team in Division I between 2019-2022 that was not a Division I team in a Power Five Conference or a Division I Basketball team in the Big East, then you must submit a Claim Form online or by mail by **January 31, 2025** to show that you qualify for a payment under the Settlement.

Your payment will be paid out yearly, over a ten-year period, with equal amounts paid each year.

### What are my rights?

If you do nothing, you will be bound by the Court's decisions, even if you do not receive a payment under the Settlement. If you want to keep your right to sue the settling Defendants, or their member institutions, instead of potentially getting some of the settlement money, you must opt out by **January 31, 2025**. Please note that if you opt out, you will not receive any money from this Settlement. If you want to stay in the Settlement but do not agree with any part of it, you may object to it by **January 31, 2025**. Details about these options are available by clicking here or by going to www.collegeathletecompensation.com.

The Court will hold a hearing remotely and in person on April 7, 2025, at 10:00 a.m.—this date and time is subject to change—to consider whether to approve the settlement and a request for attorneys' fees up to 20% of the settlement plus interest earned on that amount, costs, and a $50,000 award for each of the Class Representatives. You or your own lawyer may request to speak at the hearing at your own expense by submitting a written objection to the Court electronically, by mail, or in person, and indicating in the objection that you or your lawyer would like to speak at the hearing. The Court may not allow everyone who requests to speak an opportunity to do so, but to ensure that the Court considers your request to speak at the hearing, you must file a written objection indicating that you or your lawyer would like to speak at the hearing.

Please visit http://www.collegeathletecompensation.com/ for more detailed directions about where the hearing will be held in person and how you can access the hearing remotely, and about what to include in, and where to send, your objection. The website will also include the most updated time and date of the hearing, as will the docket for the case, which can be accessed at https://ecf.cand.uscourts.gov.

### What if I received two notices?

If you received two notices by email and/or mail, NCAA records indicate that you are included in both this settlement and the *In re College Athlete NIL Litigation* settlement, Case No. 4:20-cv-03919. You may be eligible to receive money from both settlements.

Go to www.collegeathletecompensation.com to file a Claim Form in both settlements, if required, for you to receive all the money you qualify for in both settlements.

### Questions?

**www.collegeathletecompensation.com    admin@collegeathletecompensation.com    1-877-514-1777**

# Exhibit G

ClaimID: <<ClaimID>>
PIN: <<PIN>>

Dear <<First1>> <<Last1>>,

*In re College Athlete NIL Litigation, Case No. 4:20-cv-03919-CW (N.D. Cal.)*

*Hubbard v. National Collegiate Athletic Association, Case No. 4:23-cv-01593-CW (N.D. Cal.)*

## Time is running out for Division I Athletes to participate in class action settlements.

**[CLICK HERE TO CLAIM YOUR SHARE](#)**

| YOUR CLAIM ID | <<ClaimID>> |
|---|---|
| YOUR PIN | <<PIN>> |
| **USE THESE UNIQUE NUMBERS TO FILE YOUR CLAIM** ||

Division I Athletes have until January 31, 2025 to claim their share and receive a payment from one or both class action settlements. **Forms may be submitted online at collegeathletecompensation.com.**

**If you have already participated online, then no further action is required at this time.**

**You must file a Claim Form at collegeathletecompensation.com** to receive a settlement payment if:

- You are a Division I athlete other than a full grant-in-aid Power Five Football or Basketball player and you want to receive payments for participation in college sports;

- You are a Football or Basketball athlete not in the Power Five and you want to receive payment for videogames;

- You are a Division I athlete who competed in the same sport prior to and after July 1, 2021, and received an NIL deal after July 1, 2021 that has not been provided to Plaintiffs by your school (check www.collegeathletecompensation.com to find out if your deal was reported to Plaintiffs); or

- You competed on a Division I athletic team that was not a basketball team in the Big East or a team in the Power Five Conferences anytime during the 2019-2020, 2020-2021, or 2021-2022 academic years and you would have qualified for an academic achievement award at your school.

Payments under the settlements will be automatically made to athletes that played **if they provide current contact information and a preferred payment method at collegeathletecompensation.com**:

- Power Five FBS Football and Men's Division I Basketball athletes who received a full grant-in-aid for broadcast NIL awards, videogame NIL awards, athletic services awards, and awards for lost third-party payments for NIL (if NIL deal information has been provided to Plaintiffs by their school);

- Power Five Women's Division I Basketball athletes who received a full grant-in-aid for broadcast NIL awards, athletic services awards, and awards for lost third-party payments for NIL (if NIL deal information has been provided to Plaintiffs by their school); and

- Any Division I athlete who competed in the same sport prior to and after July 1, 2021, and received NIL payments from a third party after July 1, 2021, and information about those payments has been provided to Plaintiffs by their school.

- All Power Five athletes and Big East Basketball athletes who competed on a team anytime during the 2019-2020, 2020-2021, or 2021-2022 academic years.

**Questions can be sent to admin@collegeathletecompensation.com**

# Exhibit H

# Digital Media PoP



*In re: College Athlete NIL Litig.* and *Hubbard v. NCAA*

# | AtlantaNewsFirst.com | 300x600





# CollegeHockeyNews.com | 728x90





# FieldGulls.com | 728x90





# InsideNOVA.com | 300x600





# NBCChicago.com | 300x250





# |NYDailyNews.com | 300x600





# Row2K.com | 300x250





# SMMirror.com | 300x600





# USATF.org | 300x250





# USFigureSkating.org | 728x90







# VSiN.com | 728x90





# WatchUFA.com | 300x250





# YouTube.com | 6s video





veritaglobal.com

14

# Google Search | Text Ad





# Bing/Yahoo Search | Text Ad





# Facebook Feed | Desktop





# Facebook Feed | Desktop





# Facebook Feed | Mobile





# Facebook Feed | Mobile





# Facebook Feed | Mobile





# Facebook Feed | Mobile





# Facebook Feed | Stories





# Facebook Feed | Stories





veritaglobal.com

# Facebook Feed | Stories





# Facebook Feed | Stories





# Instagram Feed | Desktop




veritaglobal.com

# Instagram Feed | Desktop





veritaglobal.com

# Instagram Feed | Desktop





# Instagram Feed | Desktop





veritaglobal.com

# Instagram Feed | Mobile





# Instagram Feed | Mobile





# Instagram Feed | Mobile





# Instagram Feed | Mobile





# Instagram Feed | Stories





# Instagram Feed | Stories





# Instagram Feed | Stories





# Instagram Feed | Stories





# Reddit | Promoted Post





# Reddit | Promoted Post





# Reddit | Promoted Post





# Reddit | Promoted Post





# TikTok | Image Ads





# TikTok | Image Ads





# TikTok | Image Ads





# TikTok | Image Ads





# Thank you

Settlement Administration | Legal Notification



# Exhibit I

# Division I Athletes may be eligible for money from class action settlements

NEWS PROVIDED BY
**Hagens Berman Sobol Shapiro LLP and Winston & Strawn LLP** →
Oct 18, 2024, 22:00 ET

SAN FRANCISCO, Oct. 18, 2024 /PRNewswire/ -- The following statement is being issued by Hagens Berman Sobol Shapiro LLP and Winston & Strawn LLP:

Settlements have been reached in class-action lawsuits, *In re College Athlete NIL Litigation*, Case No. 4:20-cv-3919 and *Hubbard v. National Collegiate Athletic Association, et al.*, Case No. 4:23-cv-01593, alleging the NCAA and Power Five Conferences broke antitrust laws by agreeing not to provide benefits and compensation to college athletes for their participation in college sports or for the use of their names, images and likenesses (NIL), agreeing to limit scholarships and scholarship amounts, and agreeing not to provide college athletes academic achievement awards.

> "*NCAA college athletes have waited decades for this moment, and their right to receive the full value of their hard work has finally arrived,*" said Steve Berman, managing partner and co-founder of Hagens Berman. "*We are incredibly proud to be in the final stages of historic change.*"

You may be included in one or both of the settlements and be entitled to money or other benefits if (1) you competed on a Division I athletic team and were declared initially eligible for competition at any point from June 15, 2016 to Sept. 15, 2024, and/or (2) you competed on a Division I athletic team any time between April 1, 2019, and September 15, 2024, and you would have qualified for an academic achievement award at your school, and/or (3) you will compete as a Division I athlete beginning in Fall 2025.

Complete descriptions of the settlement classes are available at **www.collegeathletecompensation.com**.

Payments under the settlements will be automatically made to:

- Power Five FBS Football and Men's Division I Basketball athletes who received a full grant-in-aid for broadcast NIL awards, videogame NIL awards, athletic services awards, and awards for lost third-party payments for NIL (if NIL deal information has been provided to Plaintiffs by their school);

- Power Five Women's Division I Basketball athletes who received a full grant-in-aid for broadcast NIL awards, athletic services awards, and awards for lost third-party payments for NIL (if NIL deal information has been provided to Plaintiffs by their school); and

- Any Division I athlete who competed in the same sport prior to and after July 1, 2021, and received NIL payments from a third party after July 1, 2021, and information about those payments has been provided to Plaintiffs by their school.

- All Power Five athletes and Big East Basketball athletes who competed on a team anytime during the 2019-2020, 2020-2021, or 2021-2022 academic years.

You must file a Claim Form to receive a settlement payment if:

- You are a Division I athlete other than a Power Five Football or Basketball player and you want to receive payments for participation in college sports;

- You are a Football or Basketball athlete not in the Power Five and you want to receive payment for videogames;

- You are a Division I athlete who competed in the same sport prior to and after July 1, 2021, and received an NIL deal after July 1, 2021 that has not been provided to Plaintiffs by your school (check www.collegeathletecompensation.com to find out if your deal was reported to Plaintiffs); or

- You competed on a Division I athletic team that was not a basketball team in the Big East or a team in the Power Five Conferences anytime during the 2019-2020, 2020-2021, or 2021-2022 academic years and you would have qualified for an academic achievement award at your school.

Review your estimated payment amount December 17, 2024 at **www.collegeathletecompensation.com** and file a Claim Form if one is required for you to receive all the money you qualify for.  For more information about whether a claim form is required, go to **www.collegeathletecompensation.com**.

If you have not received information via email, check your school email account or file a Claim Form online.

**Claim Forms may be submitted online or printed and mailed to the Settlement Administrator by January 31, 2025.**

In addition, student-athletes who did, do, or will compete on a Division I athletic team anytime between June 15, 2020 and the end of the Injunctive Relief Settlement Term, which will end ten years after the Settlement is approved, may benefit from changes to NCAA and conference rules that will allow schools and conferences to provide to athletes direct benefits and compensation for NIL and participation in college sports, and additional benefits over and above annual existing scholarships and all other benefits currently permitted by NCAA rules, up to an aggregate yearly amount specified in the Settlement. Complete details regarding these additional benefits, and other changes that will be made to NCAA rules about benefits and compensation, including NIL payments from third parties, are provided in the Injunctive Relief Settlement, available at **www.collegeathletecompensation.com**.

Winston's Co-Executive Chairman Jeffrey L. Kessler, who also negotiated the class- action settlements that created the free agency systems for athletes in the NFL and the NBA, said, "*We're pleased to take this next step towards finalizing this historic, industry-changing settlement that will provide a fair system of revenue sharing for the college athletes who generate hundreds-of-millions-of-dollars for their schools.  For far too long, these athletes have been deprived of their economic rights in an unjust system that will now, finally, be fundamentally reformed.  The new system will allow athletes to be fairly rewarded for their contributions and college sports will continue to thrive*."

SOURCE Hagens Berman Sobol Shapiro LLP and Winston & Strawn LLP

WANT YOUR COMPANY'S NEWS

# Exhibit J

# Time is running out for Division I Athletes to participate in class action settlements

SAN FRANCISCO, January 21, 2025 /PRNewswire/ -- Division I Athletes have one more week to file a Claim Form or provide their contact/payment information in the *In re College Athlete NIL Litigation* and *Hubbard v. National Collegiate Athletic Association* settlements, announces Hagens Berman Sobol Shapiro LLP and Winston & Strawn LLP.

Division I Athletes have until January 31, 2025 to file a Claim Form, or submit contact information and a preferred payment method, to receive a payment from one or both class action settlements. **Information must  be submitted online at collegeathletecompensation.com.**

Payments under the settlements will be automatically made to the following athletes who have updated their contact information and payment method:

- Power Five FBS Football and Men's Division I Basketball athletes who received a full grant-in-aid for broadcast NIL awards, videogame NIL awards, athletic services awards, and awards for lost third-party payments for NIL (if NIL deal information has been provided to Plaintiffs by their school);

- Power Five Women's Division I Basketball athletes who received a full grant-in-aid for broadcast NIL awards, athletic services awards, and awards for lost third-party payments for NIL (if NIL deal information has been provided to Plaintiffs by their school); and

- Any Division I athlete who competed in the same sport prior to and after July 1, 2021, and received NIL payments from a third party after July 1, 2021, and information about those payments has been provided to Plaintiffs by their school.

- All Power Five athletes and Big East Basketball athletes who competed on a team anytime during the 2019-2020, 2020-2021, or 2021-2022 academic years.

You must file a Claim Form to receive a settlement payment if:

- You are a Division I athlete other than a Power Five full grant-in-aid Football or Basketball player and you want to receive payments for participation in college sports from 2019-2024;

- You are a Football or Men's Basketball athlete not in the Power Five and you want to receive payment for videogames from 2016-2024;

- You are a Division I athlete who competed in the same sport prior to and after July 1, 2021, and received an NIL deal after July 1, 2021 that has not been provided to Plaintiffs by your school (check www.collegeathletecompensation.com to find out if your deal was reported to Plaintiffs); or

- You competed on a Division I athletic team that was not a basketball team in the Big East or a team in the Power Five Conferences anytime during the 2019-2020, 2020-2021, or 2021-2022 academic years and you would have qualified for an academic achievement award at your school.

Payments are the result of settlements reached in class-action lawsuits alleging the NCAA and Power Five Conferences broke antitrust laws by agreeing not to provide benefits and compensation to college athletes for their participation in college sports or for the use of their names, images and likenesses (NIL), agreeing to limit scholarships and scholarship amounts, and agreeing not to provide college athletes academic achievement awards.

> "*We strongly encourage NCAA college athletes to participate  before time runs out. They have waited far too long to reap the benefits of this historic, industry-changing settlement.*" said Steve Berman, managing partner and co-founder of Hagens Berman and Jeffrey L. Kessler, Winston's Co-Executive Chairman.

SOURCE Hagens Berman Sobol Shapiro LLP and Winston & Strawn LLP

Media contact (press only): Steve Berman (steve@hbsslaw.com), Jeffrey Kessler (jkessler@winston.com)

Exhibit K



**College Athlete Compensation Settlement**

### Opt Outs - Hubbard

| | Count | | 95 |
|---|---|---|---|
| | **ClaimID** | **First1** | **Last1** |
| 1 | 10575357901 | AARON JOSHUA | NESMITH |
| 2 | 10327506001 | ALEX JEFFREY | HORNIBROOK |
| 3 | 10072300701 | ALEXANDER CARL | SHAW |
| 4 | 10301716101 | ALEXANDER JORDAN | PERRY |
| 5 | 10059430001 | AL-MALIK | HAUSMAN |
| 6 | 20000646501 | AMARI | CATCHINGS |
| 7 | 9000045201 | AMARVEER | SINGH |
| 8 | 20001783101 | ANTHONY | GILL |
| 9 | 10174446801 | ANTHONY | GOULD |
| 10 | 10145128301 | AVERY DEAN | HENKE |
| 11 | 10122106001 | BELLA SARA KRISTIANA | FISCO |
| 12 | 10264679001 | BREVIN | JORDAN |
| 13 | 10672726601 | BRYCE RAYMOND | NZE |
| 14 | 10289394901 | CADE P | CUNNINGHAM |
| 15 | 10138853601 | CALEB | WILLIAMS |
| 16 | 10074765601 | CAMERON | ECHOLS-LUPER |
| 17 | 10456522601 | CARSON | STRONG |
| 18 | 50004102401 | CARTER | CUNNINGHAM |
| 19 | 10107554601 | CHAD | KELLY |
| 20 | 10138719201 | CHARLESTON | RAMBO |
| 21 | 10147798301 | CHLOE LEE | KITTS |
| 22 | 10264461501 | DAMUZHEA | BOLDEN |
| 23 | 10535880001 | DEMETRIS | HARRIS |
| 24 | 10292998101 | DERRICK | WHITE |
| 25 | 9000039001 | DIXIE | WOOTEN III |
| 26 | 9000041101 | DONELL | PASTER |
| 27 | 10461244701 | DONOVAN JOHN | CLINGAN |
| 28 | 10174134001 | DREW | EUBANKS |

| | | | |
|---|---|---|---|
| 29 | 10577020601 | EDGAR | BURROLA |
| 30 | 10022943801 | ELIJAH | BLADES |
| 31 | 10682167201 | ELIZA | EKSTRAND |
| 32 | 10265601001 | ELLE | MEZZIO |
| 33 | 10669726201 | EMMALINE M | EKSTRAND |
| 34 | 10427953901 | ERICK BERNARD | NEAL |
| 35 | 10301568101 | GREGORY MICHEAL | FRANCIS |
| 36 | 9000040901 | HANNAH | CROFUT |
| 37 | 10228253501 | HASAHN | FRENCH |
| 38 | 10059357401 | HUNTER ALEXANDER | ECHOLS |
| 39 | 10641051901 | IKEM | OKEKE |
| 40 | 50004112101 | ISHMAEL | HYMAN |
| 41 | 10561625401 | JACOB THOMAS-MICHAEL | COX |
| 42 | 10071952101 | JAWON CORTEZ | JOHNSON |
| 43 | 10107952701 | JAYLON | ROBINSON |
| 44 | 10072511901 | JIMMY | BELL |
| 45 | 10271615801 | JOHN | COLLINS |
| 46 | 10132213601 | JONAH | TRINNAMAN |
| 47 | 10267680001 | JORDAN LEWIS | TUCKER |
| 48 | 10168551801 | JORDYN | LIBLER |
| 49 | 10160109801 | JOSHUA ANDREAS | PIERRE-LOUIS |
| 50 | 10064645101 | JOSHUA NOAH | GRAY |
| 51 | 20000008901 | JUSTIN | RAGIN |
| 52 | 9000042401 | KAHLIL | JOHNSON |
| 53 | 10182876701 | KATHRYN | MEYER |
| 54 | 10419992101 | KELLAN | GRADY |
| 55 | 10266791301 | KEVIN | MARFO |
| 56 | 9000035901 | KHYRI | THOMAS |
| 57 | 10071888701 | KYLIN JATAVIAN | HILL |
| 58 | 10228833101 | LAMONT | EVANS |
| 59 | 20000538201 | LOPINI | KATOA |
| 60 | 10168388101 | MADISON | REED |
| 61 | 10661535001 | MALIQUE | JACOBS |
| 62 | 10060945401 | MARCEL MIKAL | DANCY |
| 63 | 9000038701 | MARCUS | WALLACE II |

| | | | |
|---|---|---|---|
| 64 | 10280054601 | MARCUS ANDREW | ZEGAROWSKI |
| 65 | 10168446001 | MATTHEW | ADANIN |
| 66 | 10607526301 | MAURICE | ODUM |
| 67 | 10535918001 | MEKHI | LAPOINTE |
| 68 | 60004611701 | MICAH | PARTEN |
| 69 | 50004265901 | MICHAEL | HARLEY |
| 70 | 10168421601 | MICHAEL LOGAN | MENNING |
| 71 | 10282996201 | MONTELL H | COZART |
| 72 | 10225092301 | NATHANIEL | PIERRE-LOUIS |
| 73 | 10064572001 | NAZREON NYRU | REID |
| 74 | 10551039701 | NKOSI | PERRY |
| 75 | 10119745701 | PALAIE TOFAU | GAOTEOTE |
| 76 | 10596118801 | PAUL | STAMM |
| 77 | 10228421001 | RASHAD | WILLIAMS |
| 78 | 9000043701 | RASHARD | DAVIS |
| 79 | 10353654101 | SADDIQ | BEY |
| 80 | 10441953201 | STANLEY | DYE |
| 81 | 10393308601 | STEPHEN DEON | CARR |
| 82 | 10119887501 | TATHAN FRANCIS | MARTELL |
| 83 | 60004591901 | TEVIN | BROYLES |
| 84 | 10174492401 | TIMMY | HERNANDEZ |
| 85 | 10174410901 | TREVON | BRADFORD |
| 86 | 10393269001 | TREVON | SIDNEY |
| 87 | 10095948901 | TRISTAN | NICKELSON |
| 88 | 10126474401 | TRU | THOMPSON |
| 89 | 10088826401 | TYJON | LINDSEY |
| 90 | 10115387901 | TYLER | HERRO |
| 91 | 10278788801 | VANCE | JACKSON |
| 92 | 20001203001 | VINCENT | SAMPSON |
| 93 | 10071816401 | WESTIN BRANNING | GRAVES |
| 94 | 10132297501 | ZACHARY | KATOA |
| 95 | 10234469301 | ZION | BETHEA |