Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Calanthe Arat (SBN 349086)
Tamarra Matthews Johnson (*pro hac vice*)
Matthew R. Skanchy (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com

Jacob K. Danziger (SBN 278219)
**ARENTFOX SCHIFF LLP**
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
Telephone: (734) 222-1516
Facsimile: (415) 757-5501
jacob.danziger@afslaw.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CHUBA HUBBARD and KEIRA MCCARRELL, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ATLANTIC COAST CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG 12 CONFERENCE, INC.; PAC-12 CONFERENCE; and SOUTHEASTERN CONFERENCE, <br><br> Defendants. | Case No. 4:23-cv-01593-CW <br><br> **DEFENDANTS' STATEMENT ON SETTLEMENT AND PENDING MOTIONS** <br><br> Judge:   Hon. Claudia Wilken |

**DEFENDANTS' STATEMENT ON SETTLEMENT AND PENDING MOTIONS**

On March 3, 2025, Plaintiffs moved for final approval of a settlement agreement in this case. Dkt. 258. After a hearing, the Court tentatively found that the proposed Settlement Class could be certified for purposes of judgment on the settlement agreement, and that the settlement agreement was fair, reasonable, and adequate under Federal Rule of Civil Procedure 23(e)(2). Dkt. 261, at 1. Recognizing that the settlement agreement would not take effect absent final approval of the settlement in *In re College Athlete NIL Litigation ("House")*, No. 20-cv-03919 (N.D. Cal.), and in light of the Court's decision to delay ruling on final approval of the *House* settlement, the Court directed the parties either to (a) file a modified settlement agreement not contingent on the resolution of *House* or (b) supplement their class certification filings, as necessary, after which the Court would issue an order setting a case schedule. Dkt. 261, at 1-2.

Defendants respectfully do not agree to modify the settlement agreement in this case so that it stands alone.  Rather, Defendants have endeavored to address the Court's stated concerns with the proposed settlement in *House* and, to that end, have agreed to modify the terms of that settlement. A copy of the revised *House* settlement is being filed concurrently herewith for the Court's review. As detailed in the separate statement submitted with the revised *House* settlement, Defendants believe their revised approach addresses the issue raised by the Court in its Order and eliminates any question as to whether the settlement is fair and reasonable for the Injunctive Relief Settlement Class as a whole. Thus, if the Court agrees and finally approves the *House* settlement, the settlement in this case may also proceed.

Should the Court decline to approve the revised *House* settlement and, as a result, the instant settlement, Defendants will seek leave to supplement their prior briefing on the pending class-certification and *Daubert* motions if appropriate, including to ensure that any issues raised by the Court's final approval orders or any related filings are adequately addressed. *See* Dkts. 149, 165, 178.

| | | |
|---|---|---|
| 1 | Dated: May 7, 2025 | Respectfully Submitted, |
| 2 | **WILKINSON STEKLOFF LLP** | **COOLEY LLP** |
| 3 | By: /s/ Rakesh N. Kilaru | By: /s/ Whitty Somvichian |
| | Beth A. Wilkinson (*pro hac vice*) | Whitty Somvichian (SBN 194463) |
| 4 | Rakesh N. Kilaru (*pro hac vice*) | Kathleen R. Hartnett (SBN 314267) |
| 5 | Kieran Gostin (*pro hac vice*) | Ashley K. Corkery (SBN 301380) |
| | Calanthe Arat (SBN 349086) | 3 Embarcadero Center, 20th Floor |
| 6 | Tamarra Matthews Johnson (*pro hac vice*) | San Francisco, CA 94111-4004 |
| | Matthew R. Skanchy (*pro hac vice*) | Telephone: (415) 693-2000 |
| 7 | 2001 M Street NW, 10th Floor | Facsimile: (415) 693-2222 |
| | Washington, DC 20036 | wsomvichian@cooley.com |
| 8 | Telephone: (202) 847-4000 | khartnett@cooley.com |
| 9 | Facsimile: (202) 847-4005 | acorkery@cooley.com |
| | bwilkinson@wilkinsonstekloff.com | |
| 10 | rkilaru@wilkinsonstekloff.com | Mark F. Lambert (SBN 197410) |
| | kgostin@wilkinsonstekloff.com | 3175 Hanover Street |
| 11 | carat@wilkinsonstekloff.com | Palo Alto, CA 94304-1130 |
| | tmatthewsjohnson@wilkinsonstekloff.com | Telephone: (650) 843-5000 |
| 12 | mskanchy@wilkinsonstekloff.com | Facsimile: (650) 849-7400 |
| 13 | | mlambert@cooley.com |
| | Jacob K. Danziger (SBN 278219) | |
| 14 | **ARENTFOX SCHIFF LLP** | Deepti Bansal (*pro hac vice*) |
| | 44 Montgomery Street, 38th Floor | 1299 Pennsylvania Ave., NW, Suite 700 |
| 15 | San Francisco, CA 94104 | Washington, DC 20004-2400 |
| | Telephone: (734) 222-1516 | Telephone: (202) 842-7800 |
| 16 | Facsimile: (415) 757-5501 | Facsimile: (202) 842-7899 |
| 17 | jacob.danziger@afslaw.com | dbansal@cooley.com |
| 18 | Attorneys for Defendant | Attorneys for Defendant |
| | NATIONAL COLLEGIATE | PAC-12 CONFERENCE |
| 19 | ATHLETIC ASSOCIATION | |

| | | |
|---|---|---|
| 1 | **MAYER BROWN LLP** | **SIDLEY AUSTIN LLP** |
| 2 | By: /s/ Britt M. Miller | By: /s/ Natali Wyson |
| | Britt M. Miller (*pro hac vice*) | David L. Anderson (SBN 149604) |
| 3 | Daniel T. Fenske (*pro hac vice*) | 555 California Street, Suite 2000 |
| | 71 South Wacker Drive | San Francisco, CA 94104 |
| 4 | Chicago, IL 60606 | Telephone: (415) 772-1200 |
| | Telephone: (312) 782-0600 | Facsimile: (415) 772-7400 |
| 5 | Facsimile: (312) 701-7711 | dlanderson@sidley.com |
| 6 | bmiller@mayerbrown.com | |
| | dfenske@mayerbrown.com | Angela C. Zambrano (*pro hac vice*) |
| 7 | | Natali Wyson (*pro hac vice*) |
| | Christopher J. Kelly (SBN 276312) | Chelsea Priest (*pro hac vice*) |
| 8 | Two Palo Alto Square | 2021 McKinney Avenue, Suite 2000 |
| | 3000 El Camino Real, Suite 300 | Dallas, TX 75201 |
| 9 | Palo Alto, CA 94306 | Telephone: (214) 981-3300 |
| | Telephone: (650) 331-2000 | Facsimile: (214) 981-3400 |
| 10 | Facsimile: (650) 331-2060 | angela.zambrano@sidley.com |
| 11 | cjkelly@mayerbrown.com | nwyson@sidley.com |
| | | cpriest@sidley.com |
| 12 | Attorneys for Defendant | |
| 13 | THE BIG TEN CONFERENCE, INC. | Attorneys for Defendant |
| | | THE BIG 12 CONFERENCE, INC. |

DEFENDANTS' STATEMENT ON SETTLEMENT AND PENDING MOTIONS; CASE NO. 4:23-CV-01593-CW

| | |
|---|---|
| **ROBINSON, BRADSHAW & HINSON, P.A.**<br><br>By: /s/ Robert W. Fuller<br>Robert W. Fuller, III (*pro hac vice*)<br>Lawrence C. Moore, III (*pro hac vice*)<br>Amanda P. Nitto (*pro hac vice*)<br>Travis S. Hinman (*pro hac vice*)<br>Patrick H. Hill (*pro hac vice*)<br>101 N. Tryon St., Suite 1900<br>Charlotte, NC 28246<br>Telephone: (704) 377-2536<br>Facsimile: (704) 378-4000<br>rfuller@robinsonbradshaw.com<br>lmoore@robinsonbradshaw.com<br>anitto@robinsonbradshaw.com<br>thinman@robinsonbradshaw.com<br>phill@robinsonbradshaw.com<br><br>Kathryn Reilly (*pro hac vice*)<br>Michael T. Williams (*pro hac vice*)<br>**WHEELER TRIGG O'DONNELL LLP**<br>370 17th St., Suite 4500<br>Denver, CO 80202<br>Telephone: (303) 244-1800<br>Facsimile: (303) 244-1879<br>reilly@wtotrial.com<br>williams@wtotrial.com<br><br>Mark J. Seifert (SBN 217054)<br>**SEIFERT ZUROMSKI LLP**<br>One Market Street, 36th Floor<br>San Francisco, CA 941105<br>Telephone: (415) 999-0901<br>Facsimile: (415) 901-1123<br>mseifert@szllp.com<br><br>Attorneys for Defendant<br>SOUTHEASTERN CONFERENCE | **LATHAM & WATKINS LLP**<br><br>By: /s/ Christopher S. Yates<br>Christopher S. Yates (SBN 161273)<br>Aaron T. Chiu (SBN 287788)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>chris.yates@lw.com<br>aaron.chiu@lw.com<br><br>Anna M. Rathbun (SBN 273787)<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201<br>anna.rathbun@lw.com<br><br>Attorneys for Defendant<br>THE ATLANTIC COAST CONFERENCE |

**FILER'S ATTESTATION**

I, Rakesh N. Kilaru, am the ECF user whose identification and password are being used to file DEFENDANTS' STATEMENT ON SETTLEMENT AND PENDING MOTIONS. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

Dated: May 7, 2025                                          Respectfully submitted,

                                                            */s/ Rakesh N. Kilaru*
                                                            Rakesh N. Kilaru