# EXHIBIT A



**College Athlete Compensation Settlement**

### Opt Outs - Hubbard

| | Count | | 95 |
|---|---|---|---|

| | ClaimID | First1 | Last1 |
|---|---|---|---|
| 1 | 10575357901 | AARON JOSHUA | NESMITH |
| 2 | 10327506001 | ALEX JEFFREY | HORNIBROOK |
| 3 | 10072300701 | ALEXANDER CARL | SHAW |
| 4 | 10301716101 | ALEXANDER JORDAN | PERRY |
| 5 | 10059430001 | AL-MALIK | HAUSMAN |
| 6 | 20000646501 | AMARI | CATCHINGS |
| 7 | 9000045201 | AMARVEER | SINGH |
| 8 | 20001783101 | ANTHONY | GILL |
| 9 | 10174446801 | ANTHONY | GOULD |
| 10 | 10145128301 | AVERY DEAN | HENKE |
| 11 | 10122106001 | BELLA SARA KRISTIANA | FISCO |
| 12 | 10264679001 | BREVIN | JORDAN |
| 13 | 10672726601 | BRYCE RAYMOND | NZE |
| 14 | 10289394901 | CADE P | CUNNINGHAM |
| 15 | 10138853601 | CALEB | WILLIAMS |
| 16 | 10074765601 | CAMERON | ECHOLS-LUPER |
| 17 | 10456522601 | CARSON | STRONG |
| 18 | 50004102401 | CARTER | CUNNINGHAM |
| 19 | 10107554601 | CHAD | KELLY |
| 20 | 10138719201 | CHARLESTON | RAMBO |
| 21 | 10147798301 | CHLOE LEE | KITTS |
| 22 | 10264461501 | DAMUZHEA | BOLDEN |
| 23 | 10535880001 | DEMETRIS | HARRIS |
| 24 | 10292998101 | DERRICK | WHITE |
| 25 | 9000039001 | DIXIE | WOOTEN III |
| 26 | 9000041101 | DONELL | PASTER |
| 27 | 10461244701 | DONOVAN JOHN | CLINGAN |
| 28 | 10174134001 | DREW | EUBANKS |

| 29 | 10577020601 | EDGAR | BURROLA |
|----|-------------|-------|---------|
| 30 | 10022943801 | ELIJAH | BLADES |
| 31 | 10682167201 | ELIZA | EKSTRAND |
| 32 | 10265601001 | ELLE | MEZZIO |
| 33 | 10669726201 | EMMALINE M | EKSTRAND |
| 34 | 10427953901 | ERICK BERNARD | NEAL |
| 35 | 10301568101 | GREGORY MICHEAL | FRANCIS |
| 36 | 9000040901 | HANNAH | CROFUT |
| 37 | 10228253501 | HASAHN | FRENCH |
| 38 | 10059357401 | HUNTER ALEXANDER | ECHOLS |
| 39 | 10641051901 | IKEM | OKEKE |
| 40 | 50004112101 | ISHMAEL | HYMAN |
| 41 | 10561625401 | JACOB THOMAS-MICHAEL | COX |
| 42 | 10071952101 | JAWON CORTEZ | JOHNSON |
| 43 | 10107952701 | JAYLON | ROBINSON |
| 44 | 10072511901 | JIMMY | BELL |
| 45 | 10271615801 | JOHN | COLLINS |
| 46 | 10132213601 | JONAH | TRINNAMAN |
| 47 | 10267680001 | JORDAN LEWIS | TUCKER |
| 48 | 10168551801 | JORDYN | LIBLER |
| 49 | 10160109801 | JOSHUA ANDREAS | PIERRE-LOUIS |
| 50 | 10064645101 | JOSHUA NOAH | GRAY |
| 51 | 20000008901 | JUSTIN | RAGIN |
| 52 | 9000042401 | KAHLIL | JOHNSON |
| 53 | 10182876701 | KATHRYN | MEYER |
| 54 | 10419992101 | KELLAN | GRADY |
| 55 | 10266791301 | KEVIN | MARFO |
| 56 | 9000035901 | KHYRI | THOMAS |
| 57 | 10071888701 | KYLIN JATAVIAN | HILL |
| 58 | 10228833101 | LAMONT | EVANS |
| 59 | 20000538201 | LOPINI | KATOA |
| 60 | 10168388101 | MADISON | REED |
| 61 | 10661535001 | MALIQUE | JACOBS |
| 62 | 10060945401 | MARCEL MIKAL | DANCY |
| 63 | 9000038701 | MARCUS | WALLACE II |

| | | | |
|---|---|---|---|
| 64 | 10280054601 | MARCUS ANDREW | ZEGAROWSKI |
| 65 | 10168446001 | MATTHEW | ADANIN |
| 66 | 10607526301 | MAURICE | ODUM |
| 67 | 10535918001 | MEKHI | LAPOINTE |
| 68 | 60004611701 | MICAH | PARTEN |
| 69 | 50004265901 | MICHAEL | HARLEY |
| 70 | 10168421601 | MICHAEL LOGAN | MENNING |
| 71 | 10282996201 | MONTELL H | COZART |
| 72 | 10225092301 | NATHANIEL | PIERRE-LOUIS |
| 73 | 10064572001 | NAZREON NYRU | REID |
| 74 | 10551039701 | NKOSI | PERRY |
| 75 | 10119745701 | PALAIE TOFAU | GAOTEOTE |
| 76 | 10596118801 | PAUL | STAMM |
| 77 | 10228421001 | RASHAD | WILLIAMS |
| 78 | 9000043701 | RASHARD | DAVIS |
| 79 | 10353654101 | SADDIQ | BEY |
| 80 | 10441953201 | STANLEY | DYE |
| 81 | 10393308601 | STEPHEN DEON | CARR |
| 82 | 10119887501 | TATHAN FRANCIS | MARTELL |
| 83 | 60004591901 | TEVIN | BROYLES |
| 84 | 10174492401 | TIMMY | HERNANDEZ |
| 85 | 10174410901 | TREVON | BRADFORD |
| 86 | 10393269001 | TREVON | SIDNEY |
| 87 | 10095948901 | TRISTAN | NICKELSON |
| 88 | 10126474401 | TRU | THOMPSON |
| 89 | 10088826401 | TYJON | LINDSEY |
| 90 | 10115387901 | TYLER | HERRO |
| 91 | 10278788801 | VANCE | JACKSON |
| 92 | 20001203001 | VINCENT | SAMPSON |
| 93 | 10071816401 | WESTIN BRANNING | GRAVES |
| 94 | 10132297501 | ZACHARY | KATOA |
| 95 | 10234469301 | ZION | BETHEA |